United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 16-11729
Tomer Fridman                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: tkinsleyC     Page 1 of 1     Date Rcvd: Jun 09, 2016
                  Form ID: ccdn      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2016.
db             +Tomer Fridman,    25420 Prado De Las Peras,    Dalabasas, CA 91302-3656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2016                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2016 at the address(es) listed below:
      United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                             TOTAL: 1

# United States Bankruptcy Court
# Central District of California

| In re:<br>Tomer Fridman | CHAPTER NO.: 13 |
| --- | --- |
| | CASE NO.: 1:16−bk−11729 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☑ Statement of Related Cases (LBR Form 1015−2) [Information required by LBR 1015−2]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002−1)
☑ Verification of Master Mailing List of Creditors [LBR 1007−1(d)] (LBR Form F1007−1)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2.5(a)(2).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367−6603

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460−9641.

Dated: <u>June 9, 2016</u>　　　　　　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Kathleen J. Campbell**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

(Form ccdn – Rev 12/2015)　　　　　　　　　　　　　　　　　　　　　　　　　　**1 / TTK**