| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>TOMER FRIDMAN<br>25420 PRADO DE LAS PERAS<br>CALABASAS, CA 91302<br><br>☒ *Debtor appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY<br><br>**FILED**<br>**JUN 22 2016**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>TOMER FRIDMAN<br><br><br><br>Debtor(s). | CASE NO.: 1:16-bk-11729-MB<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A – J)    ☒ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 22A, B 22B, B 22C)
   ☒ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
   And All other Pending Documents.

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109 (h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 06/09/2016
3. Date of § 341(a) meeting of creditors: 07/13/2016
4. Debtor requests extension to and including (extension deadline) (*date*): 07/07/2016

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                                    F 1007-1.MOTION.DEC.EXTEND

5. Declaration regarding the reason(s) for extension (*explain*):

I, Tomer Fridman, declare:

1. The matters stated herein are known to me of my own first-hand personal knowledge and if called as a witness I could and would competently and truthfully testify thereto under oath.

2. I am presently working with my accountant to get my financial documents in order as fast as I can. However, I need another 14 days to get everything together so that I may adequately complete the required filings. Accordingly, I am requesting the Court to give me until July 7, 2016, to complete my schedules, statement of intentions, statement of financial affairs, Chapter 13 Plan, Form 22C and the other required documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct and that this Declaration was executed on June 22, 2016 at Los Angeles, California.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/21/16 | _signature_ | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                Page 2                F 1007-1.MOTION.DEC.EXTEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
25420 Prado De Las Peras Calabasas, CA 91302

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> The case trustee and U.S. Trustee will be automatically served by the Court at their email address.
>
> See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On *(date)* __06/22/2016__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/22/2016 | Isidora D. Fridman | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                    Page 3                    F 1007-1.MOTION.DEC.EXTEND

## ADDITIONAL SERVICE INFORMATION (ATTACHED PAGE):

HONORABLE MARTIN R. BARASH
UNITED STATES BANKRUPTCY COURT
21041 BURBANK BOULEVARD, SUITE 342
WOODLAND HILLS, CA 91367

ELIZABETH F. ROJAS, BANKRUPTCY TRUSTEE
VALLEY EXECUTIVE CENTER
15260 VENTURA BOULEVARD, SUITE 710
SHERMAN OAKS, CA 91403

UNITED STATES TRUSTEE
915 WILSHIRE BOULEVARD, SUITE 1850
LOS ANGELES, CA 90017

TROJAN CAPITAL INVESTMENTS, LLC
1712 PIONEER AVENUE, SUITE 5333
CHEYENNE, WY 82001

SPECIAL DEFAULT SERVICES, INC.
17100 GILLETTE AVENUE
IRVINE, CA 92614

NBS DEFAULT SERVICES LLC
301 EAST OCEAN BOULEVARD, # 1720
LONG BEACH, CA 90802

MTC FINANCIAL INC. DBA TRUSTEE CORPS
17100 GILLETTE AVENUE
IRVINE, CA 92614

ONEWEST BANK
C/O MTC FINANCIAL INC. DBA TRUSTEE CORPS
17100 GILLETTE AVENUE
IRVINE, CA 92614

MTC FINANCIAL INC. DBA TRUSTEE CORPS
2112 BUSINESS CENTER DRIVE, FLOOR 2
IRVINE, CA 92612

CIT BANK, N.A.
1 CIT DRIVE
LIVINGSTON, NJ 07039

CIT BANK, N.A.
C/O C T CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017

ONEWEST BANK
C/O FINANCIAL FREEDOM
2900 ESPERANZA CROSSING
AUSTIN, TX 78758

ONEWEST BANK
C/O C T CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017

ONEWEST BANK, A DIVISION OF CIT BANK, N.A.
P.O. BOX 7056
PASADENA, CA 91109-9699

COUNTRYWIDE HOME LOANS, INC.
150 N COLLEGE STREET, NC1-028-17-06
CHARLOTTE, NC 28255

COUNTRYWIDE HOME LOANS, INC.
C/O C T CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017

BANK OF AMERICA, NATIONAL ASSOCIATION
150 N COLLEGE STREET, NC1-028-17-06
CHARLOTTE, NC 28255

BANK OF AMERICA, NATIONAL ASSOCIATION
C/O C T CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017

THE BANK OF NEW YORK MELLON CORPORATION
225 LIBERTY STREET
NEW YORK, NY 10286

DEUTSCHE BANK
60 WALL STREET
NEW YORK, NY 10005

U.S. BANK
C/O U.S. BANCORP
800 NICOLLET MALL
MINNEAPOLIS, MN 55402