**DECLARATION OF TOMER FRIDMAN**
Case No# 1:16-bk-11729-MB



I, TOMER FRIDMAN, declare:

1. That I am the Petitioner with respect to the above-referenced action. This declaration is in connection to the Credit Counseling and Debtor Education Requirements.

2. The facts stated herein are of my own personal knowledge and if called upon as a witness, I could and would testify thereto competently.

3. On June 8, 2016, I attempted to obtain a Certificate of Credit Counseling in order to satisfy the Credit Counseling and Debtor Education Requirements.

4. I believed that I had completed the course and was waiting for the Certificate to be emailed to me. I was mistaken in thinking that I had completed the course, and there was one final step that I needed to complete in order to get the Certificate issued.

5. I was not immediately aware of this issue and was facing the Foreclosure of my home the next day.

6. Exigent circumstances existed in that my home was scheduled to go to sale at an auction and I had no time to finalize the class to get the Certificate issued. I had to file for Bankruptcy to protect my home from Foreclosure or else I would suffer from significant harm.

7. On June 9, 2016 I filed for Bankruptcy under the impression that the Course was complete and that I would be issued a Certificate of Completion.

8. I have since completed the Course and obtained a Certificate of Completion.

I declare under penalty of perjury under the laws of the United Stated that the foregoing is true and correct.

Executed this 7th day of July, 2016 in the City of Los Angeles, California.

_____
Tomer Fridman