HENRY D. PALOCI III (California State Bar No. 268970)
hpaloci@hotmail.com
Henry D. Paloci III PA
1710 N. Moorpark Rd. Ste 191
Thousand Oaks, CA 91360
Telephone: 805.498.5500
Facsimile: 866.565.6345

Attorneys for Creditor TROJAN CAPITAL INVESTMENT LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| TOMER FRIDMAN, | ) Case No.: 1:16-bk-11729-MB |
| | ) |
| Debtor(s). | ) Chapter 13 Case |
| | ) |
| | ) **OBJECTION TO DEBTOR'S PLAN** |
| | ) **AND OBJECTION TO** |
| | ) **CONFIRMATION** |
| | ) |
| | ) **[Related: Docket Entry No. 11]** |
| | ) |
| | ) Confirmation Hearing: |
| | ) Date:   August 4, 2016 |
| | ) Time:   10:00AM |
| | ) |
| | ) Location: |
| | ) Courtroom 303 |
| | ) 21041 Burbank Blvd. |
| | ) Woodland Hills, California |

1

**COMES NOW** TROJAN CAPITAL INVESTMENT LLC, a secured creditor in this action (hereinafter "Creditor"), by and through undersigned counsel, and objects to Debtor's proposed Chapter 13 Plan (the "Plan"), and as grounds submits as follows:

1. Debtor filed this case on the eve of Creditor's foreclosure sale. Debtors often file their cases right before an event such as a sale or judgment – it can be good bankruptcy planning – but in this case the entirety of the case filing reeks of bad faith.

2. Creditor is the ONLY creditor listed in Debtor's schedules. Creditor is a secured creditor, a junior lienholder on real property whose postal address is 25420 Prado de las Peras, Calabasas, CA 91302. Creditor knows for certain (because the public records indicate it) that there is at least one additional creditor. Debtor has omitted creditors.

3. Creditor submits that Debtor also owns real property whose postal address is 3731 Calle Jazmin in Calabasas, California. Debtor has omitted this property and its secured creditors.

4. Given the value of these properties, Creditor infers from the public records that the secured liens alone exceed the 109(e) debt ceiling. Debtor should be require to provide and disclose all asset and creditor information immediately before he is permitted to proceed.

5. Debtor shows negative net income on his Schedules I&J. The case is infeasible for want of income.

6. Debtor's only income appears to be $2000 monthly, income from a rented room. This income is insufficient to pay Debtor's expenses and debt service.

7. Creditor is owed substantial mortgage arrears. Debtor lists Creditor in Class 2 of his proposed plan but does not indicate further treatment or resolution of mortgage arrears.

2

Where a Debtor would disclose proposed repayment of mortgage arrears, the Plan is blank.

8. Taken collectively, and examining only the Debtor's petition, pleadings, and schedules for the truth of the matters asserted therein, and the obvious deficiencies and nondisclosures, the foregoing shows that this filing was in bad faith.

**WHEREFORE**, Creditor respectfully requests that the Court dismiss the case and bar refiling for a period of 180 days, and grant any further relief that the Court may find just and proper to advance the objections herein.

Dated: 7/26/2016                                                  Respectfully Submitted:

                                                                  TROJAN CAPITAL INVESTMENT LLC
                                                                  __/s/ Henry D. Paloci III_____
                                                                  Attorney for Creditor
                                                                  TROJAN CAPITAL INVESTMENT LLC

| In re: TOMER FRIDMAN,, | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:16-bk-11729-MB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1710 N. Moorpark Rd. 191, Thousand Oaks, CA 91360

A true and correct copy of the foregoing document described as Objection to Confirmationn will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
See Category II.

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/26/2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

US Trustee,ustpregion16.sv.ecf@usdoj.com
Elizabeth Rojas, Trustee

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/26/2016 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Tomer Fridman, 25420 Prado de Las Peras, Calabasas, CA 91302.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/26/2016 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin Barash, 21041 Burbank Blvd. Ctrm 303, Woodland Hills, CA 91364

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/26/2016 | Henry D. Paloci III | /s/ Henry D. Paloci III |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 9013-3.1**