```
 1  Mark D. Estle, SBN 135004
    Mark.Estle@BuckleyMadole.com
 2  Erica T. Loftis, SBN 259286
    Erica.Loftis@BuckleyMadole.com
 3  Buckley Madole, P.C.
    12526 High Bluff Drive, Suite 238
 4  San Diego, CA 92130
    Telephone: 858-720-0890
 5  Fax: 858-720-0092
 6
 7  Attorney for Secured Creditor
```

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Tomer Fridman,<br><br><br><br><br><br><br><br><br><br>Debtor. | Case No. 1:16-bk-11729-MB<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>Confirmation Hearing</u>:<br>Date:  8/4/2016<br>Time:  10:00 a.m.<br>Place:  Courtroom 303<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |
|---|---|

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE TRUSTEE, AND OTHER INTERESTED PARTIES:

    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2 ("Secured Creditor"), as serviced by Fay Servicing, LLC ("Fay Servicing, LLC"), hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan. Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

///

///

1. **Secured Creditor's claim relating to the Property.** On or about July 2, 2007, Debtor executed a Promissory Note in the original principal balance of $1,470,000.00. The Note is Secured by a priority First Deed of Trust recorded against the real property commonly known as 3915 Prado Del Maiz, Calabasas, California 91302 (the "Property"). At the time of the bankruptcy petition filing, Secured Creditor's claim for arrearage was in the approximate amount of $223,300.39. True and correct copies of the Note and Deed of Trust are attached as Exhibits 1 and 2, respectively. Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of October 11, 2016.

2. **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default and maintenance payments on Secured Creditor's claim.** According to the plan, Debtor has omitted Secured Creditor's claim. Therefore, Debtor has failed to provide for the curing of the default of approximately $223,300.39. Further, Debtor has failed to provide for the ongoing maintenance payments on Secured Creditor's claim. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1322(b)(5).

3. **Pursuant to 11 U.S.C. §1325(a)(6), the Plan fails to provide how Debtor will be able to make all payments under the Plan and to comply with the Plan.** According to the plan, Debtor will make monthly payments of $235.00 for 36 months to the Trustee for a base plan amount of $8,460.00. However, according to the Debtor's Schedules, Debtor has a monthly net income of negative $10.00. This amount will be insufficient to fund the plan and utterly infeasible once the arrears on Secured Creditor's claim, an additional $223,300.39, is fully provided for. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1325(a)(6).

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Plan be denied.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,

2. Debtor's Plan be amended in accordance with this Objection.

3. For other such relief as the Court deems just and proper.

Dated: 7/27/2016

Respectfully Submitted,
Buckley Madole, P.C.

By: /s/ *Erica T. Loftis*
Erica T. Loftis
Attorney for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 300**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/27/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.wh.ecf@usdoj.gov

*Trustee*
Elizabeth F. Rojas
cacb_ecf_nd@ch13wa.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **7/27/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
Honorable Martin R. Barash
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

*Debtor Pro Se*
Tomer Fridman
25420 Prado De Las Peras
Calabasas, CA 91302

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/27/2016 | **Bristol Cox** | */s/ Bristol Cox* |
|---|---|---|
| Date | Printed Name | Signature |

PrfSrv_CAC_X14

4590-N-0232

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**