Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br>   Tomer Fridman<br>   25420 Prado De Las Peras<br>   Dalabasas, CA  91302<br><br>               DEBTOR | CHAPTER 13<br>CASE NO. SV16-11729-MB<br><br>**NOTICE OF RESCHEDULED<br>CONFIRMATION HEARING**<br><br>DATE:    September 01, 2016<br>TIME:    10:00 am<br>PLACE:  21041 Burbank Blvd.<br>             303<br>             Woodland Hills, CA 91367 |

PLEASE TAKE NOTICE THAT at the time and place listed above the following will be held:

**CONFIRMATION HEARING**

DATED:  July 20, 2016

*Elizabeth F Rojas*
_____
Elizabeth F. Rojas
Chapter 13 Standing Trustee

PROOF OF SERVICE

    I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, and that on <u>July 20, 2016</u> electronic copies were filed with the US Bankruptcy Court Central District of California and mailed copies were served to:

    Tomer Fridman
    25420 Prado De Las Peras
    Dalabasas, CA  91302

Executed at Sherman Oaks California on July 20, 2016