| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Martin Ryan Weingarten**<br>5807 Topanga Canyon Blvd Apt H302<br>Woodland Hills, CA 91367-4607<br>Telephone Number: (818) 992-1980<br>Fax Number: (818) 992-1980<br>State Bar Number 201906<br>e-mail: martin_weingarten@yahoo.com<br><br>*Attorney for:* Tomer Fridman | FILED<br>AUG - 3 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>**TOMER FRIDMAN**<br><br>Debtor(s). | CASE NO.: **1:16-bk-11729-MB**<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: 13 |
|---|---|
| Plaintiff(s),<br>vs.<br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

   Tomer Fridman

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Martin Weingarten
   5807 Topanga Canyon Blvd Apt H302
   Woodland Hills, CA 91367-4607
   Telephone Number: (818) 992-1980
   e-mail: martin_weingarten@yahoo.com

3. New attorney hereby appears in the following matters:  [X] the bankruptcy case  [ ] the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 1    F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:   TOMER FRIDMAN in pro per

Date: August 3, 2016

_____          _____
Signature of party                                                              Signature of *second* party (if applicable)

Tomer Fridman
_____          _____
Printed name of party                                                          Printed name of *second* party (if applicable)


_____          _____
Signature of *third* party (if applicable)                             Signature of *fourth* party (if applicable)


_____          _____
Printed name of *third* party (if applicable)                       Printed name of *fourth* party (if applicable)


I consent to the above substitution.

Date: August 3, 2016

_____
Signature of present attorney

Tomer Fridman  (in pro per)
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: August 3, 2016

_____
Signature of new attorney

Martin Weingarten
_____
Printed name of new attorney


**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                                Page 2                                                           F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16133 Ventura Blvd. Encino CA 91436

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _8/3/2016_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee,ustpregion16.sv.ecf@usdoj.com
Elizabeth Rojas, Trustee

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/3/2016___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Trojan Capital Investments LLC
2618 San Miguel Dr. Ste 316
Newport Beach, CA 92660

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin Barash, 21041 Burbank Blvd. Ctrm 303, Woodland Hills, CA 91364

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/3/2016 | John Edwards | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014          Page 3          F 2091-1.SUBSTITUTION.ATTY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:16-bk-11729-MB<br>Central District of California<br>San Fernando Valley<br>Wed Aug  3 07:43:25 PDT 2016 | Christiana Trust, a division of Wilmington S<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Trojan Capital Investments LLC<br>2618 San Miguel Dr. Ste 316<br>Newport Beach<br>Newport Beach, CA 92660-5437 |
| San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | BANK OF AMERIC ,A NATIONAL ASSOCIATION<br>C/O C T CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3425 |
| BANK OF AMERICA, NATIONAL ASSOCIATION<br>150 N COLLEGE STREET, NC1-028-17-06<br>CHARLOTTE, NC 28255-0001 | CIT BANK, N.A.<br>c/o CT CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3407 | CITBANK NA<br>1 CIT DRIVE<br>LIVINGSTON, NJ 07039-5703 |
| COUNTRYWIDE HOME LOAN ,S INC.<br>c/o CT CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3407 | COUNTRYWIDE HOME LOANS, INC.<br>150 N COLLEGE STREET, NC1-028-17-06<br>CHARLOTTE, NC 28255-0001 | DEUTSCHE BANK<br>60 WALL STREET<br>NEW YORK, NY 10005-2858 |
| First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 | MTC FINANCIAL INC  DBA TRUSTEE CORPS<br>17100 GILLETTE AVENUE<br>IRVINE, CA 92614-5603 | MTC FINANCIAL INC. DBA TRUSTEE CORPS<br>2112 BUSINESS CENTER DRIVE, FLOOR 2<br>IRVINE, CA 92612-7135 |
| NBS DEFAULT SERVICES LLC<br>301 EAST OCEAN BOULEVARD, # 1720<br>LONG BEACH, CA 90802-8813 | ONEWEST BANK<br>C/O C T CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3407 | ONEWEST BANK<br>C/O FINANCIAL FREEDOM<br>2900 ESPERANZA CROSSING<br>AUSTIN, TX 78758-3658 |
| ONEWEST BANK<br>C/O MTC FINANCIAL INC. DBA TRUSTEE CORPS<br>17100 GILLETTE AVENUE<br>IRVINE, CA 92614-5603 | ONEWEST BANK, A DIVISION OF CIT BANK, N.A.<br>P.O. BOX 7056<br>PASADENA, CA 91109-7056 | SPECIAL DEFAULT SERVICES, INC.<br>17100 GILLETTE AVENUE<br>IRVINE, CA 92614-5603 |
| THE BANK OF NEWYORK MELLON CORPORATION<br>225 LIBERTY STREET<br>NEWYORK, NY 10286-0001 | TROJAN CAPITAL INVESTMENT IS LLC<br>1712 PIONEER AVENUE, SUITE 5333<br>CHEYENNE, WY 82001-4406 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Elizabeth (SV) F Rojas (TR)<br>Valley Executive Center<br>15260 Ventura Blvd., Suite 710<br>Sherman Oaks, CA 91403-5342 |
| Tomer Fridman<br>25420 Prado De Las Peras<br>Calabasas, CA 91302-3656 | | |