| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Tomer Fridman<br>25420 Prado De Las Peras<br>Calabasas, CA 91302<br><br><br><br>*Attorney for:* Tomer Fridman | FOR COURT USE ONLY<br><br>**FILED**<br>AUG 30 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>**TOMER FRIDMAN**<br><br><br>Debtor(s). | CASE NO.: **1:16-bk-11729-MB**<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: 13 |
|---|---|
| <br><br>Plaintiff(s),<br>vs.<br><br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Tomer Fridman

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
    Tomer Fridman
    25420 Prado De Las Peras
    Calabasas, CA 91302

3. New attorney hereby appears in the following matters:    [X] the bankruptcy case    [ ] the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014             Page 1            F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:   TOMER FRIDMAN in pro per

Date: August 3, 2016

_____
Signature of party

Tomer Fridman
_____
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Printed name of *fourth* party (if applicable)


I consent to the above substitution.

Date: August 3, 2016

_____
Signature of present attorney

Martin Weingarten
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: August 3, 2016

_____
Signature of new attorney

Tomer Fridman  (in pro per)
_____
Printed name of new attorney


**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                Page 2                                          F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16133 Ventura Blvd. Encino CA 91436

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __8/3/2016__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee,ustpregion16.sv.ecf@usdoj.com
Elizabeth Rojas, Trustee

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __8/3/2016__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

Trojan Capital Investments LLC
2618 San Miguel Dr. Ste 316
Newport Beach, CA 92660

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

Hon. Martin Barash, 21041 Burbank Blvd. Ctrm 303, Woodland Hills, CA 91364

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/3/2016 | John Edwards | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 3                                    F 2091-1.SUBSTITUTION.ATTY

```
Label Matrix for local noticing          Christiana Trust, a division of Wilmington S    Trojan Capital Investments LLC
0973-1                                   14841 Dallas Parkway, Suite 300                 2618 San Miguel Dr. Ste 316
Case 1:16-bk-11729-MB                    Dallas, TX 75254-7883                           Newport Beach
Central District of California                                                           Newport Beach, CA 92660-5437
San Fernando Valley
Wed Aug  3 07:43:25 PDT 2016

San Fernando Valley Division             Ally Bank                                       BANK OF AMERIC ,A NATIONAL ASSOCIATION
21041 Burbank Blvd,                      PO Box 130424                                   C/O C T CORPORATION SYSTEM
Woodland Hills, CA 91367-6606            Roseville MN 55113-0004                         818 WEST SEVENTH STREET, 2ND FLOOR
                                                                                         LOS ANGELES, CA 90017-3425


BANK OF AMERICA, NATIONAL ASSOCIATION    CIT BANK, N.A.                                  CITBANK NA
150 N COLLEGE STREET, NC1-028-17-06      c/o CT CORPORATION SYSTEM                       1 CIT DRIVE
CHARLOTTE, NC 28255-0001                 818 WEST SEVENTH STREET, 2ND FLOOR              LIVINGSTON, NJ 07039-5703
                                         LOS ANGELES, CA 90017-3407


COUNTRYWIDE HOME LOAN ,S INC.            COUNTRYWIDE HOME LOANS, INC.                    DEUTSCHE BANK
c/o CT CORPORATION SYSTEM                150 N COLLEGE STREET, NC1-028-17-06             60 WALL STREET
818 WEST SEVENTH STREET, 2ND FLOOR       CHARLOTTE, NC 28255-0001                        NEW YORK, NY 10005-2858
LOS ANGELES, CA 90017-3407


First National Bank of Omaha             MTC FINANCIAL INC  DBA TRUSTEE CORPS            MTC FINANCIAL INC. DBA TRUSTEE CORPS
1620 Dodge St., Stop Code 3105           17100 GILLETTE AVENUE                           2112 BUSINESS CENTER DRIVE, FLOOR 2
Omaha, NE 68197-0002                     IRVINE, CA 92614-5603                           IRVINE, CA 92612-7135


NBS DEFAULT SERVICES LLC                 ONEWEST BANK                                    ONEWEST BANK
301 EAST OCEAN BOULEVARD, # 1720         C/O C T CORPORATION SYSTEM                      C/O FINANCIAL FREEDOM
LONG BEACH, CA 90802-8813                818 WEST SEVENTH STREET, 2ND FLOOR              2900 ESPERANZA CROSSING
                                         LOS ANGELES, CA 90017-3407                     AUSTIN, TX 78758-3658


ONEWEST BANK                             ONEWEST BANK, A DIVISION OF CIT BANK, N.A.      SPECIAL DEFAULT SERVICES, INC.
C/O MTC FINANCIAL INC. DBA TRUSTEE CORPS P.O. BOX 7056                                   17100 GILLETTE AVENUE
17100 GILLETTE AVENUE                    PASADENA, CA 91109-7056                         IRVINE, CA 92614-5603
IRVINE, CA 92614-5603


THE BANK OF NEWYORK MELLON CORPORATION   TROJAN CAPITAL INVESTMENT IS LLC                (p)US BANK
225 LIBERTY STREET                       1712 PIONEER AVENUE, SUITE 5333                 PO BOX 5229
NEWYORK, NY 10286-0001                   CHEYENNE, WY 82001-4406                         CINCINNATI OH 45201-5229


United States Trustee (SV)               Wells Fargo Bank, N.A.                          Elizabeth (SV) F Rojas (TR)
915 Wilshire Blvd, Suite 1850            Business Direct Division                        Valley Executive Center
Los Angeles, CA 90017-3560               P.O. Box 29482                                  15260 Ventura Blvd., Suite 710
                                         Phoenix, AZ 85038-9482                          Sherman Oaks, CA 91403-5342


Tomer Fridman
25420 Prado De Las Peras
Calabasas, CA 91302-3656
```