| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>11755 Wilshire Boulevard<br>Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>TOMER FRIDMAN, | CASE NO.: 1:16-bk-11729MB<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. § 327(a), LBR 2014-1]; and**<br><br>☒ **TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)** |
| Debtor(s). | This motion is being made under **ONLY ONE** of the following notice procedures:<br><br>☒ **No hearing unless requested under LBR 9013-1(o)(4);  or**<br>☐ **Hearing set on regular notice: LBR 9013-1(d):**<br><br>DATE:  No Hearing Required Unless Requested<br>TIME:  No Hearing Required Unless Requested<br>COURTROOM: 303<br>ADDRESS: 21041 Burbank Boulevard<br>Third Floor<br>Woodland Hills, CA  91367 |

**PLEASE TAKE NOTICE THAT** the Debtor in Possession (the Debtor) requests an order authorizing the Debtor to employ general bankruptcy counsel and, if requested in this motion, to file interim fee applications using the procedures set forth in LBR 9013-1(o).

Your rights might be affected by this Motion.  You may want to consult an attorney.  Refer to the box checked below for the deadline to file and serve a written response.  If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.  You must serve a copy of

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

your opposition upon the Debtor, the Debtor's attorney, the United States trustee and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. ☒ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☐ **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Other** (*specify*):

Date: 01/03/2017

By: _____
Signature of Debtor

Name: Tomer Fridman
Printed name of Debtor

Date: 01/03/2017

By: _____
Signature of attorney for Debtor, if any

Name: William H. Brownstein
Printed name of attorney for Debtor, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                    Page 2                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

**MOTION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [LBR 2014-1] AND, IF REQUESTED
BELOW, TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)**

1. <u>**EMPLOYMENT**</u>

   a. To assist the Debtor in the administration of this chapter 11 case, the Debtor must employ, effective on
      (*date*) 12/20/2016 , the following professional William H. Brownstein & Associates, P.C._____ (Professional)
      as chapter 11 general bankruptcy counsel pursuant to 11 U.S.C. § 327(a).

   b. The following information and documents are provided in support of this Motion:

      (1) The Professional seeks compensation pursuant to: ☐ 11 U.S.C. § 328; or ☒ 11 U.S.C. § 330.

      (2) The Debtor selected this Professional because the Professional is well qualified to represent the Debtor in this
          proceeding and for the following additional reasons:
          Extensive experience in bankruptcy cases, a Certified Specialist in Bankruptcy Law by the State Bar of California,
          prior history in confirming Chapter 11 plans of reorganization, representing Debtors, creditors and trustees.

      (3) Professional agrees to render legal services in connection with the Debtor's chapter 11 case, including but not
          limited to the following services:

          (A) Advise the Debtor regarding matters of bankruptcy law and concerning the requirements of the
              Bankruptcy Code, and Bankruptcy Rules relating to the administration of this case, and the operation of
              the Debtor's estate as a debtor in possession;

          (B) Represent the Debtor in proceedings and hearings in the court involving matters of bankruptcy law;

          (C) Assistance in compliance with the requirements of the Office of the United States trustee;

          (D) Provide the Debtor legal advice and assistance with respect to the Debtor's powers and duties in the
              continued operation of the Debtor's business and management of property of the estate;

          (E) Assist the Debtor in the administration of the estate's assets and liabilities;

          (F) Prepare necessary applications, answers, motions, orders, reports and/or other legal documents on
              behalf of the Debtor;

          (G) Assist in the collection of all accounts receivable and other claims that the Debtor may have and resolve
              claims against the Debtor's estate;

          (H) Provide advice, as counsel, concerning the claims of secured and unsecured creditors, prosecution
              and/or defense of all actions;

          (I) Prepare, negotiate, prosecute and attain confirmation of a plan of reorganization;

          (J) ☒  Other (*specify*): Provide tax and accounting advice and advice and assisting in compliance with the
              requirements of the United States Trustee and the Bankruptcy Court.

      (4) A declaration by the Professional provides information on the following:  identification/qualifications;
          disinterestedness; compliance with FRBP 2014 and FRBP 5002; and compensation arrangements.

      (5) A declaration by the Debtor as to the source, amount and date of prepetition retainer paid to Professional and
          provisions for replenishment, if any, and any postpetition retainer and source of payment of postpetition
          retainer(s), if any.  No liens against the retainer have been granted in favor of the Professional or any other
          party.

      (6) ☐ An optional Memorandum of Points and Authorities is attached.

      (7) ☐ Other (*specify*):

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                Page 3                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

2. **FILE INTERIM FEE APPLICATIONS USING LBR 9013-1(o) (IF REQUESTED)**

[X]   The Debtor requests authorization to use the procedures set forth in LBR 9013-1(o) regarding Notice of
Opportunity to Request Hearing when requesting approval of interim fee applications.  Professional
acknowledges, by checking this box, that to the best of Professional's knowledge, no other professional is or will
be employed in this case.  If additional professional(s) become employed, Professional agrees to give 45 days'
notice of the date and time of any interim fee application hearing in compliance with LBR 2016-1(a)(2) and will
cease filing interim fee applications pursuant to LBR 9013-1(o).

The Debtor requests the authority to (1) employ the Professional to represent the Debtor in this case and (2) file interim
fee applications using the procedure set forth in LBR 9013-1(o).

