| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>11755 Wilshire Boulevard<br>Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -** SAN FERNANDO VALLEY DIVISION

| In re:<br>TOMER FRIDMAN,<br><br><br>Debtor(s). | CASE NO.: 1:16-bk-11729MB<br>CHAPTER: 11<br><br>**DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY**<br><br>No Hearing Required |
|---|---|

1. The Debtor requests that the court authorize the Mortgage Creditor, its successors in interest, its servicer, its beneficiary(ies) and/or its and their attorneys (Authorized Party) to establish contact and otherwise communicate with the Debtor and/or the Debtor's attorney, if applicable, regarding the Debtor's loan to explore the full range of solutions that may prevent either the loss of property to foreclosure, increased costs to the lender, or both.  Potential solutions may include loan modification, loan refinance, forbearance, short sale, or surrender of the property in full satisfaction of the debt.  Debtor asks the court to authorize direct communication between the Debtor, or the Debtor's attorney, if applicable, and the Authorized Party on the above-mentioned issues.  The authorization requested will be valid notwithstanding the automatic stay provisions of 11 U.S.C. § 362(a), and the Authorized Party will not be held liable for violations of the stay for communication in furtherance of that purpose during Debtor's case.

2. Property address: 25420 Prado delas Preas, Calabasas, CA  91301; 3915 Prado del Maiz, Calabasas, CA  91301;

    3731 Calle Jazmin, Calabasas, CA  91301.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. Name of Authorized Party with whom Debtor seeks to enter discussions:

   Representatives of the mortgage creditor, successors in interest and servicer or servicers.

   Authorized Party is:

   [X] Mortgage creditor            [X] Attorney for mortgage creditor

   [X] Successor in interest        [X] Attorney for successor in interest

   [X] Servicer                     [X] Attorney for servicer

4. Priority of lien:   [X] First trust deed    [X] Second trust deed

   [ ] Other (*specify*): _____

5. (*Check one box, if applicable*):

   [ ] I am not represented by an attorney in this bankruptcy case.

   [ ] I am represented by an attorney in this bankruptcy case but have been unable to obtain my attorney's consent to communicate with the Authorized Party listed above.

   [X] I am represented by an attorney in this bankruptcy case, whose consent appears below.

Date: 01/03/2017

Signature of Debtor

Tomer Fridman
Printed name of Debtor

**CONSENT OF DEBTOR'S ATTORNEY (if applicable)**

I am the attorney in this bankruptcy case. By my signature below I give my full and voluntary consent for the Debtor to communicate with the Authorized Party listed on this form in furtherance of the **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY**. My signature below does not confer my sanction of, or in any way obligate me to assist in, any or all agreements the Debtor may or may not reach with the respect to the Authorized Party.

Date: 01/03/2017

Signature of Debtor's attorney

William H. Brownstein
Printed name of Debtor's attorney

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 4001-1.6.DEBTOR.APP.LOAN.MOD**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/03/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/03/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/03/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
 Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA  91367

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/03/2017 | William H. Brownstein | *William H. Brownstein* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 4001-1.6.DEBTOR.APP.LOAN.MOD**

**1:16-bk-11729-MB** Tomer Fridman
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Martin R. Barash
**Date filed:** 06/09/2016 **Date of last filing:** 12/27/2016

# Parties

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.**<br>*Added: 10/05/2016*<br>*(Creditor)* | represented by | **William F McDonald, III**<br>Tiffany & Bosco, P.A.<br>1230 Columbia Street, Suite 680<br>San Diego, CA 92101<br>619-501-3503<br>619-487-9079 (fax)<br>Caecf@tblaw.com<br>*Assigned: 10/05/16* |
| **Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2 ("Secured Creditor"), as serviced by Fay Servicing, LLC (&**<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*Added: 07/27/2016*<br>*(Creditor)* | represented by | **Erica T Loftis**<br>Buckley Madole, P.C.<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802<br>562-983-5365<br>562-983-5365 (fax)<br>Erica.Loftis@BuckleyMadole.com<br>*Assigned: 07/27/16* |
| **Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3**<br>*Added: 11/04/2016*<br>*(Creditor)* | represented by | **Jamie D Hanawalt**<br>Aldridge Pite LLP<br>4375 Jutland Dr<br>San Diego, CA 92117<br>858-750-7600<br>619-590-1385 (fax)<br>ecfcacb@aldridgepite.com<br>*Assigned: 11/04/16* |
| **Daimler Trust**<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113<br>651-366-6390<br>651-366-6391 (fax)<br>notices@bkservicing.com<br>*Added: 11/03/2016*<br>*(Creditor)* | | |
| **Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach** | represented by | **Daniel K Fujimoto**<br>The Wolf Firm |

**Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2**
The Wolf Firm
2955 Main Street Second Floor
Irvine, CA 92614
1-949-720-9200
wdk@wolffirm.com
*Added: 11/18/2016*
*(Creditor)*

2955 Main St 2nd Fl
Irvine, CA 92614
949-720-9200
949-608-0128 (fax)
wdk@wolffirm.com
*Assigned: 11/18/16*

**Kristin A Zilberstein**
McCarthy & Holthus LLP
1770 Fourth Ave
San Diego, CA 92101
619-686-4800
619-686-4811 (fax)
bknotice@mccarthyholthus.com
*Assigned: 12/27/16*

**Fay Servicing, LLC**
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
858-750-7600
*Added: 09/16/2016*
*(Interested Party)*

represented by

**Gilbert R Yabes**
Aldridge Pite, LLP
4375 Jutland Dr Ste 200
PO Box 1793
San Diego, CA 92177-0933
858-750-7600
619-590-1385 (fax)
ecfcacb@aldridgepite.com
*Assigned: 09/16/16*

**Tomer Fridman**
25420 Prado De Las Peras
Calabasas, CA 91302
SSN / ITIN: xxx-xx-0402
*Added: 06/09/2016*
*(Debtor)*

represented by

**William H Brownstein**
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
310-458-0048
310-362-3212 (fax)
Brownsteinlaw.bill@gmail.com
*Assigned: 10/19/16*

**Martin R Weingarten**
Law Offices of Martin R Weingarten
5807 Topanga Canyon Blvd H302
Woodland Hills, CA 91367
213-995-6088
323-316-9617 (fax)
mwbklaw@yahoo.com
*Assigned: 08/05/16*
*TERMINATED: 08/30/16*

*LEAD ATTORNEY*

**JP Morgan Chase Bank N.A.**
*Added: 07/18/2016*
*(Creditor)*

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700
cacb_ecf_sv@ch13wla.com
*Added: 06/09/2016*
*TERMINATED: 12/20/2016*
*(Trustee)*

