**UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**William H. Brownstein
11755 Wilshire Boulevard, Suite 1250
Los Angeles, California 90025
Telephone:(310) 458-0048, Fax:(310) 362-3212
Bar No:84507, Email:Brownsteinlaw.bill@gmail.com**

*Attorney for:* **Tomer Fridman**

CASE NO.: **1:16-bk-11729MB**

CHAPTER: **11**

ADVERSARY NO.:
(*if applicable*)

In re:

**Tomer Fridman**

Debtor(s).

**ELECTRONIC FILING DECLARATION
(INDIVIDUAL)
[LBR 1002-1(f)]**

☐ Petition, statement of affairs, schedules or lists     Date filed: _____
☒ Amendments to the petition statements of affairs, schedules or lists     Date filed: <u>01/17/2017</u>
☐ Other (*specify*): _____     Date filed: _____

**PART I – DECLARATION OF DEBTOR(S) OR OTHER PARTY**

    I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

Date: <u>01/17/2017</u>

_____
Signature (handwritten) of Debtor or signing party
**Tomer Fridman**
_____
Printed name of signing party

Date: _____

_____
Signature (handwritten) of Debtor 2 (Joint Debtor)(if applicable)
_____
Printed name of Debtor 2, if applicable

**PART II – DECLARATION OF ATTORNEY FOR SIGNING PARTY**

    I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) available for review upon request of the court.

Date: <u>01/17/2017</u>

_____
Signature (handwritten) of attorney for Signing Party
**William H. Brownstein**
_____
Printed Name of attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*      **F 1002-1.DEC.ELEC.FILING.INDIVIDUAL**

**Fill in this information to identify your case and this filing:**

Debtor 1     Tomer                                    Fridman
             First Name          Middle Name          Last Name

Debtor 2     _____
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the:   Central District of California

Case number    1:16-bk-11729MB

☒ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1.  25420 Prado de las Peras
      Street address, if available, or other description

      _____

      Calabasas        CA          910301
      City             State       ZIP Code

      Los Angeles
      County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** See Attachment 1

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 2,010,000.00                              $ 1,407,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Co-Ownership

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

1.2.  3915 Prado del Maiz
      Street address, if available, or other description

      _____

      Calabasas        CA          91302
      City             State       ZIP Code

      Los Angeles California
      County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** In loan modification with lender

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 1,550,000.00                              $ 1,550,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple Ownership

☐ **Check if this is community property** (see instructions)

Debtor 1    Tomer _____ Fridman _____    Case number (if known) 1:16-bk-11729MB
            First Name    Middle Name    Last Name

---

1.3. **3731 Calle Jazmin**
Street address, if available, or other description

_____

Calbasas          CA        91302
City              State     ZIP Code

_Los Angeles County_
County

**What is the property?** Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _See Attachment 2_

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 625,000.00

**Current value of the portion you own?**
$ 625,000.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**
Fee Simple Ownership

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
you have attached for Part 1. Write that number here.** .................................................➔  | $ 3,582,000.00 |

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1. Make:      2013 Rover
Model:     Land Rover
Year:      2013
Approximate mileage: _____
Other information:

| BUB SAKGS2DF1DA112432 |

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 66,638.00

**Current value of the portion you own?**
$ 66,638.00

If you own or have more than one, describe here:

3.2. Make:      Maserati
Model:     Quattro
Year:      2013
Approximate mileage: 40,000
Other information:

| |

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 60,000.00

**Current value of the portion you own?**
$ 60,000.00

---

Debtor 1    Tomer                     Fridman
            First Name    Middle Name    Last Name

Case number (if known)    1:16-bk-11729MB

3.3.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

4.1.    Make: Mercedez

Model: G550

Year: 2014

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 70,000.00    $ 37,490.04

If you own or have more than one, list here:

4.2.    Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..............................................➔    $ 164,128.04

Debtor 1   Tomer          Fridman                        Case number *(if known)*  1:16-bk-11729MB
            First Name   Middle Name   Last Name

| Part 3: | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes. Describe. .........                                      $ 10,000.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☒ No
   ☐ Yes. Describe. .........                                      $ _____

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☒ No
   ☐ Yes. Describe. .........                                      $ _____

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☒ No
   ☐ Yes. Describe. .........                                      $ _____

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes. Describe. .........                                     $ _____

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes. Describe. .........                                     $ 500.00

12. **Jewelry**

    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☒ No
    ☐ Yes. Describe. .........                                     $ _____

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes. Describe. .........                                     $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes. Give specific information...............                $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................... ➔   $ 10,500.00

Debtor 1    Tomer _____ Fridman _____    Case number (if known) 1:16-bk-11729MB
First Name    Middle Name    Last Name

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................................................    Cash: ...................... $100.00

17. **Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Wells Fargo Bank | $300.00 |
| 17.2. Checking account: | | $300.00 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.................    Institution or issuer name:

| | |
|---|---|
| | $ |
| | $ |
| | $ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them. ......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Ownership of White City 26, Inc. | 80 % | $1.00 |
| | % | $ |
| | % | $ |

Debtor 1    Tomer _____ Fridman _____    Case number (if known) 1:16-bk-11729MB

      First Name     Middle Name     Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific
information about
them. .....................    Issuer name:

_____    $_____

_____    $_____

_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No

☐ Yes. List each
account separately..    Type of account:    Institution name:

                                 401(k) or similar plan:    _____    $_____

                                 Pension plan:    _____    $_____

                                 IRA:    _____    $_____

                                 Retirement account:    _____    $_____

                                 Keogh:    _____    $_____

                                 Additional account:    _____    $_____

                                 Additional account:    _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No

☐ Yes..........................    Institution name or individual:

                                 Electric:    _____    $_____

                                 Gas:    _____    $_____

                                 Heating oil:    _____    $_____

                                 Security deposit on rental unit:    _____    $_____

                                 Prepaid rent:    _____    $_____

                                 Telephone:    _____    $_____

                                 Water:    _____    $_____

                                 Rented furniture:    _____    $_____

                                 Other:    _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes..........................    Issuer name and description:

_____    $_____

_____    $_____

_____    $_____

Debtor 1    Tomer            Fridman                                    Case number (if known) 1:16-bk-11729MB
            First Name    Middle Name    Last Name

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____

_____   $_____

_____   $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific
information about them. ..    [                              ]   $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific
information about them. ..    [                              ]   $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific
information about them. ..    [                              ]   $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☒ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. .....................

Federal:   $_____

State:     $_____

Local:     $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. .............

Alimony:              $_____

Maintenance:          $_____

Support:              $_____

Divorce settlement:   $_____

Property settlement:  $_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. .............    [                              ]   $_____

Debtor 1   Tomer _____ Fridman _____   Case number (if known) 1:16-bk-11729MB
          First Name   Middle Name   Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company
    and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information. .............   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☒ Yes. Describe each claim. ....................   Claim for damages to rental property   $ 133,276.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. .................   $_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information. ............   $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .........................................................➔   $ 133,977.00

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☒ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe....... [_____]   $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe ...... [_____]   $_____

Debtor 1    Tomer                    Fridman                    Case number (if known)    1:16-bk-11729MB
           First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe .......                                                                $_____

41. **Inventory**

☒ No

☐ Yes. Describe .......                                                                $_____

42. **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe .......    Name of entity:                          % of ownership:

                         _____    _____%    $_____
                         _____    _____%    $_____
                         _____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☒ No

      ☐ Yes. Describe.........                                             $_____

44. **Any business-related property you did not already list**

☐ No

☒ Yes. Give specific      _____    $ 1.00_____
       information .........
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
   for Part 5. Write that number here** .................................................➔    $ 1.00_____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

   *Examples*: Livestock, poultry, farm-raised fish

☒ No

☐ Yes..........................                                                        $_____

Debtor 1    Tomer                        Fridman                      Case number *(if known)*   1:16-bk-11729MB
            First Name    Middle Name    Last Name

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific
   information. ...........                                                              $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes...........................                                                         $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes...........................                                                         $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific
   information. ...........                                                              $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ...........................................  ➔  $0.00

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|---------|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☐ No
☒ Yes. Give specific
   information. ...........   Potential cause of action against Homeowner's Association      $10,000.00
                                                                                             $_____
                                                                                             $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..............  ➔  $10,000.00

---

| Part 8: | List the Totals of Each Part of this Form |
|---------|---------|

55. **Part 1: Total real estate, line 2** .........................................................  ➔  $3,582,000.00

56. **Part 2: Total vehicles, line 5**        $164,128.04

57. **Part 3: Total personal and household items, line 15**   $10,500.00

58. **Part 4: Total financial assets, line 36**   $133,977.00

59. **Part 5: Total business-related property, line 45**   $1.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**   + $10,000.00

62. **Total personal property.** Add lines 56 through 61. ...................   $318,606.04   Copy personal property total  ➔  + $318,606.04

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................   $3,900,606.04

## Attachment
## Debtor: Tomer Fridman        Case No: 1:16-bk-11729MB

Attachment 1: Real Property

    Debtor owns 70% of the home with the other 30% owned by Isidora Fridman, Debtor's mother.

