| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90025-1540<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☐ *Attorney for Movant*<br>☒ *Movant for Debtor and Debtor in Possession* | **FILED & ENTERED**<br><br>**MAR 22 2017**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Ogier      DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>TOMER FRIDMAN,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:16-11729MB<br>CHAPTER: 11<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: February 28, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 303<br>PLACE: 21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 |
|---|---|

**Movant:** TROJAN CAPITAL INVESTMENT LLC. ("Trojan")

1. The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:
   Tr=35596-13 Lot 16, A.P.N. 2069-095-016

3. The Motion is denied:   ☒ without prejudice   ☐ with prejudice   ☐ on the following grounds:

   a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☒ Lack of proper service

   d. ☒ Lack of good cause shown for relief from stay

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 1                          **F 4001-1.RFS.DENY.ORDER**

e. ☐ No stay is in effect under:

   (1) ☐ 11 U.S.C. § 362(c)(2)(A)

   (2) ☐ 11 U.S.C. § 362(c)(2)(B)

   (3) ☐ 11 U.S.C. § 362(c)(3)(A)

   (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

### ###

Date: March 22, 2017

Martin R Barash
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 2                    **F 4001-1.RFS.DENY.ORDER**