| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates,<br>Professional Corporation<br>11755 Wilshire Boulevard<br>Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>TOMER FRIDMAN | CASE NO.: 1:16-bk-11729MB<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND**<br>**MOTION FOR ORDER DETERMINING**<br>**VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012]** |
| | This motion is being made under **ONLY ONE** of the following notice procedures:<br>☐ **No hearing unless requested under LBR 9013-1(o)(4);**<br>☒ **Hearing set by Movant: LBR 9013-1(d);**<br>☐ **Hearing on Shortened Notice: LBR 9075-1(b); or**<br>☐ **Hearing on Emergency Basis: LBR 9075-1(a).**<br><br>DATE: 05/02/2017<br>TIME:  1:30 pm<br>COURTROOM: 303<br>PLACE: 21041 Burbank Boulevard<br>           Third Floor<br>           Woodland Hills, CA  91367 |
| Debtor(s) | |

**Creditor Name** *(Insert name of creditor holding collateral to be valued):* JPMorgan Chase Bank, National Association,

Trojan Capital Investments LLC, State of California, Franchise Tax Board

**1.  PLEASE TAKE NOTICE THAT** Tomer Fridman _____ (Movant)
      requests an order valuing the collateral described below.  This motion does not request lien avoidance (see LBR
      forms F 4003 for lien avoidance involving principal residences and judicial liens).

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                                Page 1                                **F 3012-1.MOTION.VALUATION**

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney.  Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.  You must serve a copy of your opposition upon the Movant and the Movant's attorney and the United States trustee, and also serve a copy on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. ☐ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Movant pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing.  The full Motion is attached, including the legal and factual grounds upon which the Motion is made.  If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☒ **Hearing Set by Movant; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on at least 21 days of notice pursuant to LBR 9013-1(d).  The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made.  If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing**.  Your response must comply with LBR 9013-1(f).  The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** Movant has filed a separate motion asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application).  If the court grants the Application, the Movant will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document.  If the court denies the Application, the Movant will provide written notice of a regular hearing date or other proposed disposition of this motion.

d. ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a):  Hearing Requested on Emergency Basis under LBR 9075-1(a):**  Movant has contacted the court and requested an emergency hearing on less than 48 hours notice.  If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Movant to file and serve the Motion and the deadline for you to file and serve a written response.  If the court denies the request to set an emergency hearing, the Movant will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition.

Date:   04/11/2017

By: _____
*Signature of Movant or Attorney for Movant*

Name:  William H. Brownstein _____
*Print Name of Movant or Attorney for Movant*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                                 Page 2                              **F 3012-1.MOTION.VALUATION**

## MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL
## PURSUANT TO 11 U.S.C. § 506(a) AND FRBP 3012

**1. The Movant is (*check one*):**
- ☐ The debtor
- ☐ A creditor
- ☐ The trustee
- ☐ The Official Committee of Creditors Holding Unsecured Claims
- ☐ Other (*specify*): _____

**2. The Collateral to be Valued:**

    a. The Movant requests a determination of the value of the following collateral (Collateral).

    ☒ Real Property
      *Street Address:*     25420 Prado de las Peras
      *Unit Number:*
      *City, State, Zip Code:*     Calabasas, CA  91302

      Legal description or document recording number (including county of recording):
      Tr=35596-13 Lot 16, A.P.N. 2069-095-016

    ☐ Personal Property

      ☐ Vehicle:
      *Year, manufacturer, type, and model:* _____
      *Vehicle Identification Number:* _____
      *Location of vehicle (if known):* _____

      ☐ Equipment:
      *Manufacturer, type, and characteristics:* _____
      *Serial number(s):* _____
      *Location (if known):* _____

      ☐ Other Personal Property *(describe type, identifying information, and location)*:
      _____

    ☐ See attached page.

    b.   Purpose of the Valuation

      ☒ Treatment of the claim in a plan:

        ☐ Pursuant to 11 U.S.C. § 1322

        ☒ Pursuant to 11 U.S.C. § 1129

        ☐ Other: _____

      ☐ Disposition or use of Collateral pursuant to 11 U.S.C. § 363;

      ☒ Other: (*specify*): Determination of secured status of claim pursuant to 11 U.S.C. Section 506
      _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*             Page 3             **F 3012-1.MOTION.VALUATION**

c. Movant asserts that the value of the Collateral is $ 2,010,000.00 _____ as of (date): 08/29/2016 _____

*Check one*:

☐ Date bankruptcy case was commenced.

☒ Other (*specify*): Date of appraisal _____

**3. Liens Encumbering the Collateral:**

The Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priority | Original Lien Amount | Balance of Lien Amount As of *(applicable date)* 06/09/2016 |
|---|---|---|
| **1st Lien:** JPMorgan Chase Bank, N.A. | $ 1,960,000.00 | $ 2,104,964.04 |
| **2nd Lien:** Trojan Capital Investements, LLC | $ 234,330.04 | $ 428,680.65 |
| **3rd Lien:** California Franchise Tax Board | $ 35,594.97 | $35,594.97 |

☐ See attached page for additional lien(s).

**4. Determination of Secured/Unsecured Status:**

Based upon paragraphs 2 and 3 above, Movant asserts the following:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| **1st Lien:** JPMorgan Chase Bank, N.A. | $ 2,104,964.04 | $ 0.00 |
| **2nd Lien:** Trojan Capital Investements, LLC | $ 0.00 | $ 428,680.65 |
| **3rd Lien:** California Franchise Tax Board | $ 0.00 | $ 35,594.97 |

☐ See attached page for additional lien(s).

**5. Evidence in Support of Motion:**

    a. Evidence establishing the value of the Collateral:
        ☒ Declaration of the debtor as owner of the Collateral
        ☒ Declaration of the expert witness
            ☒ Certified appraiser
            ☐ Other: _____
        ☐ Declaration of a party who can authenticate a market report (e.g. Kelley Blue Book) pursuant to
          F.R.Evid. 803(17).
        ☐ Other:

    b. Evidence establishing the amount of the claims related to the liens encumbering the Collateral
        ☐ Declaration of the debtor as owner of the Collateral
        ☐ Declaration of a witness authenticating a document that is an admissible statement of a party
          opponent (e.g. proof of claim or a recent loan statement) pursuant to F.R.Evid. 801(d)(2).
        ☒ Other: Copies of Proof of Claim Numbers 12-1, 18-1 and 23 establishing the amounts alleged by
          secured creditors in their Proof of Claims
    c. Evidence establishing the priority of the lien encumbering the Collateral
        ☒ Declaration of the debtor as owner of the Collateral
        ☐ Other:

    d. ☒ Other evidence (*specify*): Copies of Proof of Claim Numbers 12-1, 18-1 and 23 establishing the amounts
       alleged by secured creditors in their Proof of Claims

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                                      Page 4                                  **F 3012-1.MOTION.VALUATION**

**Based upon the foregoing, Movant requests that this Court value the Collateral as listed in paragraph 2.c. above and that the claims related to the liens encumbering the Collateral, listed in paragraph 3 above, are determined to be secured or unsecured as requested in paragraph 4 above.**

☒ See attached continuation page for additional provisions.

