**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA  -  <u>See Attachment 1</u>         DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address <br><br> **William H. Brownstein** <br> **11755 Wilshire Boulevard, Suite 1250** <br> **Los Angeles, California 90025-1540** <br> **Telephone:(310) 458-0048, Fax:(310) 362-3212** <br> **Bar No:84507, Email:Brownsteinlaw.bill@gmail.com** | CASE NO.: **1:16-bk-11729MB** <br><br> CHAPTER: **11** <br><br> ADVERSARY NO.: <br> (*if applicable*) |
| *Attorney for:* **Tomer Fridman** | |
| In re: <br><br><br> **Tomer Fridman** <br><br><br><br> Debtor(s). | **ELECTRONIC FILING DECLARATION** <br> **(INDIVIDUAL)** <br> **[LBR 1002-1(f)]** |

☐ Petition, statement of affairs, schedules or lists          Date filed: _____
☒ Amendments to the petition statements of affairs, schedules or lists     Date filed: **April 20, 2017**
☐ Other (*specify*): _____     Date filed: _____

## PART I – DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

Date: **April 20, 2017**                    _____
                                 Signature (handwritten) of Debtor or signing party
                                 **Tomer Fridman**
                                 Printed name of signing party

Date: _____                    _____
                                 Signature (handwritten) of Debtor 2 (Joint Debtor)(if applicable)

                                 _____
                                 Printed name of Debtor 2, if applicable

## PART II – DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) available for review upon request of the court.

Date: **April 20, 2017**                    _____
                                 Signature (handwritten) of attorney for Signing Party
                                 **William H. Brownstein**
                                 Printed Name of attorney for Signing Party

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tomer | | Fridman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | | |
| Case number | 1:16-bk-11729MB | | |

☒ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

**1.1.** 25420 Prado delas Peras
Street address, if available, or other description

Calabasas    CA    910301
City    State    ZIP Code

Los Angeles
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** See Attachment 1

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 2,010,000.00

**Current value of the portion you own?**
$ 1,407,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Co-Ownership

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** 3915 Prado del Maiz
Street address, if available, or other description

Calabasas    CA    91302
City    State    ZIP Code

Los Angeles California
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** In loan modification with lender

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 1,550,000.00

**Current value of the portion you own?**
$ 1,550,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple Ownership

☐ Check if this is community property (see instructions)

Debtor 1    __Tomer__ _____ __Fridman__ _____    Case number (if known) __1:16-bk-11729MB__
　　　　　　First Name　　　Middle Name　　　Last Name

| 1.3. | __3731 Calle Jazmin__ | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

1.3.　__3731 Calle Jazmin__
　　　Street address, if available, or other description

**What is the property?** Check all that apply.

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$ __625,000.00__      $ __625,000.00__

__Calbasas__　　　__CA__　　　__91302__
City　　　　　　State　　　ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
__Fee Simple Ownership__

__Los Angeles County__
County

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** __See Attachment 2__

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ....................................➔    $ __3,582,000.00__

---

## Part 2:　Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.　**Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☒ Yes

3.1.　Make:　　__2013 Rover__
　　　Model:　　__Land Rover__
　　　Year:　　　__2013__
　　　Approximate mileage: _____
　　　Other information:
　　　| __BUB SAKGS2DF1DA112432__ |

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$ __66,638.00__      $ __66,638.00__

If you own or have more than one, describe here:

3.2.　Make:　　__Maserati__
　　　Model:　　__Quattro__
　　　Year:　　　__2013__
　　　Approximate mileage:　__40,000__
　　　Other information:
　　　|  |

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$ __60,000.00__      $ __60,000.00__

Debtor 1    Tomer                      Fridman                                     Case number *(if known)* 1:16-bk-11729MB
            First Name    Middle Name    Last Name

3.3.  Make: _____

      Model: _____

      Year: _____

      Approximate mileage: _____

      Other information:

      ┌─────────────────────────┐
      │                         │
      │                         │
      └─────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

3.4.  Make: _____

      Model: _____

      Year: _____

      Approximate mileage: _____

      Other information:

      ┌─────────────────────────┐
      │                         │
      │                         │
      └─────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No

    ☒ Yes

4.1.  Make: Mercedez

      Model: 4

      Year: 2012

      Other information:

      ┌─────────────────────────┐
      │                         │
      │                         │
      │                         │
      └─────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $70,000.00 | $37,490.04 |

If you own or have more than one, list here:

4.2.  Make: _____

      Model: _____

      Year: _____

      Other information:

      ┌─────────────────────────┐
      │                         │
      │                         │
      │                         │
      └─────────────────────────┘

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................➔ | $164,128.04 |

Debtor 1    Tomer                              Fridman
         First Name      Middle Name       Last Name

Case number *(if known)* 1:16-bk-11729MB

---

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe. .........                                          $ 10,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☒ No
   ☐ Yes. Describe. .........                                          $ _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe. .........                                          $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe. .........                                          $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe. .........                                         $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe. .........                                         $ 500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe. .........                                         $ _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe. .........                                         $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information...............                    $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................➔    $ 10,500.00

Debtor 1    Tomer          Fridman          Case number (if known) 1:16-bk-11729MB
          First Name    Middle Name    Last Name

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☒ Yes.............................................................................................................................    Cash: ..................... $100.00

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☒ Yes.....................    Institution name:

   | 17.1. Checking account: | Wells Fargo Bank | $300.00 |
   |---|---|---|
   | 17.2. Checking account: | | $300.00 |
   | 17.3. Savings account: | | $ |
   | 17.4. Savings account: | | $ |
   | 17.5. Certificates of deposit: | | $ |
   | 17.6. Other financial account: | | $ |
   | 17.7. Other financial account: | | $ |
   | 17.8. Other financial account: | | $ |
   | 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☒ No
   ☐ Yes.................    Institution or issuer name:

   $
   $
   $

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☒ Yes. Give specific information about them. ......................

   | Name of entity: | % of ownership: | |
   |---|---|---|
   | Ownership of White City 26, Inc. | 80 % | $1.00 |
   | | % | $ |
   | | % | $ |

Debtor 1    Tomer                       Fridman                     Case number *(if known)*  1:16-bk-11729MB
            First Name    Middle Name   Last Name

---

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific        Issuer name:
    information about
    them. .....................     _____     $_____
                                    _____     $_____
                                    _____     $_____

**21.  Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each            Type of account:        Institution name:
    account separately..
                            401(k) or similar plan:  _____     $_____

                            Pension plan:            _____     $_____

                            IRA:                     _____     $_____

                            Retirement account:      _____     $_____

                            Keogh:                   _____     $_____

                            Additional account:      _____     $_____

                            Additional account:      _____     $_____

**22.  Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☒ Yes.........................                       Institution name or individual:

                            Electric:                _____     $_____

                            Gas:                     _____     $_____

                            Heating oil:             _____     $_____

                            Security deposit on rental unit: _____     $_____

                            Prepaid rent:            _____     $_____

                            Telephone:               _____     $_____

                            Water:                   _____     $_____

                            Rented furniture:        _____     $_____

                            Other:       Commission Funding Solutions
                                         _____     $ 19,415.00

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.........................     Issuer name and description:

                                    _____     $_____
                                    _____     $_____
                                    _____     $_____

---

Debtor 1 ___Tomer_____ ___Fridman___ _____    Case number _(if known)_ 1:16-bk-11729MB

First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____
_____    $_____
_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific
information about them. ..    [                        ]    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific
information about them. ..    [                        ]    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific
information about them. ..    [                        ]    $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ......................

