William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90401-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com

Attorneys for Tomer Fridman, Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>TOMER FRIDMAN, | Case No. 1:16-bk-11729MB<br><br>Chapter 11<br><br>**NOTICE OF DEFECTIVE NOTICE AND SERVICE OF MOTION TO DISMISS CHAPTER 11 CASE AND EXHIBIT**<br><br>DATE: May 30, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 303<br>LOCATION: 21041 Burbank Boulevard<br>Third<br>Woodland Hills CA 91367 |

TO THE HONORABLE MARTIN BARASH BANKRUPTCY JUDGE, ALL PARTIES THAT HAVE REQUESTED SPECIAL NOTICE, ALL PARTIES ON THE COURT'S ECF NOTICING, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Notice of Motion and Motion to Dismiss Case Pursuant to 11 U.S.C. §1112(b) filed by Trinity Financial Services LLC (the "MTD") filed on May 9, 2017 at 17:38:07 and referred to as Doc. 137 is improperly noticed and as such it cannot proceed. More specifically:

1. According to the MTD it was filed on behalf of Trinity Financial Services LLC ("Trinity"). See Doc 137, Page 2 of 12, Line 7. However, Trinity is not a creditor nor a party in

interest in the case of In re Tomer Fridman, the above-captioned Debtor and Debtor in Possession ("Debtor"), and as such it does not have standing to proceed.

2.   Under the provisions of 11 U.S.C. §1109(b) "A party in interest, including the debtor, the trustee, a creditors' committee, an equity security holders' committee, a creditor, an equity security holder, or any indenture trustee, may raise and may appear and be heard on any issue in a case under this chapter [11 USCS §§ 1101 et seq.].11 USCS § 1109."

3.   Although the right to appear and be heard by a party in interest is read broadly, in a case such as this where Trinity does not have any legally protected interest that could be affected by outcome of Motion to Dismiss, it should be denied standing to appear and to be heard in the pending Motion to Dismiss. *In re Runnels Broad. Sys., LLC* (2009, BC DC NM) 62 CBC2d 1573.

4.   Furthermore, the Proof of Service attached to the MTD, Doc. 137, Page 12 of 12, a copy of which is incorporated herein by this reference as Exhibit "1", shows that the Proof of Service applies to SUPPLEMENT - OPPOSITION TO MOTION TO VALUE and that it was only served on US Trustee, ustpregion16.wh.ecf@usdoj.gov; William McDonald III,caecf@tblaw.com; Erica Loftis, erica.loftis@ buckleymadole.com; Jamie Hanawalt/ Gilbert Yabes, ecfcacb@aldridgepite.com; Todd Garan, ch11ecf@ aldridgepite.com; Daimler Trust, notices@bkservicing.com;Daniel Fujimoto, wdk@wolffirm.com; Kristin Zilberstein, bknotice@mccarthyhothus.com; William Brownstein, brownsteinlaw.bill@gmail.com; Margaux Ross, margaux.ross@usdoj.gov through ECF and on Tomer Fridman, 25420 Prado de las Peras, Calabasas, CA 91302 by First Class Mail.

5.   FRBP Rule 2002(a) provides (a)(4) provides:

Rule 2002. Notices to Creditors, Equity Security Holders, Administrators in Foreign Proceedings, Persons Against Whom Provisional Relief is Sought in Ancillary and Other Cross-Border Cases, United States, and United States Trustee [Effective December 1, 2017]

> **Twenty-one-day notices to parties in interest.** Except as provided in subdivisions (h), (i), (l), (p), and (q) of this rule, the clerk, or some other person as the court may direct, shall give the debtor, the trustee, all creditors and indenture trustees at least 21 days' notice by mail of:
>
> . . .
>
> (4) in a chapter 7 liquidation, a chapter 11 reorganization case, or a chapter 12

**NOTICE OF DEFECTIVE NOTICE AND SERVICE OF MOTION TO DISMISS CHAPTER 11 CASE AND EXHIBIT**

2

family farmer debt adjustment case, the hearing on the dismissal of the case or the conversion of the case to another chapter, unless the hearing is under § 707(a)(3) or § 707(b) [11 USC § 707(a)(3) or (b)] or is on dismissal of the case for failure to pay the filing fee;"

6. (d) Time Limits for Service and Filing of Motions.of motion and motion must be filed and served not later than 21 days before the hearing date designated in the notice except as set forth in: (A) LBR 7056-1 with regard to motions for summary judgment or partial summary adjudication; (B) LBRs 2014-1(b), 2016-1(a)(2), 3015-1(w) and (x), and 9013-1(o) with regard to motions and matters that require notice of opportunity to request a hearing; (C) LBR 3007-1 with regard to objections to claims; (D) LBR 6004-1(b) with regard to motions to establish sale procedures; and (E) LBR 9075-1 with regard to motions to be heard on an emergency or shortened notice basis.  The court, for good cause, may prescribe a different time.

7. Furthermore, pursuant to F.R.Civ.P. 5(b)(2)(D) or (F) an additional three days has to be added to the 21 days notice if the parties were served by mail.

8. Under the facts and circumstances of this case Trinity, who doesn't have a claim against the Debtor, filed the MTD on May 9, 2017, did not include a proof of service showing that the MTD was served on anyone other than some of the parties on the Court's ECF Noticing list and the Debtor. The creditors of this estate, which are part of the Court file and consist of 53 creditors in addition to those on the ECF noticing, were not served with the MTD and as such it was not properly noticed.

9. Finally, in the event that this Honorable Court considers the MTD over the foregoing procedural objections, it should be denied as premature and without any basis based on the significant progress being made in this case and the contents of the Supplemental Status Report, Doc. 148, which is set to be heard on May 30, 2017 at 1:30 p.m.

DATED: May 16, 2017       Respectfully submitted,
                          William H. Brownstein & Associates,
                            Professional Corporation


                          By: /s/ William H. Brownstein
                          William H. Brownstein, Attorneys for Debtor

**NOTICE OF DEFECTIVE NOTICE AND SERVICE OF MOTION TO DISMISS CHAPTER 11 CASE AND EXHIBIT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
POB 3906
Thousand Oaks, CA 91359

A true and correct copy of the foregoing document entitled: **SUPPLEMENT - OPPOSITION TO MOTION TO VALUE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/9/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee, ustpregion16.wh.ecf@usdoj.gov; William McDonald III,caecf@tblaw.com; Erica Loftis, erica.loftis@buckleymadole.com; Jamie Hanawalt/ Gilbert Yabes, ecfcacb@aldridgepite.com; Todd Garan, ch11ecf@aldridgepite.com; Daimler Trust, notices@bkservicing.com;Daniel Fujimoto, wdk@wolffirm.com; Kristin Zilberstein, bknotice@mccarthyhothus.com; William Brownstein, brownsteinlaw.bill@gmail.com; Margaux Ross, margaux.ross@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/9/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tomer Fridman, 25420 Prado de las Peras, Calabasas, CA 91302

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/9/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin Barash, 21041 Burbank Blvd Ctrm 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/9/2017 | Henry D. Paloci III | /s/ Henry D. Paloci III |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT "A"

| In re:<br>TOMER FRIDMAN | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:16-bk-11729MB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA 90025

A true and correct copy of the foregoing document described **NOTICE OF DEFECTIVE NOTICE AND SERVICE OF MOTION TO DISMISS CHAPTER 11 CASE AND EXHIBIT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 16, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 16, 2017 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 16, 2017 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA 91368

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 16, 2017 | William H. Brownstein | *William H Brownstein* (signature) |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1