HENRY D. PALOCI III (California State Bar No. 268970)
hpaloci@hotmail.com
Henry D. Paloci III PA
POB 3906
Westlake Village, CA 91359
Telephone:  805.279.1225
Facsimile:  866.565.6345

Attorneys for Creditor Trojan Capital Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

|  |  |
|---|---|
| In re:<br><br>TOMER FRIDMAN,<br><br>        Debtor(s). | Case No.: 1:16-bk-11729-MB<br><br>Chapter 13 Case<br><br>**DECLARATION OF JEFFREY NEEL, APPRAISER, IN OPPOSITION TO DEBTOR'S MOTION TO VALUE COLLATERAL**<br><br>**[Related: Docket Entry No. 109]**<br><br>Hearing Set:<br>Date:  May 30, 2017<br>Time:  1:30 PM<br><br>Location:<br>Courtroom 303<br><br>21041 Burbank Blvd.<br>Woodland Hills, California |

**DECLARATION OF JEFFREY NEEL**

JEFFREY NEEL hereby declares as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am a licensed real estate appraiser in the State of California. My appraiser certification

number is AR039177.

3.      On or about May 11, 2017, I appraised real property located at (whose postal address is) 25420 Prado de las Peras, Calabasas, CA 91302 (the "Subject Property"). To do so, I investigated the recent sales of similar properties and determined the fair market value of the subject property. The comparable real estate sales used in this appraisal were obtained from the Realist/Corelogic and the local Multiple Listing Service. A more detailed explanation of the methodology and comparable sales data I used, and the conclusions reached, are set forth in the written report of my appraisal, which I understand to have been filed in this case. Those comparable sales and the records reviewed by me determine the current market value of the subject property as of the date of the inspection.

4.      This was a second inspection of the property: I had previously inspected the exterior and the interior of the property on January 30, 2017. The inspection of May 11, 2017 was of the exterior only, and this appraisal presumes that the interior condition is substantially similar to its state on January 30, 2017.

5.      In my opinion, my appraisal, which shows a market value of $2,240,000.00, represents the fair market value of the subject property as of May 11, 2017, the effective date of the appraisal. My prior appraisal reflected a market value of $2,250,000.00, which represented the fair market value of the subject property as of June 9, 2016, the effective date of my first appraisal.

6.      In preparing this declaration, I reviewed the appraisal and declaration prepared by Emmanuel Rubin in support of the Debtor's Motion to Value Collateral. The fundamental issue I have with his value opinion, and the primary reason why I think it is incorrect, is the weight he is placing on two comps that are located outside the gated community of "The Oaks." These comps artificially suppress the value shown by Mr. Rubin and result in an inaccurate appraisal.

7.      Comps #1-3 in Mr. Rubin's appraisal are all closed sales located in the immediate market area and community of "The Oaks".  They sold for $2,244,000, $2,320,000 and $2,400,000.  Mr. Rubin also included in his appraisal two of the same listings that I did, for sale at $2,599,000 and $2,299,000 (Mr. Rubin's Comps #6 and #7).  But Mr. Rubin also used two comps outside this community (Mr. Rubin's Comps #4 and #5) at sale prices $1,658,000 and $1,930,000.  I believe that Mr. Rubin may have included one of these lower valued properties and outside the gated community in order to bracket the gross living areas in the adjustment grid. The problem with this is that these comps are dissimilar to the subject property because it is outside the exclusive and gated community "The Oaks."  It is also in my opinion that these are of inferior construction compared to the homes in the subject's immediate market area.

8.      By contrast, Comp #1 in my report is the most recent sale of a home of the same size as the subject and appears to be the same model.  Although it closed escrow approximately one year ago, its selling price was $2,315,000 and was situated on a lot almost have the size as the subject.  This comp was omitted from Mr. Rubin's report.  I believe this comp is a very good reflection of value for the subject with an adjusted sales price of $2,273,660 in my report.  I even adjusted it downward for superior condition and upgrades.

9.      It is my opinion that very little in no weight should be placed on the comps from outside the subjects neighborhood.

10.     I believe my comps are the most appropriate as a typical buyer would not consider the other comps when deciding to buy a home in "The Oaks".

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2017 at Huntington Beach, California.

_Jeffrey M. Neel_
_____
JEFFREY NEEL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

POB 3906
Thousand Oaks, CA 91359

A true and correct copy of the foregoing document entitled: **SUPPLEMENT - OPPOSITION TO MOTION TO VALUE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _5/16/2017_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee, ustpregion16.wh.ecf@usdoj.gov; William McDonald III,caecf@tblaw.com; Erica Loftis, erica.loftis@ buckleymadole.com; Jamie Hanawalt/ Gilbert Yabes, ecfcacb@aldridgepite.com; Todd Garan, ch11ecf@ aldridgepite.com; Daimler Trust, notices@bkservicing.com;Daniel Fujimoto, wdk@wolffirm.com; Kristin Zilberstein, bknotice@mccarthyhothus.com; William Brownstein, brownsteinlaw.bill@gmail.com; Margaux Ross, margaux.ross@ usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) _5/16/2017_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Tomer Fridman, 25420 Prado de las Peras, Calabasas, CA 91302

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/16/2017_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <del>will be completed</del> no later than 24 hours after the document is filed.

Hon. Martin Barash, 21041 Burbank Blvd Ctrm 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/16/2017 | Henry D. Paloci III | /s/ Henry D. Paloci III |
|-----------|---------------------|-------------------------|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

25420 Prado De Las Peras
TR=35596-13 Lot 16
Calabasas, CA  91302

### FOR:

Trojan Capital Investments, LLC
2618 San Miguel Drive, Suite 303
Newport Beach, CA

### AS OF:

May 11, 2017

### BY:

Jeffrey Neel
Third Party Real Estate, Inc
P.O. Box 794
Sunset Beach, CA
714-624-9772
jeff@thirdpartyvalue.com

Third Party Real Estate, Inc.
P. O. Box 794
Sunset Beach, CA
714-624-9772


05/17/2017


Trojan Capital Investments, LLC
2618 San Miguel Drive, Suite 303
Newport Beach, CA


Re: Property:    25420 Prado De Las Peras
                 Calabasas, CA 91302
    Borrower:    Trojan Capital Investments, LLC
    File No.:    TPV/Paloci/PradoDeLas


     Pursuant to your request, I have inspected the subject property located at the above-referenced address.  In conjunction with your request, I have investigated sales of similar properties located in the same marketing area.  This is a current market value opinion.  I inspected the interior and exterior of the subject on January 30, 2017.    I inspected the exterior of the subject on May 11, 2017, the effective date of this report.
The purpose of my investigation was to provide my client, Trojan Capital Investments, LLC with an appraisal of real property for court and litigation purposes, subject to the Definition of Market Value, the Assumptions and Limiting Conditions, and Certification contained in this Appraisal Report.

