HENRY D. PALOCI III (California State Bar No. 268970)
hpaloci@calibankruptcy.com
POB 3906
Westlake Village, CA 91359
Telephone: 805.279.1225
Facsimile: 866.565.6345
Attorneys for Creditor Trojan Capital Investment LLC

**FILED & ENTERED**

**MAY 23 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gasparia  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

SAN FERNANDO VALLEY DIVISION

In re:  )
  ) Case No.: 1:16-bk-11729-MB
TOMER FRIDMAN,  )
  ) Chapter 13 Case
        Debtor(s)  )
  )
  ) **ORDER DENYING DEBTOR'S**
  ) **MOTION FOR ORDER DETERMINING**
  ) **VALUE OF COLLATERAL**
  )
  ) **Hearing Set:**
  ) **Date: April 10, 2017**
  ) **Time: 1:30PM**
  ) **Courtroom: 303**
  )
  ) **21041 Burbank Blvd.**
  ) **Woodland Hills, California**
  )
  ) **[Related: Docket Entry No. 62]**
  )
  )
  )
  )
  )

**THIS CAUSE CAME BEFORE THE COURT** upon Debtor's Motion for Order Determining Value of Collateral [Docket Entry No. 62] on the date and time shown on the first page of this pleading. Appearances were made as set forth on the record.

The Court, having reviewed the pleadings and the Court file, heard argument, and having otherwise been duly advised in the premises, **ORDERS AND ADJUDGES** that

The MOTION IS DENIED WITHOUT PREJUDICE <u>for the reasons stated on the record at the hearing</u>.

**IT IS SO ORDERED.**

### # # #

Date: May 23, 2017

Martin R Barash
United States Bankruptcy Judge