HENRY D. PALOCI III (California State Bar No. 268970)
hpaloci@hotmail.com
Henry D. Paloci III PA
POB 3906
Westlake Village, CA 91359
Telephone:  805.498.5500
Facsimile:  866.565.6345

Attorneys for Creditor TROJAN CAPITAL INVESTMENT LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| TOMER FRIDMAN, | ) Case No.: 1:16-bk-11729-MB |
| | ) |
| Debtor(s). | ) Chapter 13 Case |
| | ) |
| | ) **NOTICE OF ERRATA** |
| | ) |
| | ) **[Related: Docket Entry No. 137]** |
| | ) |
| | ) <u>Hearing Set:</u> |
| | ) Date:   May 30, 2017 |
| | ) Time:   1:30PM |
| | ) |
| | ) <u>Location</u>: |
| | ) Courtroom 303 |
| | ) 21041 Burbank Blvd. |
| | ) Woodland Hills, California |

1

1  **COMES NOW** TROJAN CAPITAL INVESTMENT LLC, a secured creditor in this action and

2  movant with respect to the Motion to Dismiss [Docket Entry No. 137] (the "Motion") filed in

3  this case (hereinafter "Creditor" or "Movant"), by and through undersigned counsel, and gives

4  notice of a scrivener's error in the Motion, to-wit: on page 2 of the Motion the movant is

5  incorrectly shown as "Trinity Financial Services LLC." All parties in interest are hereby

6  advised, for the sake of clarity, and to the extent that this point must be made clear, that Movant

7  is correctly shown as TROJAN CAPITAL INVESTMENT LLC in five other places in the

8  Motion and on the face of the docket, and is indeed the Movant with respect to the Motion.

9  Trinity Financial Services LLC is not a party to this action and has not appeared in it. Movant

10 submits that it is obvious from the record and the Motion that the movant is TROJAN

11 CAPITAL INVESTMENT LLC and not Trinity Financial Services LLC.

Dated: 5/23/2017                                  Respectfully Submitted:

                                                  TROJAN CAPITAL INVESTMENT LLC

                                                  __/s/ Henry D. Paloci III_____
                                                  Attorney for Creditor
                                                  TROJAN CAPITAL INVESTMENT LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
POB 3906, Westlake Village, CA 91359

A true and correct copy of the foregoing document entitled: NOTICE OF ERRATA
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___05/23/2017___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee, ustpregion16.wh.ecf@usdoj.gov; Margaux Ross, margaux.ross@usdoj.gov; Adam Barasch, efiling@severson.com; William Brownstein, brownsteinlaw.bill@gmail.com; Daniel Fujimoto, wdk@wolffirm.com; Todd Garan, ch11ecf@aldridgepite.com; Jamie Hanawalt/ Gilbert Yabes, ecfcacb@aldridgepite.com; Erica Loftis, erica.loftis@buckleymadole.com; William McDonald, caecf@tblaw.com; Randall Mroczynski, randym@cookseym.com; Kelly Raftery, bknotice@mccarthyholthus.com; Valerie Smith, claims@recoverycorp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___05/23/2017___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___05/23/2017___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Martin Barash, 21041 Burbank Blvd., Room 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/23/2017 | Henry D. Paloci III | /s/ Henry D. Paloci III |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2