William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90401-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com

Attorneys for Tomer Fridman, Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>TOMER FRIDMAN, | Case No. 1:16-bk-11729MB<br><br>Chapter 11<br><br>**DEBTOR'S SUR REPLY TO REPLY AND SUPPLEMENT RE: MOTION TO DISMISS CASE PURSUANT TO 11 USC 1112(b) [DOC 152]**<br><br>DATE: May 30, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 303<br>LOCATION: 21041 Burbank Boulevard<br>     Third<br>     Woodland Hills CA 91367 |

TO THE HONORABLE MARTIN BARASH BANKRUPTCY JUDGE, ALL PARTIES THAT HAVE REQUESTED SPECIAL NOTICE, ALL PARTIES ON THE COURT'S ECF NOTICING, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

Tomer Fridman, the above captioned Debtor and Debtor in Possession through his counsel William H. Brownstein & Associates, Professional Corporation, is filing this Debtor's Sur Reply to Reply and Supplement Re: Motion to Dismiss Case Pursuant to 11 Usc 1112(b) [DOC 152], the hearing on which was scheduled and NOT properly noticed to take place on May 30, 2017 at 1:30 p.m., or as soon thereafter as the Honorable Martin R. Barash,

**DEBTOR'S SUR REPLY TO REPLY AND SUPPLEMENT RE: MOTION TO DISMISS CASE PURSUANT TO 11 USC 1112(b) [DOC 152]**

1

Bankruptcy Judge in his courtroom located at 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367.

1. Debtor is the Debtor in Possession in the above captioned case having filed a voluntary petition under Chapter 13 of the Bankruptcy Code which case was converted to a case under Chapter 11 of the Bankruptcy Code pursuant to the order entered on December 22, 2016 and for all times thereafter he has remained the debtor in possession pursuant to 11 U.S.C. §§1107 and 1108.

2. On May 9, 2017, Trojan Capital Investment LLC ("Trojan") apparently now admitting that it improperly used the name Trinity Financial Services, LLC in at motion, filed its Motion to Dismiss ("MTD"), which was not noticed in accordance with applicable law and to which the Debtor responded by filing his notice of defective service.

3. On May 23, 2017, Trojan filed its REPLY AND SUPPLEMENT RE: MOTION TO DISMISS CASE PURSUANT TO 11 USC 1112(b) (the "Trojan Reply"), in which it misrepresents and distorts the majority of the points raised in Debtor's Notice of Defective Service ("NODS"), including:

a. The Trojan Reply, Doc 152, Page 2 of 12, Lines 17 - 22, states that the name of Trinity Financial Services, Inc., and not Trojan is the only basis for Debtor's notice and that Debtor must suffer at its own peril for doing so. The fact that Trojan's attorney in is haste names another of his predatory lender clients which has the same president as Trojan is not material to Debtor's Notice.

b. Trojan and its counsel's does not address their disregard of due process and required notices to ALL creditors as noted in Debtor's notice of defective notice[1]. Proceeding with their MTD would violate applicable law.

---

[1] In fact Trojan has a history of failing to give notice, to proceed with actions such as purchasing loans and not giving the borrowers notice and instead proceeding with foreclosure sales based on purported wrongdoing of the borrowers, such as the Debtor, when they never gave notice of where to send payments or that they took over the loans, by doing that foreclosing on properties, charging exorbitant penalties, late charges and costs, and once taking the properties keeping all rents and not paying the senior creditor or creditors.

**DEBTOR'S SUR REPLY TO REPLY AND SUPPLEMENT RE: MOTION TO DISMISS CASE PURSUANT TO 11 USC 1112(b) [DOC 152]**

2

c. In addition to the use of the wrong name of the moving party, Trojan does not address the Proof of Service that doesn't even address that it ever served a copy of its MTD on anyone.

4. Trojan's Reply contains other material misrepresentations. More specifically at Doc. 152, Page 2 or 8, Line 28 through Page 3 of 8, Line 2, it states

> "5. Debtor was ordered by the Court to file information regarding his finances *before* May 16, 2017. Debtor filed pleadings on May 16, 2017, which purport to meet that obligation, but they are wholly inadequate with respect to the Debtor's income and expenditures" when in fact as more fully explained herein and shown in Doc 118, attached hereto, the notice was required the filings *no later than* and not *before as stated by Trojan.*

5. In fact, Doc. 118 filed with this Court and served on **all parties** on April 25, 2017, provides that the filings must be made **no later than** May 16, 2017, showing another instance where Trojan and its counsel are attempting to gain advantage through their obfuscation.

