| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>HENRY D. PALOCI III (California SBN 268970)<br>hpaloci@hotmail.com<br>Henry D. Paloci III PA<br>5210 Lewis Road #5<br>Agoura Hills, CA 91301<br>Telephone: 805.498.5500<br>Facsimile: 866.565.6345<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: CREDITOR<br>TROJAN CAPITAL INVESTMENTS LLC | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>TOMER FRIDMAN,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:16-bk—11729-MB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*):<br>ORDER UPON MOTION FOR EXAMINATION OF <s>DEBTOR PURSUANT TO FRBP 2004</s> |

PLEASE TAKE NOTE that the order titled ORDER UPON MOTION FOR EXAMINATION OF DEBTOR PURSUANT TO FRBP 2004
was lodged on (*date*) 6/1/2017   and is attached.  This order relates to the motion which is docket number 107.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

5210 Lewis Rd. #5
Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____6/1/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

William Brownstein, brownsteinlaw.bill@gmail.com; Margaux Ross, margaux.ross@usdoj.gov
 US Trustee, ustpregion16.sv.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) ___6/1/2017 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____6/1/2017_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin Barash, 21041 Burbank Blvd. Ctrm 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/1/2017 | Henry D. Paloci III | /s/ Henry D. Paloci III |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 2         **F 9021-1.2.BK.NOTICE.LODGMENT**

HENRY D. PALOCI III (California State Bar No. 268970)
hpaloci@calibankruptcy.com
POB 3906
Westlake Village, CA 91359
Telephone: 805.279.1225
Facsimile: 866.565.6345
Attorneys for Creditor Trojan Capital Investment LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 1:16-bk-11729-MB |
| TOMER FRIDMAN, | ) |
| | ) Chapter 13 Case |
| Debtor(s) | ) |
| | ) **ORDER GRANTING MOTION FOR EXAMINATION OF THE DEBTOR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| | ) **Hearing Set:** |
| | ) **Date:   May 2, 2017** |
| | ) **Time:   1:30 PM** |
| | ) **Courtroom: 303** |
| | ) **Place:   21041 Burbank Blvd.** |
| | ) **         Woodland Hills, California** |
| | ) [Related: Docket Entry No. 107] |

**THIS CAUSE CAME BEFORE THE COURT** upon the motion of TROJAN CAPITAL INVESTMENT LLC to examine the Debtor pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket Entry No. 107] on the date and time shown on the first page of this pleading. Appearances were made as set forth on the record.

The Court, having reviewed the pleadings and the Court file, heard argument, and having otherwise been duly advised in the premises, **ORDERS AND ADJUDGES** as follows.

1. Notice was proper.

2. The Motion is granted in its entirety.

3. Debtor shall appear for examination at the office of counsel for the movant, Henry D. Paloci III PA, 5210 Lewis Road #5, Agoura Hills, CA 91301, at 10:00AM on June 5, 2017.

4. On or before May 31, 2017, Debtor shall provide copies (which may be provided electronically where available) of the following documents to counsel for the movant:

    a. The transfer or disposition of any asset of the Debtor exceeding $1000 in value to any party;

    b. The sale of any asset of the Debtor exceeding $1000 in value to any party;

    c. All documents evidencing the payment of money or other property to the Debtor;

    d. All financial statements of the Debtor, including any statements or documents prepared to apply for any loan, including any loan applications;

    e. All documents evidencing that the Debtor is the creditor of any other person or entity (i.e. is owed money), including promissory notes, property, future interests, or other promises to pay or act;

    f. All documents evidencing deposits, withdrawals, fees, and statements of any bank account, either in the name of the Debtor or in the name of any entity held or controlled by the Debtor;

g. The check registers for all accounts of the Debtor at any financial institution, including business accounts, trade accounts, or corporate accounts controlled by the Debtor;

h. All documents evidencing the present value of any ownership interest that the Debtor may have in real property, including real property owned by business entities in which the Debtor holds an interest;

i. All documents or agreements with any real estate brokers to sell any real property of the Debtor;

j. All contracts and related documents relating to agreements to which the Debtor is a party as of January 1, 2015, including listing agreements and proof of properties listed, either directly or on your behalf by a third party;

k. All contracts and related documents (including closing statements, income statements, or accountings) relating to agreements to which the Debtor may benefit directly or indirectly, as by expected commission that has not yet been received or by commissions already earned;

l. All documents evidencing that any real or personal property owned by the Debtor is encumbered in any way;

m. All documents evidencing that any item of property of the Debtor has been pledged to secure a debt;

n. All documents evidencing any property owned by the Debtor held in any depository;

o. All documents evidencing any withdrawal by the Debtor of any sum of money from any account exceeding $1000 since January 1, 2014;

p. All documents evidencing that the Debtor gave consideration for any property which has been conveyed or transferred and is now being held for the Debtor by a third party or is being held in the name of some person or entity other than the Debtor;

q. All documents evidencing that the Debtor created or contributed to a trust for the benefit of the Debtor or others documents evidencing the status by the Debtor as a beneficiary to any trust or other agreement, or the equivalent.

r. All documents evidencing that the Debtor has conveyed or disposed of any property by sale, gift, or otherwise;

s. All documents evidencing that the Debtor has made any conveyance, gift, or other disposition of property with any reservation of rights, benefits, or options running to either Debtor for the (re-)acquisition of that property at some future date;

t. All documents evidencing that the Debtor assigned property, money, or chattels owned by the Debtor to any other person or entity;

u. All documents evidencing loss by fire, wind, theft, casualty, gambling, or otherwise;

v. All documents evidencing that the Debtor has at any time been a party to any contract or agreement where the Debtor has granted an option to anyone to purchase any or all of the assets of the Debtor;

w. Any writings evidencing that the Debtor gave any security to secure debt;

x. All documents evidencing that within the last year the Debtor either destroyed or disposed of any books of account, memoranda, or other records relating to the business or income of the Debtor;

y. All documents exchanged by the Debtor with a certified public accountant, other bookkeeper, or tax preparer;

z. All escrow papers, purchase agreements, and related documents concerning the acquisition of all properties that the Debtor owns, whether obtained by purchase, gift, transfer, or other method;

aa. All documents evidencing ownership by the Debtor in any entity, such as a corporation, a trust, or the equivalent, since January 1, 2015;

bb. All documents evidencing control by the Debtor in any entity, such as a corporation, a trust, or the equivalent, as by holding a position of authority such as officer, director, trustee, or the equivalent, since January 1, 2015; and

cc. To the extent that such documents are in the possession or control of the Debtor, the bank statements, tax returns, and other documents an papers evidencing the corporate

formalities of any corporation or entity in the ownership or control of the Debtor since January 1, 2015.

**IT IS SO ORDERED.**

# # #