| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>TOMER FRIDMAN,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:16-bk-11729MB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>**MOTION FOR EXAMINATION OF THE DEBTOR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 [DOC 107]** |
|---|---|

PLEASE TAKE NOTE that the order titled **DEBTOR'S ALTERNATIVE ORDER ON MOTION FOR EXAMINATION OF THE DEBTOR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 [Doc. No. 107]**

was lodged on (*date*) 6/04/2017 and is attached.  This order relates to the motion which is docket number 107.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                           Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**



**Bankruptcy LODGED ORDER UPLOAD FORM**

Sunday, June 04, 2017

CONFIRMATION :

Your Lodged Order Info:

( **4284131.docx** )
A new order has been added

- **Office**:  San Fernando Valley
- **Case Title**:  Tomer Fridman
- **Case Number**:  16-11729
- **Judge Initial**:  MB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  107
- **On Date**:  06/04/2017 @ 07:14 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

William H. Brownstein, SBN 84507
William H. Brownstein & Associates
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA  90025-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com

Attorney's for Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>TOMER FRIDMAN,<br><br>　　　　　　　　Debtor and<br>　　　　　　　Debtor in Possession. | Case No.: 1:16-bk-11729-MB<br><br>Chapter 11 Case<br><br>**DEBTOR'S ALTERNATIVE ORDER ON MOTION FOR EXAMINATION OF THE DEBTOR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 [Doc. No. 107]**<br><br>**Date:　　May 2, 2017**<br>**Time:　　1:30 PM**<br>**Courtroom: 303**<br>**Place:　　21041 Burbank Blvd.**<br>**　　　　　Woodland Hills, CA 91367** |

　　The duly noticed and scheduled hearing on the Notice Of Motion And Motion For Examination Of The Debtor Pursuant To Federal Rule Of Bankruptcy Procedure 2004 (the "Rule 2004 Motion"), filed by Trojan Capital Investment LLC ("Trojan") was heard before the Honorable Martin R. Barash, Bankruptcy Judge, on May 2, 2017, at 1:30 p.m. Present was William H. Brownstein, Esq., of William H. Brownstein & Associates, Professional Corporation on behalf of Tomer Fridman (the

1

"Debtor.") Also present was Henry D. Paloci III , on behalf of Trojan, the moving party.

The Court having considered the moving papers, the arguments presented at the time of the hearing and having found good and sufficient cause for granting the following, it is hereby (Check One)

**ORDERED** that the Debtor shall appear for his examination on June 5, 2017, or such other date and time as mutually agreed between Trojan and the Debtor at the offices of Trojan's counsel, Henry D. Paloci, III, PA, located at 5210 Lewis Road #5, Agoura Hills, CA 91301 starting at 10:00 a.m., and it is further

**ORDERED** that on or before June 2, 2017, or such other date and time mutually agreed upon by the Debtor and Trojan, to the extent available, Debtor shall provide copies (which may be provided electronically where available) of the following documents for the period from January 1, 2015 through April 10, 2017, the date of the filing of the Rule 2004 Motion, the following:

a. The transfer or disposition of any asset of the Debtor, exceeding $1000 in value to any party;
b. The sale of any asset of the Debtor exceeding $1000 in value to any party;
c. All financial statements of the Debtor, including any statements or documents prepared to apply for any loan, including any loan applications;
d. All documents evidencing that the Debtor is the creditor of any other person or entity (i.e. is owed money), including promissory notes, property, future interests, or other promises to pay or act;
e. All documents evidencing deposits, withdrawals, fees, and statements of any bank account, either in the name of the Debtor or in the name of any entity held or controlled by the Debtor;

f.  The bank statements for all accounts of the Debtor at any financial institution, including business accounts, trade accounts, or corporate accounts controlled by the Debtor;

g.  All documents evidencing the present value as of April 10, 2017 or more recently, of any ownership interest that the Debtor may have in real property, including real property owned by any business entities in which the Debtor holds a controlling interest;

h.  All documents or agreements with any real estate brokers to sell any real of the Debtor's real property;

i.  All documents evidencing that any item of property of the Debtor has been pledged to secure a debt;

j.  All documents evidencing any property owned by the Debtor held in any depository as of April 10, 2017;

k.  All documents evidencing any withdrawal by the Debtor of any sum of money from any account exceeding $1000 since January 1, 2015;

l.  All documents evidencing that the Debtor gave consideration for any property which has been conveyed or transferred and is now being held for the Debtor by a third party or is being held in the name of some person or entity other than the Debtor;

m.  All documents evidencing that the Debtor created or contributed to a trust for the benefit of the Debtor or others documents evidencing the status by the Debtor as a beneficiary to any trust or other agreement, or the equivalent.

n.  All documents evidencing that the Debtor has conveyed or disposed of any property by sale, gift, or otherwise exceeding $1,000.00;

o.  All documents evidencing that the Debtor has made any conveyance, gift, or other disposition of property with any reservation of rights, benefits, or

      options running to either Debtor for the (re-)acquisition of that property at some future date;

p. All documents evidencing that the Debtor assigned property, money, or chattels owned by the Debtor to any other person or entity;

q. All documents evidencing loss by fire, wind, theft, casualty, gambling, or otherwise;

r. All documents evidencing that the Debtor has at any time been a party to any contract or agreement where the Debtor has granted an option to anyone to purchase any or all of the assets of the Debtor;

s. Any writings evidencing that the Debtor gave any security to secure debt;

t. All documents evidencing that within the year prior to June 9, 2016, the Debtor either destroyed or disposed of any books of account, memoranda, or other records relating to the business or income of the Debtor;

u. All escrow papers, purchase agreements, and related documents concerning the acquisition of all properties that the Debtor owns, whether obtained by purchase, gift, transfer, or other method;

v. All documents evidencing ownership by the Debtor in any entity, such as a corporation, a trust, or the equivalent, on or after January 1, 2015;

w. All documents evidencing control by the Debtor in any entity, such as a corporation, a trust, or the equivalent, as by holding a position of authority such as officer, director, trustee, or the equivalent, since January 1, 2015; and

x. To the extent that such documents are in the possession or control of the Debtor, the bank statements, and other documents and papers evidencing the corporate formalities of any corporation or entity in the ownership or control of the Debtor since January 1, 2015.

**PRESENTED BY**:

Dated: June 1, 2017          WILLIAM H. BROWNSTEIN & ASSOCIATES,
Professional Corporation

By: *[signature: William H. Brownstein]*

William H. Brownstein, Attorneys for
Debtor and Debtor in Possession

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA 90025-1540

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/04/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following per

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 06/04/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/04/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Chambers of the Honorable Martin R. Barash, 21041 Burbank Boulevard, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/04/2017 | William H. Brownstein | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**