| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HENRY D. PALOCI III (California State Bar No. 268970)<br>hpaloci@hotmail.com<br>Henry D. Paloci III PA<br>5210 Lewis Road #5<br>Agoura Hills, CA 91301<br>Telephone: 805.498.5500<br>Facsimile: 866.565.6345<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Trojan Capital Investment LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>TOMER FRIDMAN,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:16-bk-11729-MB<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>Motion to Value Collateral</u>

    b. Date of filing of motion: <u>4/11/2017</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    Trojan discovered yesterday that its expert witness will be out of the country June 19, 2017 and cannot appear to testify and the hearing set in the above referenced matter. Trojan seeks a continuance to be fully heard.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9075-1.1.APP.SHORT.NOTICE**

b. [illegible]

Debtor.

f. [illegible]

The relief sought affects a hearing set for next week and regular notice would be insufficient.

3. Complete if LBR 9075-1(a)(2) - The facts demonstrating a need to set a hearing on shortened notice and establish a *prima facie* basis for the motion.

4. Movant has lodged a proposed order setting hearing on Notice pursuant to LBR 9075-1(b)(3).

Date: 6/13/2017

Henry D. Paloci III PA
Printed name of law firm

/s/ Henry D. Paloci III
Signature of individual Movant or attorney for Movant

Henry D. Paloci III
Printed name of individual Movant or attorney for Movant

HENRY D. PALOCI III (California State Bar No. 268970)
hpaloci@hotmail.com
Henry D. Paloci III PA
5210 Lewis Road #5
Agoura Hills, CA 91301
Telephone: 805.498.5500
Facsimile: 866.565.6345
Attorneys for Creditor TROJAN CAPITAL INVESTMENT LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 1:16-bk-11729-MB |
| TOMER FRIDMAN, | ) Chapter 11 Case |
| Debtor. | ) **DECLARATION OF HENRY D. PALOCI III** |

1

## DECLARATION OF HENRY D. PALOCI III

I, HENRY D. PALOCI III, hereby declare as follows.

1. I am over 18 years of age and of sound mind.

2. I am the attorney for Trojan Capital Investments LLC. I make this declaration in support of the Debtor's Motion to be heard on shortened time with respect to a motion to continue a hearing set for June 19, 2017.

3. The grounds for the relief sought in the Motion are set forth in the Motion. Specifically, we just learned that our expert will be out of the country and unavailable to appear at a valuation hearing set for June 19, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    June 13, 2017

__/s/ Henry D. Paloci III_____.

HENRY D. PALOCI III

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5210 Lewis Road #5, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled: MOTION TO BE HEARD ON SHORT NOTICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/13/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee, ustpregion16.wh.ecf@usdoj.gov; Margaux Ross, margaux.ross@usdoj.gov; Adam Barasch, efiling@severson.com; William Brownstein, brownsteinlaw.bill@gmail.com; Daniel Fujimoto, wdk@wolffirm.com; Todd Garan, ch11ecf@aldridgepite.com; Jamie Hanawalt/ Gilbert Yabes, ecfcacb@aldridgepite.com; Erica Loftis, erica.loftis@buckleymadole.com; William McDonald, caecf@tblaw.com; Randall Mroczynski, randym@cookseym.com; Kelly Raftery, bknotice@mccarthyholthus.com; Valerie Smith, claims@recoverycorp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 6/13/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/13/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Hon. Martin Barash, 21041 Burbank Blvd., Room 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/13/2017 | Henry D. Paloci III | /s/ Henry D. Paloci III |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2