| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, Professional Corporation<br>11755 Wilshire Boulevard<br>Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>TOMER FRIDMAN, | CASE NO.: 1:16-bk-11729MB<br><br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES**<br>**(11 U.S.C. § 330)** |
| Debtor(s). | DATE: 08/08/2017<br>TIME: 1:30 am<br>COURTROOM: 303<br>PLACE: 21041 Burbank Boulevard<br>     Third Floor<br>     Woodland Hills, CA  91367 |

1.  Name of Applicant (*specify*):  William H. Brownstein & Associates, Professional Corporation

2.  Type of services rendered:
    a. ☒ Attorney for (*specify*): Debtor and Debtor in Possession
    b. ☐ Accountant for (*specify*): _____
    c. ☐ Other professional (*specify*): _____

3.  Date of filing of petition under chapter 11 of the Bankruptcy Code: 12/22/2016

4.  Date of entry of Order Approving Applicant's Employment: 02/06/2017

5.  Date of filing of last Fee and/or Expense Application: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ __15,000.00__

   a. Retainer received: $ __15,000.00__

   b. Retainer remaining as of the date of this Application: $ __0.00__

   c. Total amount requested in all prior applications: $ __0.00__

   d. Total amount actually paid pursuant to prior approved applications: $ __0.00__

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ __0.00__

   f. Total amount allowed but reserved pending final fee application: $ __0.00__

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. William H. Brownstein | $ 495.00 | X | 209.70 | = | $ 103,801.50 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:    ☐ See attached page
   By agreement with Debtor discounted the fees by $30 an hour.

9. Bonus requested (final fee applications only): $ _____
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ __103,801.50__

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ __0.00__

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                    **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Messenger | $ 945.00 |
| b. Photocopies | $ 1,973.65 |
| c. Auto Mileage | $ 219.67 |
| d. Postage | $ 194.48 |
| e. Faxes | $ 0.80 |
| f. Lexis Research | $ 425.00 |
| g. ☒ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 3,836.43

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

    See attached ]Declarations of William H. Brownstein and Tomer Fridman and Exhibits

15. Total number of attached pages of supporting documentation:    49

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

|  |  |  |
|---|---|---|
| 07/17/2017 | William H. Brownstein | |
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 2016-1.2.APP.PAYMENT.FEES**

## DECLARATION OF WILLIAM H. BROWNSTEIN

I, William H. Brownstein, do hereby declare and state as follows:

1.      I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a certified specialist in Bankruptcy Law by the State Bar of California. I am admitted to practice before the United States District Courts for the Central, Southern, Eastern and Northern Districts of California, the Ninth Circuit Court of Appeals, the United States Tax Court and the United States Claims Court. I am the president and shareholder of William H. Brownstein & Associates, Professional Corporation ("Applicant" and/or the "Firm"), whom, pursuant to the Order of the Honorable Martin R. Barash, Bankruptcy Judge, entered February 6, 2017, was employed retroactively to the date of the entry of the order for relief under Chapter 11 in Debtor's case on December 22, 2017.

2.      Pursuant to the guidelines established by the Office of United States Trustee, Applicant has segregated all services performed and costs advanced by categories for such services and costs. Following is the summary for such services and costs by category.

| Description | Hours | Attorney | Hourly Rate | Total | $30 hour Discount | Net Billing | Exhibit |
|---|---|---|---|---|---|---|---|
| 341(a) Meetings | 4.00 | WHB | $525.00 | $2,100.00 | $120.00 | $1,980.00 | 1 |
| Application for Loan Modification Discussions | 0.60 | WHB | $525.00 | $315.00 | $18.00 | $297.00 | 2 |
| Bankruptcy Planning and consultation | 5.50 | WHB | $525.00 | $2,887.50 | $165.00 | $2,722.50 | 3 |
| Bar Date Application | 1.40 | WHB | $525.00 | $735.00 | $42.00 | $693.00 | 4 |
| Case Management Conferences | 22.1 | WHB | $525.00 | $11,602.50 | $663.00 | $10,939.50 | 5 |
| Claim Objections | 3.70 | WHB | $525.00 | $1,942.50 | $111.00 | $1,831.50 | 6 |
| Claims Review and Analysis | 0.20 | WHB | $525.00 | $105.00 | $6.00 | $99.00 | 7 |
| Commission Funding Solutions | 39.2 | WHB | $525.00 | $20,580.00 | $1,176.00 | $19,404.00 | 8 |
| Complaint | 21.30 | WHB | $525.00 | $11,182.50 | $639.00 | $10,543.50 | 9 |
| Dismissal Motion | 2.50 | WHB | $525.00 | $1,312.50 | $75.00 | $1,237.50 | 10 |
| Employment Application | 2.60 | WHB | $525.00 | $1,365.00 | $78.00 | $1,287.00 | 11 |
| Lien Valuation Motion | 13.4 | WHB | $525.00 | $7,035.00 | $402.00 | $6,633.00 | 12 |
| Loan Modification Discussions | 3.20 | WHB | $525.00 | $1,680.00 | $96.00 | $1,584.00 | 13 |
| Relief from Stay Motions | 15.80 | WHB | $525.00 | $8,295.00 | $474.00 | $7,821.00 | 14 |
| Trojan Capital's Rule 2004 Examination | 16.10 | WHB | $525.00 | $8,452.50 | $483.00 | $7,969.50 | 15 |
| Schedules and Statements | 11.90 | WHB | $525.00 | $6,247.50 | $357.00 | $5,890.50 | 16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Short Sale Application | 28.40 | WHB | $525.00 | $14,910.00 | $852.00 | $14,058.00 | 17 |
| U.S. Trustee Compliance | 17.80 | WHB | $525.00 | $9,345.00 | $534.00 | $8,811.00 | 18 |
| | 209.70 | | | $110,092.50 | $6,291.00 | $103,801.50 | |

3.     As set out below in the narrative explanation pursuant to Rule 2016(a), F.R.

Bank. Pro. and LBR 2016-1, the services performed and costs advanced during this case are

set out by category, with the services performed first and the costs advanced in the next

section.

i.     341(a) Meetings.

Incorporated herein by this reference as Exhibit "1", the total time expended on this

category was 4.00 hours. This involved the first meeting of creditors at which time the Debtor

appeared and the Debtor was examined.

ii.     Application for Loan Modification Discussions.

Incorporated herein by this reference as Exhibit "2", the total time expended on this

category was 0.6 hours. The Court approved the Debtor to conduct loan modification

discussions.

iii.     Bankruptcy Planning and consultation.

Incorporated herein by this reference as Exhibit "3", the total time expended on this

category was 5.50 hours. This included the time expended in planning and consultation with

the Debtor which resulted in activities in this case and its ongoing operation.

iv.     Bar Date Application.

Incorporated herein by this reference as Exhibit "4", the total time expended on this

category was 1.40 hours. The bar date was established as April 15, 2017 and notice was sent

to all creditors.

v.     Case Management Conferences.

Incorporated herein by this reference as Exhibit "5", the total time expended on this category was 22.10 hours. Counsel has attended case management conferences and has appeared at such conferences and filed the appropriate reports.

    vi.    <u>Claim Objections</u>

As reflected in Exhibit "6", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 3.7 in this category.

    vii.    <u>Claims Review and Analysis</u>

As reflected in Exhibit "7", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 0.2 in this category

    viii.    <u>Commission Funding Solutions.</u>

As reflected in Exhibit "8", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 39.2 in this category. This matter pertains to the claim of Commission Funding Solutions and Debtors dispute thereof and the ultimate Complaint.

    ix.    <u>Complaint.</u>

As reflected in Exhibit "9", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 21.3 in this category. This matter pertains to the dispute of the claim of Commission Funding Solutions and Roger Ewing, etc., which are pending.

    x.    <u>Dismissal Motion.</u>

As reflected in Exhibit "10", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 2.50 in this category. That Motion was denied.

xi.    Employment Application.

As reflected in Exhibit "11", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 2.60 in this category. The filing disclosed that payments would be made by White City 26, Inc., and the representation letter attached to that application showed that payments may be made by Casa, Inc., the wholly owned company owned by Debtor's mother and partner, who I never represented nor would I represent while counsel for the Debtor.

xii.    Lien Valuation Motion

As reflected in Exhibit "12", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 13.40 in this category. That matter is pending.

xiii.    Loan Modification Discussions

As reflected in Exhibit "13", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 3.20 in this category. I continue to await the response from FayServicing regarding a loan modification.

xiv.    Relief from Stay Motions.

As reflected in Exhibit "14", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 15.8 in this category

xv.    Trojan Capital's Rule 2004 Examination.

As reflected in Exhibit "15", a true and correct copy of which is incorporated herein by this reference, through July 14, 2017, I expended a total of 16.1 in this category

xvi.    Schedules and Statements

As reflected in Exhibit "16", a true and correct copy of which is incorporated herein by

1  this reference, through July 14, 2017, I expended a total of 11.9 in this category

2      xvii.  <u>Short Sale Application.</u>

3

4      As reflected in Exhibit "17", a true and correct copy of which is incorporated herein by

5  this reference, through July 14, 2017, I expended a total of 28.4 in this category. The Court

6  denied that application without prejudice to refiling.

7      xviii.  <u>U.S. Trustee Compliance</u>.

