| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stella Havkin, #134334<br>Havkin & Shrago<br>Attorneys at Law<br>20700 Ventura Boulevard, Suite 328<br>Woodland Hills, CA 91364<br>Telephone 818 999-1568<br>Facsimile  818 305-6040<br>email: stella@havkinandshrago.com | |
| *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Tomer Fridman<br><br>Debtor(s). | CASE NO.: 1:16-bk-11729-MB<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Debtor Tomer Fridman

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Stella Havkin, Havkin & Shrago Attorneys at Law, 20700 Ventura Boulevard, Suite 328, Woodland Hills, CA 91364; 818 999-1568; stella@havkinandshrago.com

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☒ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

William H. Brownstein and William H. Brownstein, Professional Corporation,

Date: 07/20/2017

_____
Signature of party

Tomer Fridman
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: ~~07/20/2017~~ August 1, 2017

_____
Signature of present attorney

William H. Brownstein
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 07/20/2017

_____
Signature of new attorney

Stella Havkin
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

20700 Ventura Boulevard, Suite 328, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): Substitution of Attorneys

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/02/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

havkinlaw@earthlink.net; stella@havkinandshrago.com    ustpregion16.wp.ecf@usdoj.gov
brownsteinlaw.bill@gmail.com anb@severson.com, dgl@severson.com;efiling@severson.com
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
wdk@wolffirm.com ustpregion16.wh.ecf@usdoj.gov margaux.ross@usdoj.gov

[✓] Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/02/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor(s)  (VIA E-MAIL; ADDRESS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)
Honorable Martin R. Barash via court drop box

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/02/2017 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Todd S Garan  ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Jamie D Hanawalt ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com Erica T Loftis

Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com

William F McDonald Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

Randall P Mroczynski randym@cookseylaw.com Jennifer R Musial

jennifer.r.musial@salliemae.com

Henry D Paloci hpaloci@hotmail.com, hpaloci@calibankruptcy.com

Kelly M Raftery bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Valerie Smith claims@recoverycorp.com

Gilbert R Yabes ecfcacb@aldridgepite.com,GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Kristin A Zilberstein ecfnotifications@ghidottilaw.com