William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com
Attorneys for William H. Brownstein &
Associates, Professional Corporation, Applicant

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No. 1:16-bk-11729MB |
| TOMER FRIDMAN, | Chapter 11 |
| Debtor and<br>Debtor in Possession. | **DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO LIMITED OBJECTION TO APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES FILED BY TROJAN CAPITAL INVESTMENT, LLC.**<br><br>Date: August 8, 2017<br>TIME: 1:30 p.m.<br>Courtroom: 303<br>Location: 21041 Burbank Boulevard<br>Third Floor<br>Woodland Hills, CA 91367 |

TO THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE, TROJAN

CAPITAL INVESTMENT, LLC., BY AND THROUGH ITS COUNSEL, THE DEBTOR, THE

UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND THE

OTHER PARTIES IN INTEREST:

William H. Brownstein & Associates, Professional Corporation, former counsel

for the Tomer Fridman, the Debtor and Debtor in Possession (the "Debtor") is filing the

attached Declaration of William H. Brownstein in Response to Limited Objection to

Application for Payment of Interim Fees and Expenses Filed by Trojan Capital Investment,

LLC. (The "Declaration"), the hearing on which is scheduled to take place on August 8, 2017

at 1:30 p.m. or as soon thereafter as the Honorable Martin R. Barash, Bankruptcy Judge, will

hear the matter in his courtroom which is located at 21041 Burbank Boulevard, Courtroom 303,

Third Floor, Woodland Hills, California 91607.

DATED: August 3, 2017                    Respectfully submitted,

                                         William H. Brownstein & Associates,
                                             Professional Corporation

                                         By: _William H. Brownstein_

                                         William H. Brownstein & Associates,

                                         Professional Corporation, Applicant

## DECLARATION OF WILLIAM H. BROWNSTEIN

I, William H. Brownstein, do hereby declare and state as follows:

1.      I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a certified specialist in Bankruptcy Law by the State Bar of California. I am admitted to practice before the United States District Courts for the Central, Southern, Eastern and Northern Districts of California, the Ninth Circuit Court of Appeals, the United States Tax Court and the United States Claims Court. I am the president and shareholder of William H. Brownstein & Associates, Professional Corporation ("Applicant" and/or the "Firm"), whom, pursuant to the Order of the Honorable Martin R. Barash, Bankruptcy Judge, entered February 6, 2017, was employed retroactively to the date of the entry of the order for relief under Chapter 11 in Debtor's case on December 22, 2017.

2.      I am in receipt of the Limited objection to Application for Payment of Interim Fees and Expenses, Doc. 220, in which Trojan Capital Investment LLC ("Trojan") objects to the approval of fees or expenses claiming that it may be the single largest unsecured creditor of the Debtor.

3.      In my opinion that objection is disingenuous and without merit to the extent that it disputes the approval or payment of interim compensation since under 11 U.S.C. §§503, 507(a)(1) and 1129(a)(9)(A) administrative creditor claims have a first priority in a bankruptcy case and the fact that Trojan may have an unsecured claim should not, in my opinion, be the basis for denying interim compensation.

4.      As reflected in my Declaration filed in support of the application for interim compensation and reimbursement of expenses (the "Fee Application"), pursuant to the guidelines established by the Office of United States Trustee, Applicant has segregated all services performed and costs advanced by categories for such services and costs. Following is the summary for such services and costs by category and the exhibits filed with the Fee Application supporting such time and expenses.

---

**DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO LIMITED OBJECTION TO APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES FILED BY TROJAN CAPITAL INVESTMENT, LLC**

| Description | Hours | Attorney | Hourly Rate | Total | $30 hour Discount | Net Billing | Exhibit |
|---|---|---|---|---|---|---|---|
| 341(a) Meetings | 4.00 | WHB | $525.00 | $2,100.00 | $120.00 | $1,980.00 | 1 |
| Application for Loan Modification Discussions | 0.60 | WHB | $525.00 | $315.00 | $18.00 | $297.00 | 2 |
| Bankruptcy Planning and consultation | 5.50 | WHB | $525.00 | $2,887.50 | $165.00 | $2,722.50 | 3 |
| Bar Date Application | 1.40 | WHB | $525.00 | $735.00 | $42.00 | $693.00 | 4 |
| Case Management Conferences | 22.1 | WHB | $525.00 | $11,602.50 | $663.00 | $10,939.50 | 5 |
| Claim Objections | 3.70 | WHB | 525.00 | $1,942.50 | $111.00 | $1,831.50 | 6 |
| Claims Review and Analysis | 0.20 | WHB | $525.00 | $105.00 | $6.00 | $99.00 | 7 |
| Commission Funding Solutions | 39.2 | WHB | $525.00 | $20,580.00 | $1,176.00 | $19,404.00 | 8 |
| Complaint | 21.30 | WHB | $525.00 | $11,182.50 | $639.00 | $10,543.50 | 9 |
| Dismissal Motion | 2.50 | WHB | $525.00 | $1,312.50 | $75.00 | $1,237.50 | 10 |
| Employment Application | 2.60 | WHB | $525.00 | $1,365.00 | $78.00 | $1,287.00 | 11 |
| Lien Valuation Motion | 13.4 | WHB | $525.00 | $7,035.00 | $402.00 | $6,633.00 | 12 |
| Loan Modification Discussions | 3.20 | WHB | $525.00 | $1,680.00 | $96.00 | $1,584.00 | 13 |
| Relief from Stay Motions | 15.80 | WHB | $525.00 | $8,295.00 | $474.00 | $7,821.00 | 14 |
| Trojan Capital's Rule 2004 Examination | 16.10 | WHB | $525.00 | $8,452.50 | $483.00 | $7,969.50 | 15 |
| Schedules and Statements | 11.90 | WHB | $525.00 | $6,247.50 | $357.00 | $5,890.50 | 16 |
| Short Sale Application | 28.40 | WHB | $525.00 | $14,910.00 | $852.00 | $14,058.00 | 17 |
| U.S. Trustee Compliance | 17.80 | WHB | $525.00 | $9,345.00 | $534.00 | $8,811.00 | 18 |
| | 209.70 | | | $110,092.50 | $6,291.00 | $103,801.50 | |

5.      The Fee Application included a narrative to support the services performed and costs advanced, of which the total for services with an hourly discount agreed with the Debtor of $30.00 through July 14, 2017 was $103,801.50 and the costs advanced were $3,836.43, for a total of $107,637.93.

6.      In review of my employment application, Doc. 55, I noticed that I had $7,119.22 remaining from my retainer as of the time of the conversion of this case to a case under Chapter 11.

7.      As part of the retainer agreement and my understanding until the issue of cash collateral and the dispute with Commission Funding Solutions ("CFS") can up, I was under the impression that all funds going to Debtor's wholly owned corporation White City 26, Inc. ("White City")  were comprised of property that was NOT property of the estate. It was later in 2017, after briefing the issue of whether the funds in White City were property of the estate that I realized that those funds were the earnings of the Debtor and thus constituted property of the estate pursuant to 11 U.S.C. §1115(b).

DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO LIMITED OBJECTION TO APPLICATION
FOR PAYMENT OF INTERIM FEES AND EXPENSES FILED BY TROJAN CAPITAL INVESTMENT, LLC

1   ///

2      8.      On behalf of the Debtor I caused the request for insider compensation to be

3   filed with the Bankruptcy Court and served on all parties in interest, and there was no

4   objection to that request. As such, under my understanding the Debtor was authorized to

5   make post-petition payments towards the fees and costs of my firm, subject to Bankruptcy

6   Court review and approval. I also filed a disclosure of such payments with the Court.

7      9.      With the foregoing overview, I note that as a part of the retainer agreement the

8   Debtor was required to pay fees and expenses as bills were submitted in accordance with the

9   employment application, Doc 55, page 6, ¶3.a.2., which were to be paid by White City.

