Stella Havkin (SBN 134334)
Havkin & Shrago
Attorneys at Law
20700 Ventura Blvd. Ste. 328
Woodland Hills, CA 91364
Telephone: (818) 999-1568
Facsimile:  (818) 305-6040
Email: stella@havkinandshrago.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession Tomer Fridman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNDANO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.  1:16-bk-11729-MB |
| TOMER FRIDMAN, | Chapter 11 |
| Debtor and Debtor in Possession. | **OPPOSITION TO APPLICATION FOR INTERIM FEES; DECLARATION OF TOMER FRIDMAN** |
| | Date: August 15, 2017<br>Time: 1:30 p.m.<br>Courtroom: 303 |

OPPOSITION TO APPLICATION FOR INTERIM FEES

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, APPLICANT WILLIAM BROWNSTEIN, OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

Debtor and Debtor in Possession through his proposed successor counsel hereby files his opposition to the Application for Interim Fees.

Proposed counsel has not had a full opportunity to review all the fees, but based on the preliminary review, the calculations of the funds received from the Debtor set forth in the Application are inconsistent with the disclosure of compensation form filed by Applicant. Further, fees are being charged for a motion for sale which was filed without either previous or a contemporaneous employment of a real estate broker as well as for a motion which was denied for lack of proper service.

Thus, the Debtor requests a continuance of the application pending further review.

Dated: August 10, 2017          **HAVKIN & SHRAGO**

By:  */s/ Stella Havkin*

Stella Havkin
Proposed Attorneys for Tomer Fridman Debtor
and Debtor in Possession

**DECLARATION OF TOMER FRIDMAN**

I , Tomer Fridman, declare

1. I am the Debtor and Debtor in Possession in the instant case. I have personal knowledge of the facts stated herein, except where stated on information and belief, and where so stated, I am informed and believe that such facts are true and correct. If called and sworn as a witness, I could and would competently testify to the above.

2. I signed a declaration in support of the interim fee application by William Brownstein without an understanding of what was being sought. Because Chapter 11 cases are highly complex, I was relying on my counsel to guide me through the process. I did not understand that Mr. Brownstein was seeking to have $103,000 approved as his fees especially since I had already caused to be paid to him $51,000 for this case. Further, I had never seen the statements of services attached to the application until my new counsel showed them to me.

3. At this time, I withdraw my declaration and consent to the fee application pending further review by my new counsel and the Court of the propriety of the fees sought.

Executed on this 9th day of August, 2017, at Calabasas, California. I declare under penalty of perjury pursuant to the laws of United States of America that the foregoing is true and correct.



STIPULATION TO CONTINUE HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

20700 Ventura Boulevard, Suite 328, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): Opposition to Application for Interim Fees; Declaration of Tomer Frideman
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/10/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

havkinlaw@earthlink.net; stella@havkinandshrago.com        ustpregion16.wp.ecf@usdoj.gov
 anb@severson.com, dgl@severson.com;efiling@severson.com    wdk@wolffirm.com
 alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com   claims@recoverycorp.com

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/10/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Debtor(s)  (VIA E-MAIL; ADDRESS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)
 Honorable Martin  R. Barash via court drop box

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/10/2017 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                       **F 9013-3.1.PROOF.SERVICE**

ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com

Brownsteinlaw.bill@gmail.com

Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com

Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

randym@cookseylaw.com

jennifer.r.musial@salliemae.com

ecfnotifications@ghidottilaw.com

hpaloci@hotmail.com, hpaloci@calibankruptcy.com

bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com