William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com

Attorneys for William H. Brownstein &
Associates, Professional Corporation, Applicant

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No. 1:16-bk-11729MB |
| TOMER FRIDMAN, | Chapter 11 |
| Debtor and Debtor in Possession. | **SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE** |
| | Date: August 15, 2017<br>TIME: 1:30 p.m.<br>Courtroom: 303<br>Location: 21041 Burbank Boulevard<br>Third Floor<br>Woodland Hills, CA 91367 |

TO THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE, TROJAN CAPITAL INVESTMENT, LLC., BY AND THROUGH ITS COUNSEL, THE DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND THE OTHER PARTIES IN INTEREST:

William H. Brownstein & Associates, Professional Corporation, former counsel for the Tomer Fridman, the Debtor and Debtor in Possession (the "Debtor") is filing the attached Supplemental Declaration of William H. Brownstein in Response to Tentative Ruling of the Honorable Martin R. Barash, Bankruptcy Judge (the "Declaration"), the hearing on which is

**SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE**

-1-

scheduled to take place on August 8, 2017 at 1:30 p.m. or as soon thereafter as the Honorable Martin R. Barash, Bankruptcy Judge, will hear the matter in his courtroom which is located at 21041 Burbank Boulevard, Courtroom 303, Third Floor, Woodland Hills, California 91607.

DATED: August 14, 2017          Respectfully submitted,

William H. Brownstein & Associates,
  Professional Corporation

By: /s/ William H. Brownstein
William H. Brownstein, Attorneys
for Applicant and former counsel
for Debtor in Possession

**SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE**

-2-

## SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN

I, William H. Brownstein, do hereby declare and state as follows:

1.  I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a certified specialist in Bankruptcy Law by the State Bar of California. I am admitted to practice before the United States District Courts for the Central, Southern, Eastern and Northern Districts of California, the Ninth Circuit Court of Appeals, the United States Tax Court and the United States Claims Court. I am the president and shareholder of William H. Brownstein & Associates, Professional Corporation ("Applicant" and/or the "Firm"), whom, pursuant to the Order of the Honorable Martin R. Barash, Bankruptcy Judge, entered February 6, 2017, was employed retroactively to the date of the entry of the order for relief under Chapter 11 in Debtor's case on December 22, 2017.

2.  On July 16, 2017, I caused the application for interim compensation and/or reimbursement of expenses to be filed and served on all parties in interest with the initial hearing set for August 8, 2017.

3.  The only timely objection to that application was filed by Trojan Capital, to which I filed an response.

4.  Because I was ill on the date of the initial hearing I requested authority to appear via Court Call which was denied. Instead the Court continued the hearing until August 15, 2017, at 1:30 p.m.

5.  Thereafter I received two other late filed objections which essentially ask for a continuance of the hearing. The Debtor's proposed new counsel is stating that although he approved the fee application that he may change his mind. The U.S. Trustee is asking for a continuance based on the Debtor's new filing.

6.  I am also in receipt of the Tentative Ruling of the Honorable Martin R. Barash, Bankruptcy Judge and in response, in the limited time that I have had to response, I will attempt to address those concerns.

7.  On October 19, 2016 I met with Tomer Fridman and his mother/partner Isidora Fridman at my offices located at 11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA

**SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE**

1  90025. Prior to meeting with them I informed Mr. Fridman that I would require an initial retainer
2  of $15,000 from an non debtor source. I also made it clear that the only client would be Tomer
3  Fridman and that I would NOT be representing the any other person or entity, including
4  Debtor's mother. That was clear in the retainer agreement, a copy of which is attached to the
5  Employment Application. Dkt. 55.

6      8.    Dkt. 55, at Paragraph 3.a.1. shows that the firm was paid $15,000.00 from White
7  City 26, Inc., that $7,119.22 remained unexhausted as of the time of the conversion to Chapter
8  11.

9      9.    Dkt. 55, at Paragraph 3.a.2. shows that the Firm will be paid $8,000 a month as
10 bills are submitted. It also states that the Firm never has nor will it represent White City 26,
11 Inc., or any entity or relative of the Debtor while counsel for the Debtor.

12     10.    The total time expended prior to December 22, 2016, the conversion to Chapter
13 11 is shown in Exhibit "1". Those include fees of $7,626.00 and costs of $452.33, for a total of
14 $8.078.33, leaving a balance of $6,921.57. In error I showed that there was a balance
15 remaining of $7,119.22.

