Stella Havkin, #134334
Havkin & Shrago Attorneys at Law
20700 Ventura Blvd. Ste. 328
Woodland Hills, CA 91364
Telephone: (818) 999-1568
Facsimile:  (818) 305-6040
Email: stella@havkinandshrago.com

[Proposed] Attorneys for Debtor and Debtor in Possession Tomer Fridman

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No.  1:16-bk-11729- MB |
| TOMER FRIDMAN, | Chapter 11 |
| Debtor and Debtor in Possession. | **DEBTOR'S STATUS CONFERENCE REPORT** |
| | Date: September 11, 2017<br>Time: 10:00 a.m.<br> Courtroom: 303 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Debtor and Debtor in Possession Tomer Fridman, hereby submits his status report and the actions that he has taken since the last hearing of August 11, 2017.

Since the August 11, 2017 hearing, the Debtor has done the following:

1. Prepared and submitted scheduling orders from the previous hearings.

2. Filed declaration on nonopposition and order for Employment of Debtor's replacement General Bankruptcy Counsel.

3. Filed employment application for the Debtor's appraiser, declaration of nonopposition and proposed order.

4. Filed employment application for the Debtor's previous Monthly Operating Reports' preparer.

5. Filed oppositions to Trojan's Motions to Dismiss and Motion for Relief from Stay.

6. Filed June, 2017 and July, 2017 Monthly Operating Reports.

7. Communicated with Fay Services regarding loan modification, has received and is in the process of completing application for same.

8. Filed per the Court's order the Declaration of the Debtor providing explanations for the entries in the Debtor's previously filed Monthly Operating Reports.

9. Filed claims with Wells Fargo regarding fraudulent transactions that have taken place in the Debtor's bank accounts.

Dated: September 5, 2017              **HAVKIN & SHRAGO**

By:  */s/ Stella Havkin*
     STELLA HAVKIN
     [Proposed] Attorneys for Tomer Fridman Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

20700 Ventura Boulevard, Suite 328, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): Debtor's Status Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/05/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

havkinlaw@earthlink.net; stella@havkinandshrago.com    ustpregion16.wp.ecf@usdoj.gov
anb@severson.com, dgl@severson.com;efiling@severson.com    wdk@wolffirm.com
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com    claims@recoverycorp.com

[x] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/05/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor(s)  (VIA E-MAIL; ADDRESS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)
Honorable Martin  R. Barash via court drop box

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/05/2017 | Stella Havkin |  | /s/ Stella Havkin |
|---|---|---|---|
| *Date* | *Printed Name* |  | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com

Brownsteinlaw.bill@gmail.com

Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com

Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

randym@cookseylaw.com

jennifer.r.musial@salliemae.com

ecfnotifications@ghidottilaw.com

hpaloci@hotmail.com, hpaloci@calibankruptcy.com

bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com