1 | Stella Havkin (SBN 134334)
2 | Havkin & Shrago
  | Attorneys at Law
3 | 20700 Ventura Blvd. Ste. 328
  | Woodland Hills, CA 91364
4 | Telephone: (818) 999-1568
  | Facsimile:  (818) 305-6040
5 | Email: stella@havkinandshrago.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession Tomer Fridman

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNDANO VALLEY DIVISION**

| In re | ) Case No.  1:16-bk-11729-MB |
|---|---|
| TOMER FRIDMAN, | ) Chapter 11 |
| Debtor and Debtor in Possession. | ) **DEFENDANT'S MOTION TO STRIKE THE SUPPLEMENTAL PLEADING FILED BY TROJAN CAPITAL INVESTMENTS LLC IN SUPPORT OF ITS MOTION TO DISMISS** |
| | ) Date: September 11, 2017 |
| | ) Time: 10:00 a.m. |
| | ) Courtroom: 303 |

DEBTOR'S MOTION TO STRIKE TROJAN'S SUPPLEMENTAL PLEADINGS

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, MOVING PARTY TROJAN CAPITAL INVESTMENTS, LLC, OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

Debtor and Debtor in Possession through his proposed successor counsel hereby files his Motion to Strike the Supplemental Pleadings filed by Movant Trojan Capital Investments, LLC ("Trojan") on September 5, 2017.

On August 11, 2017, Trojan filed its second Motion to Dismiss. The first was denied. The Motion was scheduled to be heard on September 5, 2017. Debtor timely filed his response to the Motion on August 22, 2017. Trojan filed its reply on August 29, 2017. Due to the Court's schedule, the Motion was continued to be heard on September 11, 2017. Trojan apparently has taken the continuance as an opportunity to file a supplemental pleading with the deliberate intent of depriving the Debtor of an opportunity to respond to the allegations asserted therein. This is especially egregious since the assertions therein are nonsensical. Trojan has taken the position that actions taken by the Debtor's corporation, who is not a debtor in this case, pre-petition are somehow grounds for dismissal of a Chapter 11 Debtor. They are not. There has not been a piercing of the corporate veil as such the allegations are irrelevant. Moreover, Trojan's filings prove that there are no preferential payments made by the non debtor corporation because the Debtor's corporation is not a debtor and was making payments to its creditors in the ordinary course of business. This is the best the Debtor can do on such short notice as he is being prejudiced by the improper conduct of Trojan.

The Bankruptcy Rules and the Local Rules do not provide for supplemental pleadings to be filed without previous Court authorization. The supplemental filing made by Trojan is akin to the filing of a sur-reply. Local Rules 9013-1 do not permit the filing of supplemental pleadings without Court authorization. Moreover, Federal Rules of Civil Procedure Rule 12 does not allow the filing of surreplies. "Surreplies and any other filing that serves the purpose or has the effect of a sureprely are highly disfavored, as they usually are a strategic effort by the nonmovant to have the last word on a matter." *Lacher v. West,* 147 F. Supp.2d 538, 539 (N.D. Tex 2001.) Since Trojan had no authorization to file its supplemental pleading (docket number 217), and the local rules do

1 | not allow such a filing, the Debtor moves the Court to strike the filing of Trojan's supplemental
2 | pleading and requests that the Court not consider the arguments set forth in the supplemental
3 | pleading in its ruling.
4 | .

7 | Dated: September 6, 2017          **HAVKIN & SHRAGO**

By:   */s/ Stella Havkin*

Stella Havkin
Proposed Attorneys for Tomer Fridman Debtor
and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

20700 Ventura Boulevard, Suite 328, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): Motion to Strike Supplemental Pleading
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/06/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

havkinlaw@earthlink.net; stella@havkinandshrago.com    ustpregion16.wp.ecf@usdoj.gov
anb@severson.com, dgl@severson.com;efiling@severson.com    wdk@wolffirm.com
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com   claims@recoverycorp.com

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/06/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor(s)  (VIA E-MAIL; ADDRESS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)
Honorable Martin R. Barash via court drop box

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/06/2017 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com

Brownsteinlaw.bill@gmail.com

Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com

Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

randym@cookseylaw.com

jennifer.r.musial@salliemae.com

ecfnotifications@ghidottilaw.com

hpaloci@hotmail.com, hpaloci@calibankruptcy.com

bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com