

FILED & ENTERED

NOV 06 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>TOMER FRIDMAN,<br><br>    Debtor-in-Possession. | Case No.: 1:16-bk-11729-MB<br><br>Chapter 11<br><br>**SCHEDULING ORDER:**<br><br>**[1] CONTINUING HEARING RE: DEBTOR'S MOTION SETTING PROPERTY VALUE RE: 25420 PRADO DE LAS PERAS, CALABASAS, CA;**<br><br>**[2] CONTINUING CHAPTER 11 STATUS CONFERENCE; AND**<br><br>**[3] EXTENDING DEADLINE FOR DEBTOR TO FILE HIS DISCLOSURE STATEMENT AND PLAN**<br><br>Original Continued Hearing Date<br>Date:  November 7, 2017<br>Time:  2:30 p.m.<br>Ctrm:  303<br><br>New Continued Hearing Date<br>Date:  December 5, 2017<br>Time:  1:30 p.m.<br>Ctrm:  303 |

**SCHEDULING ORDER**

The Court previously continued the hearing on the *Debtor's Motion Setting Property Value Re: 25420 Prado De Las Peras, Calabasas, CA* (the "Motion to Value," dkt. 109) and on the Chapter 11 Status Conference in the above-captioned case to November 7, 2017 at 2:30 p.m. The Court ordered that all appearances were to be telephonic only.

At the Chapter 11 Status Conference held on September 11, 2017, the Court set November 10, 2017 as the deadline for Tomer Fridman, debtor and debtor-in-possession (the "Debtor"), to file his initial disclosure statement and plan (the "Disclosure Statement and Plan") and directed that the disclosure statement be set for hearing on January 9, 2018 at 1:30 p.m..

The Court, on its own motion, **HEREBY ORDERS THAT:**

1. The hearing on the Motion to Value is continued to **December 5, 2017 at 1:30 p.m.** Telephonic appearances are permitted.

2. The Chapter 11 Status Conference is continued to **December 5, 2017 at 1:30 p.m.** Telephonic appearances are permitted. No chapter 11 status report is required.

3. No appearances are required on November 7, 2017.

4. The deadline for the Debtor to file his Disclosure Statement and Plan is extended from November 10, 2017 to **December 19, 2017**. The Debtor shall set the Disclosure Statement for hearing on **January 30, 2018 at 1:30 p.m.** The January 9, 2018 hearing on the Disclosure Statement is vacated.

### 

Date: November 6, 2017

Martin R Barash
United States Bankruptcy Judge

**SCHEDULING ORDER**