Date: _01/03/2017_

By: _____
Signature of attorney for Debtor, if any

Name: _William H. Brownstein_
Printed name of attorney for Debtor, if any

Date: _01/03/2017_

By: _____
Signature of Debtor

Name: _Tomer Fridman_
Printed name of Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF PROFESSIONAL

I, (*print name*)  William H. Brownstein                              , have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

**1.  Identification/Qualifications**

a.  ☒  I am a licensed attorney.

b.  I, and the (*name of firm*)  William H. Brownstein & Associates, Professional Corporation            (Firm) of which I am a (*position with Firm*) President and Shareholder            , maintain our principal offices at  11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

c.  I believe that I am qualified to represent the Debtor.  A copy of my resume is attached as **Exhibit 1.**

(1)  ☒  I have previously represented at least 100 chapter 11 debtors and in more than 50 of those cases, I prepared a chapter 11 plan and obtained an order confirming the plan.

(2)  ☐  I cannot check box 1.c.(1) but I believe that I should be allowed to represent this Debtor because (*specify*):

d.  Additional resumes for any and all professionals at my Firm who will work on this case are attached as **Exhibit 2**.

**2.  Disclosures Re Connections and Adverse Interests**

a.  Authority is sought pursuant to 11 U.S.C § 327(a)

The Firm and I are "disinterested persons" within the meaning of 11 U.S.C. § 101.   We are (a) not  creditors, equity security holders, or insiders of the Debtor; (b) are not and were not, within 2 years before the date of the filing of the petition, directors, officers or employees of the Debtor; and (c) do not have interests materially adverse to the interest of the estate, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.  The Firm and I do not hold or represent an interest adverse to the estate.

b.  Disclosures re FRBP 2014

Except as indicated below and other than representing the Debtor in this case, neither the Firm nor I ever represented the Debtor, and neither the Firm nor I have any connection with the Debtor, any insider of the Debtor, or insider of an insider of the Debtor, any creditor of the Debtor or any other party in interest herein, the United States trustee, persons employed by the United States trustee, persons employed by the Bankruptcy Court or a Bankruptcy Judge, or any of their respective attorneys or accountants.  Other information relevant to relationships with the Debtor is as follows (*specify*):
Formerly was employed as a bankruptcy attorney from November 29, 1979 through December 3, 1983 by the Office of United States Trustee. Only involvement with the Debtor was with regard to this case in which the Firm was employed while in Chapter 13 on October 19, 2016.

c.  The Firm and I do not hold any prepetition claim against the estate.

d.  The Firm and I have not made any arrangements for the sharing of fees with any other person or entity.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 5                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

**3. Compensation Arrangements**

a. (1) ☒ Prior to the chapter 11 petition date, the Firm and I received $ _15,000.00_____ from

☐ the Debtor

☒ other (*specify source of funds*): White City 26, Inc._____

As of the petition date, $ _7,119.22_____ of the retainer funds remain unexhausted.

(2) ☒ Firm and I will receive $ _8,000.00 and month_ly payment of fees and costs from White City 26, Inc.

☐ the Debtor

☒ other (*specify source of funds*):  White City 26, Inc._____
postpetition on (*specify date or timing of payment*): As bills are submitted. The Firm never has nor will it
represent White City 26, Inc., or any entity or relative of
the Debtor while counsel for the Debtor.

b. Pursuant to the Debtor's initial retainer agreement, the Debtor agreed to pay for services as they were performed. However, any payment of fees and expenses is subject to court approval.  A true and correct copy of the retainer agreement is attached as **Exhibit 3**.

c. The Firm and I will comply with the *Guide To Application For Retainers and Professional And Insider Compensation* promulgated by the Office of the United States trustee, as well as any other applicable employment guidelines and fee guidelines in withdrawing the prepetition or postpetition retainer funds, if any.

d. THE FIRM'S PROPOSED COMPENSATION IS:

(1) Hourly rates

Partner, primary/lead counsel (*insert names of partners and each rate*)
William H. Brownstein_____    $ _495.00_ per hour
_____    $ _____ per hour
_____    $ _____ per hour

Associate attorney (*insert names of associates and each rate*)
_____    $ _____ per hour
_____    $ _____ per hour
_____    $ _____ per hour

Law clerks/paralegal (*insert names and each rate*)
Eveline H. Zacharowicz/Brownstein_____    $ _125.00_ per hour
_____    $ _____ per hour
_____    $ _____ per hour

☐ Optional:  See **Exhibit 4** for the Firm's hourly rates.

(2) Other

If the Firm's compensation is set by other than hourly rate, specify:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 6                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

e.    THE FIRM'S EXPENSE REIMBURSEMENT RATES ARE:

       Fax in & fax out                $0.10  (Actual cost, not to exceed $0.10 per page)

       Messenger                 Actual cost

       Photocopies              $0.10  (Actual cost, not to exceed $0.10 per page)

       Postage                    Actual cost

       Telephone                 No charge

       Other: (*describe expense*)

       Court call appearance service    _____ (Actual cost)

       _____    _____ (Actual cost)

f.    Neither the Firm nor I request any lien on any retainer received in this case or on any property of the estate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 01/03/2017                    By: *William H Brownstein*
                                     Signature of proposed t Professional

                             Name:  William H. Brownstein
                                     Printed name of proposed Professional

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                           Page 7              **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

## DECLARATION OF DEBTOR IN POSSESSION

I, <u>Tomer Fridman</u>, am the Debtor in Possession in this case.

To the best of my knowledge, all of the Professional's connections with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee are as stated in the attached Declaration of Professional.