| | | |
|---|---|---|
| **Trojan Capital Investments LLC**<br>2618 San Miguel Dr. Ste 316<br>Newport Beach<br>Newport Beach, CA 92660<br>*Added: 07/26/2016*<br>*(Creditor)* | represented by | **Henry D Paloci**<br>Henry D Paloci III PA<br>POB 3906<br>Westlake Village, CA 91359<br>805-279-1225<br>866-565-6345 (fax)<br>hpaloci@hotmail.com<br>*Assigned: 07/26/16* |
| **United States Trustee (SV)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>(213) 894-6811<br>ustpregion16.wh.ecf@usdoj.gov<br>*Added: 06/09/2016*<br>*(U.S. Trustee)* | represented by | **S Margaux Ross**<br>915 Wilshire Blvd.<br>Suite 1850<br>Los Angeles, CA 90017<br>213-894-4494<br>213-894-0276 (fax)<br>margaux.ross@usdoj.gov<br>*Assigned: 12/21/16*<br>*LEAD ATTORNEY* |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/03/2017 10:06:43 | | | |
| **PACER Login:** | WBrowns476:2659908:0 | **Client Code:** | Tomer Fridman |
| **Description:** | Party List | **Search Criteria:** | 1:16-bk-11729-MB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:16-bk-11729-MB<br>Central District of California<br>San Fernando Valley<br>Tue Jan  3 10:07:53 PST 2017 | Christiana Trust, a division of Wilmington S<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| Deutsche Bank National Trust Company, as Tru<br>The Wolf Firm<br>2955 Main Street Second Floor<br>Irvine, CA 92614-5909 | Fay Servicing, LLC<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Trojan Capital Investments LLC<br>2618 San Miguel Dr. Ste 316<br>Newport Beach<br>Newport Beach, CA 92660-5437 |
| United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Asset Acceptance, LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | BANK OF AMERIC ,A NATIONAL ASSOCIATION<br>C/O C T CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3425 |
| BANK OF AMERICA, NATIONAL ASSOCIATION<br>150 N COLLEGE STREET, NC1-028-17-06<br>CHARLOTTE, NC 28255-0001 | Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | CIT BANK, N.A.<br>c/o CT CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3407 |
| CITBANK NA<br>1 CIT DRIVE<br>LIVINGSTON, NJ 07039-5703 | COUNTRYWIDE HOME LOAN ,S INC.<br>c/o CT CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3407 | COUNTRYWIDE HOME LOANS, INC.<br>150 N COLLEGE STREET, NC1-028-17-06<br>CHARLOTTE, NC 28255-0001 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Christiana Trust, Trustee (See 410)<br>c/o FAY SERVICING, LLC<br>Bankruptcy Department<br>939 W. North Avenue Suite 680<br>Chicago, Illinois 60642-1231 |
| DEUTSCHE BANK<br>60 WALL STREET<br>NEW YORK, NY 10005-2858 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 |
| MTC FINANCIAL INC  DBA TRUSTEE CORPS<br>17100 GILLETTE AVENUE<br>IRVINE, CA 92614-5603 | MTC FINANCIAL INC. DBA TRUSTEE CORPS<br>2112 BUSINESS CENTER DRIVE, FLOOR 2<br>IRVINE, CA 92612-7135 | Main Street Acquisition Corp<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| NBS DEFAULT SERVICES LLC<br>301 EAST OCEAN BOULEVARD, # 1720<br>LONG BEACH, CA 90802-8813 | Navient Solutions, Inc. on behalf of<br>United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | ONEWEST BANK<br>C/O C T CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, 2ND FLOOR<br>LOS ANGELES, CA 90017-3407 |

```
ONEWEST BANK                        ONEWEST BANK                              ONEWEST BANK, A DIVISION OF CIT BANK, N.A.
C/O FINANCIAL FREEDOM                C/O MTC FINANCIAL INC. DBA TRUSTEE CORPS  P.O. BOX 7056
2900 ESPERANZA CROSSING              17100 GILLETTE AVENUE                    PASADENA, CA 91109-7056
AUSTIN, TX 78758-3658                IRVINE, CA 92614-5603


(p)PORTFOLIO RECOVERY ASSOCIATES LLC SPECIAL DEFAULT SERVICES, INC.           THE BANK OF NEWYORK MELLON CORPORATION
PO BOX 41067                         17100 GILLETTE AVENUE                    225 LIBERTY STREET
NORFOLK VA 23541-1067                IRVINE, CA 92614-5603                    NEWYORK, NY 10286-0001


TROJAN CAPITAL INVESTMENT IS LLC     (p)US BANK                               Wells Fargo Bank, N.A.
1712 PIONEER AVENUE, SUITE 5333      PO BOX 5229                              Business Direct Division
CHEYENNE, WY 82001-4406              CINCINNATI OH 45201-5229                 P.O. Box 29482
                                                                              Phoenix, AZ 85038-9482


Tomer Fridman                        William H Brownstein
25420 Prado De Las Peras             11755 Wilshire Boulevard
Calabasas, CA 91302-3656             Suite 1250
                                     Los Angeles, CA 90025-1540
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC   U.S. BANK
c/o Best Buy Credit Card             C/O U.S. BANCORP
POB 41067                            800 NICOLLET MALL
Norfolk VA 23541                     MINNEAPOLIS, MN 55402
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BANK OF AMERICA, N.A.             (u)Christiana Trust, a division of Wilmington   (u)JP Morgan Chase Bank N.A.


(d)Daimler Trust                     End of Label Matrix
c/o BK Servicing, LLC                Mailable recipients    40
PO Box 131265                        Bypassed recipients     4
Roseville, MN 55113-0011             Total                  44
```