Attachment 2: Real Property

    In a short sale. Owe approximately $1,200,000.00 and lender has agreed to accept $625,000 as payment in full on its loan.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tomer | | Fridman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number (If known): 1:16-bk-11729MB

☒ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 1<br>Line from *Schedule A/B*: 1.1 | $1,407,000.00 | ☒ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 2<br>Line from *Schedule A/B*: 33 | $66,638.00 | ☒ $ 26,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(1) |
| Brief description: See Attachment 3<br>Line from *Schedule A/B*: 3.1 | $66,638.00 | ☒ $ 5,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1    **Tomer Fridman**

First Name    Middle Name    Last Name

Case number *(if known)* 1:16-bk-11729MB

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Cash<br>Line from *Schedule A/B*: 16 | $50.00 | ☒ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: Cash in checking account<br>Line from *Schedule A/B*: 17.1 | $300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: See Attachment 4<br>Line from *Schedule A/B*: 19 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>Line from *Schedule A/B*: 6 | $10,000.00 | ☒ $ 10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>Line from *Schedule A/B*: 11 | $500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5)<br>C.C.P. § 703.140(b)(3) |
| Brief description: See Attachment 5<br>Line from *Schedule A/B*: 53 | $10,000.00 | ☒ $ 10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5)<br>C.C.P. § 703.140(b)(1) |
| Brief description: Cash<br>Line from *Schedule A/B*: 16 | $50.00 | ☒ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: Checking Account with<br>Line from *Schedule A/B*: 17.2 | $300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>Line from *Schedule A/B*: 44 | $1.00 | ☒ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

# Attachment
## Debtor: Tomer Fridman          Case No: 1:16-bk-11729MB

Attachment 1

    3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

Attachment 2

    Address of Daren Robert Levine, Los Angeles County District Attorney
, 211 W Temple St., Ste 1135, Los Angeles, CA 90012

Attachment 3

    2013 2013 Rover Land Rover with

Attachment 4

    Ownership in Subchapter S corporation

Attachment 5

    Potential cause of action against Homeowner's Association

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Tomer Fridman |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 1:16-bk-11729MB |

☒ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1**
Bank of America, N.A.
Creditor's Name
PO BOX 31785
Number          Street

TAMPA                FL        See
City                 State     ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred    3/1/2014

**Describe the property that secures the claim:**
2013 2013 Rover Land Rover with

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   4   0   7   7

$ 66,638.00 | $ 66,638.00 | $ 0.00

**2.2**
Chase
Creditor's Name
PO Box 24696
Number          Street

Columbus             OH        See
City                 State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred    2007

**Describe the property that secures the claim:**
3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   8   6   3   6

$ 2,043,188.80 | $ 2,010,000.00 | $ 22,188.80

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 2,109,826.80 |
|---|---|

Debtor 1    Tomer Fridman
         First Name     Middle Name     Last Name          Case number *(if known)*   1:16-bk-11729MB

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**23**

**See Attachment 3**
Creditor's Name

**See Attachment 3**
Number    Street

**939 W. North Avenue, Suite 680**

**CHICAGO**     **IL**    **60642**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred **7/1/2007**

**Describe the property that secures the claim:**   $ 2,108,528.70   $ 1,550,000.00   $ 558,528.70

3 Bedrooms, 2 1/2 Bathrooms. @3,600 square feet.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   6   5   0   4

---

**24**

**FRANCHISE TAX BOARD**
Creditor's Name

**BANKRUPTCY SECTION MS A340**
Number    Street

**PO BOX 2952**

**SACRAMENTO**    **CA**   **See**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred **06022016**

**Describe the property that secures the claim:**   $ 35,594.47   $ 625,000.00   $ 35,594.47

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   0   4   0   2

---

**25**

**FRANCHISE TAX BOARD**
Creditor's Name

**BANKRUPTCY SECTION MS A340**
Number    Street

**PO BOX 2952**

**SACRAMENTO**    **CA**   **See**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred **06022016**

**Describe the property that secures the claim:**   $ 35,594.47   $ 1,550,000.00   $ 35,594.47

3 Bedrooms, 2 1/2 Bathrooms. @3,600 square feet.

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   0   4   0   2

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 2,179,717.64

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ _____

Debtor 1    Tomer Fridman
    First Name    Middle Name    Last Name

Case number *(if known)* 1:16-bk-11729MB

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.6** Mercedes-Benz Financial Services
Creditor's Name

| | | $ 37,490.04 | $ 70,000.00 | $ 0.00 |
|---|---|---|---|---|

**Describe the property that secures the claim:**

PO BOX 961
Number    Street

2012 Mercedez 4

ROANOKE          TX    76262
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) See Attachment 6

Date debt was incurred  2/1/2014    Last 4 digits of account number  2  0  0  1

---

**2.7** State of California
Creditor's Name

| | | $ 35,597.47 | $ 2,010,000.00 | $ 35,597.47 |
|---|---|---|---|---|

**Describe the property that secures the claim:**

Bankruptcy Section MS A340
Number    Street

See Attachment 7

3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

Sacramento        CA    See
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  See Attachment 7    Last 4 digits of account number  m  b  e  r

---

**2.8** See Attachment 8
Creditor's Name

| | | $ 428,680.65 | $ 2,010,000.00 | $ 428,680.65 |
|---|---|---|---|---|

**Describe the property that secures the claim:**

2618 SAN MIGUEL DRIVE, SUITE 316
Number    Street

3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

NEWPORT BEACH CA    92660
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  06/26/2007    Last 4 digits of account number  0  2  3  2

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 501,768.16 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ _____ |

Debtor 1    Tomer Fridman
_____
First Name    Middle Name    Last Name

Case number *(if known)*  1:16-bk-11729MB

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.9** Unknown Creditor
_____
Creditor's Name

2333 WAUKEEGAN RD
_____
Number    Street

DEERFIELD          IL      60015
_____
City                State    ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  7/1/2014

**Describe the property that secures the claim:**

CONSUMER DISPUTES THIS ACCOUNT INFORMATION  AUTO

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  4  3  2  1

Column A: $ 8,297.00    Column B: $ 0.00    Column C: $ 0.00

---

**2.10** Unknown Creditor
_____
Creditor's Name

2333 WAUKEEGAN RD
_____
Number    Street

DEERFIELD          IL      60015
_____
City                State    ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  7/1/2014

**Describe the property that secures the claim:**

CONSUMER DISPUTES THIS ACCOUNT INFORMATION  AUTO

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  4  3  2  1

Column A: $ 7,321.00    Column B: $ 0.00    Column C: $ 0.00

---

**2.11**
_____
Creditor's Name

_____
Number    Street

_____
City                State    ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  ___ ___ ___ ___

Column A: $ 0.00    Column B: $ 0.00    Column C: $

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $ 15,618.00 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $ 4,806,930.60 |

Debtor 1 ___Tomer_____Fridman_____  Case number *(if known)* 1:16-bk-11729MB
First Name   Middle Name   Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Bank of America, N.A.
Name

PO Box 15312
Number     Street

Wilmington                      DE              19850-5312
City                            State           ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.1
**Last 4 digits of account number** 2 0 0 1

---

Tony Harrison, Assistant Vice PResident
Name

Bank of America, N.A.
Number     Street

P.O. Box 982284

El Paso                         TX              79998-2238
City                            State           ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.1
**Last 4 digits of account number** 2 0 0 1

---

Chase Records Center Attn: Correspondence Mail
Name

Mail Code: LA4-5555
Number     Street

700 Kansas Lane

Monroe                          LA              43219
City                            State           ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.2
**Last 4 digits of account number** 4 3 2 1