Respectfully submitted,

Date:  04/11/2017

By: _William H. Brownstein_
*Signature of Movant or Attorney for Movant*

Name:  William H. Brownstein
*Printed Name of Movant or Attorney for Movant*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2013                                    Page 5                        **F 3012-1.MOTION.VALUATION**

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

I.

3

## Opening Statement and Introduction.

4      Debtor is the Debtor in Possession in the above-captioned case having filed a

5 voluntary petition under Chapter 13 of the Bankruptcy Code on June 9, 2016 which case

6 was converted to a case under Chapter 11 of the Bankruptcy Code pursuant to the Orer

7 entered December 22, 2017, and for all times thereafter the Debtor has remained in

8 possession pursuant to 11 U.S.C. §§1107 and 1108.

9      At the time of the commencement of this case the Debtor was and continues to be

10 the owner of the following three parcels of real property:

11           a.      The family residence commonly known of as 25420 Prado de las

12      Peras, Calabasas, CA 91302 ("Prado de las Peras");

13           b.      The residence commonly known of as 3915 Prado del Maiz,

14      Calabasas, CA 91302 ("Prado de Maiz"); and

15           c.      The residence commonly known of as 3731 Calle Jazmin, Calabasas,

16      CA 91302 ("Calle Jazmin").

17      Prado de las Peras is subject to the following notes secured by a first and second

18 deed of trust, respectively:

19      JP Morgan Chase Bank, National Association ("Chase"), Proof of Claim ("POC")

20 No. 23 as of the date of the filing of this case $2,103,964.04 [POC 23, Page 2 of 23], and

21      Trojan Capital Investments, LLC. ("Trojan"), Proof of Claim No. 18 filed as of

22 11/09/2016 [POC No. 18, Page 2 of 26] in the amount $428,680.65.

23      There is also a tax lien that was recorded by the State of California, Franchise Tax

24 Board, POC 12-2, in the amount of $35,594.47, which is junior to the position of the

25 foregoing secured creditor claims and which was recorded in the Los Angeles County

26 Recorder's Office on 6/2/2016 [POC 12-2, Page 1 of 5.]

27      As reflected in the attached Declaration of Emanuel Rubin, the value of Prado de

28 las Peras as of August 24, 2016 was $2,010,000.00. See Exhibit "1" to the attached

1  Declaration of Emanuel Rubin. The Debtor is ordering an updated appraisal of Prado de

2  las Peras; however, since Trojan will not accept Debtor's appraisal it is believed that the

3  valuation will rest on what the Court's appointed appraisal finds as the value of that

4  property.

5      By way of this Motion the Debtor is seeking a valuation of Prado de las Peras and

6  that to the extent that Trojan Capital Investments, LLC ("Trojan") has a claim which is

7  valued less than the amount owed to the Chase, that the allowed amount of the claim is

8  totally unsecured.

9                                    II.

10         **BECAUSE THE CHASE CLAIM IS UNDERSECURED, ALL**

11      **JUNIOR CLAIMS MUST BE FOUND TO BE UNSECURED CLAIMS**

12      a.      A Totally Undersecured Creditor Has No Right to Be Treated Under 11 U.S.C.

13  §1123(b)(5).

14      The Prado de las Peras property was the Debtor's principal residence at the time of

15  the commencement of his case and as such Chase, the holder of the note secured by a

16  first deed of trust's claim cannot be modified. See 11 U.S.C. §1123(b)(5).

17      However, in the case where the junior secured creditors claim is totally unsecured

18  then the Debtor may modify that claim to become an unsecured claim. See for example

19  *Lam v. Investors Thrift (In re Lam), 211 B.R. 36, BAP 9th Cir* 1997.

20      In this case the issue before the Court is whether the claims of the secured creditors

21  junior to Chase as totally unsecured as opposed to undersecured.

22      With regard to the Franchise Tax Board the distinction may be without any practical

23  outcome as its claim constitutes a priority claim and as such it is required to be treated in

24  accordance with 11 U.S.C. §1129(c), namely to be paid in full over no longer than five

25  years after the commencement of Debtor's case.

26      So the pivotal issue in this case is whether the claim of Trojan is totally unsecured.

27      Understandably, Trojan has opposed the appraisal submitted by the Debtor and it

28  has refused to accept any appraiser suggested by the Debtor to perform an appraisal. For

1  that reason, it is requested that the Bankruptcy Court, within its powers, name an appraiser

2  to perform the appraisal of the Prado de las Peras property.

3        b.     <u>Debtors List of Suggested Appraisers.</u>

4        As reflected below, the Debtor submitting the names of six neutral appraisers from

5  which he requests that this Honorable Court select one to perform an independent

6  appraisal of Prado de las Peras. In obtaining those names it is noted that neither the

7  Debtor nor Debtor's counsel has ever used any of the first three appraisers and their

8  names were obtained from members of the Certified Bankruptcy Specialists, and the

9  second set of three were used in the past in cases in which Debtor's counsel was involved,

10  although they are also acceptable to the Debtor:

11        i.     <u>Appraisers Never Used or Involved In Any Case In Which The Debtor or</u>

12  <u>Debtor's Counsel Were Ever Involved.</u>

13        a.     David Serber, Work (818) 384-1865, Email <u>dserber@serberappraisals.com</u>,

14  who was recommended by Richard Brownstein, Esq. of Greenberg & Bass LLP;

15        c.     James Ebert, Ebert Appraisal Service, 310 505-5915 Work, (818) 991-9322

16  Mobile, Email: <u>James@EAS2.COM,</u> 4607 Lakeview Cyn #253, Westlake Village, CA

17  91361 who was recommended by Misty Perry Isaacson of Pagter and Perry Isaacson,

18  APLC;

19        d.     Action Appraisal. Ask for Geno or Ely 310-379-0993m recommended by

20  Jeffrey Whishman, Esq., of Bayer, Whishman & Leotta.

21        ii.     <u>Acceptable to Debtor and Involved in Cases in Which Debtor's Counsel Was</u>

22  <u>Involved In The Past and Unknown to the Debtor.</u>

23        e.     David Gribin, 8182250097. 22551 Ventura Blvd #201, Woodland Hills, CA

24        91364, United States who was appointed by the Honorable Vincent P. Zurzolo,

25        Bankruptcy Judge, in the

26        f.     Linda M. Bascom, who performed the appraisal in the case of In re Lydia

27  Forrest, Case No. 1:14-bk-14361MT; and

28        g.     Cliff Bourland, 3105673002.