Federal:    $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information. .............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information. .............    [                        ]    $_____

Debtor 1  Tomer _____ Fridman _____    Case number (if known) 1:16-bk-11729MB
           First Name   Middle Name   Last Name

---

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company
     of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information. ............    $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☒ Yes. Describe each claim. ...................    Claim for damages to rental property    $ 133,276.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ...................    $_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information. ............    $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................➔    $ 153,392.00

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☒ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......    $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe.......    $_____

---

Debtor 1    Tomer    Fridman    Case number (if known) 1:16-bk-11729MB
             First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe........  _____  $_____

41. **Inventory**

☒ No

☐ Yes. Describe........  _____  $_____

42. **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe........    Name of entity:                    % of ownership:

                          _____    _____%   $_____
                          _____    _____%   $_____
                          _____    _____%   $_____

43. **Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☒ No

      ☐ Yes. Describe.........  _____  $_____

44. **Any business-related property you did not already list**

☐ No

☒ Yes. Give specific
   information .........    _____   $1.00
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ..........................................................................➔   $1.00

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

   *Examples*: Livestock, poultry, farm-raised fish

☒ No

☐ Yes...........................  _____  $_____

Debtor 1    Tomer          Friedman          Case number _(if known)_ 1:16-bk-11729MB
           First Name   Middle Name   Last Name

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific
    information. ............                                                      $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes............................                                                  $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes............................                                                  $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific
    information. ............                                                      $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ...............................................➔  $0.00

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    _Examples:_ Season tickets, country club membership

☐ No
☒ Yes. Give specific      Potential cause of action against Homeowner's Association    $10,000.00
    information. ............                                                           $_____
                                                                                        $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................➔  $10,000.00

---

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .........................................................➔  $3,582,000.00

56. **Part 2: Total vehicles, line 5**          $164,128.04

57. **Part 3: Total personal and household items, line 15**   $10,500.00

58. **Part 4: Total financial assets, line 36**   $153,392.00

59. **Part 5: Total business-related property, line 45**   $1.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**   + $10,000.00

62. **Total personal property.** Add lines 56 through 61. ..................   $338,021.04   Copy personal property total  ➔  + $338,021.04

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ..........................................   $3,920,021.04

Attachment
Debtor: Tomer Fridman      Case No: 1:16-bk-11729MB


Attachment 1: Real Property

> Debtor owns 70% of the home with the other 30% owned by Isidora Fridman, his
> mother.

Attachment 2: Real Property

> In a short sale. Owe approximately $1,200,000.00 and lender has agreed to accept
> $625,000 as payment in full on its loan.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tomer | | Fridman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | | |
| Case number (If known) | 1:16-bk-11729MB | | |

☒ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 1<br>Line from *Schedule A/B*: 1.1 | $1,407,000.00 | ☒ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 2<br>Line from *Schedule A/B*: 33 | $66,638.00 | ☒ $ 26,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(1) |
| Brief description: See Attachment 3<br>Line from *Schedule A/B*: 3.1 | $66,638.00 | ☒ $ 5,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1    Tomer Fridman

First Name    Middle Name    Last Name

Case number *(if known)* 1:16-bk-11729MB

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Cash Line from *Schedule A/B*: 16 | $ 50.00 | ☒ $ 50.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: Cash in checking account Line from *Schedule A/B*: 17.1 | $ 300.00 | ☒ $ 300.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: See Attachment 4 Line from *Schedule A/B*: 19 | $ 1.00 | ☒ $ 1.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: Line from *Schedule A/B*: 6 | $ 10,000.00 | ☒ $ 10,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description: Line from *Schedule A/B*: 11 | $ 500.00 | ☒ $ 500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) C.C.P. § 703.140(b)(3) |
| Brief description: See Attachment 5 Line from *Schedule A/B*: 53 | $ 10,000.00 | ☒ $ 10,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) C.C.P. § 703.140(b)(1) |
| Brief description: Cash Line from *Schedule A/B*: 16 | $ 50.00 | ☒ $ 50.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: Checking Account with Line from *Schedule A/B*: 17.2 | $ 300.00 | ☒ $ 300.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: Line from *Schedule A/B*: 44 | $ 1.00 | ☒ $ 1.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |

Attachment
Debtor: Tomer Fridman        Case No: 1:16-bk-11729MB

Attachment 1

    3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

Attachment 2

    Address of Daren Robert Levine, Los Angeles County District Attorney
, 211 W Temple St., Ste 1135, Los Angeles, CA 90012

Attachment 3

    2013 2013 Rover Land Rover with

Attachment 4

    Ownership in Subchapter S corporation

Attachment 5

    Potential cause of action against Homeowner's Association

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Tomer Fridman |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 1:16-bk-11729MB |
| (If known) | |

☒ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

### 2.1 Bank of America, N.A.
Creditor's Name

PO BOX 31785
Number          Street

TAMPA          FL          See
City          State          ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    3/1/2014

**Describe the property that secures the claim:**

2013 2013 Rover Land Rover with

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    4    0    7    7

Column A: $ 66,638.00   Column B: $ 66,638.00   Column C: $ 0.00

### 2.2 Chase
Creditor's Name

PO Box 24696
Number          Street

Columbus          OH          See
City          State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    2007

**Describe the property that secures the claim:**

3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    8    6    3    6

Column A: $ 2,043,188.80   Column B: $ 2,010,000.00   Column C: $ 22,188.80

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 2,109,826.80 | |
|---|---|---|

Debtor 1    __Tomer_____Fridman_____
             First Name    Middle Name    Last Name

Case number *(if known)* __1:16-bk-11729MB__

| **Part 1:** | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

---

**23** See Attachment 3
Creditor's Name

See Attachment 3
Number    Street

939 W. North Avenue, Suite 680

CHICAGO          IL      60642
City                State    ZIP Code

**Describe the property that secures the claim:**

3 Bedrooms, 2 1/2 Bathrooms. @3,600 square feet.

$ 2,108,528.70    $ 1,550,000.00    $ 558,528.70

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  7/1/2007          Last 4 digits of account number  6   5   0   4

---

**2.4** Commissions Funding Solutions
Creditor's Name

1902 Wright Pl, Ste 200
Number    Street

Carlsbad          CA      92008
City                State    ZIP Code

**Describe the property that secures the claim:**

Future commissions. against White City 26, Inc. and See Attachment 4

$ 137,264.10    $ Unknown    $ 137,264.10

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  See Attachment 4

Date debt was incurred  06/23/2015          Last 4 digits of account number  ___  ___  ___  ___

---

**2.5** FRANCHISE TAX BOARD
Creditor's Name

BANKRUPTCY SECTION MS A340
Number    Street

PO BOX 2952

SACRAMENTO    CA    See
City                State    ZIP Code

**Describe the property that secures the claim:**

3 Bedrooms, 2 1/2 Bathrooms. @3,600 square feet.

$ 35,594.47    $ 1,550,000.00    $ 35,594.47

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  06022016          Last 4 digits of account number  0   4   0   2

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 2,281,387.27 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ _____ |

Debtor 1    __Tomer__      _____      __Fridman_____

First Name     Middle Name      Last Name       Case number *(if known)* 1:16-bk-11729MB