     This Appraisal was prepared as a "Appraisal Report" in conformance with the Uniform Standards of Professional Appraisal Practice ("USPAP").  An adequate description of the property based on an exterior inspection of the subject improvements, along with explanations of the appraisal procedures are presented in the Appraisal Report.

     Based on my findings, it is my opinion the "AS IS" Market Value of the Subject Property, as of May 11, 2017 is:

**Two Million Two Hundred & Forty Thousand Dollars  ~ $2,240,000**


Sincerely,

Jeffrey Neel
California Certified Appraiser
License # AR-039177

**Exterior-Only Inspection Residential Appraisal Report**     File # TPV/Paloci/PradoDeLas

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT

| Property Address | 25420 Prado De Las Peras | | City | Calabasas | | State | CA | Zip Code | 91302 |
|---|---|---|---|---|---|---|---|---|---|

Borrower  Trojan Capital Investments, LLC   Owner of Public Record  Isidora D. Fridmn   County  Los Angeles

Legal Description  TR=35596-13 Lot 16

Assessor's Parcel #  2069-095-016   Tax Year  2016   R.E. Taxes $  29,238

Neighborhood Name  The Oaks   Map Reference  N/A   Census Tract  8002.02

Occupant  ☒ Owner  ☐ Tenant  ☐ Vacant   Special Assessments $  0.00   ☐ PUD   HOA $  250  ☐ per year  ☒ per month

Property Rights Appraised  ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)

Assignment Type  ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe)  Estimate of market value for court/litigation purposes

Lender/Client  Trojan Capital Investments, LLC   Address  2618 San Miguel Drive, Suite 303, Newport Beach, CA 92660

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes  ☐ No

Report data source(s) used, offering price(s), and date(s).   According to the CRMLS, the subject has not been listed in the past 12 months.

### CONTRACT

I  ☐ did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  N/A

Contract Price $  N/A   Date of Contract  N/A   Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No

If Yes, report the total dollar amount and describe the items to be paid.   N/A

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban ☐ Rural | Property Values | ☒ Increasing | ☐ Stable ☐ Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 95 % |
| Built-Up | ☒ Over 75% | ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance ☐ Over Supply | 2,000 Low | 5 | 2-4 Unit | 0 % |
| Growth | ☐ Rapid | ☒ Stable ☐ Slow | Marketing Time | ☐ Under 3 mths | ☒ 3-6 mths ☐ Over 6 mths | 2,900 High | 12 | Multi-Family | 0 % |
| | | | | | | 2,300 Pred. | 10 | Commercial | 5 % |

Neighborhood Boundaries   Calabasas Golf & Country Club to the east; 101 Freeway to the north; Las Virgens to the west; Monte Vista to the south.   Other  %

Neighborhood Description   Please see attached text addendum for complete details.

Market Conditions (including support for the above conclusions)   Please see attached text addendum for complete details on market condition as of the effective date of this appraisal report.

### SITE

Dimensions  Slightly Irregular (Please see plat map)   Area  18,532 sf   Shape  Rectangular   View  Residential

Specific Zoning Classification  R1   Zoning Description  City of Calabasas/Single Family Use Permitted

Zoning Compliance  ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street  Asphalt | ☐ | ☒ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley | | |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No   FEMA Flood Zone  X   FEMA Map #  06037C1268F   FEMA Map Date  9/26/2008

Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe

Title report was not provided for review however no adverse easements, encroachment or adverse conditions noted or disclosed to appraiser at the time of inspection.

### IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property  ☐ Appraisal Files  ☒ MLS  ☒ Assessment and Tax Records  ☐ Prior Inspection  ☐ Property Owner  ☐ Other (describe)   Data Source for Gross Living Area

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One | ☐ One with Accessory Unit | ☒ Concrete Slab | ☐ Crawl Space | ☐ FWA | ☐ HWBB | ☒ Fireplace(s) # 2 | | ☐ None | |
| # of Stories | 1 | ☐ Full Basement | ☐ Finished | ☐ Radiant | | ☐ Woodstove(s) # | | ☒ Driveway | # of Cars 3 |
| Type ☒ Det. | ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement | ☐ Finished | ☐ Other | | ☒ Patio/Deck Slab | | Driveway Surface | Concrete |
| ☒ Existing | ☐ Proposed ☐ Under Const. | Exterior Walls | Stuc/Wd/Avg+ | Fuel | Gas | ☐ Porch | | ☒ Garage | # of Cars 3 |
| Design (Style) | Custom | Roof Surface | Con/Average+ | ☒ Central Air Conditioning | | ☐ Pool | | ☐ Carport | # of Cars |
| Year Built | 2004 | Gutters & Downspouts | Alum/Gt/Avg+ | ☐ Individual | | ☒ Fence Wd/Block | | ☒ Attached | ☐ Detached |
| Effective Age (Yrs) | 5 | Window Type | Vinyl/Avg+ | ☒ Other Fans | | ☐ Other | | ☐ Built-in | |

Appliances  ☒ Refrigerator  ☒ Range/Oven  ☒ Dishwasher  ☒ Disposal  ☒ Microwave  ☐ Washer/Dryer  ☐ Other (describe)

Finished area above grade contains:   9  Rooms   3  Bedrooms   3.5  Bath(s)   3,878  Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)   None

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).   Overall condition of the subject is "**Average+**" and consistent with the neighborhood. Tile counter tops and wood cabinets in kitchen, wood and tile flooring with tile counter tops and wood cabinets in bathrooms, wood flooring in main living areas and an attached 2 car garage and additional attached 1 car garage.  Subject has private pool and spa.  Subject does show some minor areas of deferred maintenance in the master closet and upstairs bathroom.  Cost to cure these areas is very minimal and not significant in comparison with the values of homes in the area.  I have included this in my **"Average+"** designation.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No   If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report

File # TPV/Paloci/PradoDeLas

There are **2** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 2,299,000 to $ 2,599,000 .