6. Debtor notes that he filed and served all filings no later than May 16, 2017, and in with regard to many before that deadline.

7. The Trojan Reply is also disingenuous in raising new questions when it fact they know that have scheduled a Rule 2004 examination to take place on June 5, 2017, at which time Trojan may raise those questions.

8. To avoid any confusion, the Debtor did not admit to any of the contentions raised in the MTD, and in fact it referenced the Supplemental Status Report and the documents filed in this case in the event that the Court decided to consider that motion. However, as stated in the Notice of Defective Service, the law is abundantly clear that due process is required and notice to ALL creditors must take place, which did not and which Trojan and its Counsel, using Henry Palosi's own terms which they failed to do at their own peril.

For the foregoing reasons and for the reasons stated in the Notice of Defective Notice,

**DEBTOR'S SUR REPLY TO REPLY AND SUPPLEMENT RE: MOTION TO DISMISS CASE PURSUANT TO 11 USC 1112(b) [DOC 152]**

1  the MTD should be denied.

2  DATED: May 24, 2017          Respectfully submitted,

3  William H. Brownstein & Associates,
   Professional Corporation

5  By: /s/ William H. Brownstein

6  William H. Brownstein, Attorneys for
   Debtor and Debtor in Possession

**DEBTOR'S SUR REPLY TO REPLY AND SUPPLEMENT RE: MOTION TO DISMISS CASE PURSUANT TO 11 USC 1112(b) [DOC 152]**

4

## File a Notice:

[1:16-bk-11729-MB Tomer Fridman](#) **Converted** 12/20/2016

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: MB | Case Flag: Incomplete, CONVERTED |

## U.S. Bankruptcy Court

## Central District of California

Notice of Electronic Filing

The following transaction was received from William H Brownstein entered on 4/25/2017 at 2:55 PM PDT and filed on 4/25/2017

**Case Name:** Tomer Fridman
**Case Number:** 1:16-bk-11729-MB
**Document Number:** 118

**Docket Text:**
Notice of Hearing *Notice of Ruling at Hearing on Supplemental Report of Debtor Pursuant to Order Setting Scheduling and Case Management Conference* Filed by Debtor Tomer Fridman. (Brownstein, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 04252017NoticeofContinuedCaseManagementReport.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=4/25/2017] [FileNumber=87352389-0] [aa562446e4f0e18c1c3d6e3df1a7c8aad27162d96637053340df3ecafa9d6da851 281b02251be3a76e814b2789cc6a3d2a6d9b353cf82e4fbc0324e00d030866]]

**1:16-bk-11729-MB Notice will be electronically mailed to:**

Adam N Barasch on behalf of Creditor Ally Bank
anb@severson.com, dgl@severson.com;efiling@severson.com

William H Brownstein on behalf of Debtor Tomer Fridman
Brownsteinlaw.bill@gmail.com

Daniel K Fujimoto on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2
wdk@wolffirm.com

Todd S Garan on behalf of Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3; Fay Servicing, LLC as servicer
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

ATTACHMENT TO SUR REPLY
5

Todd S Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Jamie D Hanawalt on behalf of Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com

Erica T Loftis on behalf of Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2 ("Secured Creditor"), as serviced by Fay Servicing, LLC (&
Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com

William F McDonald, III on behalf of Creditor BANK OF AMERICA, N.A.
Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

Henry D Paloci on behalf of Creditor Trojan Capital Investments LLC
hpaloci@hotmail.com, hpaloci@calibankruptcy.com

Kelly M Raftery on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.co m

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Gilbert R Yabes on behalf of Interested Party Fay Servicing, LLC
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Kristin A Zilberstein on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2
bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

**1:16-bk-11729-MB Notice will not be electronically mailed to:**

William Brownstein
11755 Wilshire Blvd Ste 1250
ATTACHMENT TO SUR REPLY
6

Los Angeles, CA 90025-1540

JP Morgan Chase Bank N.A.
,

ATTACHMENT TO SUR REPLY

7

William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90401-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com