8      As reflected in Exhibit "18", a true and correct copy of which is incorporated herein by

9  this reference, through July 14, 2017, I expended a total of 17.8 in this category

10

11     4.     As reflected below, total expenses of $3,836.43, which are broken out by

12  category along with the fees by category, should be approved as reflected in Exhibit "19" of the

13  Declaration, a true and correct copy of which is incorporated herein by this reference.

| Description | Messenger | Photocopies | Auto Mileage | Postage | Faxes | Lexis Research | Credit Report | Filing Fees | Costs Advanced |
|---|---|---|---|---|---|---|---|---|---|
| 341 Meeting(s) of Creditors | | | $26.18 | | | | | | |
| Application for Loan Modification Discussions | $35.00 | $2.10 | | | | | | | |
| Bankruptcy Planning and Consultation | | | | | | | | | |
| Bar Date Application | $70.00 | $156.08 | | $31.05 | | | | | |
| Case Management Conferences | $105.00 | $114.60 | $104.72 | $19.74 | | | | | |
| Claim Objections | | | | | | | | | |
| Claims Review and Analysis | | | | | | | | | |
| Commission Funding Solutions | $70.00 | $131.90 | | $42.40 | $0.80 | $265.00 | | | |
| Complaint | $140.00 | $429.70 | | $25.01 | | | | | |
| Dismissal Motion | $35.00 | $2.90 | | | | | | | |
| Employment Application | $70.00 | $8.10 | | | | | | | |
| Lien Valuation Motion | $70.00 | $62.30 | | $29.23 | | | | | |
| Loan Modification Discussions | | | | | | | | | |
| Relief from Stay Motions | $175.00 | $18.40 | $26.18 | | | | | | |
| Trojan Capital's Rule 2004 Examination | $35.00 | $81.70 | $36.41 | | | $60.00 | | | |
| Schedules and Statements | | $33.00 | | $1.13 | | | $35.00 | $31.00 | |
| Short Sale Application | $140.00 | $925.10 | $26.18 | $45.92 | | $100.00 | | | |
| U.S. Trustee Compliance | | $7.80 | | | | | | | $11.80 |
| | $945.00 | $1,973.68 | $219.67 | $194.48 | $0.80 | $425.00 | $35.00 | $31.00 | $11.80 |
| Total for all expenses for period | $3,836.43 | | | | | | | | |

5.      In performing services the billings were input at the time that the services were performed and were charged at 1/10 of an hour increments.

6.      By agreement with the Debtor I have reduced my customary hourly rate by $30.00, from $525.00 an hour to $495.00 an hour.

7.      A resume of my qualifications is incorporated herein by this reference as Exhibit "20."

8.      At the time that I filed this case I was under the assumption that Debtor's wholly owned corporation, White City 26, Inc. ("White City") was a separate entity and the fees and costs that it received were not property of the estate.

9.      In performing my services in this case I became aware that the post-petition earnings of the Debtor were all paid into White City, which funds constitute post-petition earnings of the Debtor.

10.      In the ordinary course of business of the Debtor for all times since the inception of White City all commissions earned by the Debtor had been paid directly into White City, from which Debtor's expenses were paid. As White City is a Subchapter S corporation pursuant to 26 USC §1361, its income and expenses are ultimately treated as personal income and expenses of the Debtor on his Federal and State tax returns.

11.      Paragraph 3.a.2. and b. of the Employment Application, Doc. 55, I made the following disclosures:

"2. Firm and I will receive $8,000.00 and monthly payment of fees and costs from White City 26, Inc.

G the Debtor

& other (*specify source of funds*): White City 26, Inc.
post-petition on (*specify date or timing of payment*): As bills are submitted. The Firm has never has nor will it represent White City 26, Inc., or any entity or relative of the Debtor while counsel for the Debtor.

b.      Pursuant to the Debtor's initial retainer agreement, the Debtor agreed to pay for services as they were performed. However, any payment of fees and expenses is subject to court approval. A true and correct copy of the retainer agreement is attached as **Exhibit 3 [to employment application]"**.

12.      In my employment application I was under the assumption that have not yet

received the Debtor's statement of position on my final fee application. As such, I intend to supplement this Application once I received such a statement.

13.    On June 6, 2017 the Debtor filed and served the **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** ("Notice")  on all creditors and parties in interest. See Doc 169. The Notice specifically gave fifteen days notice of the payment of insider compensation. As of July 15, 2017 no objection or request for hearing has been filed to that Notice.

14.    The Notice provided for the payment of projected expenses, which included the following expenses:

| Date | Attorney Fees | Legal & Professional |
|------|---------------|----------------------|
| December 2016 | $1,292.50 | $5,000.00 |
| January 2017 | $18,406.48 | $1,666.67 |
| February | $8,534.17 | $1,666.67 |
| March | $6,386.20 | $1,666.67 |
| April | $6,200.00 | $1,666.67 |
| May | $6,200.00 | $1,666.67 |
| June | $1,292.50 | $4,000.00 |
| July | $18,406.48 | $4,000.00 |

15.    Since the employment of my firm it has received the following payments, from the following entities in the following amounts:

| Date | Amount | Source of Payment |
|------|--------|-------------------|
| 1/6/2017, | $8,000.00 | Wire Transfer Casa Group, Inc. |
| 2/24/2017 | $5,000.00 | Wire Transfer White City 26, Inc. |
| 4/7/2017 | $5,000.00 | Wire Transfer White City 26, Inc. |
| 4/25/2017 | $4,500.00 | Wire Transfer White City 26, Inc. |
| 5/1/2017 | $1,000.00 | Wire Transfer White City 26, Inc. |
| 5/19/2017 | $5,000.00 | Wire Transfer White City 26, Inc. |
| 7/12/2017 | $7,500.00 | Wire Transfer White City 26, Inc. |
|  | $36,000.00 |  |

16.    Based on the above, I request that the Bankruptcy Court approve the payment of interim compensation of $103,801.50 and reimbursement of expenses of $3,836.43, for a total of $107,637.92, from which I am authorize to credit the $36,000.00 paid to date, leaving a balance due of $72,637.93.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief under the laws of the United States of America under the penalty of perjury and if called upon to testify thereon as a witness I would be competent to so testify.

Executed this 15th day of July 2017.

William H. Brownstein

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Bankruptcy case



Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 1/18/2017 Preparation for, travel to and attend 341(a) meeting of creditors (4.0) | 4.00 495.00/hr | 1,980.00 |
| For professional services rendered | 4.00 | $1,980.00 |
| Additional Charges : |  |  |
| 1/18/2017 Automobile mileage to and from 341(a) meeting of creditors |  | 26.18 |
| Total additional charges |  | $26.18 |

EXHIBIT 1                          Page 12

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760

Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302

July 14, 2017
In Reference To:   Application for Loan Modification Discussions

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/3/2017 | Preparation of Motion to Conduct Loan Modification Discussions, Order and Notice of Lodgment of Order (.60) | 0.60 495.00/hr | 297.00 |
|  | For professional services rendered | 0.60 | $297.00 |
|  | Additional Charges : | | |
| 1/3/2017 | Messenger service Application to Conduct Loan Modification Discussions, Notice of Lodgment of Order and Order (No charge for two messenger services) | | 35.00 |
|  | Copying cost of courtesy documents to Bankruptcy Court | | 2.10 |
|  | Total additional charges | | $37.10 |

EXHIBIT 2                               Page 13

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Bankruptcy Planning and Consultation



Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 10/19/2016 Conference with client and others regarding conversion to Chapter 11, status of case, strategies and substitution of attorney (5.0) | 5.00 495.00/hr | 2,475.00 |
| 12/20/2016 Telephone conference with John Edwards regarding conversion of case, planning and need for cash collateral order and planning (.50) | 0.50 495.00/hr | 247.50 |
| For professional services rendered | 5.50 | $2,722.50 |

EXHIBIT 3                     Page 14

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Bar Date Application



Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/3/2017 | Preparation of Bar Date Application (.80) | 0.80<br>495.00/hr | 396.00 |
| 2/9/2017 | Preparation of Order Setting Bar date, Notice of Bar Date and Notice of Lodgment of Order Setting Bar Date of April 15, 2017 (.60) | 0.60<br>495.00/hr | 297.00 |
| | For professional services rendered | 1.40 | $693.00 |
| | Additional Charges : | | |
| 1/3/2017 | Messenger service of Bar Date Application to Bankruptcy Court | | 35.00 |
| | Copying cost of Courtesy Copy of Bar Date Application for Bankruptcy Court | | 2.00 |
| 1/9/2017 | Copying cost | | 121.50 |
| | Postage | | 31.05 |
| 2/9/2017 | Messenger service of Order Setting Bar Date, Notice of Bar Date and Notice of Lodgment of Order Setting Bar Date (No Charge for Two services) | | 35.00 |
| | Copying cost of Order Setting Bar Date, Notice Setting Bar Date and Notice of Lodgment of Order Setting Bar Date to Judge Barash | | 3.10 |
| 2/11/2017 | Copying cost Notice of Bar Date | | 8.80 |
| | Postage | | 20.68 |

EXHIBIT 4                                    Page 15

Tomer Fridman                                                                                    Page      2

| | Amount |
|---|---|
| Total additional charges | $257.13 |

EXHIBIT 4                          Page 16

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


July 14, 2017
In Reference To:   Case Management Conferences


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/18/2017 | Preparation of case management report and review of files relating thereto (3.10) | 3.10 495.00/hr | 1,534.50 |
| 1/30/2017 | Phone call from client to prepare for case management conference (.40) | 0.40 495.00/hr | 198.00 |
| 1/31/2017 | Preparation for, travel to and attend hearing on case management conference (1.50) | 1.50 495.00/hr | 742.50 |
| 2/9/2017 | Review of case management report and coordinate notice of continued hearing (.10) | 0.10 495.00/hr | 49.50 |
| 4/7/2017 | Phone call from client to prepare for case management conference and to run UCC financing statement to determine whether there are any creditors that did not show up in bankruptcy case (.30) | 0.30 495.00/hr | 148.50 |
| 4/19/2017 | Draft numerous Emails to client regarding need for additional documentation. Review of client's responses and Emails (1.50) | 1.50 495.00/hr | 742.50 |
| 4/20/2017 | Conference with client and Isidora Fridman to prepare for status conference and go over case strategies (2.0) | 2.00 495.00/hr | 990.00 |
|  | Preparation of Supplemental Case Management Statement and review of same (1.0) | 1.00 495.00/hr | 495.00 |
| 4/25/2017 | Preparation for, travel to and attend case management conference, draft notice of ruling (4.0) | 4.00 495.00/hr | 1,980.00 |