10      10.      Although bills were submitted to the Debtor, as of June 30, 2017 the fees were

11   $101,138.50 and the expenses were $7,055.47, for a total of $108,193.97, of which the total

12   paid was $28,000.00 from White City and it appears that a wire transfer of $8,000.00 for Casa

13   Group, LLC, were paid leaving a balance of more than $72,000.00. Incorporated herein as

14   Exhibit "19" is the cumulative billing from December 22, 2016 through June 30, 2017.

15      11.      With that said, Trojan Capital Investments, LLC ("Trojan"), which is known to the

16   Court not to spare making objections, has filed its limited objection to the approval of interim

17   compensation and fees or any disbursement. I will address those objections below:

18

| Trojan's Objection | Applicant's Response |
|---|---|
| 1. Mr. Brownstein claims 13.4 hours and $6633.00 for prosecution of a lien valuation motion against Trojan. *Application*, p.4, line 25; Exhibit 12, pp. 31-32. This motion was initially denied without prejudice for improper service and then refiled. Some, but not all, of the fees claimed are appropriate. Doc. 220, P: 2 of 6, L: 9-12 | Exhibit "12" to the Fee Application has a break down of the time spent on the prosecution of the lien valuation motion. The only time spent that could be attributable to the initial denial without prejudice of the initial application was expended on 1/31/2017 of 1.50 hours. See P: 31 of the Fee Application. The balance of the time was expended on the lien valuation motion which is pending as of the date of this Declaration. Furthermore, Applicant set multiple hearings on the same dates and times whenever possible, in this case the same time and date as the Case Management Conference. The total time expended for which the Debtor and his counsel was required to appear, was 3.0 hours. It was split in ½ so that 1.50 hours |

DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO LIMITED OBJECTION TO APPLICATION
FOR PAYMENT OF INTERIM FEES AND EXPENSES FILED BY TROJAN CAPITAL INVESTMENT, LLC

| | |
|---|---|
| | was charged to this category and 1.50 hours to the case management conference. If the time for this category is denied, as Trojan requests, then that for the Case Management Conference should be increased by the corresponding time. |
| 2. Mr. Brownstein also claims 5.5 hours, or $2722.50, for "bankruptcy planning and consultation." *Id.,* p.4, line 20; p.14. On Exhibit 3, there are two line items: five hours for conferring with "client and others" regarding conversion, and another for 0.6 hours to confer with John Edwards regards conversion and the need for a cash collateral order and planning. Though the conference about cash collateral occurred in December 2016, months passed before the Debtor actually filed a cash collateral motion. It is not clear what was actually discussed with the Debtor and others – and who those others were. Further, as this case was already pending when Mr. Brownstein subbed in, some of these fees for bankruptcy planning are not appropriate. It is not clear how much of these fees are appropriate because the line items lack for specificity.  Doc. 220, P: 2 of 6, L: 13-23. | Trojan next objects to the time expenses with regard to bankruptcy planning and consultation. The initial time expended was 5.0 hours on 10/19/2016 at which time Applicant and the Debtor and others met and conferred in Applicant's office for the purpose of evaluating the case and determining whether to retain Applicant's firm. The substitution of attorney, Doc. 30, was prepared as part of the retention on 10/19/2016 and even though a conversion motion was prepared, filed and served, the order thereon was not entered until 12/22/2016. The time was necessary to prepare for the case and is reasonable and should be approved. |
| 3. Mr. Brownstein claims 2.2 hours, or $1089.00, for filing an objection to the proof of claim of Trojan. *Id.,* Exhibit 6, p. 20. To the knowledge of Trojan, no such objection was ever filed.  Doc. 220, P: 2 of 6, L: 24-26. | The time expenses on this category was to evaluate and review the claim and to go over a possible objection to the claim. The fact that no objection was yet filed, and it was deferred pending the outcome of the lien valuation motion does not obviate that the services were performed. |
| 4. In Exhibits 8 and 9, Mr. Brownstein claims fees for work related to Commission Funding Associates ($19404.00) and the filing of an adversary proceeding (complaint) against Commission Funding Associates (an additional $10543.50) .*Id.,* pp. 22-27. It is not clear at this time whether the actions against Commission Funding Associates are frivolous. From the outside, it seems that the Debtor entered into a commercial (not consumer protected) financing arrangement with a "factor" that did not work out to the Debtor's benefit. It does not appear that Commission Funding Associates did anything improper or illegal against the Debtor. If it is later determined that the | Trojan's objection is disingenuous. The Complaint and review encompassed an enormous amount of time and effort on the part of Applicant, and it resulted in the entry of default judgments against Commission Funding Solutions ("CFS"), (not "Associates" as Trojan refers.) <br> Applicant was prepared, subject to client approval, to pursue a damage claim against CFS for violation of the automatic stay and to seek punitive damages. <br> It is noted that but for Applicants efforts and the Court's rulings that CFS had no right to Debtor's commissions, that this case would have likely died and the Debtor would have lost any ability to reorganize as he would have had no funds from which to do so. |

**DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO LIMITED OBJECTION TO APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES FILED BY TROJAN CAPITAL INVESTMENT, LLC**

| | |
|---|---|
| actions by the bankruptcy estate against Commission Funding Associates are without merit, then Mr. Brownstein should not be entitled to fees – or, those fees might be limited. If these fees are allowed now they should be held back (not disbursed to Debtor's counsel) until the final application. Doc. 220, P: 2 of 6, L: 26-P: 3 of 6, L: 10. | Consequently, it is submitted that the fees and costs in this category were reasonable and the argument that the claims may have been "frivolous" as made by Trojan are without merit. |
| 5. Mr. Brownstein claims 3.3 hours ($1633.50) to prepare evidentiary objections to the motion for relief from the automatic stay filed by Trojan. *Id.,* Exhibit 14, p. 35. These evidentiary objections were completely useless as to the matters at Bar – the objections did nothing to affect the disposition of Trojan's motion for relief from the Stay -- and served only to inflate the billable hours claimed now in this Application. Doc. 220, P: 3 of 6, L: 11-15. | To accept Trojan's argument, Trojan appears to  admit that its Relief from Stay Motion violated Bankruptcy Rule 9011 and that Applicant was a mind reader of what the Court would rule. Debtors objection was based on inadequate notice and in addition to the evidentiary objections. It is inconceivable that Trojan would have filed a motion without the good faith belief that it was reasonable and supported by existing law. Thus, an objection, including evidentiary objections was necessary and reasonable. |
| 6. Mr. Brownstein claims $14058.00 in fees in connection with a motion for the sale of real estate located on Calle Jazmin in Calabasas, California. *Id.,* Exhibit 17, pp. 42-43. The motion was denied without prejudice (for reasons not clear to Trojan). Depending on the circumstances, some or all of these fees should be disallowed. Doc. 220, P: 3 of 6, L: 16 - 20. | The Motion was ultimately denied without prejudice to refiling. It is believed that the Motion was properly noticed and had proper evidence to support it. Unfortunately, the Court did not agree but permitted a refiling of the motion to cure its purported deficiencies. As Applicant was substituted out as counsel for the Debtor it is unknown what the Debtor intends to do. It is noted, however, that even if this Court defers the approval of the $14,058.00 in fees relating to this activity, the total fees for which the Court can approve at this time exceeds $94,000.00 ($108,193.97 - $14,058 = $94,135.97, of which only $36,000 has been paid leaving a balance of $58,135.97), which to Applicant, a sole practitioner with an office and family to support, is significant. |
| 7. Mr. Brownstein claims fees for the preparation of monthly operating reports. *Id.,* pp. 46- 47. This is totally acceptable if Mr. Brownstein is preparing the MORs. However, if another professional is doing the work, then either Mr. Brownstein or that other professional should not be paid by the bankruptcy estate – not both. If Mr. Brownstein is merely reviewing the work of an accountant or bookkeeper, that would be acceptable – but would not take as much time as claimed. Doc. 220, P: 3 of 6, L: 21-26. | This case required the Applicant to review and complete the monthly operating reports prepared by the bankruptcy administrator hired by the Debtor. Contrary Trojan's representations, the time expended on this category included all matters associated with United States Trustee compliance, not just Monthly Operating Reports. A detailed listing is shown on Exhibit "18" to the Fee Application and the time expended on Monthly Operating Reports was only a part of the total time spent on all matters |

**DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO LIMITED OBJECTION TO APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES FILED BY TROJAN CAPITAL INVESTMENT, LLC**

| | |
|---|---|
| | relating to the U.S. Trustee compliance. |
| 8. Mr. Brownstein, in numerous places, has claimed travel time to and from court and other appearances. He has also claimed $219.67 in "auto expense" on page 49 of the Application. This seems to be too much and impermissible. Doc. 220, P: 4 of 6, L: 1- 3. | The total claimed for automobile mileage is 22 miles each way to and from Court. Those are charged at the IRS approved mileage rate of $.595. Furthermore, although not waiving this in the final fee application, Applicant forgot to charge for Court Call appearance service, which was used whenever possible to could avoid having to spend the time and automobile expenses going to and from Court for appearances and doing so reducing costs to the estate. |
| 9. Overall, Mr. Brownstein claims $1973.68 in costs for photocopies. *Id.,* pp.8, 49. This claim is without reference to the amount of money spent per copy and the number of copies, and on its face seems excessive. Doc. 220, P: 4 of 6, L: 4-6. | The costs incurred for photocopies is at $.10 per copy. In reviewing the costs charged Applicant discovered that he inadvertently showed a cost of $20.68 as photocopy charges that should have been postage. As such, photocopy expenses should be reduced by $20.68 to $1,953.00 ($1,973.68 - $20.68 = $1,953.00) and postage increased from $194.48 to $215.16 ($194.48 + $20.68 = $215.16.) |

12.     I am the president and sole shareholder of the Firm. I rely on payment to survive. I am the sole source of support for my wife, two daughters, one in college an the other who will be starting as a senior in high school in August. I am also supporting a disables 31 year old daughter and my son and step son, both 27 years old.

13.     In taking this case I reduced my hourly rate by $30.00 an hour and I relied on the representation that I would be paid post-petition from exempt funds to cover my fees and costs. I was under the assumption, later proving to be erroneous, that I White City earnings were exempt and not property of the estate.

14.     The total received post-petition was $36,000.00 although bills exceeded $108,000 through June 2017.  There was also $7,119.22 remaining from the initial retainer for a total of $43,119.22.

15.     I agree that if the Court feels it appropriate that it can require a hold back of some percentage of my fees, possibly 20%, which would still result in an interim award of compensation of $86,555.18, from which the $36,000.00 paid to date and the retainer of

1    $7,119.22, would leave a balance of $43,546.96.

2        16.    I will agree to have payments towards my interim compensation as the Debtor

3    has funds to pay towards my interim compensation, although I desperately rely on payments

4    to survive.

5        17.    I note that the pending application is an application for interim compensation,

6    not final compensation. My final compensation application will be subject to Bankruptcy Court

7    approval and will include all time and expenses incurred in this case.

8        18.    I request that this Honorable Court authorize my taking of the $36,000.00 paid

9    post-petition and the balance of the retainer of $7,119.22, for a total of $43,119.22, and such

10   other funds as appropriate, into income at this time and that it overrule the  Trojan's

11   objections and that it grant such relief as it deems just and proper.

12       I declare that the foregoing is true and correct to the best of my knowledge, information

13   and belief under the laws of the United States of America under the penalty of perjury and if

14   called upon to testify thereon as a witness I would be competent to so testify.

15       Executed this 3rd day of August 2017.

16

17                                                  _William H Brownstein_

18                                              William H. Brownstein

19

20

21

22

23

24

25

26

27

28

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760


Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302


August 03, 2017

In Reference To:   Bankruptcy case


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/22/2016 | Review Schedules and Statements and draft Email to client with instructions on what to do in a Chapter 11 case (.30) | 0.30 495.00/hr | 148.50 |
| 12/27/2016 | Draft Schedules and Statements for submission to client for review along with Email requesting a meeting by telephone (.90) | 0.90 495.00/hr | 445.50 |
| 12/29/2016 | Draft Email to client regarding conference call to discuss open issues and case strategies (.20) | 0.20 495.00/hr | 99.00 |
| 12/30/2016 | Conference with client and Sanjay Sachdeva regarding U.S. Trustee compliance and to assist with bankruptcy administration (.30) | 0.30 495.00/hr | 148.50 |
|  | Telephone conference with Sanjay Sachdeva regarding case and what to look for (.20) | 0.20 495.00/hr | 99.00 |
| 1/2/2017 | Phone call from client to go over schedules and statements and open issues regarding case (.70) | 0.70 495.00/hr | 346.50 |
| 1/3/2017 | Preparation of Application to Employ Counsel under a General Retainer (1.20) | 1.20 495.00/hr | 594.00 |
|  | Preparation of Bar Date Application (.80) | 0.80 495.00/hr | 396.00 |
|  | Preparation of Motion to Conduct Loan Modification Discussions, Order and Notice of Lodgment of Order (.60) | 0.60 495.00/hr | 297.00 |
|  | Phone calls with client to go over issues pertaining to U.S. Trustee 7-Day package, compliance and related issues in case (.3) | 0.30 495.00/hr | 148.50 |

EXHIBIT "19"

Tomer Fridman                                                                                              Page    2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/3/2017 | Draft revised schedules and Email to client apprising him of missing information (.80) | 0.80<br>495.00/hr | 396.00 |
| 1/4/2017 | Preparation of 7-Day package for U.S. Trustee and call with client to go over same (2.10) | 2.10<br>495.00/hr | 1,039.50 |
| | Preparation final draft of initial 7-Day package for U.S. Trustee (1.0) | 1.00<br>495.00/hr | 495.00 |
| 1/5/2017 | Phone calls with client to go over status of U.S. Trustee compliance and open issues in case and strategies (1.60) | 1.60<br>495.00/hr | 792.00 |
| 1/6/2017 | Review and respond to Email from Maria Marquez, Office of U.S. Trustee, regarding Initial Debtor Interview (.10) | 0.10<br>495.00/hr | 49.50 |
| | Preparation of Paragraph 12 of 7-Day package to include tax returns and review returns (.50) | 0.50<br>495.00/hr | 247.50 |
| | Phone call from client to go over remaining areas of compliance and U.S. Trustee requirements (.20) | 0.20<br>495.00/hr | 99.00 |
| | Draft further revisions to schedules and statements (.30) | 0.30<br>495.00/hr | 148.50 |
| 1/8/2017 | Preparation of lien valuation motion as to family residence located at 25420 Prado de las Peras, Calabasas, CA 91302-3656 and review of files relating thereto (3.40) | 3.40<br>495.00/hr | 1,683.00 |
| 1/9/2017 | Review of Email from U.S. Trustee regarding rescheduling Initial Debtor Interview and arranging for interview (.20) | 0.20<br>495.00/hr | 99.00 |
| | Preparation of Supplemental 7-Day Package with Bank Account information and coordinate filing with U.S. Trustee's Office (.40) | 0.40<br>495.00/hr | 198.00 |
| 1/11/2017 | Draft revisions to schedules and statements (1.60) | 1.60<br>495.00/hr | 792.00 |
| 1/12/2017 | Preparation of Real Property Questionnaire and coordinate filing it for 25420 Prado de las Peras, Calabasas, CA 91302-3656 (1.60) | 1.60<br>495.00/hr | 792.00 |
| 1/17/2017 | Preparation of amended Schedules and Statements for filing with Bankruptcy Court and calls with client to go over same (3.70) | 3.70<br>495.00/hr | 1,831.50 |
| 1/18/2017 | Preparation for, travel to and attend 341(a) meeting of creditors (4.0) | 4.00<br>495.00/hr | 1,980.00 |
| | Preparation of case management report and review of files relating thereto (3.10) | 3.10<br>495.00/hr | 1,534.00 |
| | Preparation of response in opposition to motion for relief from the automatic stay and review of files relating thereto (1.70) | 1.70<br>495.00/hr | 841.50 |