16     11.    Incorporated herein by this reference as Exhibit "2" is a copy of the payments
17 made to my firm. I note that one transfer was shown as made by Casa Group, which I never
18 represented nor agreed to represent, contrary to what the Court's tentative ruling stated. I
19 further note that because the Debtor and Casa/Isidora Fridman are partners that what affects
20 Mr. Fridman would also affect his partner so that the Complaint, as more fully explained
21 below, would impact the Debtor.

22     12.    The Court notes that Trojan Capital filed an objection to certain fees and
23 expenses. The firm has already addressed those objections.

24     13.    The Court next addresses various issues which I will attempt to address.

25     a.    **Availability of Estate Funds. Dkt. 234, Page 4 of 10.**

26     i.    The payments made to the Firm total, including the $15,000 retainer paid on
27 October 20, 2016, $51,000.00. See Exhibit "1".

28     ii.    As of June 30, 2017, the most recent monthly operating report filed by the

**SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE**

-4-

Debtor, there was $15,476.32 in Debtor's general account and $6,067.02 in the White City 26, Inc., account. After filing the fee application all of my calls and messages to the Debtor have gone unanswered and as of today I do not have copies of his monthly operating report for July 2017 nor anything that would show me available funds.

    iii.    However, at this time I am seeking the approval of $51,000.00 toward any allowed fees, which have already been paid to my attorney client trust account.

    b.    **Application of the Retainer. Dkt. 234, Page 4 of 10.**

    i.    Exhibit "2" shows the application of the $15,000.00 retainer which was performed while the Debtor was in Chapter 13 and earned prior to conversion to Chapter 11 and which was paid for by what was believed to be a non Debtor party, White City 26, Inc.

    c.    **Payment from Casa Group/Services for Casa Group and/or Isidora Fridman. 234, Page 8 of 10.**.

    i.    The Court next mentions that the Complaint filed on behalf of the Debtor contained causes of action which affected Casa Group and/or Isidora Fridman.

    ii.    Mrs. Fridman was never the client of the firm and she was repeatedly told that she was advised to retain her own attorney.

    iii.    As Mrs. Fridman was the Debtor's partner, she was named as a defendant in the Complaint in order to attempt to obtain declaratory relief as to ALL PARTIES that the relief requested by the Debtor would be binding on all affected parties.

    iv.    I note that the Debtor and Mrs. Fridman/Casa Group entered into a stipulation with the Commission Funding Solutions ("CFS") and I refused to sign off on it on behalf of the Debtor. It is my understand that Mrs. Fridman/Casa Group may have ultimately made a settlement with CFS, but in doing so neither I not my firm had anything to do with that. I do not that I believe that she did not retain and attorney.

    v.    In my opinion the only person that I represented in this case was my client. The Court may disagree but I was placed with a very difficult, almost impossible to reach client and my job was to benefit the estate and its creditors and because of the relationship between the Debtor and his partner, I believe that it was necessary to take the action that I

**SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE**

did.

14. **Failure to Employ the Professional that Prepared The Monthly Operating Reports. Dkt. 234, Page 6 of 10.**

    a. The Court next states that the person who prepared the monthly operating reports should have been employed, inferring that he is an outside professional.

        i. The issue of whether a bookkeeper is an outside professional is not clear. See for example *In re Lowry Graphics, Inc.,* 86 B.R. 74, 1988 Bankr. LEXIS 674 (Bankr. S.D. Tex. Apr. 27, 1988).

        ii. I was employed by the United States Trustee for the Central District of California from 1979 through 1983. In that capacity I reviewed cases and trustees and the administration of cases. The services of Robert Berger and Associates and those preparing operating reports were not considered outside professionals. Furthermore, I reviewed and revised the monthly operating reports and filings for the United States Trustee, for which I have charged for my time.

        iii. This same issue was raised before the Honorable Maureen Tighe, Bankruptcy Judge, in the case of

        iv. Based on the foregoing I do not believe that the services of Sanjay Sachdeva are those of an outside professional requiring his employment as such and the delays in payment for what is an administrative activity.

15. **Billing Reductions. Dkt. 234, Page 7 of 10.**

    a. The Court goes into billing reductions totaling $36,234 of which $12,969 is without prejudice.

        i. Although I request time to address each of those reductions, I believe that for purposes of the interim application I do not oppose the Court granting fees and expenses on an interim basis and allowing me to address those concerns in the final fee application.  ii. Without those reductions, the total that would be allowed on an interim basis would be (103801.50 + 3836.43 = 107635.93) - 36,234.00 = 71,401.93, before crediting the payments made post-petition.

**SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE**

-6-

16. I note that in the agreement with the Debtor, Isidora Fridman was present and acknowledged that neither I not my firm would represent her and that she may advance funds towards my firms fees and costs notwithstanding the fact that neither I nor my firm would represent her or any entity in which she had any interest.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief under the laws of the United States of America under the penalty of perjury and if called upon to testify thereon as a witness I would be competent to so testify.

Executed this 15th day of August 2017.

_____
William H. Brownstein

**SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE**

-7-

William H. Brownstein & Associates, Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
P.O. Box 474, Rumson, NJ  07760

Invoice submitted to:
Tomer Fridman
25420 Prado de las Peras
Calabasas, CA 91302

August 15, 2017
In Reference To:   Bankruptcy case

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/19/2016 | Conference with client and others regarding conversion to Chapter 11, status of case, strategies and substitution of attorney (5.0) | 5.00<br>495.00/hr | 2,475.00 |
| 10/20/2016 | Preparation of conversion motion and coordination of service on all creditors (.80) | 0.80<br>495.00/hr | 396.00 |
|  | Draft schedules and statements for filing with Bankruptcy Court (1.20) | 1.20<br>495.00/hr | 594.00 |
|  | Preparation of Proof of Service of Errata (.30) | 0.30<br>495.00/hr | 148.50 |
|  | Preparation of Motion for Continuance of Plan Confirmation Hearing, Order and Notice of Lodgment of Order (1.0) | 1.00<br>495.00/hr | 495.00 |
| 11/14/2016 | Preparation of revised pleadings regarding conversion (.30) | 0.30<br>495.00/hr | 148.50 |
| 11/16/2016 | Phone call from client to go over relief from stay motion, review of motion and discuss strategies for opposition and bankruptcy case (.40) | 0.40<br>495.00/hr | 198.00 |
|  | Preparation of response in opposition to motion for relief from the automatic stay and review thereof (1.10) | 1.10<br>495.00/hr | 544.50 |
| 11/29/2016 | Preparation of Declaration, Order and Notice of Lodgment of Order (1.20) | 1.20<br>495.00/hr | 594.00 |
| 11/30/2016 | Preparation for and attend hearing on motion for relief from the automatic stay (1.0) | 1.00<br>495.00/hr | 495.00 |

EXHIBIT "1"                                                 8

Tomer Fridman                                                                                                   Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 11/30/2016 | Draft Email and text messages to client regarding results of hearing (.10) | 0.10<br>495.00/hr | 49.50 |
| 12/5/2016 | Preparation of application for a continuance of confirmation hearing (.70) | 0.70<br>495.00/hr | 346.50 |
|  | Preparation of Conversion Order (.10) | 0.10<br>495.00/hr | 49.50 |
|  | Preparation of order continuing Chapter 13 plan confirmation hearing (.20) | 0.20<br>495.00/hr | 99.00 |
| 12/7/2016 | Review of files as they pertain to whether or not the Court entered an order for relief under Chapter 11 (.20) | 0.20<br>495.00/hr | 99.00 |
|  | Phone call from client to discuss upcoming 341(a) meeting and status of Chapter 11 case (.10) | 0.10<br>495.00/hr | 49.50 |
|  | Telephone conference with Rachel Milman regarding upcoming confirmation hearing and to coordinate her appearance (.20) | 0.20<br>495.00/hr | 99.00 |
| 12/8/2016 | Preparation for. travel to and attend Chapter 13 plan confirmation hearing. Matter was continued until January 5, 2017 at 10:00 a.m. (1.50) | 1.50<br>200.00/hr | 300.00 |
| 12/20/2016 | Telephone conference with John Edwards regarding conversion of case, planning and need for cash collateral order and planning (.50) | 0.50<br>495.00/hr | 247.50 |
| 12/21/2016 | Review of Notice from Maria Marquez, United States Trustee's office, regarding initial debtor interview and coordinate with client (.10) | 0.10<br>495.00/hr | 49.50 |
| 12/22/2016 | Review Schedules and Statements and draft Email to client with instructions on what to do in a Chapter 11 case (.30) | 0.30<br>495.00/hr | 148.50 |
|  | For professional services rendered | 16.30 | $7,626.00 |

Additional Charges :

| | | |
|---|---|---:|
| 10/20/2016 | Postage | 23.03 |
|  | Copying cost | 98.00 |
|  | Copying cost | 2.00 |
|  | Messenger service | 35.00 |
|  | Copying cost | 11.00 |
|  | Messenger service of Motion for Continuance, Order and Notice of Lodgment of Order (No Charge for Two Attorney Services) | 35.00 |