[X]    I paid the following amounts to <u>William H. Brownstein & Associates, P.C.</u> as follows:

| Amount | Date of Payment | Source of Funds |
|---|---|---|
| $ 15,000.00 | 10/20/2016 | White City 26 Inc. |
| $ | | |

[X]    I caused to be paid $<u>15,000.00</u> to <u>William H. Brownstein & Associates, P.C.</u> pursuant to our initial retainer agreement, and have agreed that fees are to be billed against this amount.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>01/03/2017</u>

By: _____
Signature of Debtor in Possession

Name: <u>Tomer Fridman</u>
Printed name of Debtor in Possession

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                    Page 8                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

# RESUME' OF QUALIFICATIONS FOR

## WILLIAM H. BROWNSTEIN & ASSOCIATES, P. C.

### MANAGING MEMBER

## WILLIAM H. BROWNSTEIN

Born Los Angeles, California, May 1, 1952. Juris Doctor Degree from Southwestern University, School of Law, 1977. Deans list for academic excellence at Southwestern University, School of Law.

LL.M. in taxation from New York University, School of Law, 1979. Recipient of the Gerald Wallace Fellowship.

Admitted to the Bar, State of California, 1978. Commencing November 29, 1979 through December 3, 1983 employed by the United States Department of Justice, Office of United States Trustee, Central District of California as senior bankruptcy counsel. In that capacity responsible for the supervision of the administration of cases and trustees in chapter 11 cases.

From December 3, 1983 until February 1, 1986, litigation counsel for Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson and Casey in their Beverly Hills, California office. In that capacity responsible for the bankruptcy and insolvency department, handling all aspects of creditor and debtor related matters.

Commencing February 1, 1986 until April 19, 2002 Mr. Brownstein has been the managing partner of the Law Offices of William H. Brownstein, which specializes in creditor rights, bankruptcy and insolvency law, including matters relating to bankruptcy related tax issues.

Since 1981, employed as a professor at various universities and colleges in Southern California, and as a lecturer on bankruptcy, tax, and real estate issues. Contributing an author of California Real Estate Principles and author and contributor on various articles on aspects of bankruptcy, real estate and tax law.

Since August 15, 2000, a Certified Specialist in Bankruptcy Law, California State Bar Association. Passed the examination to be certified as a specialist in complex chapter 11 cases and reorganization cases by the American Bankruptcy Board of Certification.

Commencing April 19, 2002 managing shareholder of William H. Brownstein & Associates, Professional Corporation.

# **P A R A L E G A L S**

## **E V E L I N E   B R O W N S T E I N**

Born Salisbury, Rhodesia, June 13, 1963.

Attended Los Angeles Valley College, University of California, Los

Angeles and California State University, Northridge. Graduated Los

Angeles Valley College, Summa Cum Laude in 1994. Graduated Thomas

Edison University with a Masters in Human Resources, Summa Cum

Laude 2014.

Comprehensive training through education and seminars, and

extensive legal experience since 1986. Experienced in all levels of support

to legal professionals, including, but not limited to, preparation of court

documents for filing, complex legal research, property management, and

the setting up and administration of law offices.

INTENTIONALLY LEFT BLANK

B"H

WILLIAM H. BROWNSTEIN
ATTORNEY AT LAW
CERTIFIED SPECIALIST, BANKRUPTCY LAW
THE STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

*LL.M. TAXATION, NEW YORK UNIVERSITY,
SCHOOL OF LAW – 1979
FORMER SENIOR COUNSEL, UNITED STATES
DEPARTMENT OF JUSTICE,
OFFICE OF UNITED STATES TRUSTEE – 1979-1982

OFFICE: (310) 458-0048
TELECOPIER: (310) 362-3212
MOBILE/PAGER: (310) 877-9882
E-MAIL: BROWNSTEINLAW.BILL@GMAIL.COM
WEB: WWW.BANKRUPTCYGURU.COM

EVELINE H. BROWNSTEIN
OFFICE ADMINISTRATOR - LEGAL ASSISTANT

## WHB
### WILLIAM H. BROWNSTEIN & ASSOCIATES,
PROFESSIONAL CORPORATION
**ATTORNEYS AND COUNSELORS AT LAW**

**11755 WILSHIRE BOULEVARD, SUITE 1250, LOS ANGELES, CALIFORNIA 90025-1540**

October 19, 2016

**PERSONAL AND CONFIDENTIAL**

VIA EMAIL:
TFridman9@gmail.com

Mr. Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302

Re:    Representation in Chapter 11 Case

Dear Mr. Fridman:

It is with great pleasure that I inform you that William H. Brownstein & Associates, Professional Corporation (the "Firm"), has agreed to represent you as substitute counsel(the "Client") in providing you with consultation and in providing bankruptcy and insolvency planning and representation in a case under Chapter 11 of the Bankruptcy Code.

I have informed you that William H. Brownstein, the president and shareholder of the Firm maintains residences in California and New Jersey and there are times when Mr. Brownstein in not physically present in California for weeks at a time. Nevertheless, there are other attorneys and professionals working for the Firm, in his physical absence that will handle the case.

This letter sets forth the terms of our proposed engagement, the potential conflicts of interest, the authority and direction to report to and communicate with third parties and, after being signed by both the parties affected under this Agreement, constitutes our agreement ("Agreement"). Accordingly, please read this Agreement carefully before signing and to the consult with outside counsel regarding its terms, conditions and provisions.

1.    **Terms of this Engagement as Well as of Existing  and Future Engagements**.