---

Andrew Kussmaul, Authorized Agent for Fay Servicing LLC
Name

Buckley Madole, P.C.
Number     Street

P.O. Box 9013

Addison                         TX              75001
City                            State           ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.3
**Last 4 digits of account number** 6 5 0 4

---

Daimler Trust
Name

PO Box 5209
Number     Street

Carol Stream                    IL              60197-5209
City                            State           ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.6
**Last 4 digits of account number** m b e r

---

Daimler Trust
Name

c/o BK Servicing, LLC
Number     Street

PO Box 131265

Roseville                       MN              55113-0011
City                            State           ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.6
**Last 4 digits of account number** m b e r

---

Debtor 1    Tomer Fridman
First Name    Middle Name    Last Name

Case number (if known) 1:16-bk-11729MB

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

George Guido
Name

Frachise Tax Board Claim Agent
Number        Street

See Attachment 9

Sacramento        CA        95812-2952
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.7

Last 4 digits of account number  0   4   0   2

---

Don A. Madden, III, Pesident
Name

Trojan Capital Investments, LLC
Number        Street

2618 swan Miguel Drive, Suite 316

Newport Beach        CA        92660
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.8

Last 4 digits of account number  0   4   0   2

---

Henry D. Paloci III PA
Name

2800 Camino dos Rios # 101A
Number        Street

Newbury Park        CA        91320
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.8

Last 4 digits of account number  0   4   0   2

---

Trojan Capital Investments, LLC
Name

28786 Network Place
Number        Street

Chicago        IL        60673
City        State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.8

Last 4 digits of account number  0   4   0   2

---

Name

Number        Street

City        State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___  ___  ___  ___

---

Name

Number        Street

City        State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___  ___  ___  ___

Attachment
Debtor: Tomer Fridman    Case No: 1:16-bk-11729MB

Attachment 1

33631-3785

Attachment 2

43224-0696

Attachment 3

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its
individual capacity but as Trustee of ARLP Trust 3

Fay Servicing, LLC Bankruptcy Department

Attachment 4

95812-2952

Attachment 5

95812-2952

Attachment 6

Car lease with no equity. 2014 Mercedes-Benz G550

Attachment 7

Franchise Tax Board
PO Box 2952

95812-2952

Recirded 06022016

Attachment 8

TROJAN CAPITAL INVESTMENTS, LLC

Attachment 9

Bankrutpcy Section MS A340
PO Box 2952

**Fill in this information to identify your case:**

Debtor 1 __Tomer Fridman__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Central District of California__

Case number __1:16-bk-11729MB__
(If known)

☒ Check if this is an
    amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | **Employment Development Department**
Priority Creditor's Name

Bankruptcy Group MIC 92E
Number          Street
P. O. Box 826880

Sacramento    CA          See
City                State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** __12312016__

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
    intoxicated
☐ Other. Specify _____

$ Unknown | $ Unknown | $ Unknown

**2.2** | **See Attachment 2**
Priority Creditor's Name

P. O. Box 2952
Number          Street

Sacramento    CA          See
City                State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
    intoxicated
☐ Other. Specify _____

$ 0.00 | $ 0.00 | $ 0.00

**Part 1:** **Your PRIORITY Unsecured Claims —Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.3**

Internal Revenue Service
Priority Creditor's Name

P.O. Box 7346
Number          Street

Internal Revenue Service

Philadelphia          PA          See
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**    _12312016_

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ Unknown   $ Unknown   $ Unknown

---

**2.4**

Los Angeles County Tax Collector
Priority Creditor's Name

P. O. Box 54110
Number          Street

Los Angeles          CA          See
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ Unknown   $ Unknown   $ Unknown

---

**2.5**

State of California Board of Equalization
Priority Creditor's Name

Executive Director
Number          Street

450 N Street, MIC: 73

Sacramento          CA          See
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ Unknown   $ Unknown   $ N/A

---

Debtor 1 ___Former Fridman___    Case number (if known) 1:16-bk-11729MB

    First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims —Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.6**

**U.S. Small Business Administration**
Priority Creditor's Name

**Attn: So Cal Legal Unit**
Number     Street

**330 North Brand Boulevard, Suite 1200**

**Glendale**     **CA**     **See**
City       State      ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Total claim: $ Unknown    Priority amount: $ Unknown    Nonpriority amount: $ Unknown

---

**2.7**

Priority Creditor's Name

Number     Street

City       State      ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Total claim: $ 0.00    Priority amount: $ 0.00    Nonpriority amount: $ 0.00

---

**2.8**

Priority Creditor's Name

Number     Street

City       State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Total claim: $_____    Priority amount: $_____    Nonpriority amount: $_____

---

Debtor 1 _Tomer Fridman_____   Case number _(if known)_ 1:16-bk-11729MB
            First Name   Middle Name   Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |

**4.1** **34**
Nonpriority Creditor's Name

P.O. Box 29482 MAC S4101-08C
Number   Street

Phoenix                AZ            85038
City                   State        ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  6  3  0  3      $3,967.94

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Personal Loan_

**4.2** **38**
Nonpriority Creditor's Name

500 Summit Lake Drive, Suite 400
Number   Street

Valhalla               NY            10595
City                   State        ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  8  8  8  1      $16,189.47

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Credit Card Charges_

**4.3** **ALLY**
Nonpriority Creditor's Name

P O BOX 380901
Number   Street

BLOOMINGTON            MN            55438
City                   State        ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  0  9  4  0      $17,970.00

When was the debt incurred?  2/1/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _See Attachment 7_

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

---

**4.4**

American Express Centurian Bank
Nonpriority Creditor's Name

Becket and Lee LLP P.O. Box 3001
Number       Street

Malvern              PA        19355-0701
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _1_ _0_ _0_ _1_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Credit Card Charges_

$ 984.35

---

**4.5**

Calvary SPC I, LLC as assignee of Capial One, N.A.
Nonpriority Creditor's Name

c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite 200
Number       Street

Tucson               AZ        85712
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _6_ _0_ _3_ _9_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Credit Card Charges_

$ 178.37

---

**4.6**

See Attachment 8
Nonpriority Creditor's Name

500 Summit Lake Drive, Suite 400
Number       Street

Valhalla             NY        10595
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _9_ _0_ _9_ _4_

**When was the debt incurred?** _10062014_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Credit Card Charges_

$ 2,380.15

---

Debtor 1 ___Pomerr Hidinan_____  Case number *(if known)* __1:16-bk-11729MB___
          First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.7**

Cavalry SPV I, LLC
Nonpriority Creditor's Name

500 Summit Lake Drive, Suite 400
Number        Street

Valhalla          NY          10595
City              State       ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  8  8  8  1

**When was the debt incurred?**  _____

**As of the date you file,** the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit Card Charges

$ 16,189.47

---

**4.8**

Cavalry SPV I, LLC
Nonpriority Creditor's Name

P.O. Box 29482 MAC S4101-08C
Number        Street

Phoenix          AZ          85038
City              State       ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  6  2  6  6

**When was the debt incurred?**  _____

**As of the date you file,** the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Personal Loan

$ 9,200.51

---

**4.9**

First National Bank of Omaha
Nonpriority Creditor's Name

1620 Dodge Street Stop Code 3105
Number        Street

Omaha          NE          68197
City              State       ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  2  4  3  3

**When was the debt incurred?**  _____

**As of the date you file,** the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit Card Charges

$ 7,179.37

---

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.10**

**FNB OMAHA**
Nonpriority Creditor's Name

**PO BOX 3412**
Number    Street

**OMAHA**    **NE**    **68197**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _9_ _7_ _9_ _3_

**When was the debt incurred?** ___11/1/2014___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 7,179.00

---

**4.11**

**Loan Me**
Nonpriority Creditor's Name

**PO Box 5645**
Number    Street

**Orance**    **CA**    **92863**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _8_ _1_ _5_ _2_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Loan guarantee

$ 4,317.77

---

**4.12**

**Main Street Acquisition Corp. for HSBC Card Services (III) Inc.**
Nonpriority Creditor's Name

**Becket and Lee LLP P.O. Box 3001**
Number    Street

**Malvern**    **PA**    **19355-0701**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _1_ _6_ _8_ _4_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

$ 5,651.97

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.13**

MB FIN SVC
Nonpriority Creditor's Name

PO BOX 961
Number    Street

ROANOKE    TX    76262
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  2  0  0  1

When was the debt incurred?    2/1/2014

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 25,759.00

---

**4.14**

See Attachment 9
Nonpriority Creditor's Name

PO Box 2036
Number    Street

Warren    MI    48090
City    State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  6  6  6  6

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify FIA Card Services, N.A.