III.

## __CONCLUSION.__

Despite efforts to deal with Trojan and its counsel the Debtor has been met with hostility, non-cooperation and frustration. Fortunately, the Debtor is looking to this Honorable Court to appoint an appraiser to conduct an appraisal of the Prado de las Peras property in order to establish the starting point for a valuation and the ultimately outcome of this Motion.

As such, the Debtor has yet again filed his valuation motion and is seeking an order of this court on such motion.

DATED: April 11, 2017                    Respectfully submitted,

William H. Brownstein & Associates,
    Professional Corporation

By: _William H Brownstein_____

William H. Brownstein, Attorneys for
Debtor and Debtor in Possession

## <u>DECLARATION OF THE DEBTOR AS OWNER OF THE COLLATERAL IN SUPPORT OF</u>
## <u>MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL</u>

1. I, *(state debtor's name)* TOMER FRIDMAN _____ declare that I am the debtor in this bankruptcy case.

2. I make this declaration of my own personal knowledge and if called as a witness, could and would testify thereto.

3. I am the owner of the collateral listed in paragraph 1 of the Motion for Order Determining Value of Collateral to which this declaration is attached.

4. My opinion of the value of the Collateral is $ 2,010,000.00 _____ as of *(applicable date)* 01/08/2017 _____
   based upon my personal knowledge, including but not limited to:

    ☒ Review of an appraisal (do not attach).

    ☒ Knowledge of comparable sales (do not attach).

    ☒ Other: <u>Believe no more than that amount</u>

5. As of *(applicable date)* 06/09/2017 _____ , the Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priority | Original Lien Amount | Balance of Lien Amount As of *(state applicable date)* 06/09/2016 |
|---|---|---|
| **1st Lien:** JPMorgan Chase Bank, N.A. | $ 1,960,000.00 | $ 2,104,964.04 |
| **2nd Lien:** Trojan Capital Investements, LLC | $ 234,330.04 | $ 428,680.65 |
| **3rd Lien:** California Franchise Tax Board | $ 35,594.97 | $ 35,594.97 |

The foregoing balances are established by true and correct copies of filed proofs of claim, or recent loan statements, or other documents attached to this declaration as Exhibit A.

6. The purpose of the valuation is to provide for treatment of the claim of:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| **1st Lien:** JPMorgan Chase Bank, N.A. | $ 2,104,964.04 | $ 0.00 |
| **2nd Lien:** Trojan Capital Investements, LLC | $ 0.00 | $ 428,680.65 |
| **3rd Lien:** California Franchise Tax Board | $ 0.00 | $ 35,594.97 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
*Signature*

Tomer Fridman _____
*Printed Name*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                                Page 10                          **F 3012-1.MOTION.VALUATION**

## DECLARATION OF EXPERT WITNESS IN SUPPORT OF
## MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL

I, Emanuel Ruben _____ declare:

1. I am over 18 years of age, and I am qualified to testify as an expert witness in my capacity as a:

   ☒ Licensed Residential Property Appraiser with license no. AR032191 _____.

   ☐ Other: _____

   _____

2. Attached as Exhibit A to this declaration, is my report, which discloses all the data that I have used in forming my opinion.

3. My opinion of the value of the Collateral is $ 2,010,000.00 _____ as of *(applicable date)* 8/24/2016 _____.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
*Signature*

Emanuel Ruben _____
*Printed Name*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013*                    Page 11                    **F 3012-1.MOTION.VALUATION**

# APPRAISAL OF



## LOCATED AT:

25420 Prado De Las Peras
Calabasas, CA  91302-3656

## CLIENT:

Tomer Friedman
25420 De Las Peras
Calabasas, CA 91302

## AS OF:

August 24, 2016

25420
File No. Prado de las Peras

08/29/2016

Tomer Friedman
25420 Prado De Las Peras
Calabasas, CA 91302

File Number:   Prado de las Peras

Sirs,

In accordance with your request, I have appraised the real property at:

25420 Prado De Las Peras
Calabasas, CA  91302-3656

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   August 24, 2016                     i s:

$2,010,000
Two Million Ten Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Respectfully

Emanuel Rubin

EXHIBIT "A"                                                                                          Page 13

**Residential Appraisal Report**

## PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User **Tomer Friedman**    E-mail

Client Address **25420 Prado De Las Peras**    City **Calabasas**    State **CA**    Zip **91302**

Additional Intended User(s) **None**

Intended Use **See Attached Addendum**

## SUBJECT

Property Address **25420 Prado De Las Peras**    City **Calabasas**    State **CA**    Zip **91302-3656**

Owner of Public Record **Fridmn, Isidora D**    County **Los Angeles**

Legal Description **Tr=35596-13 Lot 16**

Assessor's Parcel # **2069-095-016**    Tax Year **2015**    R.E. Taxes $ **29,173.01**

Neighborhood Name **The Oaks**    Map Reference **559B6**    Census Tract **8002.02**

Property Rights Appraised [X] Fee Simple   [ ] Leasehold   [ ] Other (describe) **Asset Valuation**

## SALES HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer:   Date    Price    Source(s) **NDCdata, Matrix MLS**

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)  **Prior sales for subject for past 36 months & for comps in the past 12 month, per NDC and MLS, as noted.**

Offerings, options and contracts as of the effective date of the appraisal  **No offerings, options or contracts are in effect. The client is considering presenting a sales offer to a potential buyer.**

## NEIGHBORHOOD

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE | AGE | One-Unit | 100 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | $(000) | (yrs) | 2-4 Unit | % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 826 Low | 1 | Multi-Family | % |

Neighborhood Boundaries  **Ventura Fwy 101 to north, Mulholland Hwy to south, Las Virgenas Rd to west and Parkway Calabasas ti east.**

(3,758 High 114    2,209 Pred. 40    Commercial %    Other %)

Neighborhood Description  **Subject is located in a gated residential neighborhood of conforming single family residences of varying quality and appeal. Neighborhood is located within close proximity to major employment centers, schools, parks, transportation, and supporting facilities. At time of inspection, there were no adverse conditions noted that would have a negative affect on marketability.**