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.6** FRANCHISE TAX BOARD

Creditor's Name

$ 35,594.47    $ 625,000.00    $ 35,594.47

BANKRUPTCY SECTION MS A340

Number    Street

**Describe the property that secures the claim:**

PO BOX 2952

SACRAMENTO   CA   See

City     State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred __06022016__    Last 4 digits of account number __0__ __4__ __0__ __2__

---

**2.7** Mercedes-Benz Financial Services

Creditor's Name

$ 37,490.04    $ 70,000.00    $ 0.00

PO BOX 961

Number    Street

**Describe the property that secures the claim:**

2012 Mercedez 4

ROANOKE    TX   76262

City     State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) __See Attachment 7__

Date debt was incurred __2/1/2014__    Last 4 digits of account number __2__ __0__ __0__ __1__

---

**2.8** State of California

Creditor's Name

$ 35,597.47    $ 2,010,000.00   $ 35,597.47

Bankruptcy Section MS A340

Number    Street

**Describe the property that secures the claim:**

3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

See Attachment 8

Sacramento    CA   See

City     State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred __See Attachment 8__    Last 4 digits of account number __m__ __b__ __e__ __r__

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 108,681.98 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ _____ |

Debtor 1 _____Tomer_____Fridman_____    Case number *(if known)* 1:16-bk-11729MB
First Name    Middle Name    Last Name

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.9** See Attachment 9
Creditor's Name

2618 SAN MIGUEL DRIVE, SUITE 316
Number    Street

NEWPORT BEACH CA    92660
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred  06/26/2007

**Describe the property that secures the claim:**    $ 428,680.65    $ 2,010,000.00    $ 428,680.65

3 Bedrooms, 3 1/2 Bathrooms @4,100 square feet.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  0  2  3  2

---

**2.10** Unknown Creditor
Creditor's Name

2333 WAUKEEGAN RD
Number    Street

DEERFIELD    IL    60015
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred  7/1/2014

**Describe the property that secures the claim:**    $ 8,297.00    $ 0.00    $ 0.00

CONSUMER DISPUTES THIS ACCOUNT INFORMATION  AUTO

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  4  3  2  1

---

**2.11** Unknown Creditor
Creditor's Name

2333 WAUKEEGAN RD
Number    Street

DEERFIELD    IL    60015
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred  7/1/2014

**Describe the property that secures the claim:**    $ 7,321.00    $ 0.00    $ 0.00

CONSUMER DISPUTES THIS ACCOUNT INFORMATION  AUTO

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  4  3  2  1

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $ 444,298.65 |
| **If this is the last page of your form, add the dollar value totals from all pages.**<br>**Write that number here:** | $ 4,944,194.70 |

| Debtor 1 | Tomer Fridman | | | Case number *(if known)* 1:16-bk-11729MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt that you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Bank of America, N.A.
Name

PO Box 15312
Number          Street

Wilmington          DE          19850-5312
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number  2  0  0  1

---

Tony Harrison, Assistant Vice PResident
Name

Bank of America, N.A.
Number          Street

P.O. Box 982284

El Paso          TX          79998-2238
City              State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number  2  0  0  1

---

Chase Records Center Attn: Correspondence Mail
Name

Mail Code: LA4-5555
Number          Street

700 Kansas Lane

Monroe          LA          43219
City              State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number  4  3  2  1

---

Andrew Kussmaul, Authorized Agent for Fay Servicing LLC
Name

Buckley Madole, P.C.
Number          Street

P.O. Box 9013

Addison          TX          75001
City              State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number  6  5  0  4

---

Zach Brown, Kim Marlo
Name

1902 WRIGHT PLACE
Number          Street

SUITE 200

CARLSBAD          CA          92008
City                  State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number  4  0  7  7

---

Daimler Trust
Name

PO Box 5209
Number          Street

Carol Stream          IL          60197-5209
City                      State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.7
Last 4 digits of account number  0  4  0  2

---

Debtor 1  **Tomer Fridman**
_____
First Name    Middle Name    Last Name

Case number (*if known*) 1:16-bk-11729MB

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Daimler Trust
_____
Name

c/o BK Servicing, LLC
_____
Number    Street

PO Box 131265
_____

Roseville                    MN        55113-0011
_____
City                          State      ZIP Code

On which line in Part 1 did you enter the creditor? 2.7

Last 4 digits of account number  0  4  0  2

☐ George Guido
_____
Name

Frachise Tax Board Claim Agent
_____
Number    Street

See Attachment 10
_____

Sacramento                   CA        95812-2952
_____
City                          State      ZIP Code

On which line in Part 1 did you enter the creditor? 2.8

Last 4 digits of account number  0  4  0  2

☐ Don A. Madden, III, Pesident
_____
Name

Trojan Capital Investments, LLC
_____
Number    Street

2618 swan Miguel Drive, Suite 316
_____

Newport Beach                CA        92660
_____
City                          State      ZIP Code

On which line in Part 1 did you enter the creditor? 2.9

Last 4 digits of account number  0  2  3  2

☐ Henry D. Paloci III PA
_____
Name

2800 Camino dos Rios # 101A
_____
Number    Street

_____

Newbury Park                 CA        91320
_____
City                          State      ZIP Code

On which line in Part 1 did you enter the creditor? 2.9

Last 4 digits of account number  0  2  3  2

☐ Trojan Capital Investments, LLC
_____
Name

28786 Network Place
_____
Number    Street

_____

Chicago                      IL        60673
_____
City                          State      ZIP Code

On which line in Part 1 did you enter the creditor? 2.9

Last 4 digits of account number  0  2  3  2

☐ _____
Name

_____
Number    Street

_____

_____
City                          State      ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    __Tomer Fridman_____     Case number *(if known)* 1:16-bk-11729MB
    First Name    Middle Name    Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Attachment 1/2
Debtor: Tomer Fridman      Case No: 1:16-bk-11729MB

Attachment 1

33631-3785

Attachment 2

43224-0696

Attachment 3

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3

Fay Servicing, LLC Bankruptcy Department

Attachment 4

Casa Group, Inc., to entities that never signed any agreement and had  nothing to do with the Master Purchase and Security Agreement. Believed that the lender has acted in bad faith, has charged userious interest and based on its fraudulent filings with the Secretary of State, all or part of its claim should be denied. See attached for supporting documentation.

Asset purchase agreement on projected commissions as date of agreement and future commissions

Attachment 5

95812-2952

Attachment 6

95812-2952

Attachment 7

Car lease with no equity. 2014 Mercedes-Benz G550

Attachment 8

Franchise Tax Board
PO Box 2952

95812-2952

Recirded 06022016

Attachment 9

TROJAN CAPITAL INVESTMENTS, LLC

Attachment 2/2
Debtor: Tomer Fridman       Case No: 1:16-bk-11729MB

Attachment 10

Bankrutpcy Section MS A340
PO Box 2952

# Commission Funding Solutions

Cornerstone Corporate Center
1902 Wright Pl, Ste 200
Carlsbad, CA 92008
Phone: (760) 483-9001
Team@SoCalCFS.com

## MASTER REPURCHASE AND SECURITY AGREEMENT

This Master Repurchase and security Agreement (Master Agreement) is made
this date __6/23/15__,
between __Tomer Fridman__ (Agent) ▮▮▮▮ 0402 (SS#)
and Daniel Ramirez _____ referred to as COMMISSION FUNDING SOLUTIONS or CFS throughout.

Ref: Accounts Receivable Sale and Assignment Agreements (Assignment Agreements).