There are **10** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 2,087,400 to $ 2,550,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 25420 Prado De Las Peras Calabasas, CA 91302 | 3980 Prado Del Maiz Calabasas, CA 91302 | | 4015 Prado Del Trigo Calabasas, CA 91302 | | 4154 Prado De La Puma Calabasas, CA 91302 | |
| Proximity to Subject | | 0.15 miles SW | | 0.09 miles SE | | 0.29 miles E | |
| Sale Price | $ N/A | | $ 2,315,000 | | $ 2,499,000 | | $ 2,340,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 599.43 sq.ft. | | $ 586.76 sq.ft. | | $ 535.96 sq.ft. | |
| Data Source(s) | | Realist/CRMLS #SR16050618 | | Realist/CRMLS #Sr16199762 | | Realist/CRMLS #SR15223482 | |
| Verification Source(s) | | Agent Ben Salem 818-986-7300 | | Agt Anat Erster 818-224-2010 | | Isidora Fridman 818-402-4442 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | TD 22% (Conv) Doc # 461834 | | TD 80% (Conv) Doc # 1633849 | | TD 68% (Conv) Doc # 239890 | |
| Date of Sale/Time | | 04/25/2016 | | 12/23/2016 | | 03/04/2016 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 18,532 sf | 10,906 sf | +76,260 | 37,964 sf | -194,320 | 18,346 sf | +1,860 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Custom | Custom | | Custom | | Custom | |
| Quality of Construction | Average | Average | | Average | | 150Average | |
| Actual Age | 13 | 12 | | 12 | | 14 | |
| Condition | Average+ | Good | -100,000 | Average+ | | Average+ | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 9  3  3.5 | 9  3  3 | +5,000 | 10  4  4.5 | -10,000 | 10  5  5.5 | -20,000 |
| Gross Living Area | 3,878 sq.ft. | 3,862 sq.ft. | +2,400 | 4,259 sq.ft. | -57,150 | 4,366 sq.ft. | -73,200 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | APN | 2069-093-022 | | 2069-085-026 | | 2069-085-026 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Attached | 2 Car Attached | +25,000 | 3 Car Attached | | 4 Car Attached | -25,000 |
| Porch/Patio/Deck | Slab | Slab | | Slab | | Slab | |
| Pool/Spa | Pool/Spa | Pool/Spa | | Pool/Spa | | Pool/Spa | |
| Upgrades | Average | Superior | -50,000 | Average | | Average | |
| Days on Market/List Price | Not Listed | 47/$2,300,000 | | 105/$2,499,000 | | 103/$2,499,000 | |
| Net Adjustment (Total) | | □ + ☒ - | $ -41,340 | □ + ☒ - | $ -261,470 | □ + ☒ - | $ -116,340 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.8 % Gross Adj. 11.2 % | $ 2,273,660 | Net Adj. 10.5 % Gross Adj. 10.5 % | $ 2,237,530 | Net Adj. 5.0 % Gross Adj. 5.1 % | $ 2,223,660 |

I ☒ did □ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research □ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  ND; MLS; Realist.
My research ☒ did □ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  ND; MLS; Realist.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/07/2016 | None | None | None |
| Price of Prior Sale/Transfer | None Noted/Grant Deed | None | None | None |
| Data Source(s) | Realist/ND | Realist/ND | Realist/ND | Realist/ND |
| Effective Date of Data Source(s) | 01/31/2017 | 01/31/2017 | 01/31/2017 | 01/31/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales  All prior sales listed above. Prior transfer for the subject on 6/7/2016
does not reflect a market transaction but rather a grant deed from Tomer Fridmn to Isidora Fridmn.

Summary of Sales Comparison Approach  Please see attached addenda for complete details.  The seven primary and secondary weighted
comparables have an adjusted value range of $2,208,181 - $2,273,660.  My value opinion should lie within this narrow range.  Based on my
research and the analysis of the market comparison approach to value, my opinion of value of the subject as of the effective date of this report is
**$2,240,000.  TWO MILLION TWO HUNDRED FORTY THOUSAND DOLLARS**

Indicated Value by Sales Comparison Approach $  2,240,000

Indicated Value by: Sales Comparison Approach $  2,240,000    Cost Approach (if developed) $  2,240,577    Income Approach (if developed) $

All weight is placed on the Sales Comparison Approach to value as the Subject is an owner occupied type property and is not "investment grade"
real estate. A typical buyer would rely solely on this Approach. The cost approach is given no weight as the typical potential buyer places no
emphasis on this Approach. Income Approach is not applicable for this type of property.

This appraisal is made ☒ "as is",  □ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,  □ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed,  □ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  This appraisal was completed for
court and litigation purposes only, not for mortgage finance. The effective date of this report is 05/11/2017.

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  2,240,000 , as of  May 11, 2017 , which is the date of inspection and the effective date of this appraisal.

## Exterior–Only Inspection Residential Appraisal Report

File # TPV/Paloci/PradoDeLas

---

**Comments on Market Approach**

Sales are located in the same marketing area as the subject and are considered to be the most reliable comparable properties available. Sales are considered to be similar to the subject, however adjustments were based on the following: Site ~ $10.00 sf; GLA ~ $150.00 sf.; Condition ~ $100,000; Bathroom count ~ $5,000 per additional half bathroom, $10,000 per additional full bathroom; Upgrades ~ $100,000; Garage ~ $25,000 per enclosed car space; Pool/Spa ~ $50,000.  Discrepancies in bedroom court are adjusted for in the Gross Living Area(GLA) line in my adjustment grid.

The Comparables used in this report are, in my opinion,  the absolute best measure of value for the subject within the subjects market area as of the effective date of this appraisal.  They are all located in the same guard gated community of "The Oaks".  Equal primary weight was placed on comparable properties 1 - 6.  They are all the most recent closes comparable sales in the immediate market area and gate community of "The Oaks".  These comps required very minimal adjustments and were standard arms length market transactions.  Comp one is a 3 bedroom home like the subject.  Comp two is the most recent sale in the community.  Secondary weight was placed on comps 7 - 8.  Comp 7 was purchased by a buyer representing himself.  The sales price noted was adjusted downward by the amount of the commission.  I adjusted up upward by $42,600 to reflect it actual sales price.  Comp 8 was noted as sold at needing "TLC" by the listing agent.  It appears reasonable this home may have been in suspect condition.  I applied significant condition and upgrade adjustment.   Tertiary weight was placed on comps 9 -10.  It is a current active sale that is included to show asking prices of similar homes in the immediate market area as of the date that I prepared this report.   Comp 9 is a pending sales and comp 10 is an active listing  Comparables 4 and 10 are the same property.  Comp 4 was a sale prior to the effective date of this appraisal while Comp 8 is a current active listing.  All ten comparable sales are very good reflections of value for the subject property and were all standard sale situations.

Adjustments were based on conversations with the local real estate brokers, market participants to the transactions and are supported by the paired sales analysis method of property comparison.

This is a current market value opinion.  I inspected the interior and exterior of the subject on January 30, 2017.   I reinspected the exterior of the subject on May 11, 2017, the effective date of this report.  The photos included were taken during my inspection on January 30, 2017.  I am making the assumption that the interior is in similar condition as of the effective date of this report as it was during my interior inspection.  I reserve the right to amend this report if evidence of the opposite is made evident.  This amendment may or may not affect my value opinion.  The purpose of my investigation was to provide my client, Trojan Capital Investments, LLC with an appraisal of real property for court and litigation purposes, subject to the Definition of Market Value, the Assumptions and Limiting Conditions, and Certification contained in this Appraisal Report.