Attorneys for Tomer Fridman, Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>TOMER FRIDMAN,<br><br><br><br><br><br><br>Debtor and<br>Debtor in Possession. | Case No. 1:16-bk-11729MB<br><br>Chapter 11<br><br>**NOTICE OF RULING AT HEARING ON SUPPLEMENTAL REPORT OF DEBTOR PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE**<br><br>DATE: April 25, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 303<br>LOCATION: 21041 Burbank Boulevard<br>  Third<br>  Woodland Hills CA 91367 |

TO THE HONORABLE MARTIN BARASH BANKRUPTCY JUDGE, ALL SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, ALL TAXING AUTHORITIES, ALL PARTIES THAT HAVE REQUESTED SPECIAL NOTICE, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND THE OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to the Order of the Honorable Martin R. Barash, Bankruptcy Judge, rendered at the hearing on the Debtor's Supplemental Report of Debtor Pursuant to Order Setting Scheduling and Case Management Conference, the following deadlines were set:

---

**NOTICE OF RULING AT HEARING ON SUPPLEMENTAL REPORT OF DEBTOR PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE**

1

ATTACHMENT TO SUR REPLY
8

1. Tomer Fridman, the above-captioned Debtor and Debtor in Possession ("Debtor"), must file and serve a Supplemental Report of Debtor Pursuant to Order Setting Scheduling and Case Management Conference ("Supplemental Report") in compliance with the requirements of the Bankruptcy Court's Order Setting Report of Debtor Pursuant to Order Setting Scheduling and Case Management Conference no later than May 16, 2017;

2. Debtor must file the monthly operating report for the month of March, 2017, no later than May 16, 2017;

3. Debtor must file the report required under Rule 2015.3 and any amended operating reports no later than May 16, 2017;

4. Any response to the Supplemental Report must be filed and served no later than May 26, 2017;

5. The continued hearing on the Scheduling and Case Management Conference shall take place on May 30, 2017 at 1:30 p.m., or as soon thereafter as the Honorable Martin R. Barash, Bankruptcy Judge, will hear the matter in his courtroom which is located at 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, California 91367 at which time the Debtor must personally appear.

DATED: April 25, 2017         Respectfully submitted,

William H. Brownstein & Associates,
  Professional Corporation

By: /s/ William H. Brownstein
William H. Brownstein, Attorneys
for Debtor and Debtor in Possession

ATTACHMENT TO SUR REPLY
9

NOTICE OF RULING AT HEARING ON SUPPLEMENTAL REPORT OF DEBTOR PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE
2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF RULING AT HEARING ON SUPPLEMENTAL REPORT OF DEBTOR PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/25/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Daniel K Fujimoto on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 wdk@wolffirm.com
Todd S Garan on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
Jamie D Hanawalt on behalf of Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
Erica T Loftis on behalf of Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2 ("Secured Creditor"), as serviced by Fay Servicing, LLC (& Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com
William F McDonald, III on behalf of Creditor BANK OF AMERICA, N.A., Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/25/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/25/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/25/2017 | William H. Brownstein | *William H. Brownstein* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)(Continued)**
:Gilbert R Yabes on behalf of Interested Party Fay Servicing, LLC ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
Kristin A Zilberstein on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com
Henry D Paloci on behalf of Creditor Trojan Capital Investments LLC hpaloci@hotmail.com, hpaloci@calibankruptcy.com
S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV) margaux.ross@usdoj.gov
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

SERVED BY UNITED STATES MAIL:
ALLY
P O BOX 380901
BLOOMINGTON, MN 55438

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

American Express Centurian Bank
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Andrew Kussmaul, Authorized Agent for Fa
Buckley Madole, P.C.
P.O. Box 9013
Addison, TX 75001

Bank of America, N.A.
PO BOX 31785
TAMPA, FL 33631-3785

Bank of America, N.A.
PO Box 15312
Wilmington, DE 19850-5312

Calvary SPC I, LLC as assignee of Capital
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

Calvary SPC I, LLC as assignee of FIA Ca
P.O. Box 27288
Tempe, AZ 85282

Calvary SPC I, LLC as assignee of HSBC B
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Cavalry SPV I, LLC
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