EXHIBIT 5

Tomer Fridman                                                                                      Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/27/2017 | Telephone conference with Isidora Fridman regarding obtaining updated documents for case management conference (.30) | 0.30<br>495.00/hr | 148.50 |
| 4/28/2017 | Telephone conference with Margaux Ross, U.S. Trustees Office, regarding issues with Commission Funding Solutions (.20) | 0.20<br>495.00/hr | 99.00 |
| 4/29/2017 | Draft Draft Email to client and bankruptcy administrator regarding Rule 2015.3 statement and need for report (.20) | 0.20<br>495.00/hr | 99.00 |
| 4/30/2017 | Phone call from client to go over open issues in case, case management and potential actions (.30) | 0.30<br>495.00/hr | 148.50 |
| 5/15/2017 | Preparation of Rule 2015.3 statement and coordinate service (1.0) | 1.00<br>495.00/hr | 495.00 |
| 5/16/2017 | Preparation of Supplemental Case Management Report and review of files and call with client regarding same (2.10) | 2.10<br>495.00/hr | 1,039.50 |
| 6/29/2017 | Telephone call to Court to apprise it that Order was lodged. Left message with law clerk. (.10) | 0.10<br>495.00/hr | 49.50 |
| 7/13/2017 | Preparation for, travel to and attend Status Conference (4.00) | 4.00<br>495.00/hr | 1,980.00 |
|  | For professional services rendered | 22.10 | $10,939.50 |
|  | Additional Charges : |  |  |
| 1/18/2017 | Messenger service |  | 35.00 |
|  | Copying cost |  | 103.90 |
|  | Postage |  | 19.74 |
| 1/31/2017 | Automobile mileage to and from case management conference |  | 26.18 |
| 4/20/2017 | Copying cost |  | 1.50 |
|  | Messenger service |  | 35.00 |
| 4/25/2017 | Automobile mileage |  | 26.18 |
| 5/15/2017 | Copying cost for courtesy copy of Rule 2015.3 statement |  | 2.40 |
|  | Messenger service of Rule 2015.3 statement |  | 35.00 |
|  | Copying cost Court's courtesy copy of Rule 2015.3 Report |  | 2.40 |

EXHIBIT 5                         Page 18

Tomer Fridman                                                                    Page    3

|            |                                                    | Amount    |
|------------|----------------------------------------------------|-----------|
| 5/17/2017  | Messenger service (No Charge)                      | NO CHARGE |
|            | Copying cost of Court's courtesy copy              | 4.40      |
| 5/30/2017  | Automobile mileage to and from Court               | 26.18     |
| 7/13/2017  | Automobile mileage to and from Status Conference   | 26.18     |
|            | Total additional charges                           | $344.06   |

EXHIBIT 5                          Page 19

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


July 14, 2017
In Reference To:   Claim Objections


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/29/2017 | Draft Objection to Claim of Trojan Capital (2.20) | 2.20 495.00/hr | 1,089.00 |
| 4/3/2017 | File Review in preparation for claim objections and discussions with client regarding same (.20) | 0.20 495.00/hr | 99.00 |
| 5/12/2017 | Conference with client and Robert Altagen regarding Commission Funding Solutions and strategies (.50) | 0.50 495.00/hr | 247.50 |
| 6/4/2017 | Draft Email to Marc Levinson regarding his clients conduct and our threat of action (.80) | 0.80 495.00/hr | 396.00 |
| | For professional services rendered | 3.70 | $1,831.50 |

EXHIBIT 6

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Claims Review and Analysis



Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/26/2017 | Review of Email from US SBA regarding their status as a creditor and response thereto (.20) | 0.20 495.00/hr | 99.00 |
|  | For professional services rendered | 0.20 | $99.00 |
|  | Additional Charges : | | |
| 1/2/2017 | | | ~~20.20~~ |
|  | ~~Total additional charges~~ | | ~~$20.20~~ |

EXHIBIT 7                              Page 21

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Bankruptcy case



Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/7/2017 | Research of UCC filings with the Secretary of State and obtain copies thereof(.20) | 0.20 495.00/hr | 99.00 |
| | Draft Email to client regarding results of UCC search and related issues (.10) | 0.10 495.00/hr | 49.50 |
| | Review the law regarding UCC 1 financing, the Fair Credit Collection's Act and draft letter (1.7) | 1.70 495.00/hr | 841.50 |
| | Phone call from client to go over letter regarding collection actions attempted on real estate commissions (.70) | 0.70 495.00/hr | 346.50 |
| 4/20/2017 | Telephone call with Zachory Brown, head of legal services allegedly representing Commission Fundign Solutions and to discuss their intention to seek an injunction (.10) | 0.10 495.00/hr | 49.50 |
| | Telephone call with purported opposing Attorney, Zachory Brown, regarding working out a settlement. He said he wants a one time offer to settle. I told him I was tied up Friday and will call Monday (.40) | 0.40 495.00/hr | 198.00 |
| 4/24/2017 | Review of Email from Zachory Brown and contact Debtor through Email to get his response (.20) | 0.20 495.00/hr | 99.00 |
| 4/29/2017 | Phone call from client to go over status of case, issues regarding Commission Funding Solutions and possible violations of stay (.70) | 0.70 495.00/hr | 346.50 |
| 5/2/2017 | Preparation of Proof of Claim Number 1 for Commercial Funding Solutions (0.8) | 0.80 495.00/hr | 396.00 |

EXHIBIT 8                                    Page 22

Tomer Fridman

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2017 | Preparation of Proof of Claim Number 2 for Commercial Funding Solutions (0.8) | 0.80<br>495.00/hr | 396.00 |
|  | Draft Emails to Zach Brown, Commisionl Funding Solutions, regarding their claim and requesting that they remove the violation of stay actions (.20) | 0.20<br>495.00/hr | 99.00 |
| 5/3/2017 | Preparation of Proof of Claim Number 3 for Commercial Funding Solutions (0.8) | 0.80<br>495.00/hr | 396.00 |
| 5/5/2017 | Review of Emails regarding Commission Funding Solutions and respond thereto (.30) | 0.30<br>495.00/hr | 148.50 |
| 5/8/2017 | Review of claims filed on behalf of Commission Funding Associates (.20) | 0.20<br>495.00/hr | 99.00 |
|  | Phone call from client regarding strategy for releasing funds (.20) | 0.20<br>495.00/hr | 99.00 |
| 5/10/2017 | Phone call from client to go over objections to claims of Commission Funding Solutions (.40) | 0.40<br>495.00/hr | 198.00 |
|  | Draft Email to Zach Brown after reviewing Marc Levinson's Email regarding status of case and to demand settlement (.20) | 0.20<br>495.00/hr | 99.00 |
|  | Draft numerous Emails to Zach Brown regarding his conduct as it pertains to client (1.40) | 1.40<br>495.00/hr | 693.00 |
|  | Telephone call with opposing Attorney, Marc Levinson, Esq., regarding release of funds and issues relating to commissions (.30) | 0.30<br>495.00/hr | 148.50 |
| 5/12/2017 | Review of Email from Marc Levinson and plan strategies for complaint (.20) | 0.20<br>495.00/hr | 99.00 |
| 5/14/2017 | Research on violation of stay cases (.10) | 0.10<br>495.00/hr | 49.50 |
| 5/19/2017 | Draft various Emails to client regarding action against Commission Funding Receivables and to go over strategies in case (.60) | 0.60<br>495.00/hr | 297.00 |
| 5/22/2017 | Phone call from client to go over strategies and status of complaint and anticipated actions. He said that he was in a meeting with Roger at the time of the meeting (.40) | 0.40<br>495.00/hr | 198.00 |
| 5/25/2017 | Review of Fair Credit Collections Act and draft amended complaint (1.0) | 1.00<br>495.00/hr | 495.00 |
| 6/6/2017 | Preparation of supplemental declaration of Tomer Fridman and research on post-petition compensation and whether real estate commissions paid to White City 26, Inc. are property of the estate (6.20) | 6.20<br>495.00/hr | 3,069.00 |

EXHIBIT 8                    Page 23

Tomer Fridman                                                                                    Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/14/2017 | Preparation of turnover motion, ex parte application and order and legal research on issues of security interest in post-petition income and emergency motion (8.0) | 8.00 495.00/hr | 3,960.00 |
| 6/19/2017 | Call to 20 largest unsecured creditors to give notice, coordinate service and copying for creditors and draft Email to counsel for Ewing International (3.50) | 3.50 495.00/hr | 1,732.50 |
| 6/20/2017 | Telephone call with opposing Attorney, Alan Forsley, regarding entering stipulation for tunnover of funds to my attorney client trust account (.20) | 0.20 495.00/hr | 99.00 |
|  | Draft Stipulation with Ewing Realty (.60) | 0.60 495.00/hr | 297.00 |
|  | Preparation of Stipulation for Turnover of Funds (2.70) | 2.70 495.00/hr | 1,336.50 |
| 6/21/2017 | Phone call from client to go over status of payments from Ewing International and issues relating to his ongoing operation (.50) | 0.50 495.00/hr | 247.50 |
|  | Preparation of supplemental declaration of Tomer Fridman and numerous calls and text messages and Emails to client regarding same (1.60) | 1.60 495.00/hr | 792.00 |
| 6/22/2017 | Review of Email regarding settlement of case with Isidora Fridman (.20) | 0.20 495.00/hr | 99.00 |
| 6/23/2017 | Review and respond to the Email from Zach Brown regarding settlement with Isidora Fridman (.80) | 0.80 495.00/hr | 396.00 |
|  | Phone call from client to go over my comments on Email from Zach Brown (.20) | 0.20 495.00/hr | 99.00 |
|  | Review and respond to revised Stipulation with Roger Ewing (.40) | 0.40 495.00/hr | 198.00 |
|  | Draft Emails to Mark Lieberman and Alan Forsley regarding Ewing stipulation and release of listings as part of agreement (.20) | 0.20 495.00/hr | 99.00 |
| 6/27/2017 | Preparation of pleadings regarding Emails with Commission Funding Solutions and to prepare for Court (2.10) | 2.10 495.00/hr | 1,039.50 |
|  | For professional services rendered | 39.20 | $19,404.00 |
|  | Additional Charges : |  |  |
| 4/7/2017 | Faxes Out |  | 0.80 |
| 5/2/2017 | Copying cost for Proof of Claim Numbers 1, 2 and 3  for Commercial Funding Solutions to Bankruptcy Court for filing |  | 5.10 |