Tomer Fridman                                                                                   Page    3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/20/2017 | Telephone call with opposing Attorney, John O'Donnell, Franchise Tax Board, (916) 845-6959<br>Email: John.O'Donnell@ftb.ca.gov regarding valuation motion. He said he'd work with us to get stipulation regarding removing lien (.10) | 0.10<br>495.00/hr | 49.50 |
| 1/26/2017 | Review of Email from US SBA regarding their status as a creditor and response thereto (.20) | 0.20<br>495.00/hr | 99.00 |
| 1/29/2017 | Preparation of Declaration that No One Requested a Hearing on Employment Application (.60) | 0.60<br>495.00/hr | 297.00 |
| | Preparation of Order on Employment Application (.30) | 0.30<br>495.00/hr | 148.50 |
| | Preparation of Notice of Lodgment of Order (.50) | 0.50<br>495.00/hr | 247.50 |
| 1/30/2017 | Phone call from client to prepare for case management conference (.40) | 0.40<br>495.00/hr | 198.00 |
| 1/31/2017 | Preparation for, travel to and attend hearing on case management conference (1.50) | 1.50<br>495.00/hr | 742.50 |
| | Preparation for, travel to and attend hearing on lien valuation motion (1.50) | 1.50<br>495.00/hr | 742.50 |
| | Preparation of Amended Monthly Operating Report # 1 for the month ending 12/31/2016 (.60) | 0.60<br>495.00/hr | 297.00 |
| 2/6/2017 | Review of Email from Deutche Bank regarding short sale of property (.50) | 0.50<br>495.00/hr | 247.50 |
| 2/8/2017 | Research on sale free and clear of liens and draft motion for sale (1.60) | 1.60<br>495.00/hr | 792.00 |
| | Phone call from client to discuss status of case, open issues and related issues in case (.80) | 0.80<br>495.00/hr | 396.00 |
| 2/9/2017 | Draft updates to short sale motion (.80) | 0.80<br>495.00/hr | 396.00 |
| | Preparation of Order Setting Bar date, Notice of Bar Date and Notice of Lodgment of Order Setting Bar Date of April 15, 2017 (.60) | 0.60<br>495.00/hr | 297.00 |
| | Review of case management report and coordinate notice of continued hearing (.10) | 0.10<br>495.00/hr | 49.50 |
| 2/12/2017 | Draft Email to client regarding need for additional information and to ascertain status of his providing me with the information (.20) | 0.20<br>495.00/hr | 99.00 |

EXHIBIT "19"

Tomer Fridman                                                                                          Page    4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/13/2017 | Telephone conference 2/13/20176:02 p.m. with Joseph Bean, Fay Servicing, 3125170799 Direct Line 8773123478 Toll Free, 6302827539 Fax. I told him that the Debtor intends to keep property and work out a resolution. He said he will send a modification package via fax (.20) | 0.20 495.00/hr | 99.00 |
| 2/15/2017 | Review  Email from secured creditor regarding short sale and draft Email to client for his response (.30) | 0.30 495.00/hr | 148.50 |
| | Preparation of Addendum to 7-Day Package to include verification of recording petition (.30) | 0.30 495.00/hr | 148.50 |
| 2/16/2017 | Draft Email to client regarding response of Trojan to Lien Valuation Motion and review of their appraisal (.20) | 0.20 495.00/hr | 99.00 |
| | Draft Email to client and bankruptcy administrator regarding U.S. Trustee compliance (.10) | 0.10 495.00/hr | 49.50 |
| | Preparation of Evidentiary Objections to Declarations and research on Trojan Capital and Trinity Financial Services, LLC regarding 25420 Prado de las Peras, Calabasas, CA 91302-3656 (3.30) | 3.30 495.00/hr | 1,633.50 |
| | Phone call from client and Isadora Fridman regarding case status, strategies and open issues in case (.60) | 0.60 495.00/hr | 297.00 |
| 2/23/2017 | Review  and respond to short sale documents and draft numerous Emails to client regarding same (.60) | 0.60 495.00/hr | 297.00 |
| 2/28/2017 | Preparation for upcoming hearing regarding 25420 Prado de las Peras, Calabasas, CA 91302-3656 (.60) | 0.60 495.00/hr | 297.00 |
| | Preparation for, travel to and attend hearing on motion for relief from the automatic stay, valuation hearing, cash collateral and status conference (3.0) | 3.00 495.00/hr | 1,485.00 |
| 3/8/2017 | Phone call from client regarding loan modification package and review thereof (.20) | 0.20 495.00/hr | 99.00 |
| | Draft revisions to Loan Modification Package to Fay Funding and draft Email to Eva Abed, the person who prepared the loan modification package for the Debtor (.60) | 0.60 495.00/hr | 297.00 |
| 3/9/2017 | Review of final draft of loan modification application (.10) | 0.10 495.00/hr | 49.50 |
| | Telephone conference Eva Abed, the person handing preparation of loan modification package for submission to Fay Servicing and discuss missing items (.20) | 0.20 495.00/hr | 99.00 |
| | Draft Email in response to Email from Eva Abed, Equity Protector Financial Services advising her to send final loan modification application directly to Fay Servicing (.10) | 0.10 495.00/hr | 49.50 |

EXHIBIT "19"

Tomer Fridman                                                                                                                    Page    5

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/10/2017 | Preparation of Order Denying Trohan Capital's relief form stay motion, Notice of Lodgment of Order and coordinate providing copy to Bankruptcy Court (1.0) | 1.00 495.00/hr | 495.00 |
| | Draft Email to client regarding Ms. Marquez Email informing me that quarterly fees were outstanding (.10) | 0.10 495.00/hr | 49.50 |
| 3/14/2017 | Draft Email to client regarding the need for filing of U.S. Trustee reports and the missing reports (.20) | 0.20 495.00/hr | 99.00 |
| | Telephone conference with Johnny, FayServicing, confirming receipt of loan modification package and to go over the open issues relating thereto (.20) | 0.20 495.00/hr | 99.00 |
| 3/15/2017 | Review Email from Maria Marquez regarding payment of U.S. Trustee quarterly fee (.10) | 0.10 495.00/hr | 49.50 |
| | Draft Email to client regarding outstanding Quarterly fee and Monthly Operating Reports with numerous Emails to bankruptcy administrator (.20) | 0.20 495.00/hr | 99.00 |
| 3/16/2017 | Preparation of final draft of Monthly Operating Report Number 2 for January 2017 (.30) | 0.30 495.00/hr | 148.50 |
| | Preparation of final draft of Monthly Operating Report Number 3 for February 2017 (.30) | 0.30 495.00/hr | 148.50 |
| | Draft Email regarding missing information for FayServicing loan modification application and draft Email to client regarding same (.20) | 0.20 495.00/hr | 99.00 |
| 3/17/2017 | Review Email regarding missing information and forward same to Client (.20) | 0.20 495.00/hr | 99.00 |
| 3/22/2017 | Review of Motion for Relief From Stay as to Calle Jazmin and write Email to client regarding same and send Text Message to client regarding same (.50) | 0.50 495.00/hr | 247.50 |
| 3/24/2017 | Review Email from client regarding hardship to support a short sale of property and draft response thereto(.20) | 0.20 495.00/hr | 99.00 |
| 3/25/2017 | Telephone conference with James Bean, FayServicing regarding missing information necessary for short sale (.20) | 0.20 495.00/hr | 99.00 |
| 3/26/2017 | Review of documents relating to valuation of property, including Proof of Claim filed by JPMorgan Chase Bank. Draft Email to Henry Palosi regarding same. Submit list of appraisers for Judge Barash (1.0) | 1.00 495.00/hr | 495.00 |
| 3/27/2017 | Telephone conference with Court Clerk regarding continued hearing (.10) | 0.10 495.00/hr | 49.50 |
| | Preparation of Notice of Continued Hearing on Lien Valuation Motion from 3/28 to 4/10 (.40) | 0.40 495.00/hr | 198.00 |