EXHIBIT "1"                                        9

Tomer Fridman                                                                                                    Page     3

|            |                                                                                           | Amount  |
|------------|-------------------------------------------------------------------------------------------|---------|
| 11/14/2016 | Messenger service of Order and Notice of Lodgment of Order (n/c for one service)          | 35.00   |
|            | Copying cost                                                                              | 2.25    |
| 11/16/2016 | Copying cost                                                                              | 3.00    |
|            | Messenger service                                                                         | 35.00   |
| 11/29/2016 | Messenger service Declaration that No One Requested a Haring                              | 35.00   |
|            | Copying cost                                                                              | 11.25   |
| 11/30/2016 | Court call appearance service                                                             | 75.00   |
| 12/5/2016  | Copying cost for Extension Application, Order and Notice of Lodgment                      | 16.50   |
|            | Messenger service (no charge for two services)                                            | 35.00   |
| 12/7/2016  | WEB Pacer research on status of case and whether Order was entered                        | 0.30    |
|            | Total additional charges                                                                  | $452.33 |
|            | Total                                                                                     | $8,078.33 |

EXHIBIT "1"                                        10

| Date | Transaction | Category | Amount |
|------|-------------|----------|--------|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |

**Electronic Credits**

| Date | Transaction | Category | Amount |
|------|-------------|----------|--------|
| ███ | ███ | ███ | ███ |
| 07/12/2017 | WIRE TRANS TRN 0712017888 071217 201707120008788<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire Transfer Details<br>**Received From:**<br>WHITE CITY 26 INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3704 | Electronic Credits | $7,500.00 |
| ███ | ███ | ███ | ███ |
| 05/19/2017 | WIRE TRANS TRN 0519018562 051917 201705190007674<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire Transfer Details<br>**Received From:**<br>WHITE CITY 26 INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3704 | Electronic Credits | $5,000.00 |

EXHIBIT "2"         11

Case 1:16-bk-11729-MB    Doc 246    Filed 08/15/17    Entered 08/15/17 11:30:56    Desc
Main Document    Page 12 of 14

| Date | Transaction | Category | Amount |
|---|---|---|---|
| 05/01/2017 | WIRE TRANS TRN 0501022983 050117 201705010009875<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire<br>**Transfer Details**<br>**Received From:**<br>WHITE CITY 26 INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3704 | Electronic Credits | $1,000.00 |
| 04/25/2017 | WIRE TRANS TRN 0425018242 042517 201704250008750<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire<br>**Transfer Details**<br>**Received From:**<br>WHITE CITY 26 INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3704 | Electronic Credits | $4,500.00 |
| 04/07/2017 | WIRE TRANS TRN 0407023176 040717 201704070011855<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire<br>**Transfer Details**<br>**Received From:**<br>WHITE CITY 26 INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3704 | Electronic Credits | $5,000.00 |

EXHIBIT "2"

12

Case 1:16-bk-11729-MB    Doc 246    Filed 08/15/17    Entered 08/15/17 11:30:56    Desc
Main Document    Page 13 of 14

| Date | Transaction | Category | Amount |
|---|---|---|---|
| 02/24/2017 | WIRE TRANS TRN 0224026489 022417 201702240017868<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire<br>Transfer Details<br>**Received From:**<br>WHITE CITY 26 INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3704 | Electronic Credits | $5,000.00 |
| 01/06/2017 | WIRE TRANS TRN 0106023065 010617 201701060011726<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire<br>Transfer Details<br>**Received From:**<br>CASA GROUP INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3886 | Electronic Credits | $8,000.00 |
| 10/20/2016 | WIRE TRANS TRN 1020020554 102016 201610200011919<br>☐ Tax Deductible   ☐ Reimbursable   Show Wire<br>Transfer Details<br>**Received From:**<br>WHITE CITY 26 INC 25420 PRADO DE LAS PERAS<br>**Sender:**<br>WELLS FARGO BANK NA<br>CALABASAS, CA 91302-3656<br>xxxxxxxx3704 | Electronic Credits | $15,000.00 |

**Deposits**

| Date | Transaction | Category | Amount |
|---|---|---|---|

EXHIBIT "2"    13

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled (*specify*):  SUPPLEMENTAL DECLARATION OF WILLIAM H. BROWNSTEIN IN RESPONSE TO TENTATIVE RULING OF THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/15/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NE**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/15/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/15/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA  91367
Debtor, TomerF9@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/15/2017 | William H. Brownstein | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

American Express Centurian Bank

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**