This Agreement sets forth our entire agreement for rendering professional services, except where I have signed a different agreement.

The Firm has agreed to represent the Client at the hourly rate charged by professionals and para-professionals employed by my firm of $495.00 an hour for the services of William H. Brownstein reduced from $525.00 an hour. Other attorneys, professionals and para-professionals are billed at their applicable hourly rates.

2.    **Intake Procedures**. We will not act as Client's counsel and not be its counsel until we receive your written authorization of Agreement, which you have verbally provided on October 19, 2016.

Initials

WILLIAM H. BROWNSTEIN & ASSOCIATES,
PROFESSIONAL CORPORATION
**ATTORNEYS AND COUNSELORS AT LAW**

Mr. Tomer Fridman
Re: Representation
October 19, 2016
Page 2 of 9

3. **Fees**. (a) We have agreed to represent you on an hourly fee basis based on the following:

(1)    We will bill at the reduced normal hourly rate of $495.00 an hour, reduced from $525.00 an hour for the services of William H. Brownstein.

(2)    I have requested an initial cash retainer of Fifteen Thousand Dollars ($15,000.00) from a third party.

(3)    By executing this Agreement Client acknowledges a receipt of this Agreement.

4. **Many Services Are Performed Without Your Direct Involvement**. In reviewing your bills, there is one matter which we urge you to consider carefully. Unlike the practice of medicine, the time spent on a client's case in the presence of the client is frequently only the "tip of the iceberg." A great deal of time is spent and devoted to the matter outside of the client's presence. Therefore, you will find that although your bill will include a description of  services performed without your direct involvement we will pay particular attention to carefully documenting costs advanced on your behalf as you are responsibility for reimbursing those costs in addition to the contingency fee being paid under this Agreement. We will be happy to meet with you at no charge to you to explain the nature of everything that has been performed on your behalf should you have any questions.

5. **Scope of Involvement and Requirements of Chapter 11 Debtors.** The Firms' involvement will include all matters relating to the conversion from Chapter 13 to Chapter 11, and if the Chapter 13 is dismissed the filing of and representation in a Chapter 11 case.

You understand and you are aware that as part of the obligations of a Chapter 11 Debtor, the Debtor must be in compliance with the reporting requirements of the United States Trustee for the Central District of California (the "US Trustee"), in compliance with the rules and requirements of the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") and in compliance with the United States Bankruptcy Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"). You will have to include all assets and liabilities of the business, including filing monthly operating reports with the Bankruptcy Court, verification of insurance and that all insurance remains in full force and effect, among other items.

I note that a Chapter 11 bankruptcy case imposes several duties upon a debtor along with the benefits available under said chapter. Among the obligations in a Chapter 11 case is that a representative of the Debtor  meet with  the U.S. Trustee, which traditionally includes two meetings; once for an initial meeting of creditors and another  time for the first meeting of creditors conducted pursuant to 11 U.S.C. §

Initials ___ . . ___

WILLIAM H. BROWNSTEIN & ASSOCIATES.
PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

Mr. Tomer Fridman
Re: Representation
October 19, 2016
Page 3 of 9

341(a).

The United States Trustee requires that the Debtor file reports, including a monthly operating reports, to pay quarterly fees, to open and maintain debtor in possession bank accounts at an approved depository, to maintain and provide evidence of insurance, and to provide and maintain copies of current documents, including the verifications of insurance, verification of the opening of the debtor in possession bank accounts at an approved depository, a statement under the penalty of perjury attesting to the fact that all pre-petition bank accounts have been closed, the filing of a projected operating report for the first ninety-days operations, and the filing of periodic operating reports and Real Property questionnaire for each property owned by the Debtor, requests for compensation of principals of the Debtor, including any payment to insiders which is defined to include the managing member, members of the debtor and their families.

I have explained the importance of fully and timely complying with the reporting requirements and The Debtor has assured me that it is in full compliance with the reporting requirements of the U.S. Trustee and that it will continue to be in compliance with all such requirements.

**It is understood that a Chapter 11 case is a complex process, one in which a Debtor (not its counsel) is required to fully comply with the reporting requirements of the U.S. Trustee and the Bankruptcy Court. Consequently, it is not the obligation of your attorney to comply with the reporting requirements of the U. S. Trustee, and as such you must pay particular attention to making <u>sure</u> that <u>all</u> such requirements are timely and fully complied. My offices will assist you in the initial preparation of documents if you believe that you need such assistance; however, I you are advised to retain an independent bankruptcy administrator or bookkeeper with experience in such matters to make sure that all filing requirements are timely satisfied and/or to have someone on the staff trained to have responsibility for preparing and filing such documents. It is also essential that you provide copies of all documents filed with the U.S. Trustee to my offices timely and that if you file the documents directly with the U.S. Trustee's Office, that you send additional copies to be conformed and returned to you and my offices. There has been instances where despite the fact that the reporting requirements of the U.S. Trustee have been satisfied, the U.S. Trustee's representatives have filed declarations under penalty of perjury stating to the contrary. For that reason, we must be very careful to have a paper trail should the U.S. Trustee take a position contrary to what is true in order to protect the Debtor.**

I have provided you with a set of the reporting requirements of the U.S. Trustee.

Initials

WILLIAM H. BROWNSTEIN & ASSOCIATES.
PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

Mr. Tomer Fridman
Re: Representation
October 19, 2016
Page 4 of 9

Those must be fully complied within a timely manner, which is your responsibility.