$ 1,969.92

---

**4.15**

Navient Solutions, Inc. on behalf of United Student Aid Funds, Inc.
Nonpriority Creditor's Name

Attn: Bankruptcy Litigation Unit E3149 P.O. Box 9430
Number    Street

WILKES-BARRE    PA    18773-9430
City    State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0  1  4  0

When was the debt incurred?    12/1/2004

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 58,814.98

---

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

---

**4.16**

**NORDSTM/TD**
Nonpriority Creditor's Name

**13531 E CALEY AVSERVICE SERVICE**
Number     Street

**ENGLEWOOD      CO      80111**
City             State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8 2 2 0

**When was the debt incurred?** 11/1/2006

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 4,576.00

---

**4.17**

**Platino HOA c/o Mink Managment**
Nonpriority Creditor's Name

**4040 Glencoe Avenue**
Number     Street

**Marina del Rey      CA      90292**
City             State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Homeowner Association Dues

$ 6,000.00

---

**4.18**

**Portfolio Recovery Associates, LLC assignee from Citibank, N.A.**
Nonpriority Creditor's Name

**POB 41067 Best Buy Credit Card**
Number     Street

**Norfolk      VA      23541**
City             State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 5 4 7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Charges

$ 3,060.42

---

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---------|------------------------------------------------------|

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**
     **Total claim**

---

**4.19**

SYNCB/JCP
Nonpriority Creditor's Name

4125 WINDWARD PLAZA
Number     Street

ALPHARETTA     GA     30005
City                 State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _2_ _7_ _0_ _6_

**When was the debt incurred?** _3/1/1998_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 0.00

---

**4.20**

Wells Fargo Bank N.A. Business Direct Division
Nonpriority Creditor's Name

P.O. Box 29482 MAC S4101-08C
Number     Street

Phoenix     AZ     85038
City                 State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _5_ _0_ _4_ _2_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Personal Loan

$ 5,013.20

---

**4.21**

Nonpriority Creditor's Name

Number     Street

City                 State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ _____

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Franchise Tax Board Bankruptcy Section, MS: A-340
Name

P. O. Box 2952
Number   Street



Sacramento, CA Roseville
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.2__ of  (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Franchise Tax Board Chief Counsel
Name

c/o General Counsel Section
Number   Street

P.O. Box 1720, MS: A-260

Rancho Cordova, CA Roseville
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.2__ of  (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

United States Attorney's Office
Name

Federal Building, Room 7516
Number   Street

300 North Los Angeles Street

Los Angeles, CA Roseville
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.3__ of  (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

United States Department of Justice
Name

Ben Franklin Station
Number   Street

P.O. Box 683

Washington , DC Roseville
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.3__ of  (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

State Board of Equalization
Name

Account Information Group, MIC: 29
Number   Street

P.O. Box 942879

Sacramento, CA Roseville
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.5__ of  (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

State Board of Equalization
Name

Special Operations Bankruptcy Team, MIC: 74
Number   Street

P.O. Box 942879

Sacramento, CA Roseville
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.5__ of  (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Wells Fargo Bank N.A. Business Direct Division
Name

P.O. Box 29482 MAC S4101-08C
Number   Street



Phoenix, Arizona 85038
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.1__ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _6_ _3_ _0_ _3_

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|----------------------------------------------------------------|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Wells Fargo Bank Payment Remittance center
Name

PO Box 6426
Number    Street


Carol Stream, Illinois 60197
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.1_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _6_ _3_ _0_ _3_

---

See Attachment 10
Name

P.O. Box 27288
Number    Street


Tempe, AZ 85282
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.2_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _8_ _8_ _8_ _1_

---

Raymond Cruz, Bankruptcy Specialist
Name

Calvary Portfolio Services, Inc.
Number    Street

500 Summit Lake Drive, Suite 400

Valhalia, New York 10595
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.2_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _8_ _8_ _8_ _1_

---

Ally Bank
Name

P.O. Box 130424
Number    Street


Roseville, MN 55113-0004
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.3_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _0_ _9_ _4_ _0_

---

Kia Vang, Bankruptcy Agent
Name

Ally Servicing LLC
Number    Street

4000 Lexington Ave. N. Suite 100

Shoreview, MN 55126
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.3_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _0_ _9_ _4_ _0_

---

Payment Processing Center
Name

P.O. Box 78367
Number    Street


Phoenix, AZ 85062-8367
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.3_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _0_ _9_ _4_ _0_

---

Rita Torres, Administrative Assistant
Name

Bass & Associates, P.C.
Number    Street

3936 East Ft. Lowell Road, Suite 200

Tucson, AZ 85712-1083
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.5_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _6_ _0_ _3_ _9_

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Raymond Cruz, Bankruptcy Specialist
Name

Calvary Portfolio Services, Inc.
Number     Street

500 Summit Lake Drive, Suite 400

Valhalla, NY 10595
City              State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.6 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9  0  9  4

---

See Attachment 11
Name

P.O. Box 27288
Number     Street


Tempe, AZ 85282
City              State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.7 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 8  8  8  1

---

Raymond Cruz, Bankruptcy Specialist
Name

Calvary Portfolio Services, Inc.
Number     Street

500 Summit Lake Drive, Suite 400

Valhalia, New York 10595
City              State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.7 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 8  8  8  1

---

Veronica Pacheco, VP, Loan Administration Manager
Name

Wells Fargo Bank, N.A.
Number     Street

PO Box 29482

Phoenix, AZ 85038
City              State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 6  2  6  6

---

Wells Fargo Bank Payment Remittance Center
Name

P.O. Box 6426
Number     Street


Carol Stream, Illinois 60197
City              State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 6  2  6  6

---

Nancy Craft, Authorized Representative
Name

AMEX
Number     Street

1620 Dodge Street, Stop Code 3105

Omaha, NE 68197
City              State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.9 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                         ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 2  4  3  3

---

Shraddha Bharatia, Claims Administrator
Name

Becket and Lee, LLP
Number     Street

PO Box 3008

Malvern, PA 19355-0701
City              State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.12 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number 1  6  8  4

---

Debtor 1 ___Homer Friedman_____    Case number (if known) 1:16-bk-11729MB
First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Lisa Looney, Bankruptcy Specialist
Name

Midland Credit Management, Inc.
Number    Street

P.O. Box 2036

Warren, MI 48090
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 6  6  6  6

---

USA Funds MC E2148
Name

Attn: Deposit Operatoin
Number    Street

P.O. Box 6180

Indianapolis, IN 46206-6180
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.15 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0  1  4  0

---

Portfolio Recovery Associates, LLC
Name

POB 12914
Number    Street

Norfolk, VA 23541
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.18 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2  5  4  7

---

Wells Fargo Bank N.A. Business Direct Division
Name

P.O. Box 29482 MAC S4101-08C
Number    Street

Phoenix, Arizona 85038
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.20 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 5  0  4  2

---

Wells Fargo Bank Payment Remittance center
Name

PO Box 6426
Number    Street

Carol Stream, IL 60197
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.20 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 5  0  4  2

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1 ___Tomer Fridman_____ Case number (if known) 1:16-bk-11729MB
First Name  Middle Name  Last Name

Case 1:16-bk-11729-MB   Doc 71   Filed 01/17/17   Entered 01/17/17 22:04:47   Desc
Main Document    Page 37 of 86

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 58,814.98 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 100,252.91 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 159,067.89 |

## Attachment
### Debtor: Tomer Fridman    Case No: 1:16-bk-11729MB

**Attachment 1**

      **94280-0001**

**Attachment 2**

      **Franchise Tax Board Bankruptcy Section, MS: A-340**

      **95812-2952**

**Attachment 3**

      **19101-1946**

**Attachment 4**

      **90054-0110**

**Attachment 5**

      **95814-0073**

**Attachment 6**

      **91203-2304**

**Attachment 7**

      **Lease on 2014m Maserati Quattroporte SD vehicle used by Debtor. Orignial lease 42 months, monthly payment $1,789.18, Balance of lease installments $23,937.70, Return date 8/26/2017, Purchase Option $78,204.00**