Market Conditions (including support for the above conclusions)  **See Attached Addendum**

## SITE

Dimensions **See Plat Map**    Area **18569 sf**    Shape **Irregular**    View **Residential**

Specific Zoning Classification **CSRS**    Zoning Description **SFR**

Zoning Compliance [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street **Asphalt** | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley **None** | | |

Site Comments  **Flood information to be verified by the client and therefore assumed to be as stated. A Title report was not reviewed by the appraiser. No adverse easements, encroachments were readily observable. Appraiser is not responsible for any matter of legal nature that may affect the property being appraised**

## IMPROVEMENTS

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION   materials | | INTERIOR   materials | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls | **Concrete** | Floors | **HW/tile/Cpt** |
| # of Stories | 1 | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | **Stucco** | Walls | **Dry walls** |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area | 0 sq. ft. | Roof Surface | **Tile** | Trim/Finish | **Wood molding** |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish | 0 % | Gutters & Downspouts | **Partial** | Bath Floor | **Tile** |
| Design (Style) **Contemporary** | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | **Sliding vinyl** | Bath Wainscot | **Tile** |
| Year Built | 2004 | | | Storm Sash/Insulated | **No/ Insulated** | Car Storage | **None** |
| Effective Age (Yrs) | 5 | Heating [X] FWA [ ] HW [ ] Radiant | | Screens | **Mesh** | [X] Driveway  # of Cars | 2 |
| Att **EXHIBIT "A"** | [ ] None | [ ] Other    Fuel **Gas** | | [X] Fireplace(s) # 4  [X] Fence **W.Iron** | | Driveway Surface Concrete | 2 |
| [ ] Drop Stair [ ] Stairs | | [ ] Other    Fuel **Gas** | | [X] Patio/Deck **Slab**  [X] Porch **Covered** | | [ ] Garage  # of Cars | |
| [ ] Floor [X] Scuttle | | Cooling [X] Central Air Conditioning | | | | [ ] Carport  # of Cars | 0 |

(Amenities: [X] WoodStove(s) #0)

Page 14

25420

**Residential Appraisal Report**    File No. Prado de las Peras

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 25420 Prado De Las Peras Calabasas CA 91302-3656 | 24961 Palmilla Dr Calabasas CA 91302-3053 | | 4151 Prado De Los Zorros Calabasas CA 91302-3628 | | 4123 Prado De Las Cabras Calabasas CA 91302-3627 | |
| Proximity to Subject | | 0.68 miles NE | | 0.17 miles NE | | 0.10 miles SE | |
| Sale Price | $ | $ 1,679,000 | | $ 2,200,000 | | $ 2,100,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 468.47 sq. ft. | | $ 478.05 sq. ft. | | $ 467.50 sq. ft. | |
| Data Source(s) | | MLS#SR16072404;DOM45 | | MLS#SR16083410;DOM348 | | MLS#SR16030626;DOM137 | |
| Verification Source(s) | | DOC# 581147 | | DOC# 757850 | | DOC# 716738 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s05/16;Unk | | s06/16;Unk | | s06/16;Unk | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 18569 sf | 8728 sf | +98,000 | 11497 sf | +70,000 | 17348 sf | 0 |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design (Style) | Contemporary | Mediterranean | 0 | Mediterranean | | Mediterranean | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 12 | 27 | +15,000 | 13 | 0 | 13 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total 8 Bdrms. 3 Baths 3.1 | Total 10 Bdrms. 5 Baths 4.1 | -10,000 -20,000 | Total 10 Bdrms. 5 Baths 6.0 | -25,000 -40,000 | Total 9 Bdrms. 4 Baths 4.0 | -5,000 -10,000 |
| Room Count | | | | | | | |
| Gross Living Area 150.00 | 4,130 sq. ft. | 3,584 sq. ft. | 82,000 | 4,602 sq. ft. | -71,000 | 4,492 sq. ft. | -54,500 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Acceptable | Acceptable | | Acceptable | | Acceptable | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 3ga3dw | -8,000 | 2ga2dw | | 2ga2dw | |
| Porch/Patio/Deck | Patio & Porch | Patio & Porch | | Patio & Porch | | Patio & Porch | |
| Fireplace | 4 Fireplaces | 2 Fireplaces | +20,000 | 2 Fireplaces | +20,000 | 4 Fireplaces | |
| Pool/Spa | Pool & spa | Pool & spa | | Pool & spa | | Pool & spa | |
| Original list price | N/A | $1,679,000 | 0 | $2,289,000 | 0 | $2,229,000 | 0 |
| Net Adjustment (Total) | | X + □ - $ | 177,000 | □ + X - $ | 46,000 | □ + X - $ | 69,500 |
| Adjusted Sale Price | | Net Adj. 10.5% | | Net Adj. -2.1% | | Net Adj. -3.3% | |
| of Comparables | | Gross Adj. 15.1% $ 1,856,000 | | Gross Adj. 10.3% $ 2,154,000 | | Gross Adj. 3.3% $ 2,030,500 | |

| Summary of Sales Comparison Approach | See Attached Addendum |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**COST APPROACH TO VALUE**

Site Value Comments    Cost approach was not developed for this assignment

| | | | | |
|---|---|---|---|---|
| ESTIMATED □ REPRODUCTION OR □ REPLACEMENT COST NEW | | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . = $ | | |
| Source of cost data | | Dwelling | Sq. Ft. @ $ . . . . . . . . . = $ | 0 |
| Quality rating from cost service | Effective date of cost data | | Sq. Ft. @ $ . . . . . . . . . = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | Garage/Carport 0 | Sq. Ft. @ $ . . . . . . . . . = $ | 0 |
| | | Total Estimate of Cost-New | . . . . . . . . . . . . = $ | 0 |
| | | Less Physical Functional External | | |
| | | Depreciation | = $ ( | 0) |
| | | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . = $ | | 0 |
| | | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . = $ | | |
| | | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . = $ | | 0 |

**INCOME APPROACH TO VALUE**

Estimated Monthly Market Rent $ 0.00 X Gross Rent Multiplier 0.00 = $ 0 Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)    Homes in this price range and neighborhood are typically purchased for use and not income. Thus, the income approach lacks rationale and was not developed.