### WITNESSETH

WHEREAS, CFS has offered to purchase certain accounts receivable from Agent by execution of certain document(s) entitled Accounts Receivable Sale and Assignment Agreements ("Assignment Agreement") the form of which is annexed hereto, as such form may be changed from time to time; and

WHEREAS, Agent has agreed to execute this Master Repurchase and Security Agreement related to the purchase of such Assignment Agreements, by which the Agent agrees to repurchase the accounts receivable under certain conditions, and further agrees to secure the obligation to repurchase said accounts receivable; and

WHEREAS, to the extent that CFS has purchased, or will purchase, and Agent has sold, or will sell, accounts receivable to CFS under various Assignment Agreements, and Agent has and does grant a security interest to CFS as is set forth herein;

NOW THEREFORE, in consideration of the sum stated in those Assignment Agreements referenced above, and the mutual terms herein, the parties agree as follows:

1. The recitals above are incorporated herein. In addition, it is agreed that this Agreement is irrevocable by the Agent and is coupled with an interest.

2. Agent warrants, covenants and represents the following in connection with the sale of each account receivable.
    A. CFS will receive full payment upon the **earliest** of the following events to occur:
        1) **Within 3 days** from Agent in the event Agent wrongfully receives payment of any account receivable.
        2) **Within 10 days** after:
            a) the actual settlement date;
            b) a change of Escrow / Title Company ("Settlement Agent") unless CFS is notified and provided with a fully executed Notice of Assignment to the subsequent Settlement Agent; or
            c) a signed release (kick-out) of the contract, unless CFS is notified and is provided with a fully executed Notice of Assignment for a receivable of equal or greater value.
        3) **Within 15 days** after the stated **Settlement Date in the Contract**. ("Grace Period")
    B. All representations and promises contained in this Agreement, the Application, Account Receivable Sale and Assignment Agreement and Notice of Assignment were at the time of execution and at all times thereafter true and correct.

In the event any of the above-described warranties, covenants and/or representations prove to be breached, same shall constitute Agent's material default ("Default") in which event the Agent agrees to repurchase the applicable account receivable as is set forth below. In addition to the repurchase amount, the Agent shall be liable for, and agrees to pay CFS any and all expenses incurred or paid by CFS in protecting or enforcing its rights under this Agreement and/or under any of the Assignment Agreements, including all reasonable attorneys fees, costs, filing fees and any other expenses incurred. The Agent agrees to reimburse CFS on demand for any amounts due, plus payment of interest on any amount due at the rate of 18% per annum from date of Default until reimbursement. All amounts owed by agent, including interest, costs and attorney's fees, shall be secured as is set forth herein.

3. Should Agent be in Default with respect to any account receivable, Agent agrees to immediately repurchase the account receivable from CFS upon demand and to pay to CFS with Certified or Cashier's check the full amount of the account receivable. Agent further agrees that CFS will retain the Holdback as shown in the Assignment Agreement as an additional fee (discount) and interest will accrue to CFS on the amount owed to CFS at the rate of 18% per annum until paid in full.

*I have read and understand the Default provisions described above:* __TF__
(Initial)

4. Agent hereby irrevocably authorizes and directs Settlement Agent/ Real Estate Company to pay directly to CFS the accounts receivable due Agent. In the event that said payments do not occur by Default Dates, or are not adequate to fulfill this obligation to CFS, then Agent hereby agrees to immediately repurchase CFS's interest in the accounts receivable or pay the deficiency to CFS along with interest and all other amounts as set forth herein.

# Commission Funding Solutions

Cornerstone Corporate Center
1902 Wright Pl - 2nd Floor
Carlsbad, CA 92008
Phone: (760) 483-9001
Team@SoCalCFS.com

## MASTER REPURCHASE AND SECURITY AGREEMENT

5.    Agent further grants to CFS a security interest under the Uniform Commercial Code in **all** of Agent's right, title and interest in and to Agent's current and future accounts receivable, general intangibles, accounts, contracts rights, leases, chattel paper and other rights of debtor to the receipt of money of every nature, type and description, whether now owing to the Agent or hereafter arising, and all cash and non-cash proceeds of the foregoing, whether now owned or hereafter acquired, without limitation, to secure payment of the accounts receivable and all amounts due under this Agreement.

The security interest granted herein shall attach to any and all accounts receivable, whether such accounts receivable have been assigned to CFS or not, and without reference to whether the accounts receivable are owed by the Real Estate Company or Broker with whom the Agent was associated at the time of the Agreement. Agent agrees to execute any and all documents necessary to allow CFS to perfect its security interest granted herein, and irrevocably authorizes CFS to execute Agents name to perfect such interest.

6.    Agent irrevocably authorizes and directs the current, and any future, Settlement Agent/ Real Estate Company to make payment to CFS of all account receivable due and payable to Agent under current and future settlements to repurchase the accounts receivable and to pay all amounts due to CFS under this Agreement. In addition to the other rights and remedies herein, CFS is authorized to:

A.    Collect and demand the amount due;
B.    Settle, compromise or adjust all claims relating to the Agreement;
C.    Endorse checks, UCC-1 financing statements or other instruments on behalf of Agent;
D.    Retain any Holdbacks to offset any amount which Agent owes to CFS related to any Assignment agreement under which Agent is in Default;
E.    Receive and exchange any and all information from and with credit reporting agencies and disclose such information as CFS deems necessary to enforce this Agreement.
F.    File UCC-1 financing Statements against any company, whether an organization or sole proprietorship, in which Agent has an ownership interest and/or of which the Agent is the Principal Broker or Broker-in-Charge.

7.    It is understood and agreed that all parties to this Agreement hereby waive the right to trial by jury.

8.    This Agreement will be governed by the laws of the State of California without regard to its conflict of law provision. In addition, Agent agrees and consents that the venue of any action brought hereunder shall be exclusively in North County, San Diego.

9.    It is further agreed that sole jurisdiction shall be in the Court of lowest monetary limited jurisdiction, or the small claims court to the extent that such Court has jurisdiction over such cause, and otherwise to state court located in the county, city or local jurisdiction in which CFS maintains its principal place of business which does have jurisdiction.

10.    If a certified copy of this Agreement, verified by an affidavit, shall have been filed in the proceeding, it will not be necessary to file the original as a warrant of attorney. No single exercise of the foregoing legal action will be deemed to exhaust the power, whether or not any such exercise shall be held by any court invalid, voidable, or void; but the power will continue undiminished and may be exercised from time to time as CFS may elect until all amounts owing on this Agreement have been paid in full.

11.    Agent acknowledges that any debt that may arise due to each advance CFS makes towards the purchase price of the accounts receivable or the sale and assignment of the accounts receivable to CFS, is incurred by Agent and it is Agent's intent and object, first and foremost, to enter into this transaction primarily for business purposes. Any ancillary personal, family or household purpose that may exist or hereafter arise with regard to any advance or this Agreement may not be considered as Agent's primary purpose. As such, Agent further acknowledges that each transaction represented by this Agreement is not a consumer transaction but the sale of a business account receivable at a purchase price discount.

12.    This Agreement together with a copy of the Assignment Agreement constitutes the sole and entire agreement between the parties relating to the subject matter hereof. This agreement supersedes all prior understandings, agreements and documentation relating to such subject matter. In the event of any conflict between the documents and any ambiguity, the documents shall be construed together and given the construction that reflects the intents and purposes of the agreement. Further, this agreement has been the result of negotiation and any ambiguity shall not be construed in favor of against any party who may have been the scrivener hereof. If any provision herein is found to be unenforceable, it shall be deemed severed and all other provisions shall remain in full force and effect.