Based on my findings, it is my opinion the "AS IS" Market Value of the Subject Property, as of May 11, 2017 is:

### Two Million Two Hundred & Forty Thousand Dollars  ~ $2,240,000

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Land value derived by abstraction.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 1,403,000 |
|---|---|---|---|---|---|
| Source of cost data   Personal records/Construction Files | DWELLING | 3,878 Sq.Ft. @ $ | 200.00 | =$ | 775,600 |
| Quality rating from cost service   Good   Effective date of cost data   Current | None Sq.Ft. @ $ | | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | =$ | |
| The Marshall and swift handbook was used as a guide.  The estimated | Garage/Carport | 580 Sq.Ft. @ $ | 50.00 | =$ | 29,000 |
| site value is by extraction from the comparable sales.  The ratio of site | Total Estimate of Cost-New | | | =$ | 804,600 |
| value to improvement value is typical for the area.   No functional or external | Less | Physical | Functional | External | |
| deprecation noted . Remaining economic life is 55 years.  This is not a | Depreciation | 67,023 | | =$( | 67,023) |
| complete or comprehensive cost approach to value.  It is included to aid | Depreciated Cost of Improvements | | | =$ | 737,577 |
| the reader of this report and to serve for insurance purposes only. | "As-is" Value of Site Improvements | | | =$ | 100,000 |
| Estimated Remaining Economic Life (HUD and VA only)   55 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 2,240,577 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)     Subject is a detached single family residence and is not typical "investment grade" real estate that is considered income producing hence the Income Capitalization Approach was not completed.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?     ☐ Yes  ☒ No   Unit type(s) ☒ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?     ☐ Yes  ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units?     ☐ Yes  ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete?     ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?     ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

---

## Exterior-Only Inspection Residential Appraisal Report   File # TPV/Paloci/PradoDeLas

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Exterior–Only Inspection Residential Appraisal Report
File # TPV/Paloci/PradoDeLas

APPRAISER'S CERTIFICATION:    The  Appraiser  certifies  and  agrees  that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this  appraisal  report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness,  or  structural  integrity  of  the  property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property  and  the  comparable  sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility  for  it.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Exterior–Only Inspection Residential Appraisal Report**    File # TPV/Paloci/PradoDeLas

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Jeffrey M. Neel | |
| Signature | Signature |
| Name    Jeffrey Neel | Name |
| Company Name    Third Party Real Estate, Inc. | Company Name |
| Company Address    16651 Melville Circle, Huntington Beach, CA 92649 | Company Address |
| Telephone Number    (714) 624-9772 | Telephone Number |
| Email Address    jeff@thirdpartyvalue.com | Email Address |
| Date of Signature and Report    05/15/2017 | Date of Signature |
| Effective Date of Appraisal    May 11, 2017 | State Certification # |
| State Certification #    AR039177 | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State    CA | |
| Expiration Date of Certification or License    12/27/2017 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect exterior of subject property |
| 25420 Prado De Las Peras | ☐ Did inspect exterior of subject property from street |
| Calabasas, CA 91302 | Date of Inspection |
| | |
| APPRAISED VALUE OF SUBJECT PROPERTY $    2,240,000 | COMPARABLE SALES |
| LENDER/CLIENT | |
| Name    Henry Paloci | ☐ Did not inspect exterior of comparable sales from street |
| Company Name    Trojan Capital Investments, LLC | ☐ Did inspect exterior of comparable sales from street |
| Company Address    2618 San Miguel Drive, Suite 303, Newport Beach, CA 92660 | Date of Inspection |
| Email Address    hpaloci@calibankruptcy.com | |

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Exterior–Only Inspection Residential Appraisal Report

File # TPV/Paloci/PradoDeLas

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 25420 Prado De Las Peras | 3935 Prado De Las Frutas | | 4140 Prado De Los Zorros | | 3905 Prado De Las Frutas | |
| | Calabasas, CA 91302 | Calabasas, CA 91302 | | Calabasas, CA 91302 | | Calabasas, CA 91302 | |
| Proximity to Subject | | 0.19 miles SW | | 0.21 miles E | | 0.24 miles SW | |
| Sale Price | $ N/A | $ | 2,285,000 | $ | 2,125,000 | $ | 2,475,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 536.89 sq.ft. | | $ 461.76 sq.ft. | | $ 525.70 sq.ft. | |
| Data Source(s) | | Realist/CRMLS #SR15243151 | | Realist/CRMLS #SR15249827 | | Realist/CRMLS #SR16143531 | |
| Verification Source(s) | | Tomer Fridman 310-926-3777 | | Agent Jim Pasucci 818-653-2691 | | Agent Anat Erster 818-224-2010 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | TD 70% (Conv) | | Cash Sale | | Cash Sale | |
| Concessions | | Doc # 168836 | | Doc # 554472 | | Doc # 913427 | |
| Date of Sale/Time | | 02/17/2016 | | 05/16/2016 | | 08/03/2016 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 18,532 sf | 12,700 sf | +58,320 | 11,184 sf | +73,480 | 12,527 sf | +60,050 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Custom | Custom | | Custom | | Custom | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 13 | 12 | | 13 | | 12 | |
| Condition | Average+ | Average+ | | Average | +100,000 | Good | -100,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 9 / 3 / 3.5 | 9 / 4 / 5 | -15,000 | 10 / 5 / 5.5 | -20,000 | 11 / 6 / 5.5 | -20,000 |
| Gross Living Area | 3,878 sq.ft. | 4,256 sq.ft. | -56,700 | 4,602 sq.ft. | -108,600 | 4,708 sq.ft. | -124,500 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | APN | 2069-096-005 | | 2069-081-031 | | 2069-096-002 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Attached | 2 Car Attached | +25,000 | 4 Car Attached | -25,000 | 2 Car Attached | +25,000 |
| Porch/Patio/Deck | Slab | Slab | | Slab | | Slab | |
| Pool/Spa | Pool/Spa | Pool/Spa | | Association | +50,000 | Pool/Spa | |
| Upgrades | Average | Superior | -50,000 | Inferior | +50,000 | Superior | -50,000 |
| Days on Market/List Price | Not Listed | 76/$2,365,000 | | 76/$2,365,000 | | 320/$2,599,000 | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -38,380 | ☒ + ☐ - | $ 119,880 | ☐ + ☒ - | $ -209,450 |
| Adjusted Sale Price | | Net Adj. 1.7 % | | Net Adj. 5.6 % | | Net Adj. 8.5 % | |
| of Comparables | | Gross Adj. 9.0 % $ | 2,246,620 | Gross Adj. 20.1 % $ | 2,244,880 | Gross Adj. 15.3 % $ | 2,265,550 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/07/2016 | None | None | None |
| Price of Prior Sale/Transfer | None Noted/Grant Deed | None | None | None |
| Data Source(s) | Realist/ND | Realist/ND | Realist/ND | Realist/ND |
| Effective Date of Data Source(s) | 01/31/2017 | 01/31/2017 | 01/31/2017 | 01/31/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales        Any prior sales listed above.

Analysis/Comments        Please see additional comments page and general text addendum.