Chase
PO Box 24696
Columbus, OH 43224-0696

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

ATTACHMENT TO SUR REPLY
11

Chase Records Center Attn: Correspondence
Mail Code: LA4-5555
700 Kansas Lane
Monroe, LA 43219

Christiana Trust, a division of Wilmingt
Fay Servicing, LLC Bankruptcy Department
939 W. North Avenue, Suite 680
CHICAGO, IL 60642

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Daimler Trust
PO Box 5209
Carol Stream, IL 60197-5209

Don A. Madden, III, Pesident
Trojan Capital Investments, LLC
2618 swan Miguel Drive, Suite 316
Newport Beach, CA 92660

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197

FNB OMAHA
PO BOX 3412
OMAHA, NE 68197

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Internal Revenue Service
Philadelphia, PA 19101-1946

Isidora Fridman
3915 Prado del Maiz
Calabasas, CA 91302

Kia Vang, Bankruptcy Agent
Ally Servicing LLC
4000 Lexington Ave. N. Suite 100
Shoreview, MN 55126

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

ATTACHMENT TO SUR REPLY
12

Lisa Looney, Bankruptcy Specialist
Midland Credit Management, Inc.
P.O. Box 2036
Warren, MI 48090

Loan Me
PO Box 5645
Orance, CA 92863

Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110

Main Street Acquisition Corp. for HSBC C
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

MB FIN SVC
PO BOX 961
ROANOKE, TX 76262

MERCEDES BENZ OF CALABASAS
24181 CALABASAS ROAD
CALABASAS, CA 91302

Midland Credit Management, Inc. as agent
PO Box 2036
Warren, MI 48090

Nancy Craft, Authorized Representative
AMEX
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

Navient Solutions, Inc. on behalf of Uni
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430

WILKES-BARRE, PA 18773-9430
NORDSTM/TD
13531 E CALEY AVSERVICE
SERVICE
ENGLEWOOD, CO 80111

Payment Processing Center
P.O. Box 78367
Phoenix, AZ 85062-8367
Platino HOA c/o Mink Management
4040 Glencoe Avenue
Marina del Rey, CA 90292

Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ATTACHMENT TO SUR REPLY
13

F 9013-3.1.PROOF.SERVICE

Portfolio Recovery Associates, LLC assig
POB 41067
Best Buy Credit Card
Norfolk, VA 23541

Raymond Cruz, Bankruptcy Specialist
Calvary Portfolio Services, Inc.
500 Summit Lake Drive, Suite 400
Valhalia, NY 10595

Rita Torres, Administrative Assistant
Bass & Associates, P.C.
3936 East Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083

Shraddha Bharatia, Claims Administrator
Becket and Lee, LLP
PO Box 3008
Malvern, PA 19355-0701

State Board of Equalization
Special Operations Bankruptcy Team, MIC:
P.O. Box 942879
Sacramento, CA 94279-0074

SYNCB/JCP
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005

Tony Harrison, Assistant Vice President
Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998-2238

Trojan Capital Investments, LLC
28786 Network Place
Chicago, IL 60673

TROJAN CAPITAL INVESTMENTS, LLC
2618 SAN MIGUEL DRIVE, SUITE 316
NEWPORT BEACH, CA 92660

U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 1200
Glendale, CA 91203-2304

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

ATTACHMENT TO SUR REPLY
14

USA Funds MC E2148
Attn: Deposit Operation
P.O. Box 6180
Indianapolis, IN 46206-6180

Veronica Pacheco, VP, Loan Administration
Wells Fargo Bank, N.A.
PO Box 29482
Phoenix, AZ 85038

Wells Fargo Bank Payment Remittance cent
PO Box 6426
Carol Stream, IL 60197

Commissions Funding Solutions
1902 Wright Pl, Ste 200
Carlsbad CA 92008

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          F 9013-3.1.PROOF.SERVICE
ATTACHMENT TO SUR REPLY
15

| In re:<br>TOMER FRIDMAN | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:16-bk-11729MB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA 90025

A true and correct copy of the foregoing document described **DEBTOR'S SUR REPLY TO REPLY AND SUPPLEMENT RE: MOTION TO DISMISS CASE PURSUANT TO 11 USC 1112(b) [DOC 152]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 24, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On May 24, 2017 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 24, 2017 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA 91368

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 24, 2017 | William H. Brownstein | /s/ William H. Brownstein |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                     **F 9013-3.1**