EXHIBIT 8                              Page 24

Tomer Fridman                                                                                    Page     4

|  |  | Amount |
|---|---|---:|
| 5/3/2017 | Messenger service Proof of Claim Numbers 1, 2 and 3  for Commercial Funding Solutions (No Charge for 2 messenger services) | 35.00 |
|  | Copying cost service copy to Commercial Funding Solutions of three proof of claims | 4.80 |
|  | Postage | 1.38 |
| 5/14/2017 | Lexis | 15.00 |
| 5/17/2017 | Lexis research on issues pertaining to complaint and causes of action | 150.00 |
|  | Messenger service | 35.00 |
| 6/14/2017 | Lexis research on turnover issues | 100.00 |
|  | Copying cost for Turnover Motion | 5.00 |
|  | Copying cost for Application for Order Shortening Time | 3.70 |
|  | Copying cost Order Shortening Time | 0.60 |
|  | Messenger service Emergency Turnover Motion, Ex Parte Application for Order Shortening Time and Order (No Charge for Two Messengers) | 35.00 |
| 6/15/2017 | Postage for Turnover Motion | 1.12 |
|  | Copying cost for Turnover Motion served on Commission Funding Solutions | 8.80 |
| 6/19/2017 | Copying cost | 22.00 |
|  | Postage for service of Turnover Order, Declaration and Emergency Motion | 39.90 |
|  | Copying cost for Emergency Motion, Declaration and Order | 46.90 |
|  | Total additional charges | $510.10 |

EXHIBIT 8                    Page 25

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


July 14, 2017
In Reference To:   Bankruptcy case


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/14/2017 | Research on issues relating to Complaint and status of Commission Funding Receivables and collection agent (1.8( | 1.80 495.00/hr | 891.00 |
| 5/16/2017 | Preparation of Complaint against Commission Funding Solutions, et. al., etc. (11.0) | 11.00 495.00/hr | 5,445.00 |
| 5/26/2017 | Preparation of first amended complaint and coordinate service and filing (4.30) | 4.30 495.00/hr | 2,128.50 |
| 6/4/2017 | Draft Email to Marc Levinson regarding his clients purported misrepresentations and fraudulent conduct to Debtor (.30) | 0.30 495.00/hr | 148.50 |
| 6/7/2017 | Telephone call with opposing counsel, Marc Lieberman and his partner Alan Forsley who represent Roger Ewing, regarding status of case and possible resolution (.20) | 0.20 495.00/hr | 99.00 |
| 6/12/2017 | Telephone conference with Isidora Fridman regarding status of release of funds (.10) | 0.10 495.00/hr | 49.50 |
|  | Draft Email to Alan W. Forsley, counsel for Ewing, regarding status of release of funds (.20) | 0.20 495.00/hr | 99.00 |
| 6/13/2017 | Review of various Emails from client regarding release of funds and open issues (.20) | 0.20 495.00/hr | 99.00 |
|  | Phone call from client to go over Complaint and open issues in case (.30) | 0.30 495.00/hr | 148.50 |

EXHIBIT 9                            Page 26

Tomer Fridman

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/30/2017 | Preparation of Request for Entry of Default Judgment (.80) | 0.80 495.00/hr | 396.00 |
| | Preparation of Request for Entry of Default as to MERRICK, COSTELLO & WALSH LLC (.50) | 0.50 495.00/hr | 247.50 |
| 7/2/2017 | Draft Emails to client regarding release of funds and default judgment (.20) | 0.20 495.00/hr | 99.00 |
| 7/3/2017 | Review of Email from Roger Ewing and respond thereto regarding requirement of payment of commissions to client (.20) | 0.20 495.00/hr | 99.00 |
| 7/7/2017 | Preparation of Request for Entry of Default, Declaration of William H. Brownstein and research on law of F.R.Civ.Pro. 55 (1.1) | 1.10 495.00/hr | 544.50 |
| 7/12/2017 | Review of Emal from Marc Lieberman regarding his request to dismiss complaint (.10) | 0.10 495.00/hr | 49.50 |
| | For professional services rendered | 21.30 | $10,543.50 |

Additional Charges :

| | | |
|---|---|---|
| 5/26/2017 | Copying cost for courtesy copy of complaint for Judge Barash | 45.00 |
| | Messenger service courtesy copy of First Amended Complaint to Bankruptcy Court | 35.00 |
| 6/2/2017 | Messenger service Executed Summons for Complaint | 35.00 |
| | Copying cost courtesy copy of Complaint for Bankruptcy Court | 48.30 |
| | Copying cost complaint for service on defendants | 144.90 |
| | Postage | 14.79 |
| 6/30/2017 | Copying cost Requests for Entry of Default as to Two Defendants for service of Court Copies | 92.80 |
| | Messenger service Request for Entry of Default to Bankruptcy Court (No Charge for One Messenger) | 35.00 |
| | Copying cost of Complaint served on Defendants whom seeking a default judgment | 92.60 |
| | Postage | 10.22 |
| 7/7/2017 | Copying cost | 6.10 |
| | Messenger service | 35.00 |
| | Total additional charges | $594.71 |

EXHIBIT 9                      Page 27

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 16, 2017
In Reference To:   Bankruptcy case




Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/17/2017 | Preparation of Notice of Defective Service of Motion to Dismiss filed by Trojan Capital (.70) | 0.70<br>495.00/hr | 346.50 |
| 5/24/2017 | Preparation of Sur Reply to Reply of Trojan Capital and research on law (1.80) | 1.80<br>495.00/hr | 891.00 |
|  | For professional services rendered | 2.50 | $1,237.50 |
|  | Additional Charges : |  |  |
| 5/17/2017 | Messenger service (No Charge) |  | NO CHARGE |
|  | Copying cost of Court's courtesy copy |  | 0.90 |
| 5/24/2017 | Messenger service |  | 35.00 |
|  | Copying cost |  | 2.00 |
|  | Total additional charges |  | $37.90 |

EXHIBIT 10                    Page 28

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Employment Application



Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/3/2017 | Preparation of Application to Employ Counsel under a General Retainer (1.20) | 1.20 495.00/hr | 594.00 |
| 1/29/2017 | Preparation of Declaration that No One Requested a Hearing on Employment Application (.60) | 0.60 495.00/hr | 297.00 |
|  | Preparation of Order on Employment Application (.30) | 0.30 495.00/hr | 148.50 |
|  | Preparation of Notice of Lodgment of Order (.50) | 0.50 495.00/hr | 247.50 |
|  | For professional services rendered | 2.60 | $1,287.00 |
|  | Additional Charges : |  |  |
| 1/3/2017 | Messenger service Employment Application |  | 35.00 |
|  | Copying cost for courtesy copy of employment application |  | 3.10 |
| 1/29/2017 | Messenger service Declaration No One Requested a Hearing on Employment Application |  | 35.00 |
|  | Messenger service Order on Employment Application (No Charge as this is part of multiple service) |  | NO CHARGE |
|  | Messenger service Notice of Lodgment of Order (No Charge as part of multiple service to Court) |  | NO CHARGE |

EXHIBIT 11                    Page 29

Tomer Fridman                                                                     Page      2

|            |                           | Amount   |
|------------|---------------------------|----------|
| 1/29/2017  | Copying cost              | 5.00     |
|            | Total additional charges  | $78.10   |

EXHIBIT 11                              Page 30

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


July 14, 2017
In Reference To:   Lien Valuation Motion


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/8/2017 | Preparation of lien valuation motion as to family residence located at 25420 Prado de las Peras, Calabasas, CA 91302-3656 and review of files relating thereto (3.40) | 3.40<br>495.00/hr | 1,683.00 |
| 1/20/2017 | Telephone call with opposing Attorney, John O'Donnell, Franchise Tax Board, (916) 845-6959<br>Email: John.O'Donnell@ftb.ca.gov regarding valuation motion. He said he'd work with us to get stipulation regarding removing lien (.10) | 0.10<br>495.00/hr | 49.50 |
| 1/31/2017 | Preparation for, travel to and attend hearing on lien valuation motion (1.50) | 1.50<br>495.00/hr | 742.50 |
| 2/16/2017 | Draft Email to client regarding response of Trojan to Lien Valuation Motion and review of their appraisal (.20) | 0.20<br>495.00/hr | 99.00 |
| 3/26/2017 | Review of documents relating to valuation of property, including Proof of Claim filed by JPMorgan Chase Bank. Draft Email to Henry Palosi regarding same. Submit list of appraisers for Judge Barash (1.0) | 1.00<br>495.00/hr | 495.00 |
| 3/27/2017 | Telephone conference with Court Clerk regarding continued hearing (.10) | 0.10<br>495.00/hr | 49.50 |
|  | Preparation of Notice of Continued Hearing on Lien Valuation Motion from 3/28 to 4/10 (.40) | 0.40<br>495.00/hr | 198.00 |
| 3/28/2017 | Review and respond to Email from Henry Palosi including providing detailed list of appraisers, proposed handling of dispute and responding to his Email regarding the continued hearing (.60) | 0.60<br>495.00/hr | 297.00 |