Tomer Fridman    Page    6

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/28/2017 | Review and respond to Email from Henry Palosi including providing detailed list of appraisers, proposed handling of dispute and responding to his Email regarding the continued hearing (.60) | 0.60<br>495.00/hr | 297.00 |
| | Draft Email to Henry Palosi regarding Valuation Hearing and related issues in case (.70) | 0.70<br>495.00/hr | 346.50 |
| 3/29/2017 | Review of Email regarding Rule 2004 Examination and go over issues relating to objections thereto (.80) | 0.80<br>495.00/hr | 396.00 |
| | Draft Objection to Claim of Trojan Capital (2.20) | 2.20<br>495.00/hr | 1,089.00 |
| 3/30/2017 | Review of documents relating to Trojan Capital and strategies for bring an adversary proceeding against them (2.20) | 2.20<br>495.00/hr | 1,089.00 |
| 4/3/2017 | File Review in preparation for claim objections and discussions with client regarding same (.20) | 0.20<br>495.00/hr | 99.00 |
| 4/7/2017 | Phone call from client to prepare for case management conference and to run UCC financing statement to determine whether there are any creditors that did not show up in bankruptcy case (.30) | 0.30<br>495.00/hr | 148.50 |
| | Research of UCC filings with the Secretary of State and obtain copies thereof(.20) | 0.20<br>495.00/hr | 99.00 |
| | Draft Email to client regarding results of UCC search and related issues (.10) | 0.10<br>495.00/hr | 49.50 |
| | Review the law regarding UCC 1 financing, the Fair Credit Collection's Act and draft letter (1.7) | 1.70<br>495.00/hr | 841.50 |
| | Phone call from client to go over letter regarding collection actions attempted on real estate commissions (.70) | 0.70<br>495.00/hr | 346.50 |
| 4/19/2017 | Draft numerous Emails to client regarding need for additional documentation. Review of client's responses and Emails (1.50) | 1.50<br>495.00/hr | 742.50 |
| 4/20/2017 | Telephone call with Zachory Brown, head of legal services allegedly representing Commission Fundign Solutions and to discuss their intention to seek an injunction (.10) | 0.10<br>495.00/hr | 49.50 |
| | Conference with client and Isidora Fridman to prepare for status conference and go over case strategies (2.0) | 2.00<br>495.00/hr | 990.00 |
| | Telephone call with purported opposing Attorney, Zachory Brown, regarding working out a settlement. He said he wants a one time offer to settle. I told him I was tied up Friday and will call Monday (.40) | 0.40<br>495.00/hr | 198.00 |
| | Preparation of amended schedules to show claims of Commission Funding Solutions and to go review their claim and how it was determined (2.20) | 2.20<br>495.00/hr | 1,089.00 |

EXHIBIT "19"

Tomer Fridman                                                                                    Page    7

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/20/2017 | Preparation of Supplemental Case Management Statement and review of same (1.0) | 1.00 495.00/hr | 495.00 |
| 4/24/2017 | Research on Rule 2004 examinations (.40) | 0.40 495.00/hr | 198.00 |
| | Preparation of Opposition (.90) | 0.90 495.00/hr | 445.50 |
| | Review of Email from Zachory Brown and contact Debtor through Email to get his response (.20) | 0.20 495.00/hr | 99.00 |
| 4/25/2017 | Preparation for, travel to and attend case management conference, draft notice of ruling (4.0) | 4.00 495.00/hr | 1,980.00 |
| 4/26/2017 | Preparation of response to motion for relief from stay filed by Daimler Trust regarding Mercedes Benz vehicle (.90) | 0.90 495.00/hr | 445.50 |
| 4/27/2017 | Preparation of response to motion for relief from  stay as to Maserati (.80) | 0.80 495.00/hr | 396.00 |
| | Telephone conference with Isidora Fridman regarding obtaining updated documents for case management conference (.30) | 0.30 495.00/hr | 148.50 |
| 4/28/2017 | Telephone conference with Margaux Ross, U.S. Trustees Office, regarding issues with Commission Funding Solutions (.20) | 0.20 495.00/hr | 99.00 |
| 4/29/2017 | Phone call from client to go over status of case, issues regarding Commission Funding Solutions and possible violations of stay (.70) | 0.70 495.00/hr | 346.50 |
| | Draft Draft Email to client and bankruptcy administrator regarding Rule 2015.3 statement and need for report (.20) | 0.20 495.00/hr | 99.00 |
| 4/30/2017 | Phone call from client to go over open issues in case, case management and potential actions (.30) | 0.30 495.00/hr | 148.50 |
| 5/2/2017 | Preparation for and attend hearing on motion to conduct Rule 2004 examination of Debtor (hearing was same time as hearing on Valuation Motion) (4.0) | 4.00 495.00/hr | 1,980.00 |
| | Preparation of Proof of Claim Number 1 for Commercial Funding Solutions (0.8) | 0.80 495.00/hr | 396.00 |
| | Preparation of Proof of Claim Number 2 for Commercial Funding Solutions (0.8) | 0.80 495.00/hr | 396.00 |
| | Telephone call with opposing Attorney regarding adequate protection stipulation for relief from stay motion as it pertains to Mercedes Benz and review and execute stipulation (.30) | 0.30 495.00/hr | 148.50 |
| | Draft Emails to Zach Brown, Commisionl Funding Solutions, regarding their claim and requesting that they remove the violation of stay actions (.20) | 0.20 495.00/hr | 99.00 |

EXHIBIT "19"

Tomer Fridman                                                                                    Page    8

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/2017 | Preparation of Proof of Claim Number 3 for Commercial Funding Solutions (0.8) | 0.80 495.00/hr | 396.00 |
| 5/5/2017 | Review of Emails regarding Commission Funding Solutions and respond thereto (.30) | 0.30 495.00/hr | 148.50 |
| | Telephone conference with Joseph Bean, FayServicing regarding missing information (.10) | 0.10 495.00/hr | 49.50 |
| | Draft Email to client regarding missing information (.10) | 0.10 495.00/hr | 49.50 |
| 5/7/2017 | Draft Email to FayServicing with financial documents and updated items and review thereof for processing of loan modification (1.20) | 1.20 495.00/hr | 594.00 |
| 5/8/2017 | Review of claims filed on behalf of Commission Funding Associates (.20) | 0.20 495.00/hr | 99.00 |
| | Draft Email to counsel for Ally Bank regarding Maseratti and seeking continuance for 30 days which they agreed to (.20) | 0.20 495.00/hr | 99.00 |
| | Review of lease on Maserati and draft Text message to client regarding same (.20) | 0.20 495.00/hr | 99.00 |
| | Phone call from client regarding strategy for releasing funds (.20) | 0.20 495.00/hr | 99.00 |
| 5/9/2017 | Review and execute stipulation for continuance of hearing on Relief from Stay as to Maseratti (.10) | 0.10 495.00/hr | 49.50 |
| 5/10/2017 | Phone call from client to go over objections to claims of Commission Funding Solutions (.40) | 0.40 495.00/hr | 198.00 |
| | Draft Email to Zach Brown after reviewing Marc Levinson's Email regarding status of case and to demand settlement (.20) | 0.20 495.00/hr | 99.00 |
| | Preparation of final draft of Monthly Operating Report Number 5 for April 30, 2017 (.60) | 0.60 495.00/hr | 297.00 |
| | Draft Email to U.S. Trustee forwarding Monthly Operating Report Number 5 for April 30, 2017 (.10) | 0.10 495.00/hr | 49.50 |
| | Draft numerous Emails to Zach Brown regarding his conduct as it pertains to client (1.40) | 1.40 495.00/hr | 693.00 |
| | Telephone call with opposing Attorney, Marc Levinson, Esq., regarding release of funds and issues relating to commissions (.30) | 0.30 495.00/hr | 148.50 |
| | Preparation of final draft and filing of Monthly Operating Report Number 5 for the U.S. Trustee (.50) | 0.50 495.00/hr | 247.50 |

EXHIBIT "19"