A representative of my offices will be glad to meet with someone from your staff for that  purpose or to give you the names of persons that I know that are familiar with the requirements. If  you do request the name of someone for that purpose, however, we advise you to carefully interview such person or persons, entity or entities, before hiring them.

In a Chapter 11 case a Debtor is prohibited from doing certain things or taking certain actions without obtaining an appropriate approval from the U.S. Trustee and/or the Bankruptcy Court and in the case of the use of cash collateral, obtaining a Bankruptcy Court Order or the consent of your secured creditor(s). Among matters requiring particular attention is that the U.S. Trustee's approval is the payment of insiders, which is defined as any officer, director or shareholder of the Debtor any compensation or remuneration.

There are certain restrictions and provisions of law that must be strictly adhered to or else the Debtor may suffer the certain loss of assets. As such, Debtor must advise counsel of all assets and any and all executory contracts. One on many such provisions is that dealing with leases of non residential real estate. In the case of such a lease a Debtor must either assume such leases within 120 days after the filing its case, or at a minimum, within that 120 days file a motion for an extension of time to do so, which can only grant up to no more than 90 additional days, even if the lease or executory contract is not in default, or it will be deemed to have rejected such lease or leases.

I note that any application to employ any "outside professional," such as an attorney, special counsel, an accountant, an appraiser or a real estate professional for any purpose requires that such an application must be filed with the Court and notice given to creditors before a declaration and order can be filed with the Bankruptcy Court seeking approval of that application.

I have also mentioned to you that there is an issue regarding whether you are seeking to obtain a valuation of a property and that is your principal residence. You have informed me that you own a property in Hidden Hills, California and one in Calabasas, California, and that both are leased and are NOT your primary residence. That being the case, a lien avoidance motion valuing the properties would be something that you wish to accomplish in the bankruptcy case, which is an areas that I have had cases in the past for which I have prevailed.

**It is essential that you advise your attorney of any and all such actions or events pertaining to the operation of your business that is outside of the ordinary**

Initials ___

WILLIAM H. BROWNSTEIN & ASSOCIATES,
PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

Mr. Tomer Fridman
Re: Representation
October 19, 2016
Page 5 of 9

**course of business immediately after you contemplate entering into such an
arrangement so that the appropriate documents can be prepared and filed if such
action requires Court approval**.

It is understood and acknowledged that our fees are **not** limited to any flat
amount and that once the Chapter 11 case is filed there is absolutely no way of
guaranteeing the amount of fees or costs and that the initial cash retainer is only an
estimate based on prior experience of what will be expended relating to this case.

6.      **Costs**. Our firm incurs costs on your behalf for postage, facsimile
transmissions and receipts, photocopies of documents (such as correspondence and
pleadings), telephones (including mobile phone) charges, Court reporters, Jury fees,
Subpoena charges, binders for presentation of Court documents and other supplies
which are used in connection with your case as well as messenger fees, attorney
service fees, filing fees and other costs incurred in your representation. These
expenses will be individually itemized.

The Firm is not obligated to advance the extraordinary charges noted above;
however, to the extent we do so, you agree to reimburse us for these costs.

Secretarial, paralegal, litigation support and clerk overtime may be necessary,
but only if you want, or it is required that a project be completed within an otherwise
unreasonable time frame. We will generally advance such costs as they are normal and
nominal in amount. To the extent we do so, you will reimburse us for such costs at the
actual amount we incur for these expenses. In certain circumstances, if the amount of
such expenditures are expected to be extraordinarily large, we may ask that you
advance the amount of such costs.

Item-by-item approval of every expense-related decision is usually impractical.
Accordingly, you are hereby giving us advance permission to incur reasonable costs on
your behalf.

Due to time delays inherent in our bookkeeping system, one or more billing
cycles may elapse between the date we incur costs and the time such costs are
reflected on your bill.

7.      **Retainers**.  I have requested that you pay my offices an initial retainer of
$15,000.00.  The fees will be paid by third parties.

8.      **Periodic Bills**. You will be billed periodically. Our bills will reflect the
amount of fees, the time expended and hourly rate for the attorneys and other

Initials

WILLIAM H. BROWNSTEIN & ASSOCIATES,
PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

Mr. Tomer Fridman
Re: Representation
October 19, 2016
Page 6 of 9

professionals rendering service on your behalf. Our bills will also include costs incurred on your behalf.

Generally the bills are attached to the Monthly Operating Reports filed with the Bankruptcy Court and served on you. You agree to review the bills and to contact the Firm with any disagreements or questions concerning the bills.

You agree that we may incur (or advance) services or costs as mentioned in this Agreement (although the obligation to pay for such services and costs is yours, not ours), and include such items in our bill to you. You agree to pay us for such services or costs.

As this is a Chapter 11 case any final fees after the filing of the case will be subject to Bankruptcy Court approval. As such, unless approved by the Bankruptcy Court, payments will be made in accordance with Bankruptcy Court Orders, for which the Firm may be seeking approval of the payment of monthly bills by the client.

9.      **Outcome: Estimates of Fees and Costs**. It is difficult, to make any estimate of what the ultimate outcome of our representation will be. Although we are optimistic that we will be successful in our collection efforts, there is never any certainty in litigation, nor of the timing of the collection of any recovery, should our efforts be successful. For that reason we are not providing you with any estimate of what you will recover as a result of our representation.