**Attachment 8**

      **Calvary SPC I, LLC as assignee of HSBC Bank Nevada, N.A.\Orchard Bank**

**Attachment 9**

      **Midland Credit Management, Inc. as agent for Asset Acceptance, LLC**

**Attachment 10**

      **Calvary SPC I, LLC as assignee of FIA Card Services, N.A.**

**Attachment 11**

      **Calvary SPC I, LLC as assignee of FIA Card Services, N.A.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | **Tomer Fridman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse If filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 1:16-bk-11729MB |
| (If known) | |

☒ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **MERCEDES BENZ OF CALABASAS** <br> Name <br><br> 24181 CALABASAS ROAD <br> Number    Street <br> CALABASAS          CA    91302 <br> City          State    ZIP Code | Lease at $1871.82 a month for 47 months on MB Truck G550 Body Style UT, VIN WDCYC3HF1EX218431 with down payment of $5000 and commenced 02/24/2014. Purchase option at end of lease for $51,806.25 |
| 2.2 | **Ally Bank** <br> Name <br><br> P.O. Box 130424 <br> Number    Street <br> Roseville          MN    55113-0004 <br> City          State    ZIP Code | 2014 Maserati Quattroporte SD, VIN ZAM56PPA4E1086308 42 month lease with first installment due 2/27/2014, monthly payment $1,789.18, Vehicle return date 8/26.2017. Lease purchase option, $78,204.00 <br><br> Debtor wishes to affirm the lease. <br><br> See Attachment 1 |
| 2.3 | Name <br><br> Number    Street <br><br> City          State    ZIP Code | |
| 2.4 | Name <br><br> Number    Street <br><br> City          State    ZIP Code | |
| 2.5 | Name <br><br> Number    Street <br><br> City          State    ZIP Code | |

# Attachment

Attachment 1

Additional Contacts for Executory Contract With Ally Bank:
PAYMENT PROCESSING CENTER
P.O. Box 78367
Phoenix, AZ 85062-8367

**Fill in this information to identify your case:**

Debtor 1 __Tomer Fridman_____
First Name              Middle Name              Last Name

Debtor 2 _____
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Central District of California

Case number __1:16-bk-11729MB_____
(If known)

☒ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____
      City                    State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or Schedule G (Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Isidora Fridman<br>Name<br>3915 Prado del Maiz<br>Number    Street<br>Calabasas        CA        91302<br>City            State        ZIP Code | ☒ Schedule D, line _2.2_<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number    Street<br>_____<br>City            State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number    Street<br>_____<br>City            State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Tomer Fridman |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | 1:16-bk-11729MB |

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Real Estate Broker | |
| **Employer's name** | White City 26, Inc. | |
| **Employer's address** | 25420 Paseo De La Peras | |
| | Number    Street | Number    Street |
| | Calabasas, CA 91302 | |
| | City          State    ZIP Code | City          State    ZIP Code |
| **How long employed there?** | 5 years | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

In the process of  computing. Will amend.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ 0.00 | $ 0.00 |

Debtor 1    Tomer Fridman
_____
First Name    Middle Name    Last Name

Case number (if known) 1:16-bk-11729MB

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................................ ➜ 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 | + $ 0.00 | = $ 0.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1     Tomer Fridman
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number  1:16-bk-11729MB
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

In the process of computing. Will amend.

Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☒ No
   ☐ Yes. Fill out this information for
      each dependent........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**

   ☐ No
   ☐ Yes

## Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I).

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| If not included in line 4: |  |  |
| 4a.   Real estate taxes | 4a. | $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Tomer Fridman | Case number *(if known)* 1:16-bk-11729MB |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| | **Your expenses** |
|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans   5.   $ 0.00

6. **Utilities:**

   6a.   Electricity, heat, natural gas   6a.   $ 0.00

   6b.   Water, sewer, garbage collection   6b.   $ 0.00

   6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   $ 0.00

   6d.   Other. Specify: _____   6d.   $ 0.00

7. **Food and housekeeping supplies**   7.   $ 0.00

8. **Childcare and children's education costs**   8.   $ 0.00

9. **Clothing, laundry, and dry cleaning**   9.   $ 0.00

10. **Personal care products and services**   10.   $ 0.00

11. **Medical and dental expenses**   11.   $ 0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.   12.   $ 0.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   $ 0.00

14. **Charitable contributions and religious donations**   14.   $ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance   15a.   $ 0.00

   15b.   Health insurance   15b.   $ 0.00

   15c.   Vehicle insurance   15c.   $ 0.00

   15d.   Other insurance. Specify: _____   15d.   $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   $ 0.00

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1   17a.   $ 0.00

   17b.   Car payments for Vehicle 2   17b.   $ 0.00

   17c.   Other. Specify: _____   17c.   $ _____

   17d.   Other. Specify: _____   17d.   $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**   18.   $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____   19.   $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.   Mortgages on other property   20a.   $ 0.00

   20b.   Real estate taxes   20b.   $ 0.00

   20c.   Property, homeowner's, or renter's insurance   20c.   $ 0.00

   20d.   Maintenance, repair, and upkeep expenses   20d.   $ 0.00

   20e.   Homeowner's association or condominium dues   20e.   $ 0.00

Debtor 1    Tomer Fridman                                                    Case number *(if known)* 1:16-bk-11729MB

First Name    Middle Name    Last Name

---

21. **Other**. Specify: _____    21.    +$ 0.00 _____

22. **Calculate your monthly expenses.**
    22a. Add lines 4 through 21.
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2
    22c. Add line 22a and 22b. The result is your monthly expenses.

22.
$ 0.00 _____
$ _____
$ 0.00 _____

23. **Calculate your monthly net income.**

    23a.    Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $ 0.00 _____

    23b.    Copy your monthly expenses from line 22 above.    23b.    − $ 0.00 _____

    23c.    Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*    23c.    $ 0.00 _____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ❑ No.
    ❑ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1  Tomer                                      Fridman
          First Name          Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name            Last Name

United States Bankruptcy Court for the:  Central District of California

Case number  1:16-bk-11729MB
             (If known)

☒ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................  $ 3,582,000.00

    1b. Copy line 62, Total personal property, from *Schedule A/B* .....................................  $ 318,606.04

    1c. Copy line 63, Total of all property on *Schedule A/B* ...............................................  $ 3,900,606.04

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ...........  $ 4,806,930.60

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .........................................  $ 0.00

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...............................  + $ 196,581.89

    **Your total liabilities**  $ 5,003,512.49

### Part 3:   Summarize Your Income and Expenses

In the process of  computing. Will amend.
4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I* ...............................................................................  $ 0.00

    In the process of  computing. Will amend.
5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22, Column A, of *Schedule J* .........................................................................  $ 0.00

Debtor 1 _Tomer_____ Case number *(if known)* 1:16-bk-11729MB
         First Name    Middle Name    Fridman
                                      Last Name

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | **Total claim** |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case:**

Debtor 1     Tomer Fridman
             _____
             First Name          Middle Name          Last Name

Debtor 2     _____
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the:    Central District Of California

Case number   1:16-bk-11729MB
(If known)    _____

☒ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ s/Tomer Fridman                          ✗ _____
Signature of Debtor 1                       Signature of Debtor 2

Date 01/17/2017                             Date _____
     MM / DD / YYYY                              MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tomer Fridman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District Of California | | |
| Case number (If known) | 1:16-bk-11729MB | | |

☒ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**

See Attachment 1
Creditor's Name

Fay Servicing, LLC Bankruptcy Department
Number          Street

939 W. North Avenue, Suite 680

CHICAGO          IL          60642
City          State          ZIP Code

Contact

(312) 780-0009
Contact phone

What is the nature of the claim? First Mortgage

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured): $ 2,108,528.70
          Value of security: − $ 1,550,000.00
          Unsecured claim: $ 558,528.70

$ 558,528.70

**2**

TROJAN CAPITAL INVESTMENTS, LLC
Creditor's Name

2618 SAN MIGUEL DRIVE, SUITE 316
Number          Street

NEWPORT BEACH          CA          92660
City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim? Secondary Mortgage

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured): $ 428,680.65
          Value of security: − $ 0.00
          Unsecured claim: $ 428,680.65