EXHIBIT "A"    Page 15

**Methods and techniques employed:** X Sales Comparison Approach    □ Cost Approach    □ Income Approach    □ Other:

Final Debtor Appraisal
25420

**Residential Appraisal Report**

File No. Prado de las Peras

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 25420 Prado De Las Peras Calabasas CA 91302-3656 | 3905 Prado Del Maiz Calabasas CA 91302-3633 | | 4109 Prado De La Puma Calabasas CA 91302-3624 | | 3806 Paseo Primario Calabasas CA 91302 | |
| Proximity to Subject | | 0.27 miles SW | | 0.24 miles SE | | 0.80 miles SE | |
| Sale Price | $ | $ 2,087,500 | | $ 2,080,000 | | $ 1,750,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 443.39 sq. ft. | | $ 491.84 sq. ft. | | $ 488.28 sq. ft. | |
| Data Source(s) | | MLS#SR15254913;DOM129 | | | | MLS#TR16129224;DOM 80 | |
| Verification Source(s) | | DOC# 387037 | | DOC# 49983 | | APN 2069-063-006 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Cash;42,600 | -42,600 | ArmLth Conv;0 | | *Listing* 0; | |
| Date of Sale/Time | | s04/16;Unk | | s01/16;Unk | | *Active* | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 18569 sf | 13704 sf | +48,000 | 25058 sf | -65,000 | 8901 sf | +97,000 |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design (Style) | Contemporary | Cape Cod | 0 | Contemporary | | Mediterranean | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 12 | 11 | 0 | 12 | | 27 | +15,000 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total 8 / Bdrms. 3 / Baths 3.1 | Total 10 / Bdrms. 4 / Baths 5.1 | -20,000 | Total 8 / Bdrms. 3 / Baths 4.1 | -10,000 | Total 10 / Bdrms. 5 / Baths 5.0 | -15,000 |
| Room Count | | | -10,000 | | | | -20,000 |
| Gross Living Area 150.00 | 4,130 sq. ft. | 4,708 sq. ft. | -86,500 | 4,229 sq. ft. | -15,000 | 3,584 sq. ft. | 82,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Acceptable | Acceptable | | Acceptable | | Acceptable | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 3ga3dw | -8,000 | 3ga3dw | -8,000 | 3ga3dw | -8,000 |
| Porch/Patio/Deck | Patio & Porch | Patio & Porch | | Patio & Porch | | Patio & Porch | |
| Fireplace | 4 Fireplaces | 2 Fireplaces | +20,000 | 3 Fireplaces | +10,000 | 2 Fireplaces | +20,000 |
| Pool/Spa | Pool & spa | No pool or spa | +30,000 | Pool & spa | | Pool & spa | |
| Original list price | N/A | $2,300,000 | 0 | $2,195,000 | 0 | $1,790,000 | 0 |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 69,100 | [ ]+ [X]- $ | 88,000 | [X]+ [ ]- $ | 171,000 |
| Adjusted Sale Price of Comparables | | Net Adj. -3.3% Gross Adj. 12.7% $ | 2,018,400 | Net Adj. -4.2% Gross Adj. 5.2% $ | 1,992,000 | Net Adj. 9.8% Gross Adj. 14.7% $ | 1,921,000 |

Summary of Sales Comparison Approach

**SALES COMPARISON APPROACH** (vertical label)

EXHIBIT "A"    Page 16

# Residential Appraisal Report

File No. Prado de las Peras

| FEATURE | SUBJECT | COMPARABLE SALE NO. 7 | | COMPARABLE SALE NO. 8 | | COMPARABLE SALE NO. 9 | |
|---|---|---|---|---|---|---|---|
| Address | 25420 Prado De Las Peras<br>Calabasas CA 91302-3656 | 3800 Prado Del Trigo<br>Calabasas CA 91302 | | | | | |
| Proximity to Subject | | 0.43 miles SE | | | | | |
| Sale Price | $ | $ 2,899,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 674.19 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS#SR16156521;DOM 42 | | | | | |
| Verification Source(s) | | APN 2069-094-010 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | *Listing* | | | | | |
| Concessions | | 0; | | | | | |
| Date of Sale/Time | | *Active* | | | | | |
| Location | Suburban | Suburban | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 18569 sf | 17870 sf | 0 | | | | |
| View | Neighborhood | City lights | -100,000 | | | | |
| Design (Style) | Contemporary | Contemporary | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 12 | 11 | 0 | | | | |
| Condition | C2 | C2 | | | | | |
| Above Grade | Total 8 Bdrms. 3 Baths 3.1 | Total 9 Bdrms. 4 Baths 4.1 | -10,000 | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | | | -10,000 | | | | |
| Gross Living Area 150.00 | 4,130 sq. ft. | 4,300 sq. ft. | -25,500 | sq. ft. | | sq. ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | None | None | | | | | |
| Functional Utility | Acceptable | Acceptable | | | | | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 2ga2dw | 3ga3dw | -8,000 | | | | |
| Porch/Patio/Deck | Patio & Porch | Patio & Porch | | | | | |
| Fireplace | 4 Fireplaces | 2 Fireplaces | +20,000 | | | | |
| Pool/Spa | Pool & spa | Pool & spa | | | | | |
| Original list price | N/A | $2,850,000 | | | | | |
| Net Adjustment (Total) | | ☐+ ☒- $ 133,500 | | ☒+ ☐- $ 0 | | ☐+ ☐- $ | |
| Adjusted Sale Price | | Net Adj. -4.6 % | | Net Adj. 0.0 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 6.0 % $ 2,765,500 | | Gross Adj. 0.0 % $ 0 | | Gross Adj. % $ | |

Summary of Sales Comparison Approach

**SALES COMPARISON APPROACH**

### Residential Appraisal Report

File No. Prado de las Peras

**Scope of Work, Assumptions and Limiting Conditions**

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar "expert", unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

**11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).**

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**

The scope of this assignment included an interior and exterior viewing of the subject property on 08/24/2016, the effective date of the appraisal. As part of the property viewing, significant physical characteristics were cataloged and analyzed, the improvements & deferred maintenance were measured and photographed. The appraiser used data from a variety of sources, including the local MLS system and county records, and researched data on recent comparable sales in the general market area. The sales comparison approach and the cost approach were determined to provide meaningful input and were developed, while the income approach was not. The appraiser has summarized relevant analysis and conclusions in this report, but additional pertinent information may also be found in the appraiser's files.

Emanuel Rubin    Appraisal    25420

**Residential Appraisal Report**

File No. Prado de las Peras

### Appraiser's Certification

**The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:**

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**
A. It is assumed that permits are available on all structures, including permanent foundations,and it is assumed that the age given to appraiser either by the county/city records or by the home owner is true and accurate, if found to be untrue or accurate, I reserve the right to change my appraisal.
B. This report had been digitally signed by Emanuel Rubin, any unauthorized use of this report or my signature, will void report's validity.