Cornerstone Corporate Center
1902 Wright Pl - 2nd Floor
Carlsbad, CA 92008
Phone: (760) 483-9001
Team@SoCalCFS.com

## MASTER REPURCHASE AND SECURITY AGREEMENT

IN WITNESS WHEREOF, the undersigned has set their hand and seals.

X _____ Seal    X _____ Seal
Agent                                For COMMISSION FUNDING SOLUTIONS

*Tower Fridman*

**NOTARY PUBLIC:**

State of _____  )
                                  )ss
County of _____  )

On _____, before me, _____, a Notary Public, personally appeared
_____ (Agent), who proved to me on the basis of satisfactory evidence to be
the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted,
executed the instrument.

*See attached Certificate*

I certify under PENALTY OF PERJURY under the laws of the State of _____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SEAL

_____
Signature of Notary

# ACKNOWLEDGEMENT

> "A notary public or other officer completing this certificate verifies only the identity
> of the individual who signed the document to which this certificate is attached, and
> not the truthfulness, accuracy, or validity of that document."

State of   <u>California</u>   }
                  }ss.
County of  <u>Los Angeles</u>}

On this the <u>23rd</u> day of <u>June</u> 20<u>15</u>, before me, <u>Ravinder Bhalla</u>, Notary Public,
personally appeared <u>Tower Fordman</u> who proved to me on the basis
of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument,
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct

WITNESS my hand and official seal.

<u>                          </u>
Signature of Notary Public

```
RAVINDER BHALLA
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2035386
LOS ANGELES COUNTY
My Comm. Exp. August 28, 2017
```

(Seal)

──────────── OPTIONAL ────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the
document and could prevent fraudulent removal and reattachment of this form to another document.*

## Further Description of Any Attached Document

**Title or Type of Document:** <u>Master Repurchase & Security Agreement</u>
**Document Date:** <u>06-23-15</u>      **Number of Pages:** <u>1</u>
**Signer(s) Other than Named Above:** <u>NONE</u>



Debtor Name Inquiry

To display the image of a specific filing, click the **View** icon. <span style="color:red">**A fee will be charged. Refer to the Fee Schedule under the HELP tab above.**</span>

This Debtor Name Search was performed on 04/20/2017 14:32 with the following search parameters:
**DEBTOR NAME:   CASA GROUP INC.**
**MAILING ADDRESS:**
**City, State, Country:**
**Date From:**

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☑ | ☒ | **15-7498050998** | **Financing Statement** | **12/04/2015 08:31** | **3** | **12/04/2020** |
| ☐ | ☒ | 16-75190675 | Amendment | 04/11/2016 08:05 | 3 | N/A |

| Debtor - Organization | CASA GROUP INC. | 23647 CALABASAS ROAD, CALABASAS, CA, USA 91302 |
|---|---|---|
| Secured Party - Organization | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576 UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL, USA 62708 |

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☑ | ☒ | **15-7488124090** | **Financing Statement** | **10/02/2015 14:07** | **2** | **10/02/2020** |
| ☐ | ☒ | 16-75274598 | Amendment | 05/25/2016 15:35 | 2 | N/A |

| Debtor - Organization | CASA GROUP INC | 3915 PRADO DEL MAIZ, CALABASAS, CA, USA 91302 |
|---|---|---|
| Debtor - Individual | FRIDMAN TOMER | 25420 PRADO DE LAS PERAS, CALABASAS, CA, USA 91302 |
| Secured Party - Organization | COMMISSION FUNDING SOLUTIONS | 1902 WRIGHT PL, STE 200, CARLSBAD, CA, USA 92008 |

Case 1:16-bk-11729-MB     Doc 115    Filed 04/20/17    Entered 04/20/17 16:33:57    Desc
Main Document     Page 30 of 57

Order Copies:   [ Selected Filings ]   [ All Filings ]

Order Search
Certificates:   [ With Copies ]    [ Without Copies ]

T. Fridman - PD de La Felicidad

| | Tomer Fridman | Client Name |
|---|---|---|
| | 10/28/2015 | today date |
| | 10/28/2015 | original settlement date |
| | 0 | number of days |
| | 44500 | receivable amount |
| | 0.18 | interest rate |
| $ | 8,010.00 | |
| | 365 | |
| | 667.50 | Ave monthly interest |
| $ | 21.95 | Daily interest |
| $ | - | interest accrued |
| $ | - | added penalties |
| $ | 44,500.00 | new balance |

| $ - | $ 37,258.38 | Current balance |
|---|---|---|
| $ - | | Skip Chasers |
| $ 199.00 | $ - | CFS legal fees |
| $ 199.00 | $ 37,258.38 | sub-total |
| $ - | $ 12,295.26 | Legal Use Only |
| $ 199.00 | $ 49,553.64 | Balance |

## fill in yellow boxes only

| Acct rep | once payment is made, then calculations go to the bottom |
|---|---|
| Legal dept | |

| | |
|---|---|
| 10/28/2015 | todays date |
| 9/3/2015 | purchase date |
| 10/28/2015 | Original settlement date |
| 11/12/2015 | grace period |
| $ 44,500 | receivable |
| $ 30,000 | advance |
| $ 6,965 | hold-back |
| $ 7,500 | discount |

| | | | |
|---|---|---|---|
| days past grace | 261 | | |
| daily fees | 136.36 | | |
| late charges | 35590.91 | | |
| days allowed | 51 | | |
| Good till | 42371.07667 | | |

| projected or payment date | | | 4/30/2017 | today |
|---|---|---|---|---|
| | | | 550 | |

| payment | Date | added penalties | current balance | new balance | new daily interest | number of days | accrued interest |
|---|---|---|---|---|---|---|---|
| $ - | 10/28/2015 | | $ 44,500.00 | $ 44,500.00 | $ 21.95 | | |
| $ - | 12/31/2015 | $ 1,200.00 | $ 47,104.49 | $ 47,104.49 | $ 23.23 | 64 | $ 1,404.49 |
| $ 2,604.00 | 4/1/2016 | | $ 49,241.62 | $ 46,637.62 | $ 23.00 | 92 | $ 2,137.12 |
| $ 4,943.54 | 8/1/2016 | $ - | $ 49,443.54 | $ 44,500.00 | $ 21.95 | 122 | $ 2,805.92 |
| $ 11,776.25 | 8/1/2016 | $ - | $ 44,500.00 | $ 32,723.75 | $ 16.14 | 0 | $ - |
| $ - | 12/31/2016 | $ - | $ 35,176.69 | $ 35,176.69 | $ 17.35 | 152 | $ 2,452.94 |
| $ - | 4/30/2017 | | $ 37,258.38 | $ 37,258.38 | $ 18.37 | 120 | $ 2,081.69 |
| $ - | 4/30/2017 | | $ 37,258.38 | $ 37,258.38 | $ 18.37 | 0 | $ - |
| $ - | 4/30/2017 | | $ 37,258.38 | $ 37,258.38 | $ 18.37 | 0 | $ - |
| $ - | 4/30/2017 | | $ 37,258.38 | $ 37,258.38 | $ 18.37 | 0 | $ - |
| $ - | 4/30/2017 | | $ 37,258.38 | $ 37,258.38 | $ 18.37 | 0 | $ - |
| $ - | 4/30/2017 | | $ 37,258.38 | $ 37,258.38 | $ 18.37 | 0 | $ - |
| $ 19,324 | | $ 1,200.00 | | | | | $ 10,882.17 |