## Exterior–Only Inspection Residential Appraisal Report

File # TPV/Paloci/PradoDeLas

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | +(-) $ Adjustment | COMPARABLE SALE # 8 | +(-) $ Adjustment | COMPARABLE SALE # 9 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 25420 Prado De Las Peras | 3905 Prado Del Maiz | | 4123 Prado De Las Cabras | | 3915 Prado Del Trigo | |
| | Calabasas, CA 91302 | Calabasas, CA 91302 | | Calabasas, CA 91302 | | Calabasas, CA 91302 | |
| Proximity to Subject | | 0.26 miles SW | | 0.10 miles E | | 0.21 miles S | |
| Sale Price | $            N/A | $            2,087,400 | | $            2,100,000 | | $            2,299,000 | |
| Sale Price/Gross Liv. Area | $        sq.ft. | $    495.58 sq.ft. | | $    467.50 sq.ft. | | $    526.57 sq.ft. | |
| Data Source(s) | | Realist/CRMLS #SR15254913 | | Realist/CRMLS #SR16030626 | | Realist/CRMLS #17195352 | |
| Verification Source(s) | | Clare McTernan 310-991-4373 | | Michelle Cohan 818-222-7707 | | Agent Joyce Kim 213-503-0315 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Cash Sale | +42,600 | TD 62% (Conv) | | Pending Sale | |
| Concessions | | Doc # 387037 | | Doc # 716738 | | Standard Sale | |
| Date of Sale/Time | | 04/07/2016 | | 06/21/2016 | | 05/03/2017* | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 18,532 sf | 13,704 sf | +48,280 | 17,348 sf | +11,840 | 18,221 sf | +3,110 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Custom | Custom | | Custom | | Custom | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 13 | 12 | | 14 | | 12 | |
| Condition | Average+ | Average+ | | Average- | +200,000 | Average+ | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 9  3  3.5 | 9  4  4.5 | -20,000 | 9  4  4 | -5,000 | 9  4  3 | +5,000 |
| Gross Living Area | 3,878 sq.ft. | 4,212 sq.ft. | -50,100 | 4,492 sq.ft. | -92,100 | 4,366 sq.ft. | -73,200 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | APN | 2069-093-010 | | 2069-081-050 | | 2069-092-021 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Attached | 3 Car Attached | | 4 Car Attached | -25,000 | 3 Car Attached | |
| Porch/Patio/Deck | Slab | Slab | | Slab | | Slab | |
| Pool/Spa | Pool/Spa | Association | +50,000 | Pool/Spa | | Pool/Spa | |
| Upgrades | Average | Inferior | +50,000 | Inferior | +50,000 | Average | |
| Days on Market/List Price | Not Listed | 129/$2,229,000 | | 137/$2,169,000 | | 104/$2,299,000 | |
| Net Adjustment (Total) | | ☒ +  ☐ -  $ | 120,780 | ☒ +  ☐ -  $ | 139,740 | ☐ +  ☒ -  $ | -65,090 |
| Adjusted Sale Price | | Net Adj.    5.8  % | | Net Adj.    6.7  % | | Net Adj.    2.8  % | |
| of Comparables | | Gross Adj.  12.5 % $ | 2,208,180 | Gross Adj.  18.3 % $ | 2,239,740 | Gross Adj.  3.5  % $ | 2,233,910 |

*SALES COMPARISON APPROACH*

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/07/2016 | None | None | 02/17/2016 |
| Price of Prior Sale/Transfer | None Noted/Grant Deed | None | None | $2,285,000 |
| Data Source(s) | Realist/ND | Realist/ND | Realist/ND | Realist/ND |
| Effective Date of Data Source(s) | 01/31/2017 | 01/31/2017 | 01/31/2017 | 01/31/2017 |

*SALE HISTORY*

Analysis of prior sale or transfer history of the subject property and comparable sales        Any prior sales listed above.

Analysis/Comments        Please see additional comparables page.

*ANALYSIS / COMMENTS*

Form 2055.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Exterior–Only Inspection Residential Appraisal Report

File # TPV/Paloci/PradoDeLas

| FEATURE | SUBJECT | COMPARABLE SALE # 10 | | COMPARABLE SALE # 11 | | COMPARABLE SALE # 12 | |
|---|---|---|---|---|---|---|---|
| Address | 25420 Prado De Las Peras Calabasas, CA 91302 | 3935 Prado De Las Frutas Calabasas, CA 91302 | | | | | |
| Proximity to Subject | | 0.19 miles SW | | | | | |
| Sale Price | $ N/A | $ 2,550,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 599.15 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | Realist/CRMLS #SR16765738 | | | | | |
| Verification Source(s) | | Tomer Fridman 310-926-3777 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Active Listing | -127,500 | | | | |
| Concessions | | Standard Sale | | | | | |
| Date of Sale/Time | | Active Listing | | | | | |
| Location | Average | Average | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 18,532 sf | 12,700 sf | +58,320 | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | Custom | Custom | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Actual Age | 13 | 12 | | | | | |
| Condition | Average+ | Good | -100,000 | | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 9 | 3 | 3.5 | 9 | 4 | 5 | -15,000 | | | | | |
| Gross Living Area | 3,878 sq.ft. | 4,256 sq.ft. | -56,700 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | APN | 2069-096-005 | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 3 Car Attached | 4 Car Attached | -25,000 | | | | |
| Porch/Patio/Deck | Slab | Slab | | | | | |
| Pool/Spa | Pool/Spa | Pool/Spa | | | | | |
| Upgrades | Average | Superior | -50,000 | | | | |
| Days on Market/List Price | Not Listed | 42/$2,675,000 | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ -315,880 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 12.4 % | | Net Adj. 0.0 % | | Net Adj. 0.0 % | |
| of Comparables | | Gross Adj. 17.0 % | $ 2,234,120 | Gross Adj. 0.0 % | $ 0 | Gross Adj. 0.0 % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 10 | COMPARABLE SALE # 11 | COMPARABLE SALE # 12 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/07/2016 | 02/17/2016 | | |
| Price of Prior Sale/Transfer | None Noted/Grant Deed | $2,285,000 | | |
| Data Source(s) | Realist/ND | Realist/ND | | |
| Effective Date of Data Source(s) | 01/31/2017 | 01/31/2017 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Any prior sales listed above.

Analysis/Comments   Please see additional comparables page.

## Supplemental Addendum

File No. TPV/Paloci/PradoDeLas

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |

### Electronic Signature

The signature in this report is an authorized electronic signature, with secure password encryption. The appraiser retains sole control over the ability to affix his electronic signature on all appraisal reports. This electronic signature is as legally binding as a traditional "wet" signature, and is accepted by all national and state regulatory agencies.

### Exterior-Only : Neighborhood - Description

Subject is located in a conforming area in the city.  Area is located close to all supporting facilities including, schools employment centers, and arterial freeways. Neighborhood shopping consists of convenience stores, neighborhood and community shopping centers. No adverse conditions noted.

### Exterior-Only : Neighborhood - Market Conditions

Current and previous market data in the Subject neighborhood, including closed sales as well as listings, discussions with local brokers and real estate professionals, indicate an estimated exposure time of less than three months for the subject property if marketed at a competitive price as of the effective date of this appraisal report.  Motivated home sellers that had reduced their asking prices to market levels, pent up demand for single family housing and favorable financing conditions are currently setting market values as evidenced by the comparable utilized in this report. Values appear to have stabilized in this neighborhood over the term of this study after a few years of significant increase. The marketability of the Subject property to the other similar properties in the area was good. The short term outlook of the market appeared to have been good.