EXHIBIT 12                        Page 31

Tomer Fridman

| | Hrs/Rate | Amount |
|---|---|---|
| 3/28/2017 Draft Email to Henry Palosi regarding Valuation Hearing and related issues in case (.70) | 0.70 495.00/hr | 346.50 |
| 3/30/2017 Review of documents relating to Trojan Capital and strategies for bring an adversary proceeding against them (2.20) | 2.20 495.00/hr | 1,089.00 |
| 5/15/2017 Preparation of Declaration of Emanuel Rubin in support of valuation of family residence (.50) | 0.50 495.00/hr | 247.50 |
| 5/29/2017 Phone call from client to prepare for hearing set for 5/30/2017 (.60) | 0.60 495.00/hr | 297.00 |
| 6/10/2017 Draft Exhibit register for upcoming trial and review of files regarding same (2.10) | 2.10 495.00/hr | 1,039.50 |
| For professional services rendered | 13.40 | $6,633.00 |
| Additional Charges : | | |
| 1/8/2017 Messenger service of courtesy copy of motion to Bankruptcy Court | | 35.00 |
| Copying cost of courtesy copy to Bankruptcy Court | | 7.90 |
| 1/9/2017 Copying cost of motion served on creditors | | 25.40 |
| Postage | | 2.73 |
| 5/15/2017 Messenger service | | 35.00 |
| Copying cost Judges Courtesy Copy of Declaration of Emanuel Rubin | | 4.00 |
| Copying cost Court's courtesy copy | | 4.00 |
| 6/12/2017 Postage to Bankruptcy Court of Exhibit Registers | | 18.80 |
| Postage to Henry D. Palosi, III of exhibit book | | 7.70 |
| Copying cost for Exhibit register | | 21.00 |
| Total additional charges | | $161.53 |

EXHIBIT 12                    Page 32

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Loan Modification Discussions




Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/13/2017 | Telephone conference 2/13/20176:02 p.m. with Joseph Bean, Fay Servicing, 3125170799 Direct Line 8773123478 Toll Free, 6302827539 Fax. I told him that the Debtor intends to keep property and work out a resolution. He said he will send a modification package via fax (.20) | 0.20 495.00/hr | 99.00 |
| 3/8/2017 | Phone call from client regarding loan modification package and review thereof (.20) | 0.20 495.00/hr | 99.00 |
|  | Draft revisions to Loan Modification Package to Fay Funding and draft Email to Eva Abed, the person who prepared the loan modification package for the Debtor (.60) | 0.60 495.00/hr | 297.00 |
| 3/9/2017 | Review of final draft of loan modification application (.10) | 0.10 495.00/hr | 49.50 |
|  | Telephone conference Eva Abed, the person handing preparation of loan modification package for submission to Fay Servicing and discuss missing items (.20) | 0.20 495.00/hr | 99.00 |
|  | Draft Email in response to Email from Eva Abed, Equity Protector Financial Services advising her to send final loan modification application directly to Fay Servicing (.10) | 0.10 495.00/hr | 49.50 |
| 3/14/2017 | Telephone conference with Johnny, FayServicing, confirming receipt of loan modification package and to go over the open issues relating thereto (.20) | 0.20 495.00/hr | 99.00 |
| 3/16/2017 | Draft Email regarding missing information for FayServicing loan modification application and draft Email to client regarding same (.20) | 0.20 495.00/hr | 99.00 |

EXHIBIT 13                        Page 33

Tomer Fridman                                                                                    Page      2

|            |                                                                                            | Hrs/Rate         | Amount     |
|------------|--------------------------------------------------------------------------------------------|------------------|------------|
| 5/5/2017   | Telephone conference with Joseph Bean, FayServicing regarding missing information (.10)     | 0.10 495.00/hr   | 49.50      |
|            | Draft Email to client regarding missing information (.10)                                   | 0.10 495.00/hr   | 49.50      |
| 5/7/2017   | Draft Email to FayServicing with financial documents and updated items and review thereof for processing of loan modification (1.20) | 1.20 495.00/hr   | 594.00     |
|            | For professional services rendered                                                          | 3.20             | $1,584.00  |

EXHIBIT 13                          Page 34

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760

Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302

July 14, 2017
In Reference To:   Relief from Stay Motions

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/16/2016 | Phone call from client to go over relief from stay motion, review of motion and discuss strategies for opposition and bankruptcy case (.40) | 0.40 495.00/hr | 198.00 |
|  | Preparation of response in opposition to motion for relief from the automatic stay and review thereof (1.10) | 1.10 495.00/hr | 544.50 |
| 11/30/2016 | Preparation for and attend hearing on motion for relief from the automatic stay (1.0) | 1.00 495.00/hr | 495.00 |
|  | Draft Email and text messages to client regarding results of hearing (.10) | 0.10 495.00/hr | 49.50 |
| 1/18/2017 | Preparation of response in opposition to motion for relief from the automatic stay and review of files relating thereto (1.70) | 1.70 495.00/hr | 841.50 |
| 2/16/2017 | Preparation of Evidentiary Objections to Declarations and research on Trojan Capital and Trinity Financial Services, LLC regarding 25420 Prado de las Peras, Calabasas, CA 91302-3656 (3.30) | 3.30 495.00/hr | 1,633.50 |
|  | Phone call from client and Isadora Fridman regarding case status, strategies and open issues in case (.60) | 0.60 495.00/hr | 297.00 |
| 2/28/2017 | Preparation for upcoming hearing regarding 25420 Prado de las Peras, Calabasas, CA 91302-3656 (.60) | 0.60 495.00/hr | 297.00 |
|  | Preparation for, travel to and attend hearing on motion for relief from the automatic stay, valuation hearing, cash collateral and status conference (3.0) | 3.00 495.00/hr | 1,485.00 |

EXHIBIT 14                                      Page 35

Tomer Fridman                                                                                    Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/10/2017 | Preparation of Order Denying Trohan Capital's relief form stay motion, Notice of Lodgment of Order and coordinate providing copy to Bankruptcy Court (1.0) | 1.00 495.00/hr | 495.00 |
| 3/22/2017 | Review of Motion for Relief From Stay as to Calle Jazmin and write Email to client regarding same and send Text Message to client regarding same (.50) | 0.50 495.00/hr | 247.50 |
| 4/26/2017 | Preparation of response to motion for relief from stay filed by Daimler Trust regarding Mercedes Benz vehicle (.90) | 0.90 495.00/hr | 445.50 |
| 4/27/2017 | Preparation of response to motion for relief from  stay as to Maserati (.80) | 0.80 495.00/hr | 396.00 |
| 5/2/2017 | Telephone call with opposing Attorney regarding adequate protection stipulation for relief from stay motion as it pertains to Mercedes Benz and review and execute stipulation (.30) | 0.30 495.00/hr | 148.50 |
| 5/8/2017 | Draft Email to counsel for Ally Bank regarding Maseratti and seeking continuance for 30 days which they agreed to (.20) | 0.20 495.00/hr | 99.00 |
| | Review of lease on Maserati and draft Text message to client regarding same (.20) | 0.20 495.00/hr | 99.00 |
| 5/9/2017 | Review and execute stipulation for continuance of hearing on Relief from Stay as to Maseratti (.10) | 0.10 495.00/hr | 49.50 |
| | For professional services rendered | 15.80 | $7,821.00 |

Additional Charges :

| | | |
|---|---|---|
| 11/16/2016 | Copying cost | 3.00 |
| | Messenger service | 35.00 |
| 1/18/2017 | Messenger service | 35.00 |
| | Copying cost | 9.60 |
| 2/16/2017 | Messenger service | 35.00 |
| | Copying cost | 2.50 |
| 2/28/2017 | Automobile mileage to and from Court | 26.18 |
| 3/10/2017 | Copying cost for Order and Notice of Lodgment of Order | 1.20 |
| 4/26/2017 | Messenger service | 35.00 |
| | Copying cost of Courtesy Copy for Judge Barash | 1.10 |

EXHIBIT 14                                        Page 36

Tomer Fridman                                                                 Page      3

|            |                          | Amount    |
|------------|--------------------------|-----------|
| 4/27/2017  | Messenger service        | 35.00     |
|            | Copying cost             | 1.00      |
|            | Total additional charges | $219.58   |

EXHIBIT 14                    Page 37

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302



July 14, 2017
In Reference To:   Trojan Capital's Rule 2004 Examination



Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/29/2017 | Review of Email regarding Rule 2004 Examination and go over issues relating to objections thereto (.80) | 0.80 495.00/hr | 396.00 |
| 4/24/2017 | Research on Rule 2004 examinations (.40) | 0.40 495.00/hr | 198.00 |
| | Preparation of Opposition (.90) | 0.90 495.00/hr | 445.50 |
| 5/2/2017 | Preparation for and attend hearing on motion to conduct Rule 2004 examination of Debtor (hearing was same time as hearing on Valuation Motion) (4.0) | 4.00 495.00/hr | 1,980.00 |
| 6/1/2017 | Preparation of documents pursuant to production demand of Trojan Financial Services, Inc. (1.60) | 1.60 495.00/hr | 792.00 |
| | Draft comments on draft Order regarding Rule 2004 Examination and send same to Henry Palosi, III, Esq., counsel for Trojan Financial Services, Inc. (.30) | 0.30 495.00/hr | 148.50 |
| 6/4/2017 | Preparation of Objection to Order on Rule 2004 Examination (1.30) | 1.30 495.00/hr | 643.50 |
| 6/5/2017 | Preparation for, travel to and attend Rule 2004 Examination at the offices of Henry Palosi (6.0) | 6.00 495.00/hr | 2,970.00 |
| 7/12/2017 | Initial review if transcript of Rule 2004 Examination (.80) | 0.80 495.00/hr | 396.00 |
| | For professional services rendered | 16.10 | $7,969.50 |