Tomer Fridman                                                                          Page      9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/12/2017 | Conference with client and Robert Altagen regarding Commission Funding Solutions and strategies (.50) | 0.50 495.00/hr | 247.50 |
|  | Review of Email from Marc Levinson and plan strategies for complaint (.20) | 0.20 495.00/hr | 99.00 |
| 5/14/2017 | Research on issues relating to Complaint and status of Commission Funding Receivables and collection agent (1.8( | 1.80 495.00/hr | 891.00 |
|  | Research on violation of stay cases (.10) | 0.10 495.00/hr | 49.50 |
| 5/15/2017 | Preparation of Declaration of Emanuel Rubin in support of valuation of family residence (.50) | 0.50 495.00/hr | 247.50 |
|  | Preparation of Rule 2015.3 statement and coordinate service (1.0) | 1.00 495.00/hr | 495.00 |
| 5/16/2017 | Preparation of Complaint against Commission Funding Solutions, et. al., etc. (11.0) | 11.00 495.00/hr | 5,445.00 |
|  | Preparation of Supplemental Case Management Report and review of files and call with client regarding same (2.10) | 2.10 495.00/hr | 1,039.50 |
| 5/17/2017 | Preparation of Notice of Defective Service of Motion to Dismiss filed by Trojan Capital (.70) | 0.70 495.00/hr | 346.50 |
| 5/19/2017 | Draft various Emails to client regarding action against Commission Funding Receivables and to go over strategies in case (.60) | 0.60 495.00/hr | 297.00 |
| 5/22/2017 | Phone call from client to go over strategies and status of complaint and anticipated actions. He said that he was in a meeting with Roger at the time of the meeting (.40) | 0.40 495.00/hr | 198.00 |
|  | Preparation of draft motion for authority to use cash collateral (3.20) | 3.20 495.00/hr | 1,584.00 |
| 5/24/2017 | Preparation of Sur Reply to Reply of Trojan Capital and research on law (1.80) | 1.80 495.00/hr | 891.00 |
|  | Review of client's comments on draft ex parte application (.10) | 0.10 495.00/hr | 49.50 |
|  | Draft Declaration of Tomer Fridman, Memorandum of Points and Authorities, research on law as it pertains to cash collateral, property of the estate, violations of Federal and state law (1.30) | 1.30 495.00/hr | 643.50 |
| 5/25/2017 | Review of Fair Credit Collections Act and draft amended complaint (1.0) | 1.00 495.00/hr | 495.00 |

Tomer Fridman                                                                    Page    10

| Date | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/25/2017 | Preparation of final draft of Cash Collateral Motion and coordinate service (2.1) | 2.10<br>495.00/hr | 1,039.50 |
| | Preparation of application for an order shortening time for notice (.50) | 0.50<br>495.00/hr | 247.50 |
| | Preparation of Order Shortening Time (.20) | 0.20<br>495.00/hr | 99.00 |
| 5/26/2017 | Preparation of first amended complaint and coordinate service and filing (4.30) | 4.30<br>495.00/hr | 2,128.50 |
| 5/29/2017 | Phone call from client to prepare for hearing set for 5/30/2017 (.60) | 0.60<br>495.00/hr | 297.00 |
| | Phone call from client to go over need for order on cash collateral (.30) | 0.30<br>495.00/hr | 148.50 |
| 5/30/2017 | Preparation of request for insider compensation (.50) | 0.50<br>495.00/hr | 247.50 |
| | Phone call from client to go over results of hearing, open issues including need to amend all operating reports to show results of White City 26, Inc. (.60) | 0.60<br>495.00/hr | 297.00 |
| 6/1/2017 | Preparation of documents pursuant to production demand of Trojan Financial Services, Inc. (1.60) | 1.60<br>495.00/hr | 792.00 |
| | Draft comments on draft Order regarding Rule 2004 Examination and send same to Henry Palosi, III, Esq., counsel for Trojan Financial Services, Inc. (.30) | 0.30<br>495.00/hr | 148.50 |
| 6/4/2017 | Preparation of Objection to Order on Rule 2004 Examination (1.30) | 1.30<br>495.00/hr | 643.50 |
| | Draft Email to Marc Levinson regarding his clients purported misrepresentations and fraudulent conduct to Debtor (.30) | 0.30<br>495.00/hr | 148.50 |
| | Draft Email to Marc Levinson regarding his clients conduct and our threat of action (.80) | 0.80<br>495.00/hr | 396.00 |
| 6/5/2017 | Preparation for, travel to and attend Rule 2004 Examination at the offices of Henry Palosi (6.0) | 6.00<br>495.00/hr | 2,970.00 |
| | Preparation of Notice of Sale of Estate Property (1.20) | 1.20<br>495.00/hr | 594.00 |
| | Preparation of Notice of Motion and Motion for Sale Free and Clear of Liens (3.0) | 3.00<br>495.00/hr | 1,485.00 |
| 6/6/2017 | Preparation of supplemental declaration of Tomer Fridman and research on post-petition compensation and whether real estate commissions paid to White City 26, Inc. are property of the estate (6.20) | 6.20<br>495.00/hr | 3,069.00 |

Tomer Fridman                                                                                    Page    11

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/6/2017 | Preparation of revised Cash Collateral Motion and coordinate notice to all parties (1.10) | 1.10 495.00/hr | 544.50 |
| | Preparation of final draft of Notice of Setting/Increasing Insider Compensation (.10) | 0.10 495.00/hr | 49.50 |
| 6/7/2017 | Telephone call with opposing counsel, Marc Lieberman and his partner Alan Forsley who represent Roger Ewing, regarding status of case and possible resolution (.20) | 0.20 495.00/hr | 99.00 |
| 6/10/2017 | Draft Exhibit register for upcoming trial and review of files regarding same (2.10) | 2.10 495.00/hr | 1,039.50 |
| 6/12/2017 | Telephone conference with Isidora Fridman regarding status of release of funds (.10) | 0.10 495.00/hr | 49.50 |
| | Draft Email to Alan W. Forsley, counsel for Ewing, regarding status of release of funds (.20) | 0.20 495.00/hr | 99.00 |
| 6/13/2017 | Review of various Emails from client regarding release of funds and open issues (.20) | 0.20 495.00/hr | 99.00 |
| | Phone call from client to go over Complaint and open issues in case (.30) | 0.30 495.00/hr | 148.50 |
| 6/14/2017 | Preparation of turnover motion, ex parte application and order and legal research on issues of security interest in post-petition income and emergency motion (8.0) | 8.00 495.00/hr | 3,960.00 |
| 6/19/2017 | Call to 20 largest unsecured creditors to give notice, coordinate service and copying for creditors and draft Email to counsel for Ewing International (3.50) | 3.50 495.00/hr | 1,732.50 |
| 6/20/2017 | Telephone call with opposing Attorney, Alan Forsley, regarding entering stipulation for tunnover of funds to my attorney client trust account (.20) | 0.20 495.00/hr | 99.00 |
| | Draft Stipulation with Ewing Realty (.60) | 0.60 495.00/hr | 297.00 |
| | Preparation of Stipulation for Turnover of Funds (2.70) | 2.70 495.00/hr | 1,336.50 |
| 6/21/2017 | Phone call from client to go over status of payments from Ewing International and issues relating to his ongoing operation (.50) | 0.50 495.00/hr | 247.50 |
| | Preparation of supplemental declaration of Tomer Fridman and numerous calls and text messages and Emails to client regarding same (1.60) | 1.60 495.00/hr | 792.00 |
| 6/22/2017 | Review of Email regarding settlement of case with Isidora Fridman (.20) | 0.20 495.00/hr | 99.00 |

Tomer Fridman                                                                          Page    12

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/23/2017 | Review and respond to the Email from Zach Brown regarding settlement with Isidora Fridman (.80) | 0.80 495.00/hr | 396.00 |
| | Phone call from client to go over my comments on Email from Zach Brown (.20) | 0.20 495.00/hr | 99.00 |
| | Review and respond to revised Stipulation with Roger Ewing (.40) | 0.40 495.00/hr | 198.00 |
| | Draft Emails to Mark Lieberman and Alan Forsley regarding Ewing stipulation and release of listings as part of agreement (.20) | 0.20 495.00/hr | 99.00 |
| 6/27/2017 | Preparation of pleadings regarding Emails with Commission Funding Solutions and to prepare for Court (2.10) | 2.10 495.00/hr | 1,039.50 |
| | Preparation for, travel to and attend hearing on Cash Collateral Motion, Turnover Motion and Sales Application (5.50) | 5.50 495.00/hr | 2,722.50 |
| 6/28/2017 | Preparation of Amended Monthly Operating Report Number 1 for December 2016 (.70) | 0.70 495.00/hr | 346.50 |
| | Preparation of Amended Monthly Operating Report Number 2 for January 2017 (1.20) | 1.20 495.00/hr | 594.00 |
| | Preparation of Amended Monthly Operating Report Numbers 4 and 5 for March and April 2017 (1.60) | 1.60 495.00/hr | 792.00 |
| | Preparation of Monthly Operating Report Number 6 for May 2017 (.50) | 0.50 495.00/hr | 247.50 |
| | Preparation of Monthly Operating Report Number 6 for May 2017 (.40) | 0.40 495.00/hr | 198.00 |
| | Telephone call with opposing Attorney, Marc Lieberman, regarding order and issues regarding distribution of funds (.20) | 0.20 495.00/hr | 99.00 |
| | Draft Cash Collateral Order (.50) | 0.50 495.00/hr | 247.50 |
| | Draft revisions to Order and Emails to client regarding same (.40) | 0.40 495.00/hr | 198.00 |
| 6/29/2017 | Draft final copy of Order and Notice of Lodgment and coordinate filing with Bankruptcy Court (.50) | 0.50 495.00/hr | 247.50 |
| | Telephone call to Court to apprise it that Order was lodged. Left message with law clerk. (.10) | 0.10 495.00/hr | 49.50 |
| | Review and respond to Emails from Marc Leiberman regarding order and release of funds (.20) | 0.20 495.00/hr | 99.00 |