10.      **Collection Expenses**. To the extent allowed by law (and only to the extent that such provision does not invalidate any other provision of this Agreement, such as the arbitration provision), in the event that we are forced to initiate collection action against you to collect our fees and costs, you agree, by signing this Agreement, to be responsible for all expenses of collection and all attorneys fees and costs actually incurred by us in connection with such efforts whether or not a lawsuit is filed.

11.      **Enforcement of Judgment**. In the event a judgment is obtained for fees and costs which are unpaid, you agree to pay the attorneys fees and costs incurred in enforcing said judgment. This paragraph is not intended to merge with any judgment obtained based on this Agreement and is separate and distinct from the attorneys' fees and costs provision of the paragraph above.

12.      **Obligation to Comply with Court Orders and Cooperate with Firm**. You agree to honor and comply with all Court orders and rules. It is a material condition of our agreeing to represent you that you honor and obey all orders duly issued by the Court in this dissolution proceeding. We will not be a party to any knowing violation of a

Initials

WILLIAM H. BROWNSTEIN & ASSOCIATES,
PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

Mr. Tomer Fridman
Re: Representation
October 19, 2016
Page 7 of 9

Court order or rule.

You also agree (a) to tell us the truth and cooperate with us; (b) to keep us informed of your address and telephone number; (c) to provide us with all necessary facts; (d) to confirm the completeness and accuracy of all such information; (e) to advise us whether any document I have prepared or received and sent to you for your approval or review is accurate;  (f) to advise us of new facts because this may warrant a change of strategy; (g) to cooperate with us by providing deposition answers to questions, appearing at depositions and at hearings and signing such papers concerning the matter as may be required. We need to rely on the information you provide, as well as your assistance and guidance, to represent you properly.

13.    **Duties upon End of Active Involvement**. Upon cessation of our active involvement in this matter, we will have no further duty to inform you of future developments or changes in law as may be relevant to such matter. Further, unless you and we mutually agree in writing to the contrary, we will have no obligation to monitor future dates or deadlines.

14.    **Records and Files Retention**. After Firm's representation of you has been concluded or completed by judgment, settlement or otherwise, you may take possession of our files regarding this representation. The Firm maintains electronic filings and as such it is likely that your files will be maintained on our computers and the Firm may not have hard copies of any files. The Firm will maintain possession of your files for five (5) years after the date of the conclusion of services or judgment, settlement or otherwise. After that time, the Firm is entitled to dispose your files although it may, but is not obligated to make a reasonable attempt to notify you of Firm's intention to take such action.

15.    **This Agreement is Not Confidential**. This Agreement may be disclosed to the Court, and, therefore, you waive confidentiality with respect to its contents.

16.    **Cellular Calls: Email**. Cellular phone calls may pose a security risk in that they are subject to being intercepted by third parties which may waive the attorney/client privilege. The use of computer e-mail may similarly pose a problem as we do not have encryption software. Nonetheless, because of the convenience of those methods of communication, we will use them unless you advise us in writing not to communicate with you in such fashion.

17.    **Privacy Notice**. You have been provided with a copy of the Firm's Privacy Notice, receipt of which you hereby acknowledge.

Initials

WILLIAM H. BROWNSTEIN & ASSOCIATES.
PROFESSIONAL CORPORATION
**ATTORNEYS AND COUNSELORS AT LAW**

Mr. Tomer Fridman
Re: Representation
October 19, 2016
    Page 8 of 9

18. **Authorization to Communicate With Employees of Client.** It is understood that English is your second language and in dealing with you translator services have been provided. You also authorize the Firm to communicate directly with employees of the Client, including Juan Cortez, your son who is the manager of the facility but who does not have any ownership interest in the Debtor.

19. **Miscellaneous.**

a.    This Agreement is governed by California law and sets forth our entire agreement for rendering professional services. It can be amended or modified only in a writing signed by both of  us.

b.    This Agreement may be signed in one or more counterparts.

c.    If any provision of this Agreement is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions of this Agreement which can be given effect without such provisions, and to this end the provisions of this Agreement are severable.

d.    This Agreement, once signed, will be an important legally binding contract having substantial financial impact upon you. We are not advising you with respect to this Agreement because we would have a conflict of interest in doing so. If you wish advice, you should consult independent counsel of your choice.

e.    This Agreement may be signed via facsimile with the facsimile signature having the same force and effect as an original signature.

f.    Client authorizes and acknowledges that the Firm may make electronic copies of the documents and cause the original documents to be destroyed. Also, at the end of the engagement Client may obtain the files and if Client fails to request said files the Firm may at its option, at the end of three years from the termination of services have all files destroyed or, as noted above, may have them copied into electronic medium by having them scanned, and destroy the original documents at such time as they deem fit prior to the expiration of three years.

g.    The Firm is a debt relief agency as that term is defined under 11 U.S.C. §101(12A).

h.    It is understood that this Agreement only pertains to you only and does not include any other person or entity in which you have any relationship.

i.    The Firm will rely on the address for the Client shown on the first page of

Initials

WILLIAM H. BROWNSTEIN & ASSOCIATES.
PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

Mr. Tomer Fridman
Re: Representation
October 19, 2016
Page 9 of 9

this Agreement. In the event of any change of address or contact information Client has a continuing obligation to inform the Firm of any and all such changes.

j.      By executing this Agreement you acknowledge that you are authorized to do so on behalf of the Debtor and that you have full and complete authority in all matters.

k.      By her signature on the lower portion of this Agreement, Cristel Pascucci has agreed to make payments from her separate funds to cover attorney fees and costs after the initial retainer is used up.