$ 428,680.65

| Debtor 1 | Tomer | Fridman | | Case number *(if known)* | 1:16-bk-11729MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Unsecured claim**

---

**3** | See Attachment 2
Creditor's Name

Attn: Bankruptcy Litigation Unit E3149
Number        Street

P.O. Box 9430

WILKES-BARRE        PA        See 2
City        State        ZIP Code

Contact

(999) 999-9999
Contact phone

What is the nature of the claim? Student Loan

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):        $_____
          Value of security:        – $_____
          Unsecured claim        $_____

$ 58,814.98

---

**4** | State of California
Creditor's Name

Bankruptcy Section MS A340
Number        Street

See Attachment 3

Sacramento        CA        See 3
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim? Tax Lien

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):        $ 35,597.47
          Value of security:        – $ 0.00
          Unsecured claim        $ 35,597.47

$ 35,597.47

---

**5** | FRANCHISE TAX BOARD
Creditor's Name

BANKRUPTCY SECTION MS A340
Number        Street

PO BOX 2952

SACRAMENTO        CA        See 4
City        State        ZIP Code

Contact

Contact phone

Duplicate
What is the nature of the claim? Tax Lien

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):        $ 35,594.47
          Value of security:        – $ 0.00
          Unsecured claim        $ 35,594.47

$ 35,594.47

---

**6** | FRANCHISE TAX BOARD
Creditor's Name

BANKRUPTCY SECTION MS A340
Number        Street

PO BOX 2952

SACRAMENTO        CA        See 5
City        State        ZIP Code

Contact

Contact phone

Duplicate
What is the nature of the claim? Tax Lien

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):        $ 35,594.47
          Value of security:        – $ 0.00
          Unsecured claim        $ 35,594.47

$ 35,594.47

---

**7** | MB FIN SVC
Creditor's Name

PO BOX 961
Number        Street

ROANOKE        TX        76262
City        State        ZIP Code

Contact

(800) 654-6222
Contact phone

What is the nature of the claim? See Attachment 6

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):        $_____
          Value of security:        – $_____
          Unsecured claim        $_____

$ 25,759.00

---

Debtor 1   Tomer _____ Fridman _____   Case number (if known) 1:16-bk-11729MB
First Name   Middle Name   Last Name

**Unsecured claim**

**8**  ALLY
Creditor's Name

P O BOX 380901
Number        Street

BLOOMINGTON        MN        55438
City               State      ZIP Code

Contact

(888) 925-2559
Contact phone

What is the nature of the claim? See Attachment 7          $ 17,970.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

**9**  See Attachment 8
Creditor's Name

500 Summit Lake Drive, Suite 400
Number        Street

Valhalla        NY        10595
City            State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Charges          $ 16,189.47

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

**10**  See Attachment 9
Creditor's Name

P.O. Box 29482 MAC S4101-08C
Number        Street

Phoenix        AZ        85038
City           State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Loan          $ 9,200.51

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

**11**  FNB OMAHA
Creditor's Name

PO BOX 3412
Number        Street

OMAHA        NE        68197
City          State      ZIP Code

Contact

Contact phone

What is the nature of the claim? See Attachment 10          $ 7,179.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

**12**  See Attachment 11
Creditor's Name

Becket and Lee LLP
Number        Street

P.O. Box 3001

Malvern        PA        See 11
City           State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Charges          $ 5,651.97

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:                   – $_____
       Unsecured claim                        $_____

| Debtor 1 | Tomer | Fridman | | Case number (if known) 1:16-bk-11729MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

**13** See Attachment 12
Creditor's Name

P.O. Box 29482 MAC S4101-08C
Number        Street

_____

Phoenix          AZ       85038
City              State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Personal Loan

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
     Value of security:  − $ _____
     Unsecured claim  $ _____

$ 5,013.20

---

**14** NORDSTM/TD
Creditor's Name

13531 E CALEY AVSERVICE
Number        Street

SERVICE

ENGLEWOOD        CO       80111
City              State     ZIP Code

_____
Contact

(800) 964-0006
Contact phone

**What is the nature of the claim?** See Attachment 13

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
     Value of security:  − $ _____
     Unsecured claim  $ _____

$ 4,576.00

---

**15** See Attachment 14
Creditor's Name

P.O. Box 29482 MAC S4101-08C
Number        Street

_____

Phoenix          AZ       85038
City              State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Personal Loan

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
     Value of security:  − $ _____
     Unsecured claim  $ _____

$ 3,967.94

---

**16** See Attachment 15
Creditor's Name

POB 41067
Number        Street

Best Buy Credit Card

Norfolk          VA       23541
City              State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Charges

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
     Value of security:  − $ _____
     Unsecured claim  $ _____

$ 3,060.42

---

**17** See Attachment 16
Creditor's Name

500 Summit Lake Drive, Suite 400
Number        Street

_____

Valhalla          NY       10595
City              State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Charges

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
     Value of security:  − $ _____
     Unsecured claim  $ _____

$ 2,380.15

---

| Debtor 1 | Tomer | | Fridman | | Case number (if known) | 1:16-bk-11729MB |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | Unsecured claim |
|---|---|---|---|

**18**

See Attachment 17
Creditor's Name

PO Box 2036
Number        Street

Warren        MI        48090
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim? FIA Card Services, N.A.

$ 1,969.92

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  − $_____
        Unsecured claim  $_____

**19**

American Express Centurion Bank
Creditor's Name

Becket and Lee LLP
Number        Street

P.O. Box 3001

Malvern        PA        See 18
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Charges

$ 984.35

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  − $_____
        Unsecured claim  $_____

**20**

See Attachment 19
Creditor's Name

c/o Bass & Associates, P.C.
Number        Street

3936 E. Ft. Lowell Road, Suite 200

Tucson        AZ        85712
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Charges

$ 178.37

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  − $_____
        Unsecured claim  $_____

| Part 2: | Sign Below |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ s/Tomer Fridman _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 01/17/2017
        MM / DD / YYYY

Date _____
        MM / DD / YYYY

Attachment 1/2
Debtor: Tomer Fridman        Case No: 1:16-bk-11729MB

1.      Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its
        individual capacity but as Trustee of ARLP Trust 3

Attachment 2

        Navient Solutions, Inc. on behalf of United Student Aid Funds, Inc.

        18773-9430

Attachment 3

        Franchise Tax Board
        PO Box 2952

        95812-2952

Attachment 4

        95812-2952

Attachment 5

        95812-2952

Attachment 6

        ***Creditor unsecured student loan/pension RMC***

Attachment 7

        Lease on 2014m Maserati Quattroporte SD vehicle used by Debtor. Orignial lease 42
        months, monthly payment $1,789.18, Balance of lease installments $23,937.70,
        Return date 8/26/2017, Purchase Option $78,204.00

Attachment 8

        Calvary SPC I, LLC as assignee of HSBC Bank Nevada, N.A.\Orchard Bank

Attachment 9

        Wells Fargo Bank N.A. Business Direct Division

Attachment 10

        ***Creditor unsecured student loan/pension RMC***

Attachment 2/2
Debtor: Tomer Fridman      Case No: 1:16-bk-11729MB

Attachment 11

    Main Street Acquisition Corp. for HSBC Card Services (III) Inc.
    19355-0701

Attachment 12

    Wells Fargo Bank N.A. Business Direct Division

Attachment 13

    ***Creditor unsecured student loan/pension RMC***

Attachment 14

    Wells Fargo Bank N.A. Business Direct Division

Attachment 15

    Portfolio Recovery Associates, LLC assignee from Citibank, N.A.

Attachment 16

    Calvary SPC I, LLC as assignee of HSBC Bank Nevada, N.A.\Orchard Bank

Attachment 17

    Midland Credit Management, Inc. as agent for Asset Acceptance, LLC

Attachment 18

    19355-0701

Attachment 19

    Calvary SPC I, LLC as assignee of Capial One, N.A.