---

Definition of Value:    [X] Market Value    [ ] Other Value: _____

Source of Definition: "The Appraisal of Real Estate" Twelfth Edition, Appraisal Institute, Chicago, IL

The most probable price which a specified interest in real property is likely to bring under all of the following conditions:
1. Consummation of a sale occurs as of a specified date.
2. An open and competitive market exists for the property interest appraised.
3. The buyer and seller are each acting prudently and knowledgeably.
4. The price is not affected by undue stimulus.
5. The buyer and seller are typically motivated.
6. Both parties are acting in what they consider their best interest.
7. Marketing efforts were adequate and a reasonable time was allowed for exposure to the open market.
8. Payment was made in cash in U.S. dollars or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

---

ADDRESS OF THE PROPERTY APPRAISED:
25420 Prado De Las Peras
Calabasas, CA  91302-3656
EFFECTIVE DATE OF THE APPRAISAL: 08/24/2016
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 2,010,000

**APPRAISER**

Signature: _____
Name: Emanuel Rubin
Company Name:

**SUPERVISORY APPRAISER**

Signature: _____
Name:
Company Name:

EXHIBIT "A"

Page 19

| Client: Tomer Friedman | | File No.: Prado de las Peras |
|---|---|---|
| Property Address: 25420 Prado De Las Peras | | Case No.: 25420 |
| City: Calabasas | State: CA | Zip: 91302-3656 |

# Intended Use

The intended user of this appraisal report is the Client and /or assign.The intended use of the report is to evaluate the appraised subject's market value as of 08/24/2016
It is subjected to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and the Definition of Market Value.
No additional intended users and uses are identified by the signing appraiser.
Use by another user is expressly prohibited.

## Scope of work:

The scope of work of this appraisal report is to provide a reasonably accurate opinion of market value by a thorough inspecting and photographing of the interior and exterior of the subject property, observing and photographing the exteriors of all comparable properties selected, observing neighborhood characteristics, evaluating marketability of properties as to conformity, environmental, physical and economic conditions, supply and demand, highest and best use and overall balance. Data was also collected from various secondary data sources and assumed to be accurate.  First american real estate solutions, ( f.a.r.e.s.) NDC data, Matrix regional mls and other  multiple listing services,  with its reciprocal listing services including the MLS Alliance were accessed to obtain sales and property data for analysis of the subject property and the sales comparables.
The data was then applied  to develop the estimated value using the 3 approaches to value.
The sales comparison approach deems to be most appropriate,logical and objective approach in the valuation of a single family residence because it reflects the actions of current market participants and best illustrates the principle of substitution.

## Extraordinary assumption;

It is assumed that all structures, given value in this report are legally permitted as stated.
It is assumed that there are no unknown geological and/or environmental adverse issues. The physical characteristics of the comparables were either verified through county records, multiple listing service, and or homeowner verification, assumed to be as stated.
The comparables sales concessions are assumed to be as stated, verified with sales agents and MLS.
The current zoning is assumed to be as stated in this report, verified with NDCdata web site.
Flood zone information is assumed to be as stated in this report, verified with NDCdata web site.
It is assumed to have no termite infestation (none were evident).
The subject dwelling is assumed to have no unknown water damage, toxic mold and or mildew adversities (none were evident). All of the reflected physical characteristics of the subject property, included all upgrades, window type, foundation, roofing, walls, appliances, utilities, fencing, all features, including the comparables, is assumed to be as stated, being true and correct.
Any estimated cost to cure, or cost of upgrades, for the subject property, and or the comparables, is assumed to be as stated.
*If any of these items are found to be not true and/or correct, I reserve the right to change my appraisal*

# Neighborhood Market Conditions

Based on paired sales analysis and in the appraisers overall analysis of market activity, prices appear to have stabilized, following a period of decline off and on since 2007 into 2012. This is a natural result of an economic recession. Historically low interest rates compounded by the market perceptions that residential real estate values may have been at their lowest rates have fueled demand for residential dwellings that has also contributed to stabilizing values. Foreclosures and short sales are still present in the market place but having no significant affect on it's condition as before. Conventional and FHA financing are typical in the

| | | | |
|---|---|---|---|
| Client: Tomer Friedman | | File No.: Prado de las Peras | |
| Property Address: 25420 Prado De Las Peras | | Case No.: 25420 | |
| City: Calabasas | State: CA | Zip: 91302-3656 |

All sales used were considered to be the best indicators of market value for the subject property.
Adjustment made were for items of significant value in this marketplace, adjustment were derived from a
study of dated sales and MLS area. Sq ft adjustment made at $150 /sf GLA. No adjustment made under
100 sf.
Lot size adjustments made at $10,00/sf (rounded). None under 1,000 sf of variance
Separate adjustments were made as follows:
Pool & spa    $30,000;
Bedroom    $20,000;
Bathroom    $10,000;
Fireplace    $10,000;
Garage    $8,000;
Adjusted values of all comparables were considered in estimating the value of the subject property in this
appraisal.
Final subject valuation was bracketed by the adjusted sale price of comparables.

## Final Reconciliation

Of the three approaches to value, the Sales Comparison Approach was given the most weight and
consideration.  It best reflects what knowledgeable buyers and sellers are willing to negotiate as a fair and
acceptable price for a property.

The subject's neighborhood is mostly owner occupied, these types of property are not originally purchased
for rental purposes.  Lack of accurate rental information on public records prohibits establishing of
necessary reliable multiples thus the 'Income Approach' was not developed.
Actual range of sales comps considered in this appraisal lays between $1,679,000 to $2,200,000
The adjusted values of sales comparables were narrowed to  $1,856,000 to $2,154,000, not including the
active listings. No economic boundaries were crossed and no dated sales were used (Older than 6 months).

Placing equal weight and consideration to all used comps, and considering the condition of subject,
a meaningful estimate of value was determined as of the effective date of this appraisal.