T. Fridman - PDC La Felicidad

# ⬤ Commission Funding Solutions

Interest Calculations to date:           4/30/2017

Client Name:        Tomer Fridman
Original Purchase date:    9/3/2015
End of Grace Period:      11/12/2015
Original Close date:      10/28/2015
Days past the Original Close Date:    550

Originial Daily Interest  $         21.95
Current Daily Interest    $         18.37

Advance Amount:   $      30,000.00
Security Deposit:   $       6,965.00

Receivable Amount:  $      44,500.00

total additional Interest accruded:  $      12,082.17

Principle Payments  $      11,776.25
Interest Payments Only  $       7,547.54   (Credit)

Remaining Balance to date:  $      37,258.38

Prepared by: Stan Ramirez

*** this is an internal worksheet for Account Managers Only***

*Main Corporate Office- Southern California - 1902 Wright Pl, Ste 200, Carlsbad, CA 92008 -*

| Tomer Fridman | Client Name |
|---|---|
| 9/15/2015 | today date |
| 9/15/2015 | original settlement date |
| 0 | number of days |
| 29850 | receivable amount |
| 0.18 | interest rate |
| $ 5,373.00 | |
| 365 | |
| 447.75 | Ave monthly interest |
| $ 14.72 | Daily interest |
| $ - | interest accrued |
| $ - | added penalties |
| $ 29,850.00 | new balance |

| $ 32,301.10 | Current balance |
|---|---|
| $ - | Skip Tracers Fees |
| $ - | CFS legal fees |
| $ 32,301.10 | sub-total |
| $ 10,659.36 | Legal Use Only |
| $ 42,960.46 | Balance |

## fill in yellow boxes only

| Acct rep | once payment is made, then calculations go to the bottom |
|---|---|
| Legal dept | |

| | |
|---|---|
| 9/15/2015 | todays date |
| 7/24/2015 | purchase date |
| 9/15/2015 | Original settlement date |
| 9/30/2015 | grace period |
| $ 29,850 | receivable |
| $ 20,000 | advance |
| $ 5,000 | hold-back |
| $ 4,815 | discount |

| days past grace | 639 |
|---|---|
| daily fees | 90.85 |
| late charges | 58052.55 |
| days allowed | 55 |
| Good till | 42332.03634 |

| projected or payment date | | | 4/10/2017 | today |
|---|---|---|---|---|
| | | | 573 | |

| payment | Date | added penalties | current balance | new balance | new daily interest | number of days | accrued interest |
|---|---|---|---|---|---|---|---|
| $ - | 9/15/2015 | | $ 29,850.00 | 29,850.00 | $ 14.72 | | |
| $ - | 12/31/2015 | $ 1,200.00 | $ 32,625.10 | 32,625.10 | $ 16.09 | 107 | $ 1,575.10 |
| $ - | 12/31/2015 | $ - | $ 32,625.10 | 32,625.10 | $ 16.09 | 0 | $ - |
| $ 4,255.29 | 4/1/2016 | | $ 34,105.29 | 29,850.00 | $ 14.72 | 92 | $ 1,480.20 |
| $ 3,276.10 | 8/1/2016 | | $ 31,645.91 | 28,369.81 | $ 13.99 | 122 | $ 1,795.91 |
| $ - | 12/31/2016 | | $ 30,496.38 | 30,496.38 | $ 15.04 | 152 | $ 2,126.57 |
| $ - | 4/30/2017 | | $ 32,301.10 | 32,301.10 | $ 15.93 | 120 | $ 1,804.72 |
| $ - | 4/30/2017 | | $ 32,301.10 | 32,301.10 | $ 15.93 | 0 | $ - |
| $ - | 4/30/2017 | | $ 32,301.10 | 32,301.10 | $ 15.93 | 0 | $ - |
| $ - | 4/30/2017 | | $ 32,301.10 | 32,301.10 | $ 15.93 | 0 | $ - |
| $ - | 4/30/2017 | | $ 32,301.10 | 32,301.10 | $ 15.93 | 0 | $ - |
| $ - | 4/30/2017 | | $ 32,301.10 | 32,301.10 | $ 15.93 | 0 | $ - |

# Commission Funding Solutions

| | | |
|---|---|---|
| Interest Calculations to date: | | 4/10/2017 |
| | | |
| Client Name: | | Tomer Fridman |
| Original Purchase date: | | 7/24/2015 |
| End of Grace Period: | | 9/30/2015 |
| Original Close date: | | 9/15/2015 |
| Days past the Original Close Date: | | 573 |
| | | |
| Originial Daily Interest | $ | 14.72 |
| Current Daily Interest | $ | 15.93 |
| | | |
| Advance Amount: | $ | 20,000.00 |
| Security Deposit: | $ | 5,000.00 |
| | | |
| Receivable Amount: | $ | 29,850.00 |
| | | |
| total additional Interest accrued: | $ | 9,982.49 |
| | | |
| | | |
| Principle Payments | $ | - |
| Interest Payments Only | $ | 7,531.39  (Credit) |
| | | |
| Remaining Balance to date: | $ | 32,301.10 |

Prepared by: Stan Ramirez

*Main Corporate Office-* **Southern California - 1902 Wright Pl, Ste 200, Carlsbad, CA 92008**

| | Tomer Fridman | Client Name |
|---|---|---|
| | 9/15/2015 | today date |
| | 9/15/2015 | original settlement date |
| | 0 | number of days |
| | 44750 | receivable amount |
| | 0.18 | interest rate |
| $ | 8,055.00 | |
| | 365 | |
| | 671.25 | Ave monthly interest |
| $ | 22.07 | Daily interest |
| $ | - | interest accrued |
| $ | - | added penalties |
| $ | 44,750.00 | new balance |

| | | |
|---|---|---|
| $ | 50,724.13 | Current balance |
| $ | - | Skip Tracers Fees |
| $ | - | CFS legal fees |
| $ | 50,724.13 | sub-total |
| $ | 16,738.96 | Legal Use Only |
| $ | 67,463.09 | Balance |

## fill in yellow boxes only

| Acct rep | once payment is made, then calculations go to the bottom |
|---|---|
| Legal dept | |

| | | |
|---|---|---|
| | 9/15/2015 | todays date |
| | 7/24/2015 | purchase date |
| | 9/15/2015 | Original settlement date |
| | 9/30/2015 | grace period |
| $ | 44,750 | receivable |
| $ | 30,000 | advance |
| $ | 7,500 | hold-back |
| $ | 7,215 | discount |

| days past grace | 639 |
|---|---|
| daily fees | 136.13 |
| late charges | 86988.40 |
| days allowed | 55 |
| Good till | 42332.09356 |

| projected or payment date | | 4/10/2017 | today |
|---|---|---|---|
| | | 573 | |

| payment | Date | added penalties | current balance | new balance | new daily interest | number of days | accrued interest |
|---|---|---|---|---|---|---|---|
| $ - | 9/15/2015 | | $ 44,750.00 | $ 44,750.00 | $ 22.07 | | |
| $ - | 12/31/2015 | $ 1,200.00 | $ 48,311.33 | $ 48,311.33 | $ 23.82 | 107 | $ 2,361.33 |
| $ 3,760.71 | 4/1/2016 | $ - | $ 50,503.21 | $ 46,742.50 | $ 23.05 | 92 | $ 2,191.88 |
| $ 5,004.11 | 8/1/2016 | | $ 49,554.73 | $ 44,550.62 | $ 21.97 | 122 | $ 2,812.23 |
| $ - | 12/31/2016 | | $ 47,890.09 | $ 47,890.09 | $ 23.62 | 152 | $ 3,339.47 |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 120 | $ 2,834.04 |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 0 | $ - |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 0 | $ - |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 0 | $ - |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 0 | $ - |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 0 | $ - |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 0 | $ - |
| $ - | 4/30/2017 | | $ 50,724.13 | $ 50,724.13 | $ 25.01 | 0 | $ - |