### Scope Of Work (Continued)

The appraiser researched the subject via, **REALIST**, and **CR MLS**. The appraiser completed a visual observation of the subject property based upon walking around and viewing the subject's improvements from the exterior (on all sides from the ground level), viewed the interior of the subject's improvements in every room.

The appraiser did not view the crawl space under the house (if applicable) or the attic (if applicable). The appraiser's visual observation did not include testing appliances, heating systems, plumbing systems, electrical systems, sewage lines, heating system, interior wall space, foundation, soil, or other items that are beyond the scope of work for a visual observation as defined in this appraisal report. If, the client or any other reader of this appraisal report has concerns about the functionality of these items then the appraiser recommends the reader secure an inspector that is qualified in those systems. The appraiser provides no warranties expressed implied or otherwise for the function of these items.

The appraiser ran researched comparable sales (properties that have sold in the minimum of the past 6 months up to 12 months), active listings, and pending sales through these data sources for the subject's market area and comparable and/or competing market areas. The research includes, but is not limited to, searches of similar style, age, quality, condition, gross living area, gross building area, amenities, bedroom count, bathroom count, site size, zoning, and/or view quality. These properties were then looked at and considered on paper and cross referenced with the available data sources to find the best comparable properties to the subject's property. Those that were considered the best were then viewed from the public streets for comparison to the subject as well as interviews (either phone, electronic mail, fax, or in person) with either/or the Listing Agent, Buyers Agent, Seller, or the Buyer involved in the transaction. After this was considered and concluded then the best comparable properties were included in this appraisal report.

### Adverse Environmental Conditions

As part of the appraisal process an overall visual observation of the subject's improvements and site was conducted but, there were no visible evidence of hazardous environmental conditions which may affect the subject property or its value. However, the appraiser is not an expert, and is not qualified to confirm or deny the existence of hazardous substances. If the subject property was built before 1978, portions of the structure may be comprised of lead based paint or asbestos containing material. Should any evidence of such material be discovered, removal by a certified professional is recommended and this in no way shall be construed to warrant the condition of the property. A common sense and a reasonable amount of training in identification exist to determine visible or otherwise obvious substances or conditions which may prove detrimental.   No warranty of the subject property is given or implied. No liability is assumed for the structural or mechanical elements of the property.

## Supplemental Addendum

File No. TPV/Paloci/PradoDeLas

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Trojan Capital Investments, LLC | | | | | |
| Property Address | 25420 Prado De Las Peras | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | |

### Clarification & Definition

This section is intended to clarify and define areas of the appraisal report.

The client and any other reader of this appraisal report is put on notice that this appraisal report is not a Home Inspection, Structural Engineer Inspection, Roof Certification, Pest and Dry Rot Inspection, Environmental Inspection, and/or any other inspection than a visual observation. If, the client and/or any other reader of this appraisal report has concerns of these systems that are beyond the expertise and scope of work of the appraisal process and appraiser then they should engage the services of a professional that is an expert in those systems.

I certify that the use of this report is subject to the requirements of the Appraisal Foundation and USPAP relating to review by its duly authorized representatives.

It is intended that this appraisal and appraisal report meet or exceed the minimum requirements of the Federal Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), the minimum appraisal regulatory laws administered by the California State Office of Real Estate Appraisers, as well as the Client's requested guidelines.

"Complete Visual Inspection" as stated in Certification #2 inspection is misleading and is amended to read as observation. A "complete visual observation" is defined as the following and includes only the following. A visual observation of the subject from the ground level walking around the subject's improvements and looking in each of the improvements (house, garage, & other buildings on site). The measuring of the exterior of the subject's house, garage, and significant outbuilding (shops, barns, & accessory dwelling units). A visual observation of the interior lay out/floor plan of the subject's house. Assess the functional utility of the property, address the conformity to the neighborhood, and a visual observation of the readily apparent condition of the property. The "complete visual observation" does not include observation of the crawl space access, attic, testing of the mechanical systems (includes but not limited to well, septic system, furnace, water heater, kitchen and bathroom appliances/fixtures, fireplace, electrical systems, natural/propane gas systems, and plumbing systems). The appraiser only reports what is readily observable based upon the visual observation. The appraiser is not liable for items that are concealed and those items that can not be seen.

Certification #21 & #23. The Intended User of this appraisal report by the appraiser is only the client for the intended use for a mortgage finance transaction. The client may provide copies of this appraisal report to others as stated in Certification #21. The other parties may chose to rely upon this appraisal report, however, they should not rely on it to disclose conditions and defects of the subject property and improvements not already discussed in this appraisal report.

Page 1, Improvements, questions 2 and 3. These two questions and answers are based upon the complete visual observation of the subject property as defined above. The appraiser makes no warranties expressed implied or otherwise as to items that are beyond the scope of a visual observation and for systems not tested by the appraiser.

### Supplemental Certification

I completed an appraisal of the subject for the same client with the effective date of June 9, 2016.  My value opinion as of that date was $2,250,000.  I certify that, to the best of my knowledge and belief that I have not performed any other prior services regarding the subject property, as an appraiser, or in any other capacity, within the three year period immediately preceding the acceptance of this appraisal assignment.  I do not have any financial interest in the subject property.

# Location Map

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



## Location Map

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



## Plat Map

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



# Building Sketch

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 2854 Sq ft | 44 × 20 = 880 |
| | | 25 × 18 = 450 |
| | | 17 × 4 = 68 |
| | | 9 × 2 = 18 |
| | | 25 × 13 = 325 |
| | | 22 × 5 = 110 |
| | | 21 × 20 = 420 |
| | | 22 × 26 = 572 |
| | | 1 × 11 = 11 |
| Second Floor | 1024 Sq ft | 18 × 17 = 306 |
| | | 22 × 18 = 396 |
| | | 17 × 16 = 272 |
| | | 10 × 5 = 50 |
| **Total Living Area (Rounded):** | **3878 Sq ft** | |
| **Non-living Area** | | |
| Courtyard | 531 Sq ft | 18 × 23 = 414 |
| | | 9 × 13 = 117 |
| 1 Car Attached | 180 Sq ft | 15 × 12 = 180 |
| 2 Car Attached | 400 Sq ft | 20 × 20 = 400 |

## Subject Photo Page

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



### Subject Front

| | |
|---|---|
| 25420 Prado De Las Peras | |
| Sales Price | N/A |
| Gross Living Area | 3,878 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.5 |
| Location | Average |
| View | Residential |
| Site | 18,532 sf |
| Quality | Average |
| Age | 13 |



### Rear



### Subject Street

## Subject Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Trojan Capital Investments, LLC | | | | | |
| Property Address | 25420 Prado De Las Peras | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | |



### Alternate Front View

25420 Prado De Las Peras

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,878 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.5 |
| Location | Average |
| View | Residential |
| Site | 18,532 sf |
| Quality | Average |
| Age | 13 |