EXHIBIT 15                          Page 38

Tomer Fridman                                                                Page    2


      Additional Charges :

|  |  | Amount |
|---|---|---|
| 4/24/2017 | Lexis research | 60.00 |
|  | Total additional charges | $60.00 |


| 6/4/2017 Copying cost | 80.50 |
|---|---|
| Messenger service | 35.00 |
| Copying cost Order for Court | 1.20 |
| Messenger service Order (No Charge) because more than on service on this date NO CHARGE | |
| 6/5/2017 Automobile mileage to and from Rule 2004 examination | 36.41 |
| Total additional charges | $153.11 |

EXHIBIT 15                        Page 39

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


July 14, 2017
In Reference To:   Schedules and Statements


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 10/20/2016 Draft schedules and statements for filing with Bankruptcy Court (1.20) | 1.20<br>495.00/hr | 594.00 |
| 12/22/2016 Review Schedules and Statements and draft Email to client with instructions on what to do in a Chapter 11 case (.30) | 0.30<br>495.00/hr | 148.50 |
| 12/27/2016 Draft Schedules and Statements for submission to client for review along with Email requesting a meeting by telephone (.90) | 0.90<br>495.00/hr | 445.50 |
| 12/29/2016 Draft Email to client regarding conference call to discuss open issues and case strategies (.20) | 0.20<br>495.00/hr | 99.00 |
| 1/2/2017 Phone call from client to go over schedules and statements and open issues regarding case (.70) | 0.70<br>495.00/hr | 346.50 |
| 1/3/2017 Draft revised schedules and Email to client apprising him of missing information (.80) | 0.80<br>495.00/hr | 396.00 |
| 1/6/2017 Draft further revisions to schedules and statements (.30) | 0.30<br>495.00/hr | 148.50 |
| 1/11/2017 Draft revisions to schedules and statements (1.60) | 1.60<br>495.00/hr | 792.00 |
| 1/17/2017 Preparation of amended Schedules and Statements for filing with Bankruptcy Court and calls with client to go over same (3.70) | 3.70<br>495.00/hr | 1,831.50 |
| 4/20/2017 Preparation of amended schedules to show claims of Commission Funding Solutions and to go review their claim and how it was determined (2.20) | 2.20<br>495.00/hr | 1,089.00 |

EXHIBIT 16                         Page 40

Tomer Fridman

Page    2

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 11.90 | $5,890.50 |
| Additional Charges : | | |
| 12/27/2016 Cost incurred in obtaining credit report through Microbilt, Inc. | | 35.00 |
| 1/17/2017 Copying cost | | 17.80 |
| 4/20/2017 Filing fees for filing amended Schedules | | 31.00 |
| Copying cost | | 15.20 |
| Postage | | 1.13 |
| Total additional charges | | $100.13 |

EXHIBIT 16                         Page 41

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


July 16, 2017
In Reference To:   Bankruptcy case


Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/6/2017 | Review of Email from Deutche Bank regarding short sale of property (.50) | 0.50<br>495.00/hr | 247.50 |
| 2/8/2017 | Research on sale free and clear of liens and draft motion for sale (1.60) | 1.60<br>495.00/hr | 792.00 |
|  | Phone call from client to discuss status of case, open issues and related issues in case (.80) | 0.80<br>495.00/hr | 396.00 |
| 2/9/2017 | Draft updates to short sale motion (.80) | 0.80<br>495.00/hr | 396.00 |
| 2/12/2017 | Draft Email to client regarding need for additional information and to ascertain status of his providing me with the information (.20) | 0.20<br>495.00/hr | 99.00 |
| 2/15/2017 | Review  Email from secured creditor regarding short sale and draft Email to client for his response (.30) | 0.30<br>495.00/hr | 148.50 |
| 2/23/2017 | Review  and respond to short sale documents and draft numerous Emails to client regarding same (.60) | 0.60<br>495.00/hr | 297.00 |
| 3/17/2017 | Review Email regarding missing information and forward same to Client (.20) | 0.20<br>495.00/hr | 99.00 |
| 3/24/2017 | Review Email from client regarding hardship to support a short sale of property and draft response thereto(.20) | 0.20<br>495.00/hr | 99.00 |
| 3/25/2017 | Telephone conference with James Bean, FayServicing regarding missing information necessary for short sale (.20) | 0.20<br>495.00/hr | 99.00 |

EXHIBIT 17                          Page 42

Tomer Fridman                                                                              Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/5/2017 | Preparation of Notice of Sale of Estate Property (1.20) | 1.20<br>495.00/hr | 594.00 |
| | Preparation of Notice of Motion and Motion for Sale Free and Clear of Liens (3.0) | 3.00<br>495.00/hr | 1,485.00 |
| 6/29/2017 | Preparation of revised motion for short sale and calls with Denise Zago regarding same (8.10) | 8.10<br>495.00/hr | 4,009.50 |
| 6/30/2017 | Preparation of revised final draft incorporating additional information provided by listing agent regarding the sales application (2.50) | 2.50<br>495.00/hr | 1,237.50 |
| | Preparation of Notice of Sale of Estate Property (.20) | 0.20<br>495.00/hr | 99.00 |
| 7/10/2017 | Telephone conference with Denise Zago regarding the short sale issues and what may be needed at hearing on 7/12/2017. Instructed her to attend hearing and that it was best to have everyone possible there in case the Court had questions (.10) | 0.10<br>495.00/hr | 49.50 |
| | Telephone conference with prospective purchaser of property regarding overbids and ability to attempt to purchase Calle Jazmin. (.20) | 0.20<br>495.00/hr | 99.00 |
| | Draft Email to Denise Zago regarding sale of property and the interest of other parties based on the Notice of Sale filed with Bankruptcy Court (.20) | 0.20<br>495.00/hr | 99.00 |
| 7/11/2017 | Preparation of Updated Declaration of Emanuel Rubin regarding Subject Property for filing with Bankruptcy Court  (1.2) | 1.20<br>495.00/hr | 594.00 |
| | Preparation of Updated Repair Estimate of 3731 Calle Jazmin, Calabasas, California 91302 (.60) | 0.60<br>495.00/hr | 297.00 |
| 7/12/2017 | Preparation for, travel to and attend hearing on short sale application. Motion denied without prejudice to refiling. (4.0) | 4.00<br>495.00/hr | 1,980.00 |
| 7/13/2017 | Draft notes of hearing and research on issues pertaining to Judge Barash' concerns regarding short sale (1.4) | 1.40<br>495.00/hr | 693.00 |
| | Preparation of Order denying motion without prejudice to refiling (.30) | 0.30<br>495.00/hr | 148.50 |
| | For professional services rendered | 28.40 | $14,058.00 |
| | Additional Charges : | | |
| 2/8/2017 | Lexis research on short sale and sale free and clear of liens | | 100.00 |
| 6/5/2017 | Copying cost Notice of Sale of Estate Property for Judges Courtesy Copy | | 1.20 |

EXHIBIT 17

Tomer Fridman                                                                              Page      3

|  |  | Amount |
|---|---|---:|
| 6/5/2017 | Copying cost Judges Copy of Notice of Motion and Motion for Sale | 6.50 |
|  | Messenger service Judges Copy of Notice of Sale of Estate Property | 35.00 |
|  | Messenger service Notice of Motion and Motion for Sale Free and Clear of Liens, judges courtesy copy (No Charge more than one service on this day.) | NO CHARGE |
| 6/7/2017 | Copying cost courtesy copy for Judge Barash | 8.20 |
|  | Copying cost Motion for Sale for service on All creditors and parties in interest | 246.00 |
| 6/30/2017 | Messenger service Sales Application | 35.00 |
|  | Messenger service Notice of Sale of Estate Property (No Charge) | NO CHARGE |
|  | Copying cost Court courtesy copy of sales application and notice of sale | 15.70 |
|  | Copying cost of Notice of Short Sale and of Application for a Short Sale | 637.30 |
|  | Postage | 45.92 |
| 7/11/2017 | Copying cost of Courtesy Copy for Court | 3.20 |
|  | Messenger service | 35.00 |
|  | Copying cost Updated Repair Estimate of 3731 Calle Jazmin, Calabasas, California 91302 for courtesy copy to Court | 5.80 |
|  | Messenger service Updated Repair Estimate of 3731 Calle Jazmin, Calabasas, California 91302 (No Charge) | NO CHARGE |
| 7/12/2017 | Automobile mileage | 26.18 |
| 7/13/2017 | Messenger service | 35.00 |
|  | Copying cost of Courtesy Copy or Order to Judge Barasch | 1.20 |
|  | Total additional charges | $1,237.20 |