EXHIBIT "19"

Tomer Fridman                                                                 Page    13

| | Hrs/Rate | Amount |
|---|---|---|
| 6/29/2017 Preparation of revised motion for short sale and calls with Denise Zago regarding same (8.10) | 8.10 495.00/hr | 4,009.50 |
| 6/30/2017 Preparation of revised final draft incorporating additional information provided by listing agent regarding the sales application (2.50) | 2.50 495.00/hr | 1,237.50 |
| Preparation of Notice of Sale of Estate Property (.20) | 0.20 495.00/hr | 99.00 |
| Preparation of Request for Entry of Default Judgment (.80) | 0.80 495.00/hr | 396.00 |
| Preparation of Request for Entry of Default as to MERRICK, COSTELLO & WALSH LLC (.50) | 0.50 495.00/hr | 247.50 |
| Draft numerous Emails to Roger Ewing, client and counsel for Roger Ewing regarding release of funds (.50) | 0.50 495.00/hr | 247.50 |
| For professional services rendered | 202.30 | $100,138.50 |

Additional Charges :

| | Amount |
|---|---|
| 12/27/2016 Cost incurred in obtaining credit report through Microbilt, Inc. | 35.00 |
| 1/2/2017 | 20.20 |
| 1/3/2017 Messenger service Employment Application | 35.00 |
| Copying cost for courtesy copy of employment application | 3.10 |
| Messenger service of Bar Date Application to Bankruptcy Court | 35.00 |
| Copying cost of Courtesy Copy of Bar Date Application for Bankruptcy Court | 2.00 |
| Messenger service Application to Conduct Loan Modification Discussions, Notice of Lodgment of Order and Order (No charge for two messenger services) | 35.00 |
| Copying cost of courtesy documents to Bankruptcy Court | 2.10 |
| 1/8/2017 Messenger service of courtesy copy of motion to Bankruptcy Court | 35.00 |
| Copying cost of courtesy copy to Bankruptcy Court | 7.90 |
| 1/9/2017 Copying cost | 121.50 |
| Postage | 31.05 |
| Copying cost of motion served on creditors | 25.40 |

EXHIBIT "19"

Tomer Fridman                                                                                    Page    14

|  |  | Amount |
|---|---|---:|
| 1/9/2017 | Postage | 2.73 |
| 1/11/2017 | Costs advanced to obtain certified copy of Chapter 11 petition for recording with Los Angeles County Recorder's Office. | 11.80 |
| 1/17/2017 | Copying cost | 17.80 |
| 1/18/2017 | Automobile mileage to and from 341(a) meeting of creditors | 26.18 |
|  | Messenger service | 35.00 |
|  | Copying cost | 103.90 |
|  | Postage | 19.74 |
|  | Messenger service | 35.00 |
|  | Copying cost | 9.60 |
| 1/29/2017 | Messenger service Declaration No One Requested a Hearing on Employment Application | 35.00 |
|  | Messenger service Order on Employment Application (No Charge as this is part of multiple service) | NO CHARGE |
|  | Messenger service Notice of Lodgment of Order (No Charge as part of multiple service to Court) | NO CHARGE |
|  | Copying cost | 5.00 |
| 1/31/2017 | Automobile mileage to and from case management conference | 26.18 |
| 2/8/2017 | Lexis research on short sale and sale free and clear of liens | 100.00 |
| 2/9/2017 | Messenger service of Order Setting Bar Date, Notice of Bar Date and Notice of Lodgment of Order Setting Bar Date (No Charge for Two services) | 35.00 |
|  | Copying cost of Order Setting Bar Date, Notice Setting Bar Date and Notice of Lodgment of Order Setting Bar Date to Judge Barash | 3.10 |
| 2/11/2017 | Copying cost Notice of Bar Date | 8.80 |
|  | Postage | 20.68 |
| 2/16/2017 | Messenger service | 35.00 |
|  | Copying cost | 2.50 |
| 2/28/2017 | Automobile mileage to and from Court | 26.18 |
| 3/10/2017 | Copying cost for Order and Notice of Lodgment of Order | 1.20 |

EXHIBIT "19"

Tomer Fridman                                                                    Page    15

| Date | Description | Amount |
|---|---|---|
| 4/7/2017 | Faxes Out | 0.80 |
| 4/20/2017 | Filing fees for filing amended Schedules | 31.00 |
| | Copying cost | 1.50 |
| | Messenger service | 35.00 |
| | Copying cost | 15.20 |
| | Postage | 1.13 |
| 4/24/2017 | Lexis research | 60.00 |
| 4/25/2017 | Automobile mileage | 26.18 |
| 4/26/2017 | Messenger service | 35.00 |
| | Copying cost of Courtesy Copy for Judge Barash | 1.10 |
| 4/27/2017 | Messenger service | 35.00 |
| | Copying cost | 1.00 |
| 5/2/2017 | Copying cost for Proof of Claim Numbers 1, 2 and 3  for Commercial Funding Solutions to Bankruptcy Court for filing | 5.10 |
| 5/3/2017 | Messenger service Proof of Claim Numbers 1, 2 and 3  for Commercial Funding Solutions (No Charge for 2 messenger services) | 35.00 |
| | Copying cost service copy to Commercial Funding Solutions of three proof of claims | 4.80 |
| | Postage | 1.38 |
| 5/14/2017 | Lexis | 15.00 |
| 5/15/2017 | Messenger service | 35.00 |
| | Copying cost Judges Courtesy Copy of Declaration of Emanuel Rubin | 4.00 |
| | Copying cost for courtesy copy of Rule 2015.3 statement | 2.40 |
| | Messenger service of Rule 2015.3 statement | 35.00 |
| | Copying cost Court's courtesy copy | 4.00 |
| | Copying cost Court's courtesy copy of Rule 2015.3 Report | 2.40 |
| 5/17/2017 | Lexis research on issues pertaining to complaint and causes of action | 150.00 |

EXHIBIT "19"

Tomer Fridman                                                                                          Page    16

|  | | Amount |
|---|---|---|
| 5/17/2017 | Messenger service | 35.00 |
| | Messenger service (No Charge) | NO CHARGE |
| | Messenger service (No Charge) | NO CHARGE |
| | Copying cost of Court's courtesy copy | 0.90 |
| | Copying cost of Court's courtesy copy | 4.40 |
| 5/24/2017 | Messenger service | 35.00 |
| | Copying cost | 2.00 |
| 5/25/2017 | Messenger service | 35.00 |
| | Copying cost of Court's courtesy copy of motion | 4.30 |
| | Messenger service | 35.00 |
| | Copying cost for Court's Courtesy Copy | 2.00 |
| | Copying cost Court's courtesy copy of Order | 0.60 |
| | Copying cost of copies of Motion for Authority to Use Cash Collateral for service on mailing list | 8.60 |
| | Postage | 1.86 |
| 5/26/2017 | Copying cost for courtesy copy of complaint for Judge Barash | 45.00 |
| | Messenger service courtesy copy of First Amended Complaint to Bankruptcy Court | 35.00 |
| 5/30/2017 | Automobile mileage to and from Court | 26.18 |
| 6/2/2017 | Messenger service Executed Summons for Complaint | 35.00 |
| | Copying cost courtesy copy of Complaint for Bankruptcy Court | 48.30 |
| | Copying cost complaint for service on defendants | 144.90 |
| | Postage | 14.79 |
| 6/4/2017 | Copying cost | 80.50 |
| | Messenger service | 35.00 |
| | Copying cost Order for Court | 1.20 |
| | Messenger service Order (No Charge) because more than on service on this date | NO CHARGE |