Please contact me as soon as possible if this Agreement does not accurately reflect your understanding.

We are enclosing two copies of this Agreement. If you are satisfied with this Agreement, please sign both copies and initial the bottom of pages 1 through 9. Please keep one copy for yourself.

Very truly yours,

William H. Brownstein, President,
William H. Brownstein & Associates, Professional Corporation

AGREED, APPROVED AND ACCEPTED:

Tomer Fridman

I

Initials

**WILLIAM H. BROWNSTEIN & ASSOCIATES**
PROFESSIONAL CORPORATION

## PRIVACY NOTICE

Attorneys, like other professionals who advise on personal financial matters, are required by federal law to inform their clients of their policies regarding the privacy of client information. Attorneys have been, and continue to be, bound by professional standards of confidentiality that are even more stringent than those required by federal law.

      In the course of providing our clients with certain advise, we may receive nonpublic personal financial information from our clients, their accountants and other representatives, such as financial statements, tax returns and other personal information. All nonpublic personal information that we receive regarding our clients or former clients is held in strict confidence in accordance with our professional obligations, and is not released to people outside the Firm, except with your consent or as required by law. We may share certain information with third parties who assist us in providing our services to you (such as administrative and client service functions) or marketing our services, as permitted by law, subject to the obligation of these third parties not to use or disclose such information for any other purpose.

      We retain records relating to professional services that we provide so that we are better able to assist you with your professional needs and, in some cases, to comply with professional guidelines. In order to guard your non public personal information from unauthorized disclosure, we maintain physical, electronic and procedural safeguards that comply with our professional standards.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL** [11 U.S.C. § 327(a), **LBR 2014-1**];  AND TO FILE INTERIM FEE APPLICATIONS USING LBR 9013-1(o) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/03/2016_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 01/03/2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/03/2016_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Courtesy Box of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA  91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/03/2016 | William H. Brownstein | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                Page 23                        F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

**1:16-bk-11729-MB** Tomer Fridman
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Martin R. Barash
**Date filed:** 06/09/2016 **Date of last filing:** 12/27/2016

# Parties

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.**<br>*Added: 10/05/2016*<br>*(Creditor)* | represented<br>by | **William F McDonald, III**<br>Tiffany & Bosco, P.A.<br>1230 Columbia Street, Suite 680<br>San Diego, CA 92101<br>619-501-3503<br>619-487-9079 (fax)<br>Caecf@tblaw.com<br>*Assigned: 10/05/16* |
| **Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2 ("Secured Creditor"), as serviced by Fay Servicing, LLC (&**<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*Added: 07/27/2016*<br>*(Creditor)* | represented<br>by | **Erica T Loftis**<br>Buckley Madole, P.C.<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802<br>562-983-5365<br>562-983-5365 (fax)<br>Erica.Loftis@BuckleyMadole.com<br>*Assigned: 07/27/16* |
| **Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3**<br>*Added: 11/04/2016*<br>*(Creditor)* | represented<br>by | **Jamie D Hanawalt**<br>Aldridge Pite LLP<br>4375 Jutland Dr<br>San Diego, CA 92117<br>858-750-7600<br>619-590-1385 (fax)<br>ecfcacb@aldridgepite.com<br>*Assigned: 11/04/16* |
| **Daimler Trust**<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113<br>651-366-6390<br>651-366-6391 (fax)<br>notices@bkservicing.com<br>*Added: 11/03/2016*<br>*(Creditor)* | | |
| **Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach** | represented<br>by | **Daniel K Fujimoto**<br>The Wolf Firm |

**Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2**
The Wolf Firm
2955 Main Street Second Floor
Irvine, CA 92614
1-949-720-9200
wdk@wolffirm.com
*Added: 11/18/2016*
*(Creditor)*

2955 Main St 2nd Fl
Irvine, CA 92614
949-720-9200
949-608-0128 (fax)
wdk@wolffirm.com
*Assigned: 11/18/16*

**Kristin A Zilberstein**
McCarthy & Holthus LLP
1770 Fourth Ave
San Diego, CA 92101
619-686-4800
619-686-4811 (fax)
bknotice@mccarthyholthus.com
*Assigned: 12/27/16*

**Fay Servicing, LLC**
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
858-750-7600
*Added: 09/16/2016*
*(Interested Party)*

represented by

**Gilbert R Yabes**
Aldridge Pite, LLP
4375 Jutland Dr Ste 200
PO Box 1793
San Diego, CA 92177-0933
858-750-7600
619-590-1385 (fax)
ecfcacb@aldridgepite.com
*Assigned: 09/16/16*

**Tomer Fridman**
25420 Prado De Las Peras
Calabasas, CA 91302
SSN / ITIN: xxx-xx-0402
*Added: 06/09/2016*
*(Debtor)*

represented by

**William H Brownstein**
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
310-458-0048
310-362-3212 (fax)
Brownsteinlaw.bill@gmail.com
*Assigned: 10/19/16*

**Martin R Weingarten**
Law Offices of Martin R Weingarten
5807 Topanga Canyon Blvd H302
Woodland Hills, CA 91367
213-995-6088
323-316-9617 (fax)
mwbklaw@yahoo.com
*Assigned: 08/05/16*
*TERMINATED: 08/30/16*