**Fill in this information to identify your case:**

Debtor 1    Tomer                                    Fridman
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    1:16-bk-11729MB
(If known)

☒ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ☒ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To    _____ | _____<br>Number    Street | From _____<br>To    _____ |
| _____<br>City            State  ZIP Code | | _____<br>City            State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To    _____ | _____<br>Number    Street | From _____<br>To    _____ |
| _____<br>City            State  ZIP Code | | _____<br>City            State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Tomer Fridman | | | Case number (if known) 1:16-bk-11729MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 62,709.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| *In the process of computing. Will amend.*<br>**For last calendar year:**<br>(January 1 to December 31, 2014 )<br>YYYY | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| *In the process of computing. Will amend.*<br>**For the calendar year before that:**<br>(January 1 to December 31, 2013 )<br>YYYY | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| *In the process of computing. Will amend.*<br>**From January 1 of current year until the date you filed for bankruptcy:** | | $<br>$<br>$ | | $<br>$<br>$ |
| *In the process of computing. Will amend.*<br>**For last calendar year:**<br>(January 1 to December 31, 2014 )<br>YYYY | | $<br>$<br>$ | | $<br>$<br>$ |
| *In the process of computing. Will amend.*<br>**For the calendar year before that:**<br>(January 1 to December 31, 2013 )<br>YYYY | | $<br>$<br>$ | | $<br>$<br>$ |

| Debtor 1 | Tomer Fridman | | | Case number *(if known)* 1:16-bk-11729MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Chase<br>Creditor's Name | 04/01/16 | $ 29,400.00 | $ 2,041,219.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit card |
| P.O. Box 24696<br>Number    Street | 05/01/16 | | | ☐ Loan repayment |
| | 06/01/16 | | | ☐ Suppliers or vendors |
| Columbus      OH      See 1<br>City           State      ZIP Code | | | | ☐ Other |
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number    Street | _____ | | | ☐ Loan repayment |
| _____ | | | | ☐ Suppliers or vendors |
| _____<br>City           State      ZIP Code | | | | ☐ Other |
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number    Street | _____ | | | ☐ Loan repayment |
| _____ | | | | ☐ Suppliers or vendors |
| _____<br>City           State      ZIP Code | | | | ☐ Other |

Debtor 1  Tomer Fridman                                                    Case number (if known) 1:16-bk-11729MB
          First Name      Middle Name      Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | $_____<br><br> | $_____<br><br> | |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | $_____ | $_____ | |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | $_____ | $_____ | |

Debtor 1    Tomer Fridman

First Name    Middle Name    Last Name

Case number *(if known)* 1:16-bk-11729MB

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☒ No
   ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City _____ State ____ ZIP Code ____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title_____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City _____ State ____ ZIP Code ____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City _____ State ____ ZIP Code ____ | | _____ | $_____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City _____ State ____ ZIP Code ____ | | _____ | $_____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 5

Debtor 1    Tomer Fridman
_____    Case number (if known) 1:16-bk-11729MB
First Name    Middle Name    Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number   Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City           State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____<br>Number  Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City           State   ZIP Code<br>Person's relationship to you   _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____<br>Number  Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City           State   ZIP Code<br>Person's relationship to you   _____ | | | |

| Debtor 1 | Tomer Fridman | | | Case number *(if known)* | 1:16-bk-11729MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- [x] No
- [ ] Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br>Number  Street<br><br>_____<br><br>_____<br>City      State      ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

---

| **Part 6:** | **List Certain Losses** |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- [x] No
- [ ] Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- [x] No
- [ ] Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____<br><br>_____ | $_____<br><br>$_____ |

Debtor 1    Tomer Fridman
         First Name    Middle Name    Last Name

Case number (if known) 1:16-bk-11729MB

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid _____ Number    Street _____ _____ City    State    ZIP Code _____ Email or website address _____ Person Who Made the Payment, if Not You | | _____ _____ | $_____ $_____ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid _____ Number    Street _____ _____ City    State    ZIP Code | | _____ _____ | $_____ $_____ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer _____ Number    Street _____ _____ City    State    ZIP Code Person's relationship to you _____ | | | _____ |
| Person Who Received Transfer _____ Number    Street _____ _____ City    State    ZIP Code Person's relationship to you _____ | | | _____ |

| Debtor 1 | Tomer | | Fridman | | Case number *(if known)* 1:16-bk-11729MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br>_____<br>Number    Street<br>_____<br>City        State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| _____<br>Name of Financial Institution<br>_____<br>Number    Street<br>_____<br>City        State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br>_____<br>Number    Street<br>_____<br>City        State    ZIP Code | _____<br>Name<br>_____<br>Number    Street<br>_____<br>City    State    ZIP Code | | ☐ No<br>☐ Yes |

| Debtor 1 | Tomer Fridman | | | Case number (*if known*) 1:16-bk-11729MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| | | | |
| Number   Street | Number   Street | | |
| | | | |
| | City   State   ZIP Code | | |
| City           State     ZIP Code | | | |

---

**Part 9:   Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| | Number   Street | | |
| Number   Street | | | |
| | City           State     ZIP Code | | |
| City           State     ZIP Code | | | |

---

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| | | | |
| Number   Street | Number   Street | | |
| | City           State   ZIP Code | | |
| City           State     ZIP Code | | | |

Debtor 1    Tomer Fridman
         First Name    Middle Name    Last Name

Case number (if known) 1:16-bk-11729MB

---

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City    State    ZIP Code | _____<br>City    State    ZIP Code | | |

---

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____<br>Court Name | | ☐ Pending |
| _____ | _____<br>Number   Street | | ☐ On appeal |
| _____<br>Case number | _____<br>City    State    ZIP Code | | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| White City 26, Inc.<br>Business Name | Real estate brokerage | EIN: 4 5 – 3 6 1 2 4 4 2 5 |
| 25420 Prado De Las Peras<br>Number   Street | Name of accountant or bookkeeper | Dates business existed |
| Calabasas    CA    91301<br>City    State    ZIP Code | Alpha Tax | From   2011   To   Present |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| .<br>Business Name | Real Estate Related | EIN: |
| _____<br>Number   Street | Name of accountant or bookkeeper | Dates business existed |
| _____<br>City    State    ZIP Code | Alpha Tax | From   _____   To   ľ_____ |

Debtor 1    Tomer Fridman

First Name          Middle Name          Last Name

Case number (if known) 1:16-bk-11729MB

| Business Name | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| Number    Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City          State    ZIP Code | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| | Date issued |
| --- | --- |
| Name | MM / DD / YYYY |
| Number    Street | |
| City          State    ZIP Code | |

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ s/Tomer Fridman                    ✖ _____

Signature of Debtor 1                    Signature of Debtor 2

Date  17 January 2017                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Attachment
Debtor: Tomer Fridman        Case No: 1:16-bk-11729MB

Attachment 1
  43224-0696

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

**In re**

   **Tomer Fridman**

                                              Case No. **1:16-bk-11729MB**

**Debtor**                                    Chapter **11**

## AMENDED - DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **7,119.22**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **7,880.78**

2.  The source of the compensation paid to me was:

   ☐ Debtor          ☒ Other (specify)   **Casa Group Inc., and White City 26 Inc.**

3.  The source of compensation to be paid to me is:

   ☐ Debtor          ☒ Other (specify)   **Casa Group Inc., and White City 26 Inc.**

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

       **Third party to make monthly payments to keep fees current. Was paid $15,000.00 on July 22, 2016 with $7,119.22 remaining as of the date the conversion order was entered**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **None**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  **January 17, 2017**        **s//s/ William H. Brownstein**

*Date*                          *Signature of Attorney*

                               **See Attachment 1**

                               *Name of law firm*

Attachment
Debtor: Tomer Fridman      Case No: 1:16-bk-11729MB

**Attachment 1**

    **William H. Brownstein & Associates, Professional Corporation**

## UNITED STATES BANKRUPTCY COURT
### Central District of California
### San Fernando Valley Division

In re:  **Tomer Fridman**

Case No.  **1:16-bk-11729MB**

Chapter **11**

In the process of computing. Will amend.

## AMENDED -BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:  $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:  $ _____

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3.  Net Employee Payroll (Other Than Debtor) | $ _____ |
| 4.  Payroll Taxes | **N/A** _____ |
| 5.  Unemployment Taxes | _____ |
| 6.  Worker's Compensation | _____ |
| 7.  Other Taxes | _____ |
| 8.  Inventory Purchases (Including raw  materials) | _____ |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | _____ |
| 10.  Rent (Other than debtor's principal residence) | _____ |
| 11.  Utilities | _____ |
| 12.  Office Expenses and Supplies | _____ |
| 13.  Repairs and Maintenance | _____ |
| 14.  Vehicle Expenses | _____ |
| 15.  Travel and Entertainment | _____ |
| 16.  Equipment Rental and Leases | _____ |
| 17.  Legal/Accounting/Other Professional Fees | _____ |
| 18.  Insurance | _____ |
| 19.  Employee Benefits (e.g., pension, medical, etc.) | _____ |
| 20.  Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | _____ |
| 21.  Other (Specify): | _____ |
| 22.  Total Monthly Expenses (Add items 3 - 21) | $ **0.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)  $ **0.00**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re

      Tomer Fridman

             Debtors.