### Value indication as per the Sales Comparison Approach : $2,010,000.00

| Client: Tomer Friedman | | File No.: Prado de las Peras |
| --- | --- | --- |
| Property Address: 25420 Prado De Las Peras | | Case No.: 25420 |
| City: Calabasas | State: CA | Zip: 91302-3656 |



Address Verification



Address Verification

EXHIBIT "A"

| Client: Tomer Friedman | | File No.: Prado de las Peras |
|---|---|---|
| Property Address: 25420 Prado De Las Peras | | Case No.: 25420 |
| City: Calabasas | State: CA | Zip: 91302-3656 |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: August 24, 2016
Appraised Value: $ 2,010,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

EXHIBIT "A"

| Client:  Tomer Friedman | File No.:   Prado de las Peras |
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 |
| City: Calabasas | State: CA          Zip: 91302-3656 |



Kitchen



Kitchen



Breakfast nook

EXHIBIT "A"

Page 24

| | |
|---|---|
| Client:  Tomer Friedman | File No.:   Prado de las Peras |
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 |
| City: Calabasas | State: CA            Zip: 91302-3656 |



Dining /living room



Family room



Den / Office



Dining room





| | |
|---|---|
| Client: Tomer Friedman | File No.: Prado de las Peras |
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 |
| City: Calabasas | State: CA    Zip: 91302-3656 |



Bedroom 2



Bedroom 3



Living bedroom



Master bathroom 1



EXHIBIT "A"



| | |
|---|---|
| Client:  Tomer Friedman | File No.:   Prado de las Peras |
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 |
| City: *Calabasas* | State: *CA*        Zip: 91302-3656 |



Half bath



Utility room



Inner yard with f/p



Pool & spa



EXHIBIT "A"



Page 27

| Client: Tomer Friedman | Main Document Page 28 of 40 | File No.: Prado de las Peras |
| Property Address: 25420 Prado De Las Peras | | Case No.: 25420 |
| City: Calabasas | State: CA | Zip: 91302-3656 |



**COMPARABLE SALE #1**

24961 Palmilla Dr
Calabasas CA 91302-3053
Sale Date: s05/16;Unk
Sale Price: $ 1,679,000



**COMPARABLE SALE #2**

4151 Prado De Los Zorros
Calabasas CA 91302-3628
Sale Date: s06/16;Unk
Sale Price: $ 2,200,000



EXHIBIT "A"

**COMPARABLE SALE #3**

4123 Prado De Las Cabras
Calabasas CA 91302-3627
Sale Date: s06/16;Unk

COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Client: Tomer Friedman | | File No.: Prado de las Peras |
| Property Address: 25420 Prado De Las Peras | | Case No.: 25420 |
| City: Calabasas | State: CA | Zip: 91302-3656 |



**COMPARABLE SALE #4**

3905 Prado Del Maiz
Calabasas CA 91302-3633
Sale Date: s04/16;Unk
Sale Price: $ 2,087,500



**COMPARABLE SALE #5**

4109 Prado De La Puma
Calabasas CA 91302-3624
Sale Date: s01/16;Unk
Sale Price: $ 2,080,000



EXHIBIT "A"

**COMPARABLE SALE #6**

3806 Paseo Primario
Calabasas CA 91302
Sale Date: Active

Page 29

**COMPARABLE PROPERTY/PHOTO ADDENDUM**

| | | |
|---|---|---|
| Client:  Tomer Friedman | File No.:  Prado de las Peras | |
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 | |
| City: Calabasas | State: CA | Zip: 91302-3656 |



**COMPARABLE SALE #7**

3800 Prado Del Trigo
Calabasas CA 91302
Sale Date: Active
Sale Price: $ 2,899,000

**COMPARABLE SALE #8**

Sale Date:
Sale Price: $

**COMPARABLE SALE #9**

EXHIBIT "A"

Page 30

Sale Date:

**PLAT MAP**

| Client: Tomer Friedman | File No.: Prado de las Peras |
|---|---|
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 |
| City: Calabasas | State: CA     Zip: 91302-3656 |



EXHIBIT "A"                                                                                 Page 31

NDCdata Extract

| Client: Tomer Friedman | File No.: Prado de las Peras |
|---|---|
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 |
| City: Calabasas | State: CA    Zip: 91302-3656 |

## Property Location

| | | | | | |
|---|---|---|---|---|---|
| Address: | 25420 PRADO DE LAS PERAS | City: | CALABASAS | Zip: | 91302-3656 |
| APN#: | 2069-095-016 | Use Code: | Condominium, Pud | County: | Los Angeles |
| Tract: | 35596 | Census Tract: | 8002.02 | Zone: | |
| Map Page/Grid: | / | Legal Desc: | TR=35596-13 LOT 16 | | |
| Total Assessed Value: | 2,245,000 | Tax Amount: | 29,173.01 | | |
| Percent Improvement: | 0.41 | Tax Year: | 2015 | | |

## Current Owner Information

| | | | |
|---|---|---|---|
| Current Owner: | FRIDMN,ISIDORA D | Owner Address: | 25420 PRADO DE LAS PERAS |
| City, State, Zip: | CALABASAS, CA, 91302-3656 | Owner Occupied: | Yes |
| Last Transaction: | 06/07/2016 | Deed Type: | quitclaim/deed of trust |
| Amount: | | Document: | 0000653704 |

## Last sale Information

| | | | |
|---|---|---|---|
| Transferred From: | ALMOG,OMER & GALIT N | Seller Address: | |
| Recording / Sale Date: | 07/18/2007 / 05/23/2007 | Prior Recording / Sale Date: | / |
| Most Recent Sale Price: | 2,450,000 | Prior Sale Price: | |
| Document Number: | 0001696483 | Prior Document No.: | |
| Document Type: | grant deed/deed of trust | Prior Document Type: | |

## Lender Information

| | | | |
|---|---|---|---|
| Lender: | WASHINGTON MUTUAL FSB | Full/Partial: | F |
| Loan Amount / 2nd Trust Deed: | 1,960,000 / 244,950 | Loan Type: | conventional variable |

## Physical Information

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 4,130 | # of Bedrooms: | 3 | Lot Size: | 18,569 |
| Additional: | 0 | # of Bathrooms: | 4.00 | Year Built / Effective: | 2004 / 2004 |
| Garage: | 0 | # of Stories: | 0 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 0 | Cooling: | Central Air |
| Second Floor: | 0 | # of Units: | 0 | Roof Type: | |
| Third Floor: | 0 | Garage/Carport: | / | Construction/Quality: | Primary Material Unlisted / 0 |
| Basement | | | | Building Size | |

**FLOORPLAN SKETCH**

| | | |
|---|---|---|
| Client:  Tomer Friedman | File No.:  Prado de las Peras | |
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 | |
| City: Calabasas | State: CA | Zip: 91302-3656 |



OPT. FR. DR.  PLAN 2A "MONTEREY"

EXHIBIT "A"

**FLOORPLAN SKETCH**

| | | |
|---|---|---|
| Client:  Tomer Friedman | File No.:  Prado de las Peras | |
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 | |
| City: Calabasas | State: CA | Zip: 91302-3656 |



EXHIBIT "A"