# Commission Funding Solutions

Interest Calculations to date:          4/10/2017

Client Name:          Tomer Fridman
Original Purchase date:          7/24/2015
End of Grace Period:          9/30/2015
Original Close date:          9/15/2015
Days past the Original Close Date:          573

Originial Daily Interest          $          22.07
Current Daily Interest          $          25.01

Advance Amount:          $          30,000.00
Security Deposit:          $          7,500.00

Receivable Amount:          $          44,750.00

total additional Interest accruded:          $          14,738.95

Principle Payments          $          -
Interest Payments Only          $          8,764.82   (Credit)

Remaining Balance to date:          $          50,724.13

Prepared by: Stan Ramirez

*this is an internal worksheet for Account Managers Only*

*Main Corporate Office*- Southern California - 1902 Wright Pl, Ste 200, Carlsbad, CA 92008

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>ramirez<br>0000000000 | |
| **B. E-MAIL CONTACT AT FILER** (optional) | |

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Commission Funding Solutions
1902 Wright Pl, Ste 200
Carlsbad, CA 92008
USA

**DOCUMENT NUMBER:** 51284230010
**FILING NUMBER:** 15-7488124090
**FILING DATE:** 10/02/2015 14:07

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 1b. INDIVIDUAL'S SURNAME<br>Fridman | FIRST PERSONAL NAME<br>Tomer | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS<br>25420 Prado De Las Peras | | CITY<br>Calabasas | STATE<br>CA | POSTAL CODE<br>91302 | COUNTRY<br>USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME<br>Commission Funding Solutions | | | |
|---|---|---|---|---|
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>1902 Wright Pl, Ste 200 | | CITY<br>Carlsbad | STATE<br>CA | POSTAL CODE<br>92008 | COUNTRY<br>USA |

**4. COLLATERAL:** This financing statement covers the following collateral

**See Attachment(s)**

---

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box:<br>☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br>☐ Agricultural Lien ☐ Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Commission Funding Solutions: 760-483-9001

**B. E-MAIL CONTACT AT FILER (optional)**
CFS.Company

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Commission Funding Solutions
1902 Wright Place, Ste 200
Carlsbad, CA 92008

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| White City 26 Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Fridman | Tomer | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2J-420 Prado De Las Peras | Calabasas | CA | 91302 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Commission Funding Solutions | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1902 Wright Pl, Ste 200 | Carlsbad | CA | | |

4. **COLLATERAL:** This financing statement covers the following collateral:

ALL OF DEBTOR'S RIGHT, TITLE, AND INTEREST IN AND TO DEBTOR'S CURRENT AND FUTURE ACCOUNTS RECEIVABLE, GENERAL INTANGIBLES, ACCOUNTS, CONTRACT RIGHTS, LEASES, CHATTEL PAPER AND OTHER RIGHTS OF DEBTOR TO THE RECEIPT OF MONEY, OF EVERY NATURE, TYPE AND DESCRIPTION, WHETHER NOW OWING TO THE DEBTOR OR HEARAFTER ARISING, AND ALL CASH AND NON-CASH PROCEEDS OF THE FOREGOING, WHETHER NOW OWNED OR HEARAFTER ACQUIRED, WITHOUT LIMITATION.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | <u>Tomer Fridman</u> |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | <u>Central District of California</u> |
| Case number (If known) | <u>1:16-bk-11729MB</u> |

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | | |
| | Include part-time, seasonal, or self-employed work. | | |
| | Occupation may Include student or homemaker, if it applies. | | |
| | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Real Estate Broker | |
| | **Employer's name** | White City 26, Inc. | |
| | **Employer's address** | 25420 Paseo De La Peras | |
| | | Number    Street | Number    Street |
| | | Calabasas, CA 91302 | |
| | | City          State    ZIP Code | City          State    ZIP Code |
| | **How long employed there?** | 5 years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 49,938.77 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 49,938.77 | $ 0.00 |

Debtor 1    Tomer Fridman
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known) 1:16-bk-11729MB

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................ ➔ | 4. | $ 49,938.77 | $ 0.00 |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  　6.  $ 0.00  　$ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  　7.  $ 49,938.77  　$ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  　9.  $ 0.00  　$ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  　10.  $ 49,938.77  ＋  $ 0.00  ＝  $ 49,938.77

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____  　11. ＋ $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies  　12.  $ 49,938.77

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
  ☐ No.
  ☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Tomer Fridman |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | 1:16-bk-11729MB |

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No
      ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | $ 10,086.05 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | $ 334.00 |

Debtor 1    Tomer Fridman                                                  Case number (if known) 1:16-bk-11729MB
           First Name    Middle Name    Last Name

|  |  | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. | Utilities: | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 300.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 245.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 175.00 |
| 6d. | Other. Specify: See Attachment 1 | 6d. | $ 607.00 |
| 7. | Food and housekeeping supplies | 7. | $ 1,800.00 |
| 8. | Childcare and children's education costs | 8. | $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 300.00 |
| 10. | Personal care products and services | 10. | $ 100.00 |
| 11. | Medical and dental expenses | 11. | $ 100.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 250.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 100.00 |
| 14. | Charitable contributions and religious donations | 14. | $ 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 516.56 |
| 15c. | Vehicle insurance | 15c. | $ 900.00 |
| 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | Installment or lease payments: | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 1,694.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 1,871.82 |
| 17c. | Other. Specify: Car payment | 17c. | $ 1,789.18 |
| 17d. | Other. Specify: | 17d. | $ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | Tomer Fridman | Case number *(if known)* 1:16-bk-11729MB |
| --- | --- | --- |
| | First Name        Middle Name        Last Name | |

21. **Other**. Specify: See Attachment 2 _____     21.  +$ 425.00 _____

22. **Calculate your monthly expenses.**
    22a. Add lines 4 through 21.
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2
    22c. Add line 22a and 22b. The result is your monthly expenses.