### Alternate Street View



### Alternate Front View

**Subject   Photo Page**

| | |
|---|---|
| Borrower | Trojan Capital Investments, LLC |
| Property Address | 25420 Prado De Las Peras |
| City | Calabasas |
| County | Los Angeles |
| State | CA |
| Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC |



### Kitchen

| | |
|---|---|
| 25420 Prado De Las Peras | |
| Sales Price | N/A |
| Gross Living Area | 3,878 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.5 |
| Location | Average |
| View | Residential |
| Site | 18,532 sf |
| Quality | Average |
| Age | 13 |



**Sample Bedroom**



**Sample Bathroom**

**Subject Photo Page**

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



### Sample Bathroom

25420 Prado De Las Peras

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,878 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.5 |
| Location | Average |
| View | Residential |
| Site | 18,532 sf |
| Quality | Average |
| Age | 13 |



### Dining Room



### Family Room

## Subject Photo Page

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



**Rear Patio**

25420 Prado De Las Peras

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,878 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.5 |
| Location | Average |
| View | Residential |
| Site | 18,532 sf |
| Quality | Average |
| Age | 13 |



**Living Room**



**Rear**

## Comparable Photo Page

| | |
|---|---|
| Borrower | Trojan Capital Investments, LLC |
| Property Address | 25420 Prado De Las Peras |
| City | Calabasas |
| County | Los Angeles |
| State | CA |
| Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC |



### Comparable 1
3980 Prado Del Maiz

| | |
|---|---|
| Proxy. to Subject | 0.15 miles SW |
| Sale Price | 2,315,000 |
| Gross Living Area | 3,862 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3 |
| Location | Average |
| View | Residential |
| Site | 10,906 sf |
| Quality | Average |
| Age | 12 |



### Comparable 2
4015 Prado Del Trigo

| | |
|---|---|
| Proxy. to Subject | 0.09 miles SE |
| Sale Price | 2,499,000 |
| Gross Living Area | 4,259 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.5 |
| Location | Average |
| View | Residential |
| Site | 37,964 sf |
| Quality | Average |
| Age | 12 |



### Comparable 3
4154 Prado De La Puma

| | |
|---|---|
| Proxy. to Subject | 0.29 miles E |
| Sale Price | 2,340,000 |
| Gross Living Area | 4,366 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.5 |
| Location | Average |
| View | Residential |
| Site | 18,346 sf |
| Quality | 150Average |
| Age | 14 |

## Comparable Photo Page

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



### Comparable 4

| | |
|---|---|
| 3935 Prado De Las Frutas | |
| Proxy. to Subject | 0.19 miles SW |
| Sale Price | 2,285,000 |
| Gross Living Area | 4,256 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 5 |
| Location | Average |
| View | Residential |
| Site | 12,700 sf |
| Quality | Average |
| Age | 12 |



### Comparable 5

| | |
|---|---|
| 4140 Prado De Los Zorros | |
| Proxy. to Subject | 0.21 miles E |
| Sale Price | 2,125,000 |
| Gross Living Area | 4,602 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.5 |
| Location | Average |
| View | Residential |
| Site | 11,184 sf |
| Quality | Average |
| Age | 13 |



### Comparable 6

| | |
|---|---|
| 3905 Prado De Las Frutas | |
| Proxy. to Subject | 0.24 miles SW |
| Sale Price | 2,475,000 |
| Gross Living Area | 4,708 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5.5 |
| Location | Average |
| View | Residential |
| Site | 12,527 sf |
| Quality | Average |
| Age | 12 |

**Comparable Photo Page**

| Borrower | Trojan Capital Investments, LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | |



### Comparable 7

3905 Prado Del Maiz
| | |
|---|---|
| Prox. to Subject | 0.26 miles SW |
| Sale Price | 2,087,400 |
| Gross Living Area | 4,212 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 5.5 |
| Location | Average |
| View | Residential |
| Site | 13,704 sf |
| Quality | Average |
| Age | 12 |



### Comparable 8

4123 Prado De Las Cabras
| | |
|---|---|
| Prox. to Subject | 0.10 miles E |
| Sale Price | 2,100,000 |
| Gross Living Area | 4,492 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Average |
| View | Residential |
| Site | 17,348 sf |
| Quality | Average |
| Age | 14 |



### Comparable 9

3915 Prado Del Trigo
| | |
|---|---|
| Prox. to Subject | 0.21 miles S |
| Sale Price | 2,299,000 |
| Gross Living Area | 4,366 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Average |
| View | Residential |
| Site | 18,221 sf |
| Quality | Average |
| Age | 12 |

**Comparable Photo Page**

| Borrower | Trojan Capital Investments, LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 25420 Prado De Las Peras | | | | | | |
| City | Calabasas | County | Los Angeles | State | CA | Zip Code | 91302 |
| Lender/Client | Trojan Capital Investments, LLC | | | | | | |



### Comparable 10

3935 Prado De Las Frutas

| | |
|---|---|
| Prox. to Subject | 0.19 miles SW |
| Sale Price | 2,550,000 |
| Gross Living Area | 4,256 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 5 |
| Location | Average |
| View | Residential |
| Site | 12,700 sf |
| Quality | Average |
| Age | 12 |

### Comparable 11

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 12

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

**REALIST Public Records Property Profile – Page 1**

## 25420 Prado De Las Peras, Calabasas, CA 91302-3656, Los Angeles County



| 3 | 3,872 | 18,569 | $2,450,000 |
|---|---|---|---|
| **MLS Beds** | **MLS Sq Ft** | **Lot Sq Ft** | **Sale Price** |
| 4 | 2004 | PUD | 05/23/2007 |
| **MLS Baths** | **Yr Built** | **Type** | **Sale Date** |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Fridmn Isidora D** | Tax Billing Zip: | **91302** |
| Mail Owner Name: | **Isidora D Fridmn** | Tax Billing Zip+4: | **3656** |
| Tax Billing Address: | **25420 Prado De Las Peras** | Owner Occupied: | **Yes** |
| Tax Billing City & State: | **Calabasas, CA** | | |

### Location Information

| | | | |
|---|---|---|---|
| Zip Code: | **91302** | School District: | **Las Virgenes** |
| Carrier Route: | **R006** | Comm College District Code: | **Los Angeles City** |
| Tract Number: | **35596** | Census Tract: | **8002.02** |

### Tax Information

| | | | |
|---|---|---|---|
| APN : | **2069-095-016** | Lot: | **16** |
| % Improved: | **42%** | Water Tax Dist: | **Las Virgenes Imp** |
| Tax Area: | **11405** | Fire Dept Tax Dist: | **Consolidated Co** |
| Legal Description: | **TR=35596-13 LOT 16** | | |