EXHIBIT 17                    Page 44

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


July 16, 2017
In Reference To:   Bankruptcy case



Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 12/21/2016 Review of Notice from Maria Marquez, United States Trustee's office, regarding initial debtor interview and coordinate with client (.10) | 0.10 495.00/hr | 49.50 |
| 12/30/2016 Conference with client and Sanjay Sachdeva regarding U.S. Trustee compliance and to assist with bankruptcy administration (.30) | 0.30 495.00/hr | 148.50 |
| Telephone conference with Sanjay Sachdeva regarding case and what to look for (.20) | 0.20 495.00/hr | 99.00 |
| 1/3/2017 Phone calls with client to go over issues pertaining to U.S. Trustee 7-Day package, compliance and related issues in case (.3) | 0.30 495.00/hr | 148.50 |
| 1/4/2017 Preparation of 7-Day package for U.S. Trustee and call with client to go over same (2.10) | 2.10 495.00/hr | 1,039.50 |
| Preparation final draft of initial 7-Day package for U.S. Trustee (1.0) | 1.00 495.00/hr | 495.00 |
| 1/5/2017 Phone calls with client to go over status of U.S. Trustee compliance and open issues in case and strategies (1.60) | 1.60 495.00/hr | 792.00 |
| 1/6/2017 Review and respond to Email from Maria Marquez, Office of U.S. Trustee, regarding Initial Debtor Interview (.10) | 0.10 495.00/hr | 49.50 |
| Preparation of Paragraph 12 of 7-Day package to include tax returns and review returns (.50) | 0.50 495.00/hr | 247.50 |
| Phone call from client to go over remaining areas of compliance and U.S. Trustee requirements (.20) | 0.20 495.00/hr | 99.00 |

EXHIBIT 18                          Page 45

Tomer Fridman                                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/9/2017 | Review of Email from U.S. Trustee regarding rescheduling Initial Debtor Interview and arranging for interview (.20) | 0.20 495.00/hr | 99.00 |
|  | Preparation of Supplemental 7-Day Package with Bank Account information and coordinate filing with U.S. Trustee's Office (.40) | 0.40 495.00/hr | 198.00 |
| 1/12/2017 | Preparation of Real Property Questionnaire and coordinate filing it for 25420 Prado de las Peras, Calabasas, CA 91302-3656 (1.60) | 1.60 495.00/hr | 792.00 |
| 1/31/2017 | Preparation of Amended Monthly Operating Report # 1 for the month ending 12/31/2016 (.60) | 0.60 495.00/hr | 297.00 |
| 2/15/2017 | Preparation of Addendum to 7-Day Package to include verification of recording petition (.30) | 0.30 495.00/hr | 148.50 |
| 2/16/2017 | Draft Email to client and bankruptcy administrator regarding U.S. Trustee compliance (.10) | 0.10 495.00/hr | 49.50 |
| 3/10/2017 | Draft Email to client regarding Ms. Marquez Email informing me that quarterly fees were outstanding (.10) | 0.10 495.00/hr | 49.50 |
| 3/14/2017 | Draft Email to client regarding the need for filing of U.S. Trustee reports and the missing reports (.20) | 0.20 495.00/hr | 99.00 |
| 3/15/2017 | Review Email from Maria Marquez regarding payment of U.S. Trustee quarterly fee (.10) | 0.10 495.00/hr | 49.50 |
|  | Draft Email to client regarding outstanding Quarterly fee and Monthly Operating Reports with numerous Emails to bankruptcy administrator (.20) | 0.20 495.00/hr | 99.00 |
| 3/16/2017 | Preparation of final draft of Monthly Operating Report Number 2 for January 2017 (.30) | 0.30 495.00/hr | 148.50 |
|  | Preparation of final draft of Monthly Operating Report Number 3 for February 2017 (.30) | 0.30 495.00/hr | 148.50 |
| 5/10/2017 | Preparation of final draft of Monthly Operating Report Number 5 for April 30, 2017 (.60) | 0.60 495.00/hr | 297.00 |
|  | Draft Email to U.S. Trustee forwarding Monthly Operating Report Number 5 for April 30, 2017 (.10) | 0.10 495.00/hr | 49.50 |
|  | Preparation of final draft and filing of Monthly Operating Report Number 5 for the U.S. Trustee (.50) | 0.50 495.00/hr | 247.50 |
| 5/30/2017 | Preparation of request for insider compensation (.50) | 0.50 495.00/hr | 247.50 |

EXHIBIT 18                          Page 46

Tomer Fridman

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/6/2017 | Preparation of final draft of Notice of Setting/Increasing Insider Compensation (.10) | 0.10 495.00/hr | 49.50 |
| 6/28/2017 | Preparation of Amended Monthly Operating Report Number 1 for December 2016 (.70) | 0.70 495.00/hr | 346.50 |
| | Preparation of Amended Monthly Operating Report Number 2 for January 2017 (1.20) | 1.20 495.00/hr | 594.00 |
| | Preparation of Amended Monthly Operating Report Numbers 4 and 5 for March and April 2017 (1.60) | 1.60 495.00/hr | 792.00 |
| | Preparation of Monthly Operating Report Number 6 for May 2017 (.50) | 0.50 495.00/hr | 247.50 |
| | Preparation of Monthly Operating Report Number 6 for May 2017 (.40) | 0.40 495.00/hr | 198.00 |
| 7/12/2017 | Preparation of Amended Monthly Operating Report Number 3 to Summarize Expenses for White City 26, Incorporated (.20) | 0.20 495.00/hr | 99.00 |
| | Preparation of Amended MOR 4 to Summarize Expenses for White City 26, Incorporated (.20) | 0.20 495.00/hr | 99.00 |
| | Preparation  of Amended MOR 5  to Summarize Expenses for White City 26, Incorporated (.20) | 0.20 495.00/hr | 99.00 |
| | Preparation  of Amended MOR 6  to Summarize Expenses for White City 26, Incorporated (.20) | 0.20 495.00/hr | 99.00 |
| | For professional services rendered | 17.80 | $8,811.00 |

Additional Charges :

| | | |
|---|---|---|
| 1/11/2017 | Costs advanced to obtain certified copy of Chapter 11 petition for recording with Los Angeles County Recorder's Office. | 11.80 |
| 6/6/2017 | Copying cost Notice of Setting/Increasing Insider Compensation | 2.60 |
| 6/7/2017 | Copying cost Request for Insider Compensation | 5.20 |
| | Total additional charges | $19.60 |

EXHIBIT 18                    Page 47

| Description | Hours | Attorney | Hourly Rate | Total | Less $30 Hour Discount | Net Billed | Exhibit |
|---|---|---|---|---|---|---|---|
| 341 Meeting(s) of Creditors | 4.00 | WHB | $525.00 | $2,100.00 | $120.00 | $1,980.00 | 1 |
| Application for Loan Modification Discussions | 0.60 | WHB | $525.00 | $315.00 | $18.00 | $297.00 | 2 |
| Bankruptcy Planning and Consultation | 5.50 | WHB | $525.00 | $2,887.50 | $165.00 | $2,722.50 | 3 |
| Bar Date Application | 1.40 | WHB | $525.00 | $735.00 | $42.00 | $693.00 | 4 |
| Case Management Conferences | 22.10 | WHB | $525.00 | $11,602.50 | $663.00 | $10,939.50 | 5 |
| Claim Objections | 3.70 | WHB | $525.00 | $1,942.50 | $111.00 | $1,831.50 | 6 |
| Claims Review and Analysis | 0.20 | WHB | $525.00 | $105.00 | $6.00 | $99.00 | 7 |
| Commission Funding Solutions | 39.20 | WHB | $525.00 | $20,580.00 | $1,176.00 | $19,404.00 | 8 |
| Complaint | 21.30 | WHB | $525.00 | $11,182.50 | $639.00 | $10,543.50 | 9 |
| Dismissal Motion | 2.50 | WHB | $525.00 | $1,312.50 | $75.00 | $1,237.50 | 10 |
| Employment Application | 2.60 | WHB | $525.00 | $1,365.00 | $78.00 | $1,287.00 | 11 |
| Lien Valuation Motion | 13.40 | WHB | $525.00 | $7,035.00 | $402.00 | $6,633.00 | 12 |
| Loan Modification Discussions | 3.20 | WHB | $525.00 | $1,680.00 | $96.00 | $1,584.00 | 13 |
| Relief from Stay Motions | 15.80 | WHB | $525.00 | $8,295.00 | $474.00 | $7,821.00 | 14 |
| Trojan Capital's Rule 2004 Examination | 16.10 | WHB | $525.00 | $8,452.50 | $483.00 | $7,969.50 | 15 |
| Schedules and Statements | 11.90 | WHB | $525.00 | $6,247.50 | $357.00 | $5,890.50 | 16 |
| Short Sale Application | 28.40 | WHB | $525.00 | $14,910.00 | $852.00 | $14,058.00 | 17 |
| U.S. Trustee Compliance | 17.80 | WHB | $525.00 | $9,345.00 | $534.00 | $8,811.00 | 18 |
| Total through July 13, 2017 | 209.70 | WHB | $525.00 | $110,092.50 | | $103,801.50 | |

EXHIBIT 19                                        Page 48

| Description | Messenger | Photocopies | Auto Mileage | Postage | Faxes | Lexis Research | Credit Report | Filing Fees | Costs Advanced |
|---|---|---|---|---|---|---|---|---|---|
| 341 Meeting(s) of Creditors | | | | $26.18 | | | | | |
| Application for Loan Modification Discussions | $35.00 | $2.10 | | | | | | | |
| Bankruptcy Planning and Consultation | | | | | | | | | |
| Bar Date Application | $70.00 | $156.08 | | $31.05 | | | | | |
| Case Management Conferences | $105.00 | $114.60 | $104.72 | $19.74 | | | | | |
| Claim Objections | | | | | | | | | |
| Claims Review and Analysis | | | | | | | | | |
| Commission Funding Solutions | $70.00 | $131.90 | | $42.40 | $0.80 | $265.00 | | | |
| Complaint | $140.00 | $429.70 | | $25.01 | | | | | |
| Dismissal Motion | $35.00 | $2.90 | | | | | | | |
| Employment Application | $70.00 | $8.10 | | | | | | | |
| Lien Valuation Motion | $70.00 | $62.30 | | $29.23 | | | | | |
| Loan Modification Discussions | | | | | | | | | |
| Relief from Stay Motions | $175.00 | $18.40 | $26.18 | | | | | | |
| Trojan Capital's Rule 2004 Examination | $35.00 | $81.70 | $36.41 | | | $60.00 | | | |
| Schedules and Statements | | $33.00 | | $1.13 | | | $35.00 | $31.00 | |
| Short Sale Application | $140.00 | $925.10 | $26.18 | $45.92 | | $100.00 | | | |
| U.S. Trustee Compliance | | $7.80 | | | | | | | $11.80 |
| | | | | | | | | | |
| | $945.00 | $1,973.68 | $219.67 | $194.48 | $0.80 | $425.00 | $35.00 | $31.00 | $11.80 |

Total for all expenses for period    $3,836.43

EXHIBIT 19                    Page 49

# R E S U M E ' O F  Q U A L I F I C A T I O N S  F O R

## WILLIAM H. BROWNSTEIN & ASSOCIATES, P. C.

### M A N A G I N G  M E M B E R

## W I L L I A M  H .  B R O W N S T E I N

Born Los Angeles, California, May 1, 1952. Juris Doctor Degree from Southwestern University, School of Law, 1977. Deans list for academic excellence at Southwestern University, School of Law.