EXHIBIT "19"

Tomer Fridman                                                                                                    Page   17

|  | | Amount |
|---|---|---|
| 6/5/2017 | Automobile mileage to and from Rule 2004 examination | 36.41 |
| | Copying cost Notice of Sale of Estate Property for Judges Courtesy Copy | 1.20 |
| | Copying cost Judges Copy of Notice of Motion and Motion for Sale | 6.50 |
| | Messenger service Judges Copy of Notice of Sale of Estate Property | 35.00 |
| | Messenger service Notice of Motion and Motion for Sale Free and Clear of Liens, judges courtesy copy (No Charge more than one service on this day.) | NO CHARGE |
| 6/6/2017 | Copying cost Supplemental Declaration courtesy copy for Judge Barash | 58.60 |
| | Messenger service Supplemental Declaration | 35.00 |
| | Copying cost Notice of Motion and Motion in Individual Chapter 11 Case for Order Authorizing Use of Cash Collateral [11 U.S.C. §363] and Order Setting Hearing and Notice to All Parties for Courtesy Copy for Judge Barash | 3.50 |
| | Copying cost Notice of Setting/Increasing Insider Compensation | 2.60 |
| 6/7/2017 | Copying cost courtesy copy for Judge Barash | 8.20 |
| | Copying cost Motion for Sale for service on All creditors and parties in interest | 246.00 |
| | Copying cost Supplemental Declaration in Support of Motion for Authority to Use Cash Collateral and Motion for Authority to Use Cash Collateral for service on all parties in interest | 2,984.80 |
| | Copying cost Request for Insider Compensation | 5.20 |
| | Postage for group service of Cash Collateral Motion, Memorandum of Points and Authorities and Supplemental Declaration of Tomer Fridman in support of Cash Collateral Motion and Exhibits, Notice of Insider Compensation, Sales Application and Notice of Sales Application | 178.36 |
| 6/12/2017 | Postage to Bankruptcy Court of Exhibit Registers | 18.80 |
| | Postage to Henry D. Palosi, III of exhibit book | 7.70 |
| | Copying cost for Exhibit register | 21.00 |
| 6/14/2017 | Lexis research on turnover issues | 100.00 |
| | Copying cost for Turnover Motion | 5.00 |
| | Copying cost for Application for Order Shortening Time | 3.70 |
| | Copying cost Order Shortening Time | 0.60 |
| | Messenger service Emergency Turnover Motion, Ex Parte Application for Order Shortening Time and Order (No Charge for Two Messengers) | 35.00 |

EXHIBIT "19"

Tomer Fridman                                                                    Page    18

| | | Amount |
|---|---|---:|
| 6/15/2017 | Postage for Turnover Motion | 1.12 |
| | Copying cost for Turnover Motion served on Commission Funding Solutions | 8.80 |
| 6/19/2017 | Copying cost | 22.00 |
| | Postage for service of Turnover Order, Declaration and Emergency Motion | 39.90 |
| | Copying cost for Emergency Motion, Declaration and Order | 46.90 |
| 6/28/2017 | Automobile mileage to and from Court on hearings on motion for authority to use cash collateral, turnover and sales application | 26.18 |
| 6/29/2017 | Messenger service Cash Collateral Order | 35.00 |
| | Copying cost for courtesy copy for Judge Barash | 1.70 |
| 6/30/2017 | Messenger service Sales Application | 35.00 |
| | Messenger service Notice of Sale of Estate Property (No Charge) | NO CHARGE |
| | Copying cost Court courtesy copy of sales application and notice of sale | 15.70 |
| | Copying cost Requests for Entry of Default as to Two Defendants for service of Court Copies | 92.80 |
| | Messenger service Request for Entry of Default to Bankruptcy Court (No Charge for One Messenger) | 35.00 |
| | Copying cost of Notice of Short Sale and of Application for a Short Sale | 637.30 |
| | Postage | 45.92 |
| | Copying cost of Complaint served on Defendants whom seeking a default judgment | 92.60 |
| | Postage | 10.22 |
| | Total additional charges | $7,055.47 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO LIMITED OBJECTION TO APPLICATION FOR PAYMENT OF INTERIM FEES AND EXPENSES FILED BY TROJAN CAPITAL INVESTMENT, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/03/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NE**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 08/03/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/03/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA  91367
Debtor, TomerF9@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/03/2017 | William H. Brownstein | *William H. Brownstein* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

American Express Centurian Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Andrew Kussmaul,
Authorized Agent for  Buckley Madole, P.C.
P.O. Box 9013
Addison, TX 75001

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

Calvary SPC I, LLC as assignee of Capial
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

CIT Bank, N.A.
Countrywide Home Loan's Inc.
Onewest Bank
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017-3407

Citibank NA
1 CIT Drive
Livingston, NJ 07039-5103

Commission Funding Solutions
1902 Wright Pl. Ste 200
Carlsbad, CA 92008-6583

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Roger Patrick Ewing
Ewing & Associates
Sotheby's International Realty
23647 Calabasas Road
Calabasas, Ca 91302

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE 68197

FNB OMAHA
PO BOX 3412
OMAHA, NE 68197

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

George Guido, Franchise Tax Board Agent
FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

LAW OFFICES OF PATENAUDE & FELIX, A.P.C.
MAIN STREET ACQUISITION CORP. ASSIGNEE OF HSBC
4545 Murphy Canyon Road
3rd Floor
San Diego, CA 92123

Main Street Acquisition Corp. for HSBC Card Services (III) Inc.
Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

Internal Revenue Service
P.O. Box 7346
Internal Revenue Service
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
300 N LOS ANGELES ST
MS 5022
LOS ANGELES, CA 90012

Los Angeles County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0010

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Lisa Looney, Bankruptcy Specialist
Midland Credit Management, Inc.
P.O. Box 2036
Warren, MI 48090

Loan Me
PO Box 5645
Orange, CA 92863

Main Street Acquisition Corp. for HSBC
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Midland Credit Management, Inc.
PO Box 2036
Warren, MI 48090-2036

MTC Financial Inc. dba Trustee Corps
2112 Business Center Drive, Floor 2
Irvine, CA 92612-7135

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                **F 9013-3.1.PROOF.SERVICE**

NBS Default Services, LLC
301 East Ocean Boulevard #1720
Long Beach, CA 90802-8813
Nancy Craft, Authorized Representative

AMEX
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

Navient Solutions, LLC
220 Lasley Ave
Wilkes-Barre, PA 18706

NORDSTM/TD
13531 E CALEY AV SERVICE
SERVICE
ENGLEWOOD, CO 80111

Palatino HOA c/o Mink Managment
4040 Glencoe Avenue
Marina del Rey, CA 90292

Payment Processing Center
P.O. Box 78367
Phoenix, AZ 85062-8367

Portfolio Recovery Associates, LLC assig
POB 41067
Best Buy Credit Card
Norfolk, VA 23541

Rita Torres, Administrative Assistant
Bass & Associates, P.C.
3936 East Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Special Default Services, Inc.
17100 Gillette Avenue
Irvine, CA 92614-5603

California State Board of Equalization
Special Operations Bankruptcy Team,
MIC:
P.O. Box 942879
Sacramento, CA 94279-0074

SYNCB/JCP
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005

The Bank of New York Mellon Corporation
225 Liberty Street
New York, NY 10286-0001

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

US Bank
P.O.Box 5529
Cincinnati, OH 45201-5229

U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard
Suite 1200
Glendale, CA 91203-2304

USA Funds MC E2148
Attn: Deposit Operation
P.O. Box 6180
Indianapolis, IN 46206-6180

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-8650

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.