*LEAD ATTORNEY*

**JP Morgan Chase Bank N.A.**
*Added: 07/18/2016*
*(Creditor)*

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700
cacb_ecf_sv@ch13wla.com
*Added: 06/09/2016*
*TERMINATED: 12/20/2016*
*(Trustee)*

**Trojan Capital Investments LLC**
2618 San Miguel Dr. Ste 316
Newport Beach
Newport Beach, CA 92660
*Added: 07/26/2016*
*(Creditor)*

represented by

**Henry D Paloci**
Henry D Paloci III PA
POB 3906
Westlake Village, CA 91359
805-279-1225
866-565-6345 (fax)
hpaloci@hotmail.com
*Assigned: 07/26/16*

**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811
ustpregion16.wh.ecf@usdoj.gov
*Added: 06/09/2016*
*(U.S. Trustee)*

represented by

**S Margaux Ross**
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017
213-894-4494
213-894-0276 (fax)
margaux.ross@usdoj.gov
*Assigned: 12/21/16*
*LEAD ATTORNEY*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/03/2017 10:06:43 | | | |
| **PACER Login:** | WBrowns476:2659908:0 | **Client Code:** | Tomer Fridman |
| **Description:** | Party List | **Search Criteria:** | 1:16-bk-11729-MB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Label Matrix for local noticing
0973-1
Case 1:16-bk-11729-MB
Central District of California
San Fernando Valley
Tue Jan  3 10:07:53 PST 2017

Christiana Trust, a division of Wilmington S
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Deutsche Bank National Trust Company, as Tru
The Wolf Firm
2955 Main Street Second Floor
Irvine, CA 92614-5909

Fay Servicing, LLC
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Trojan Capital Investments LLC
2618 San Miguel Dr. Ste 316
Newport Beach
Newport Beach, CA 92660-5437

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Ally Bank
PO Box 130424
Roseville MN 55113-0004

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

BANK OF AMERIC ,A NATIONAL ASSOCIATION
C/O C T CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017-3425

BANK OF AMERICA, NATIONAL ASSOCIATION
150 N COLLEGE STREET, NC1-028-17-06
CHARLOTTE, NC 28255-0001

Bank Of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

CIT BANK, N.A.
c/o CT CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017-3407

CITBANK NA
1 CIT DRIVE
LIVINGSTON, NJ 07039-5703

COUNTRYWIDE HOME LOAN ,S INC.
c/o CT CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017-3407

COUNTRYWIDE HOME LOANS, INC.
150 N COLLEGE STREET, NC1-028-17-06
CHARLOTTE, NC 28255-0001

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Christiana Trust, Trustee (See 410)
c/o FAY SERVICING, LLC
Bankruptcy Department
939 W. North Avenue Suite 680
Chicago, Illinois 60642-1231

DEUTSCHE BANK
60 WALL STREET
NEW YORK, NY 10005-2858

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197-0002

MTC FINANCIAL INC  DBA TRUSTEE CORPS
17100 GILLETTE AVENUE
IRVINE, CA 92614-5603

MTC FINANCIAL INC. DBA TRUSTEE CORPS
2112 BUSINESS CENTER DRIVE, FLOOR 2
IRVINE, CA 92612-7135

Main Street Acquisition Corp
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

NBS DEFAULT SERVICES LLC
301 EAST OCEAN BOULEVARD, # 1720
LONG BEACH, CA 90802-8813

Navient Solutions, Inc. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre, PA 18773-9430

ONEWEST BANK
C/O C T CORPORATION SYSTEM
818 WEST SEVENTH STREET, 2ND FLOOR
LOS ANGELES, CA 90017-3407

```
ONEWEST BANK                      ONEWEST BANK                     ONEWEST BANK, A DIVISION OF CIT BANK, N.A.
C/O FINANCIAL FREEDOM             C/O MTC FINANCIAL INC. DBA TRUSTEE CORPS    P.O. BOX 7056
2900 ESPERANZA CROSSING           17100 GILLETTE AVENUE            PASADENA, CA 91109-7056
AUSTIN, TX 78758-3658             IRVINE, CA 92614-5603


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    SPECIAL DEFAULT SERVICES, INC.    THE BANK OF NEWYORK MELLON CORPORATION
PO BOX 41067                      17100 GILLETTE AVENUE            225 LIBERTY STREET
NORFOLK VA 23541-1067             IRVINE, CA 92614-5603            NEWYORK, NY 10286-0001


TROJAN CAPITAL INVESTMENT IS LLC    (p)US BANK                     Wells Fargo Bank, N.A.
1712 PIONEER AVENUE, SUITE 5333    PO BOX 5229                     Business Direct Division
CHEYENNE, WY 82001-4406           CINCINNATI OH 45201-5229         P.O. Box 29482
                                                                   Phoenix, AZ 85038-9482


Tomer Fridman                     William H Brownstein
25420 Prado De Las Peras          11755 Wilshire Boulevard
Calabasas, CA 91302-3656          Suite 1250
                                  Los Angeles, CA 90025-1540
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC    U.S. BANK
c/o Best Buy Credit Card          C/O U.S. BANCORP
POB 41067                         800 NICOLLET MALL
Norfolk VA 23541                  MINNEAPOLIS, MN 55402
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BANK OF AMERICA, N.A.          (u)Christiana Trust, a division of Wilmington    (u)JP Morgan Chase Bank N.A.


(d)Daimler Trust                  End of Label Matrix
c/o BK Servicing, LLC             Mailable recipients    40
PO Box 131265                     Bypassed recipients     4
Roseville, MN 55113-0011          Total                  44
```