Chapter 11

Case No. 1:16-bk-11729MB

In the process of computing. Will amend.

# AMENDED / STATEMENT OF MONTHLY ***Income type entered MC*** INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income: | Debtor |
|---|---|
| Total ***Income type entered MC*** income for six months preceding filing | $   0.00 |
| **Average Monthly ***Income type entered MC*** Income** | $   0.00 |

***IF Income type entered MC = "Gross" AND Income include net from schedule i TF ***

Dated:   January 17, 2017

                             s/Tomer Fridman
                              Tomer Fridman
                               Debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein**<br> **11755 Wilshire Boulevard, Suite 1250**<br>**Los Angeles, California 90025**<br> **Telephone: (310) 458-0048**<br> **Fax: (310) 362-3212**<br> **Bar no.: 84507**<br> **Email: Brownsteinlaw.bill@gmail.com** | |
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -    SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: **1:16-bk-11729MB** |
|---|---|
| | CHAPTER:  **11** |
| **Tomer Fridman** | AMENDED - **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1.  ☒  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

> **During the 60-day period before the Petition Date** (*Check only ONE box below*):

> ☐  **I was paid by an employer**.  Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period.  (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

> ☒  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  <u>**See**</u>          <u>**Tomer Fridman**</u>               <u>**s/Tomer Fridman**</u>
                  Printed name of Debtor 1                        Signature of Debtor 1

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.   ☐   I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐   **I was paid by an employer**.   Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period.   (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐   **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  _____     _____     _____
                                                    Printed name of Debtor 2                                                    Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Attachment**
**Debtor: Tomer Fridman        Case No: 1:16-bk-11729MB**

Attachment 1

January 17, 2017

34
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


38
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595


ALLY
P O BOX 380901
BLOOMINGTON, MN 55438


Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004


American Express Centurian Bank
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701


Andrew Kussmaul, Authorized Agent for Fa
Buckley Madole, P.C.
P.O. Box 9013
Addison, TX 75001


Bank of America, N.A.
PO BOX 31785
TAMPA, FL 33631-3785


Bank of America, N.A.
PO Box 15312
Wilmington, DE 19850-5312


Calvary SPC I, LLC as assignee of Capial
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

Calvary SPC I, LLC as assignee of FIA Ca
P.O. Box 27288
Tempe, AZ 85282


Calvary SPC I, LLC as assignee of HSBC B
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595


Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595


Cavalry SPV I, LLC
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


Chase
PO Box 24696
Columbus, OH 43224-0696


Chase Records Center Attn: Correspondenc
Mail Code: LA4-5555
700 Kansas Lane
Monroe, LA 43219


Christiana Trust, a division of Wilmingt
Fay Servicing, LLC Bankruptcy Department
939 W. North Avenue, Suite 680
CHICAGO, IL 60642


Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011


Daimler Trust
PO Box 5209
Carol Stream, IL 60197-5209

Don A. Madden, III, Pesident
Trojan Capital Investments, LLC
2618 swan Miguel Drive, Suite 316
Newport Beach, CA 92660


Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197


FNB OMAHA
PO BOX 3412
OMAHA, NE 68197


FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952


FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952


Franchise Tax Board Bankruptcy Section,
P. O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board Chief Counsel
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720


George Guido
Frachise Tax Board Claim Agent
Bankrutpcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Henry D. Paloci III PA
2800 Camino dos Rios # 101A
Newbury Park, CA 91320


Internal Revenue Service
P.O. Box 7346
Internal Revenue Service
Philadelphia, PA 19101-1946


Isidora Fridman
3915 Prado del Maiz
Calabasas, CA 91302


Kia Vang, Bankruptcy Agent
Ally Servicing LLC
4000 Lexington Ave. N. Suite 100
Shoreview, MN 55126


Lisa Looney, Bankruptcy Specialist
Midland Credit Management, Inc.
P.O. Box 2036
Warren, MI 48090


Loan Me
PO Box 5645
Orance, CA 92863


Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110


Main Street Acquisition Corp. for HSBC C
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701


MB FIN SVC
PO BOX 961
ROANOKE, TX 76262

MERCEDES BENZ OF CALABASAS
24181 CALABASAS ROAD
CALABASAS, CA 91302


Mercedes-Benz Financial Services
PO BOX 961
ROANOKE, TX 76262


Midland Credit Management, Inc. as agent
PO Box 2036
Warren, MI 48090


Nancy Craft, Authorized Representative
AMEX
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197


Navient Solutions, Inc. on behalf of Uni
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
WILKES-BARRE, PA 18773-9430


NORDSTM/TD
13531 E CALEY AVSERVICE
SERVICE
ENGLEWOOD, CO 80111


Payment Processing Center
P.O. Box 78367
Phoenix, AZ 85062-8367


PAYMENT PROCESSING CENTER
P.O. Box 78367
Phoenix, AZ 85062-8367


Platino HOA c/o Mink Managment
4040 Glencoe Avenue
Marina del Rey, CA 90292

Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC assig
POB 41067
Best Buy Credit Card
Norfolk, VA 23541


Raymond Cruz, Bankruptcy Specialist
Calvary Portfolio Services, Inc.
500 Summit Lake Drive, Suite 400
Valhalia, NY 10595


Raymond Cruz, Bankruptcy Specialist
Calvary Portfolio Services, Inc.
500 Summit Lake Drive, Suite 400
Valhalia, NY 10595


Rita Torres, Administrative Assistant
Bass & Associates, P.C.
3936 East Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083


Shraddha Bharatia, Claims Administrator
Becket and Lee, LLP
PO Box 3008
Malvern, PA 19355-0701


State Board of Equalization
Special Operations Bankruptcy Team, MIC:
P.O. Box 942879
Sacramento, CA 94279-0074


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California
Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

State of California Board of Equalizatio
Executive Director
450 N Street, MIC: 73
Sacramento, CA 95814-0073


SYNCB/JCP
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005


Tony Harrison, Assistant Vice PResident
Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998-2238


Trojan Capital Investments, LLC
28786 Network Place
Chicago, IL 60673


TROJAN CAPITAL INVESTMENTS, LLC
2618 SAN MIGUEL DRIVE, SUITE 316
NEWPORT BEACH, CA 92660


U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 1200
Glendale, CA 91203-2304


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Unknown Creditor
2333 WAUKEEGAN RD
DEERFIELD, IL 60015

```
USA Funds MC E2148
Attn: Deposit Operatoin
P.O. Box 6180
Indianapolis, IN 46206-6180


Veronica Pacheco, VP, Loan Administratio
Wells Fargo Bank, N.A.
PO Box 29482
Phoenix, AZ 85038


Wells Fargo Bank N.A. Business Direct Di
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


Wells Fargo Bank N.A. Business Direct Di
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


Wells Fargo Bank Payment Remittance cent
PO Box 6426
Carol Stream, IL 60197


Wells Fargo Bank Payment Remittance cent
PO Box 6426
Carol Stream, IL 60197


Wells Fargo Bank Payment Remittance Cent
P.O. Box 6426
Carol Stream, IL 60197
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein**<br>**11755 Wilshire Boulevard, Suite 1250, Los Angeles,**<br>**California 90025**<br>**Phone: (310) 458-0048**<br>**Fax: (310) 362-3212**<br>**Bar No: 84507**<br><br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - San Fernando Valley Division  DIVISION**

| In re:<br><br>**Tomer Fridman**<br><br><br><br><br><br>Debtor(s). | CASE NO.: **1:16-bk-11729MB**<br>CHAPTER: **11**<br><br>**AMENDED -**<br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.


Date: **January 17, 2017**_____          **s/Tomer Fridman**_____
                                         Signature of Debtor 1


Date: _____          _____
                                         Signature of Debtor 2 (joint debtor) (if applicable)


Date: **January 17, 2017**_____          **s//s/ William H. Brownstein**_____
                                         Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**