Page 34

## LOCATION MAP

| | | |
|---|---|---|
| Client: Tomer Friedman | | File No.: Prado de las Peras |
| Property Address: 25420 Prado De Las Peras | | Case No.: 25420 |
| City: Calabasas | State: CA | Zip: 91302-3656 |



EXHIBIT "A"

Emanuel Rubin Appraising

Case No. 25420
File No. Prado de las Peras

## FIRREA / USPAP ADDENDUM

**Borrower**

Property Address 25420 Prado De Las Peras

City Calabasas          County Los Angeles          State CA          Zip Code 91302-3656

Lender/Client Tomer Friedman

**Purpose**

The purpose and function of this appraisal is to estimate the value of the subject property as defined herein, and to assist the client in evaluating the subject property any reason other than Federally enforced mortgage loan purpose. It is not intended for use by any other party for any other purpose. This appraiser is not responsible for unauthorized use of this report

**Scope**

After receiving the assignment, an extensive search of all resources customary to the appraisal of residential real estate was made to determine general market trends,influences and other significant factors pertinent to the subject property.

A physical inspection of the property was performed, including sketching and photos.

A physical inspection with photos was taken of each comparable.

A written report was than completed. Appropriate adjustments were made to comps to arrive at an accurate estimate of value.

A summary report was then sent electronically to the intended user/users.

**Intended Use / Intended User**

The intended user of this appraisal report is the  Lender/Client and /or assign.The intended use of the report is to evaluate the appraised subject's market value. It is subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal  report form and the Definition of Market Value.

No additional intended users and uses are identified by the signing appraiser.

**History of Property**

Current listing information: There are no prior listings for subject property within the past 12 months

Prior sale: There are no prior sales for subject property within the past 36 months

**Exposure Time / Marketing Time**

"The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of the sale at market value on the effective date of the appraisal; A retrospective opinion based on an analysis of past events assuming a competitive and open market".

The estimated marketing time is 2-4 months. The exposure time is estimated also at 2-4 Months.

**Personalty (non-realty) Transfers**

There were no Personal or non-realty transfers recognized in this appraisal.

**Additional Comments**

DISCLOSURE STATEMENTS:

As of the date of this report, I Emanuel Rubin, a CA state licensed real estate appraiser, have completed the minimum required continuing education classes and in accordance with the Competency Provision of the USPAP.

I certify that my knowledge and experience are sufficient to allow me the completion of this appraisal assignment.

I have not performed any prior services regarding the subject property, as an appraiser, or in any other capacity, within the three year period immediately preceding acceptance of this appraisal assignment. I have no current or prospective interest in the subject property or parties involved.

I prepared this appraisal in full compliance with the HVCC and did not perform, participate in, or been associated with any activity in violation of the code.

I certify that the lender or the AMC did not improperly influence, or attempt to improperly influence, the outcome of this appraisal by doing any of the things prohibited by Section 1(B) of the Appraiser Independence Requirements, effective 10/15/2010.

All electronic signatures on this report have a security feature maintained by individual password for each signing appraiser. No person can alter this appraisal with exception of the original signing appraise(s).

This appraiser may note adverse conditions observed at the subject property at time of inspection, may call out for further inspections by experts in particular areas and may/or incorporate estimates of repairs into his suggested market evaluation. However, this report is not intended to be used by anyone specifically for identifying adverse conditions in the subject systems and components. Any adverse condition noted is for the sole purpose of estimating its affect on subject's valuation, not to be substituted for a home inspection report. This appraisal does not guarantee against undetected defects, problems or unexposed environmental hazards that might exist, as they are beyond the scope of work of this assignment.

**Certification Supplement**

| Client: | Tomer Friedman | | File No.: | Prado de las Peras |
|---|---|---|---|---|
| Property Address: | 25420 Prado De Las Peras | | Case No.: | 25420 |
| City: | Calabasas | State: CA | Zip: | 91302-3656 |



**AERIAL MAP**

| Client: Tomer Friedman | File No.: Prado de las Peras |
|---|---|
| Property Address: 25420 Prado De Las Peras | Case No.: 25420 |
| City: Calabasas | State: CA     Zip: 91302-3656 |



EXHIBIT "A"                                    Page 31                           Page 34

BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

Phone: (916) 845-4755
Fax: (916) 845-9799

**Bankruptcy Case Number:**
1611729

**Debtor:**
TOMER FRIDMAN
XXX-XX-0402

**Proof of Claim**

**Nondebtor:**

UNITED STATES BANKRUPTCY COURT
**Central District of California**

21041 Burbank Blvd
Woodland Hills CA 91367-6603

**Type of Liability:**
Personal Income Tax

## Basis of Liability Statement

| Claim | Basis | Period | Tax | Penalty | Interest | Costs | Total Claim |
|-------|-------|--------|-----|---------|----------|-------|-------------|
| A * | 1 | 12/31/2014 | $30,556.62 | $3,685.44 | $1,110.41 | $242.00 | $35,594.47 |
| B * | 1 | 12/31/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Claim | Account Number | Basis |
|-------|----------------|-------|
| A. Secured | * XXX-XX-0402 | 1. Return filed with balance due |
| B. Unsecured Priority | | 3. No return filed |
| C. Unsecured General | | 4. Audit Assessment |
| D. 1305(a)(1) | | 5. Other |
| T. To Be Determined | | 6. Community Claim (Nondebtor Liability) |

**Tax Lien Information for Secured Claim**

| Lien Certificate Number | Recording Date | County Recorder or Secretary of State | Recording Information | Tax Years Secured |
|-------------------------|----------------|----------------------------------------|------------------------|-------------------|
| 16153660079 * | 06/02/16 | LOS ANGELES | 20160632529 | 14 |

**The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues. We can receive delinquent tax returns and encourage correspondence and telephone calls. We provide assistance to prevent unnecessary litigation.**

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | TOMER FRIDMAN |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California (State) |
| Case number | 1611729 |

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | FRANCHISE TAX BOARD<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. | **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes.    From whom? |

| | | | |
|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notice to the creditor be sent?**<br><br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>Name<br>PO Box 2952<br>Number        Street<br>Sacramento        CA        95812-2952<br>City        State        ZIP Code<br><br>Contact phone    (916) 845-4750<br><br>Contact email | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br>Number        Street<br>City        Sate        ZIP Code<br><br>Contact phone<br><br>Contact email |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one): |

| | | |
|---|---|---|
| 4. | **Does this claim amend one already filed?** | ☐ No<br>☒ Yes. Claim number on court claims registry (if known)    12        Filed on 09/28/2016<br>MM / DD / YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                    **Proof of Claim**