    22.   $ 21,593.61
          $ _____
          $ 21,593.61

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.   $ 49,938.77

    23b.  Copy your monthly expenses from line 22 above.     23b.  – $ 21,593.61

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.     23c.   $ 28,345.16

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ❑ No.
    ❑ Yes.   Explain here:

# Attachment
## Debtor: Tomer Fridman        Case No: 1:16-bk-11729MB

**Attachment 1**

> **Description: Gas**
> **Amount: $165.00**
> **Description: Cable**
> **Amount: $250.00**
> **Description: Internet**
> **Amount: $96.00**
> **Description: Internet**
> **Amount: $96.00**

**Attachment 2**

> **Description: Gardening**
> **Amount: 250.00**
>
> **Description: Poolman**
> **Amount: 175.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tomer | | Fridman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number  1:16-bk-11729MB
(If known)

☒ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1.  *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................ | $ 3,582,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................. | $ 338,021.04 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................ | $ 3,920,021.04 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 4,944,194.70 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... | $ 144,080.95 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................... | + $ 196,581.89 |
| | **Your total liabilities** $ 5,284,857.54 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ............................................................. | $ 49,938.77 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22, Column A, of *Schedule J*.................................................. | $ 21,593.61 |

| Debtor 1 | Tomer | | Fridman | | Case number *(if known)* | 1:16-bk-11729MB |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tomer Fridman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Central District Of California | |
| Case number | 1:16-bk-11729MB | | |
| (If known) | | | |

☒ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ s/Tomer Fridman_____     ✗ _____
Signature of Debtor 1                                        Signature of Debtor 2

Date 04/20/2017_____     Date _____
     MM / DD / YYYY                         MM / DD / YYYY

# Attachment
## Debtor: Tomer Fridman        Case No: 1:16-bk-11729MB

Attachment 1

San Fernando Valley Division

34
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


38
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595


ALLY
P O BOX 380901
BLOOMINGTON, MN 55438


Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004


American Express Centurian Bank
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701


Andrew Kussmaul, Authorized Agent for Fa
Buckley Madole, P.C.
P.O. Box 9013
Addison, TX 75001


Bank of America, N.A.
PO BOX 31785
TAMPA, FL 33631-3785


Bank of America, N.A.
PO Box 15312
Wilmington, DE 19850-5312


Calvary SPC I, LLC as assignee of Capial
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

Calvary SPC I, LLC as assignee of FIA Ca
P.O. Box 27288
Tempe, AZ 85282


Calvary SPC I, LLC as assignee of HSBC B
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595


Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595


Cavalry SPV I, LLC
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


Chase
PO Box 24696
Columbus, OH 43224-0696


Chase Records Center Attn: Correspondenc
Mail Code: LA4-5555
700 Kansas Lane
Monroe, LA 43219


Christiana Trust, a division of Wilmingt
Fay Servicing, LLC Bankruptcy Department
939 W. North Avenue, Suite 680
CHICAGO, IL 60642


Commissions Funding Solutions
1902 Wright Pl, Ste 200
Carlsbad, CA 92008


Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Daimler Trust
PO Box 5209
Carol Stream, IL 60197-5209


Don A. Madden, III, Pesident
Trojan Capital Investments, LLC
2618 swan Miguel Drive, Suite 316
Newport Beach, CA 92660


Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197


FNB OMAHA
PO BOX 3412
OMAHA, NE 68197


FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952


FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952


Franchise Tax Board Bankruptcy Section,
P. O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board Chief Counsel
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

George Guido
Frachise Tax Board Claim Agent
Bankrutpcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Henry D. Paloci III PA
2800 Camino dos Rios # 101A
Newbury Park, CA 91320


Internal Revenue Service
P.O. Box 7346
Internal Revenue Service
Philadelphia, PA 19101-1946


Isidora Fridman
3915 Prado del Maiz
Calabasas, CA 91302


Kia Vang, Bankruptcy Agent
Ally Servicing LLC
4000 Lexington Ave. N. Suite 100
Shoreview, MN 55126


Lisa Looney, Bankruptcy Specialist
Midland Credit Management, Inc.
P.O. Box 2036
Warren, MI 48090


Loan Me
PO Box 5645
Orance, CA 92863


Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110


Main Street Acquisition Corp. for HSBC C
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

```
MB FIN SVC
PO BOX 961
ROANOKE, TX 76262




MERCEDES BENZ OF CALABASAS
24181 CALABASAS ROAD
CALABASAS, CA 91302




Mercedes-Benz Financial Services
PO BOX 961
ROANOKE, TX 76262




Midland Credit Management, Inc. as agent
PO Box 2036
Warren, MI 48090




Nancy Craft, Authorized Representative
AMEX
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197




Navient Solutions, Inc. on behalf of Uni
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
WILKES-BARRE, PA 18773-9430




NORDSTM/TD
13531 E CALEY AVSERVICE
SERVICE
ENGLEWOOD, CO 80111




Payment Processing Center
P.O. Box 78367
Phoenix, AZ 85062-8367




PAYMENT PROCESSING CENTER
P.O. Box 78367
Phoenix, AZ 85062-8367
```

Platino HOA c/o Mink Managment
4040 Glencoe Avenue
Marina del Rey, CA 90292


Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC assig
POB 41067
Best Buy Credit Card
Norfolk, VA 23541


Raymond Cruz, Bankruptcy Specialist
Calvary Portfolio Services, Inc.
500 Summit Lake Drive, Suite 400
Valhalia, NY 10595


Raymond Cruz, Bankruptcy Specialist
Calvary Portfolio Services, Inc.
500 Summit Lake Drive, Suite 400
Valhalia, NY 10595


Rita Torres, Administrative Assistant
Bass & Associates, P.C.
3936 East Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083


Shraddha Bharatia, Claims Administrator
Becket and Lee, LLP
PO Box 3008
Malvern, PA 19355-0701


State Board of Equalization
Special Operations Bankruptcy Team, MIC:
P.O. Box 942879
Sacramento, CA 94279-0074


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

State of California
Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

State of California Board of Equalizatio
Executive Director
450 N Street, MIC: 73
Sacramento, CA 95814-0073

SYNCB/JCP
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005

Tony Harrison, Assistant Vice PResident
Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998-2238

Trojan Capital Investments, LLC
28786 Network Place
Chicago, IL 60673

TROJAN CAPITAL INVESTMENTS, LLC
2618 SAN MIGUEL DRIVE, SUITE 316
NEWPORT BEACH, CA 92660

U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 1200
Glendale, CA 91203-2304

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

```
Unknown Creditor
2333 WAUKEEGAN RD
DEERFIELD, IL 60015


USA Funds MC E2148
Attn: Deposit Operatoin
P.O. Box 6180
Indianapolis, IN 46206-6180


Veronica Pacheco, VP, Loan Administratio
Wells Fargo Bank, N.A.
PO Box 29482
Phoenix, AZ 85038


Wells Fargo Bank N.A. Business Direct Di
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


Wells Fargo Bank N.A. Business Direct Di
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038


Wells Fargo Bank Payment Remittance cent
PO Box 6426
Carol Stream, IL 60197


Wells Fargo Bank Payment Remittance cent
PO Box 6426
Carol Stream, IL 60197


Wells Fargo Bank Payment Remittance Cent
P.O. Box 6426
Carol Stream, IL 60197


Zach Brown, Kim Marlo
1902 WRIGHT PLACE
SUITE 200
CARLSBAD, CA 92008
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein**<br>**11755 Wilshire Boulevard, Suite 1250, Los Angeles, California 90025-1540**<br>**Phone: (310) 458-0048**<br>**Fax: (310) 362-3212**<br>**Bar No: 84507**<br><br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** San Fernando Valley Division  **DIVISION**

</div>

| In re:<br><br>**Tomer Fridman** | CASE NO.: **1:16-bk-11729MB**<br>CHAPTER: **11** |
|---|---|
| | <div align="center">**AMENDED -**<br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]**</div> |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.


Date:  **April 20, 2017**_____          **s/Tomer Fridman**_____
                                            Signature of Debtor 1


Date:  _____          _____
                                            Signature of Debtor 2 (joint debtor) (if applicable)


Date:  **April 20, 2017**_____          **s/William H. Brownstein**_____
                                            Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                      **F 1007-1.MAILING.LIST.VERIFICATION**