### Assessment & Tax

| Assessment Year | 2016 | 2015 | 2014 |
|---|---|---|---|
| Assessed Value – Total | $2,245,000 | $2,245,000 | $1,871,000 |
| Assessed Value – Land | $1,312,700 | $1,312,700 | $1,094,000 |
| Assessed Value – Improved | $932,300 | $932,300 | $777,000 |
| YOY Assessed Change ($) | $0 | $374,000 | |
| YOY Assessed Change (%) | 0% | 19.99% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2014 | $25,110 | | |
| 2015 | $29,173 | $4,063 | 16.18% |
| 2016 | $29,238 | $65 | 0.22% |

| Special Assessment | Tax Amount |
|---|---|
| Land/Light #22 81 | $750.24 |
| Cfd2001-1calbsas80 | $3,159.68 |
| Mwd Standby #1 86 | $8.02 |
| Las Virgenes Wtr88 | $10.00 |
| Lvusd Measure E 80 | $98.00 |
| County Park Dist21 | $10.79 |
| Trauma/Emerg Srv86 | $175.11 |
| La Co Fire Dept 32 | $65.08 |
| La West Mosq Ab 31 | $10.85 |
| Total Of Special Assessments | $4,287.77 |

### Characteristics

| | | | |
|---|---|---|---|
| County Land Use: | **Resid-Planned** | Full Baths: | **4** |
| Universal Land Use: | **PUD** | Heat Type: | **Central** |
| Lot Acres: | **0.4263** | Cooling Type: | **Central** |

Courtesy of Jeffrey Neel, Coldwell Banker Beachside, California Regional MLS
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 05/15/2017
Page 1 of 3

**REALIST Public Records Property Profile – Page 2**

| | | | |
|---|---|---|---|
| Lot Area: | **18,569** | Parking Spaces: | **MLS: 3** |
| Building Sq Ft: | **Tax: 4,130 MLS: 3,872** | Year Built: | **Tax: 2004 MLS: 2005** |
| Total Units: | **1** | Effective Year Built: | **2004** |
| Bedrooms: | **3** | Building Type: | **Type Unknown** |
| Total Baths: | **4** | # of Buildings: | **1** |
| MLS Total Baths: | **4** | | |

## Estimated Value

| | | | |
|---|---|---|---|
| RealAVM™ (1): | **$2,495,789** | Confidence Score (2): | **76** |
| RealAVM™ Range: | **$2,146,379 - $2,845,199** | Forecast Standard Deviation (3): | **14** |
| Value As Of: | **05/04/2017** | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

## Listing Information

| | | | |
|---|---|---|---|
| MLS Listing Number: | **FR2069007** | MLS Current List Price: | **$2,379,000** |
| MLS Status: | **Canceled** | MLS Original List Price: | **$2,379,000** |
| MLS Area: | **CLB** | MLS Listing Agent: | **F210001431-Isidora Fridman** |
| MLS Status Change Date: | **05/04/2007** | MLS Listing Broker: | **EWING SOTHEBYS I.R.** |

| MLS Listing # | 07-155547 | Fr2053815 | Fr2016390 | 06-035017 |
|---|---|---|---|---|
| **MLS Status** | Expired | Expired | Expired | Expired |
| **MLS Listing Date** | 01/17/2007 | 09/13/2006 | 02/07/2006 | 02/07/2006 |
| **MLS Listing Price** | $2,379,000 | $2,379,000 | $2,499,000 | $2,672,000 |
| **MLS Orig Listing Price** | $2,379,000 | $2,499,000 | $2,894,876 | $2,650,000 |
| **MLS Listing Cancellation Date** | 07/17/2007 | 02/17/2007 | 02/17/2007 | 10/20/2006 |

## Last Market Sale & Sales History

| | | | |
|---|---|---|---|
| Recording Date: | **07/18/2007** | Sale Type: | **Full** |
| Sale Date: | **05/23/2007** | Deed Type: | **Grant Deed** |
| Sale Price: | **$2,450,000** | Owner Name: | **Fridmn Isidora D** |
| Price Per Square Feet: | **$593.22** | Seller: | **Almog Omer & Galit N** |
| Document Number: | **1696483** | | |

| **Recording Date** | 06/07/2016 | 07/18/2007 |
|---|---|---|
| **Sale Date** | 06/07/2016 | 05/23/2007 |
| **Sale Price** | | $2,450,000 |
| **Nominal** | Y | |
| **Buyer Name** | Fridmn Isidora D | Fridman Tomer |
| **Seller Name** | Fridman Tomer | Almog Omer & Galit N |
| **Document Number** | 653704 | 1696483 |
| **Document Type** | Grant Deed | Grant Deed |

## Mortgage History

| **Mortgage Date** | 07/18/2007 | 07/18/2007 | 02/01/2006 | 08/01/2005 | 08/01/2005 |
|---|---|---|---|---|---|
| **Mortgage Amount** | $1,960,000 | $244,950 | $340,000 | $1,430,000 | $330,000 |
| **Mortgage Lender** | Washington Mutual Bk Fa | National Cty Bk | Wells Fargo Bk Na | No Red Tape Mtg | No Red Tape Mtg |
| **Mortgage Code** | Conventional | Conventional | Conventional | Conventional | Conventional |

| **Mortgage Date** | 06/25/1999 |
|---|---|
| **Mortgage Amount** | $11,000,000 |
| **Mortgage Lender** | |
| **Mortgage Code** | Private Party Lender |

## Foreclosure History

**Courtesy of Jeffrey Neel, Coldwell Banker Beachside, California Regional MLS**
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**

Generated on 05/15/2017

Page 2 of 3

**REALIST Public Records Property Profile – Page 3**

| Document Type | Notice Of Trustee's Sale | Notice Of Default | Notice Of Default | Release Of Lis Pendens/ Notice | Notice Of Trustee's Sale |
|---|---|---|---|---|---|
| Default Date | | 02/02/2016 | 10/19/2015 | | |
| Foreclosure Filing Date | 05/11/2016 | 02/03/2016 | 10/19/2015 | | 12/02/2009 |
| Recording Date | 05/13/2016 | 02/04/2016 | 10/21/2015 | 08/25/2010 | 12/07/2009 |
| Document Number | 547719 | 128916 | 1291977 | 1184142 | 1844688 |
| Default Amount | | $234,512 | $52,229 | | |
| Final Judgment Amount | $415,519 | | | | $2,225,530 |
| Original Doc Date | 07/18/2007 | 07/18/2007 | 07/18/2007 | 03/25/2009 | 07/18/2007 |
| Original Document Number | 1696485 | 1696485 | 1696484 | 426916 | 1696484 |

| Document Type | Notice Of Default |
|---|---|
| Default Date | 03/24/2009 |
| Foreclosure Filing Date | 03/24/2009 |
| Recording Date | 03/25/2009 |
| Document Number | 426916 |
| Default Amount | $46,523 |
| Final Judgment Amount | |
| Original Doc Date | 07/18/2007 |
| Original Document Number | 1696484 |

## Property Map





*Lot Dimensions are Estimated

Courtesy of Jeffrey Neel, Coldwell Banker Beachside, California Regional MLS
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 05/15/2017
Page 3 of 3