LL.M. in taxation from New York University, School of Law, 1979. Recipient of the Gerald Wallace Fellowship.

Admitted to the Bar, State of California, 1978. Commencing November 29, 1979 through December 3, 1983 employed by the United States Department of Justice, Office of United States Trustee, Central District of California as senior bankruptcy counsel. In that capacity responsible for the supervision of the administration of cases and trustees in chapter 11 cases.

From December 3, 1983 until February 1, 1986, litigation counsel for Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson and Casey in their Beverly Hills, California office. In that capacity responsible for the bankruptcy and insolvency department, handling all aspects of creditor and debtor related matters.

EXHIBIT 20                    Page 50

Commencing February 1, 1986 until April 19, 2002 Mr. Brownstein has been the managing partner of the Law Offices of William H. Brownstein, which specializes in creditor rights, bankruptcy and insolvency law, including matters relating to bankruptcy related tax issues.

Since 1981, employed as a professor at various universities and colleges in Southern California, and as a lecturer on bankruptcy, tax, and real estate issues. Contributing an author of California Real Estate Principles and author and contributor on various articles on aspects of bankruptcy, real estate and tax law.

Since August 15, 2000, a Certified Specialist in Bankruptcy Law, California State Bar Association. Passed the examination to be certified as a specialist in complex chapter 11 cases and reorganization cases by the American Bankruptcy Board of Certification.

Commencing April 19, 2002 managing shareholder of William H. Brownstein & Associates, Professional Corporation.

# **P A R A L E G A L S**

## **E V E L I N E   B R O W N S T E I N**

Born Salisbury, Rhodesia, June 13, 1963.

Attended Los Angeles Valley College, University of California, Los

EXHIBIT 20                                    Page 51

Angeles and California State University, Northridge. Graduated Los

Angeles Valley College, Summa Cum Laude in 1994. Graduated Thomas

Edison University with a Masters in Human Resources, Summa Cum

Laude 2014.

Comprehensive training through education and seminars, and

extensive legal experience since 1986. Experienced in all levels of support

to legal professionals, including, but not limited to, preparation of court

documents for filing, complex legal research, property management, and

the setting up and administration of law offices.

EXHIBIT 20                                    Page 52

## **DECLARATION OF TOMER FRIDMAN**

I, Tomer Fridman, do hereby declare and state as follows:

1.  This case initiated with the filing of a Chapter 13 case on June 9, 2016, and the Order Converting Chapter 13 Case to a Case Under Chapter 11 was entered on December 22, 2016, and for all times thereafter the Debtor has been in possession pursuant to 11 U.S.C. §§1107 and 1108.

2.  I have reviewed the APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330) and I find that the fees and costs charged are reasonable and I consent to the payment of the fees and costs.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing it true and correct and if called upon to testify thereon as a witness I would be competent to so testify.

Executed this 16th day of July 2017 in Calabasas, California.

_____
Tomer Fridman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA 90025-1540

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _07/14/2017_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) _07/14/2017_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _07/14/2017_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _07/14/2017_ | William H. Brownstein | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Electronically mailed by Court:
Adam N Barasch on behalf of Creditor Ally Bank
anb@severson.com, dgl@severson.com;efiling@severson.com
William H Brownstein on behalf of Debtor Tomer Fridman
Brownsteinlaw.bill@gmail.com
William H Brownstein on behalf of Plaintiff Tomer Fridman
Brownsteinlaw.bill@gmail.com
Alan W Forsley on behalf of Interested Party Ewing Realty Group, Inc.
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
Daniel K Fujimoto on behalf of Creditor Deutsche Bank National Trust Company, as
Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2,
Asset-Backed Certificates, Series 2005-WL2 wdk@wolffirm.com
Todd S Garan on behalf of Creditor Christiana Trust, a division of Wilmington Savings
Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3; Fay
Servicing, LLC as servicer ch11ecf@aldridgepite.com,
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
Todd S Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
Jamie D Hanawalt on behalf of Creditor Christiana Trust, a division of Wilmington
Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
Erica T Loftis on behalf of Creditor Christiana Trust, a division of Wilmington Savings
Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2
("Secured Creditor"), as serviced by Fay Servicing, LLC (&
Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com
William F McDonald, III on behalf of Creditor BANK OF AMERICA, N.A.
Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
Randall P Mroczynski on behalf of Creditor Daimler Trust randym@cookseylaw.com
Jennifer R Musial on behalf of Creditor Navient Solutions, LLC
jennifer.r.musial@salliemae.com
Henry D Paloci on behalf of Creditor Trojan Capital Investments LLC
hpaloci@hotmail.com, hpaloci@calibankruptcy.com
Kelly M Raftery on behalf of Creditor Deutsche Bank National Trust Company, as
Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2,
Asset-Backed Certificates, Series 2005-WL2
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov
Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Gilbert R Yabes on behalf of Interested Party Fay Servicing, LLC
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
Kristin A Zilberstein on behalf of Creditor Deutsche Bank National Trust Company, as
Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2,
Asset-Backed Certificates, Series 2005-WL2 bknotice@mccarthyholthus.com,
kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

American Express Centurian Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Andrew Kussmaul, Authorized Agent for
Buckley Madole, P.C.
P.O. Box 9013
Addison, TX 75001

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

HSBC through Assignee
Calvary SPC I, LLC as assignee of Capital
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

CIT Bank, N.A.
Countrywide Home Loan's Inc.
Onewest Bank
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017-3407

Citibank NA
1 CIT Drive
Livingston, NJ 07039-5103

Commission Funding Solutions
1902 Wright Pl. Ste 200
Carlsbad, CA 92008-6583

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Roger Patrick Ewing
Ewing & Associates
Sotheby's International Realty
23647 Calabasas Road
Calabasas, Ca 91302

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197

FNB OMAHA
PO BOX 3412
OMAHA, NE 68197

George Guido, Franchise Tax Board Agent
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

LAW OFFICES OF PATENAUDE & FELIX, A.P.C.
MAIN STREET ACQUISITION CORP.
ASSIGNEE OF HSBC
4545 Murphy Canyon Road
3rd Floor
San Diego, CA 92123

Main Street Acquisition Corp. for HSBC
Card Services (III) Inc.
Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

Internal Revenue Service
P.O. Box 7346
Internal Revenue Service
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
300 N LOS ANGELES ST
MS 5022
LOS ANGELES, CA 90012

Los Angeles County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0010

Los Angeles City Clerk
P.O. Box 53200
Los Anglees, CA 90053-0200

Lisa Looney, Bankruptcy Specialist
Midland Credit Management, Inc.
P.O. Box 2036
Warren, MI 48090

Loan Me
PO Box 5645
Orange, CA 92863

Main Street Acquisition Corp. for HSBC
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Midland Credit Management, Inc.
PO Box 2036
Warren, MI 48090-2036

MTC Financial Inc. dba Trustee Corps
2112 Business Center Drive, Floor 2
Irvine, CA 92612-7135

NBS Default Services, LLC
301 East Ocean Boulevard #1720
Long Beach, CA 90802-8813
Nancy Craft, Authorized Representative

AMEX
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

Navient Solutions, LLC
220 Lasley Ave
Wilkes-Barre, PA 18706

NORDSTM/TD
13531 E CALEY AV SERVICE
SERVICE
ENGLEWOOD, CO 80111

Palatino HOA c/o Mink Managment
4040 Glencoe Avenue
Marina del Rey, CA 90292

Payment Processing Center
P.O. Box 78367
Phoenix, AZ 85062-8367

Portfolio Recovery Associates, LLC assig
POB 41067
Best Buy Credit Card
Norfolk, VA 23541

Rita Torres, Administrative Assistant
Bass & Associates, P.C.
3936 East Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Special Default Services, Inc.
17100 Gillette Avenue
Irvine, CA 92614-5603

California State Board of Equalization
Special Operations Bankruptcy Team,
MIC:
P.O. Box 942879
Sacramento, CA 94279-0074

SYNCB/JCP
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005

The Bank of New York Mellon Corporation
225 Liberty Street
New York, NY 10286-0001

US Bank
P.O.Box 5529
Cincinnati, OH 45201-5229

U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard
Suite 1200
Glendale, CA 91203-2304

USA Funds MC E2148
Attn: Deposit Operation
P.O. Box 6180
Indianapolis, IN 46206-6180

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-8650

AMRO, INC.
ORNA GOTSLAK
4947 MARMOL DR
WOODLAND HILLS CA 91364

AMRO, INC.
21226 VENTURA BLVD #237
WOODLAND HILLS CA 91364